IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 23-cv-1149-KLM

JOHN DOE,

    Plaintiff,

v.

JANE ROE,

    Defendant.

_____

**ENTRY OF APPEARANCE**
_____

    Daniel D. Williams of Hutchinson Black and Cook, LLC, hereby enters his appearance as counsel for Defendant Jane Roe.

    Dated: May 10, 2023

    *s/ Daniel D. Williams*
    Daniel D. Williams
    Hutchinson Black and Cook, LLC
    921 Walnut Street, Suite 200
    Boulder, CO 80302
    Telephone: 303-442-6514
    Facsimile: 303-442-6593
    Dan.Williams@hbcboulder.com

    Counsel for Defendant

1