IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 23-cv-1149-KLM

JOHN DOE,

    Plaintiff,

v.

JANE ROE,

    Defendant.

_____

## ENTRY OF APPEARANCE
_____

    Christopher Ford of Hutchinson Black and Cook, LLC, hereby enters his appearance as counsel for Defendant Jane Roe.

    Dated:  May 10, 2023

    *s/ Christopher Ford*
    Christopher Ford
    Hutchinson Black and Cook, LLC
    921 Walnut Street, Suite 200
    Boulder, CO 80302
    Telephone:  303-442-6514
    Facsimile:  303-442-6593
    Chris.Ford@hbcboulder.com

    Counsel for Defendant