IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 23-cv-1149-KLM

JOHN DOE,

 Plaintiff,

v.

JANE ROE,

 Defendant.

_____

**ENTRY OF APPEARANCE**
_____

 Kimberly M. Hult of Hutchinson Black and Cook, LLC, hereby enters her appearance as counsel for Defendant Jane Roe.

 Dated:  May 10, 2023

              *s/ Kimberly Hult*
              Kimberly Hult
              Hutchinson Black and Cook, LLC
              921 Walnut Street, Suite 200
              Boulder, CO 80302
              Telephone:  303-442-6514
              Facsimile:  303-442-6593
              Kimberly.Hult@hbcboulder.com

              Counsel for Defendant