**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 23-cv-1149-KLM

JOHN DOE,

    Plaintiff,

v.

JANE ROE,

    Defendant.

---

### <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO RESTRICT PARTY NAMES

---

Defendant, referred to in the Complaint under the pseudonym "Jane Roe," through undersigned counsel, moves for a brief extension of time, through and including May 19, 2023, to file any response to the motion of Plaintiff to restrict party names (Dkt. # 2 (the "Motion To Restrict"). In support of this motion, Defendant further states as follows:

1. As required by D.C.COLO.LCivR 7.1(a), undersigned counsel has conferred with counsel for Plaintiff. Plaintiff's counsel has informed undersigned counsel that Plaintiff does not oppose the relief requested in this motion.

2. Plaintiff filed his Complaint on May 5, 2023, along with the Motion To Restrict. The Motion To Restrict requests an order requiring that the parties to this dispute be referred to by pseudonyms.

3. Pursuant to D.C.COLO.LCivR 7.2(d), on May 8, 2023, a copy of the Motion To Restrict was posted on this Court's website. Accordingly, the public deadline to object to the Motion To Restrict is currently May 11, 2023.

4. On May 8, 2023, undersigned counsel was retained by Defendant.

5. Prior to providing any response on the Motion To Restrict, undersigned counsel needs an opportunity to review the relevant facts and documents in this case and to confer and consult with Defendant.

6. Because Defendant has been in final exams since the Complaint and Motion were filed and those exams will not finish until May 11, 2023, additional time is needed to confer with her.

7. Accordingly, Defendant seeks until May 19, 2023, to file any response to the Motion To Restrict to provide Defendant and undersigned counsel with adequate time to review the facts and documents and to confer with each other once Defendant completes her final exams.

8. Pursuant to D.C.COLO.L.CivR 1.2(c), a copy of this Motion is being served by counsel on Defendant.

WHEREFORE, for the foregoing reasons, Defendant requests that the deadline to respond to Plaintiff's Motion To Restrict be extended through and including May 19, 2023.

DATED this 10th day of May, 2023.

   s/ Kimberly M. Hult
Kimberly M. Hult
Daniel D. Williams
Christopher W. Ford
**Hutchinson Black and Cook, LLC**
921 Walnut Street, Suite 200
Boulder, CO 80302
Telephone: (303) 442-6514
Facsimile: (303) 442-6493
Kimberly.Hult@hbcboulder.com
Dan.Williams@hbcboulder.com
Chris.Ford@hbcboulder.com