IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 23-cv-1149-KLM

JOHN DOE,

    Plaintiff,

v.

JANE ROE,

    Defendant.

## DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1(A)(2)

Pursuant to Fed. R. Civ. P. 7.1(a)(2), Defendant Jane Roe states as follows for her Disclosure Statement:

Ms. Roe is a citizen of the State of New York.

DATED this 10th day of May, 2023.

    s/Kimberly M. Hult
Kimberly M. Hult
Daniel D. Williams
Christopher W. Ford
**Hutchinson Black and Cook, LLC**
921 Walnut Street, Suite 200
Boulder, CO 80302
Telephone: (303) 442-6514
Facsimile: (303) 442-6493
Kimberly.Hult@hbcboulder.com
Dan.Williams@hbcboulder.com
Chris.Ford@hbcboulder.com