IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01149-KLM

JOHN DOE,

    Plaintiff,

v.

JANE ROE,

    Defendant.
_____

**MINUTE ORDER**
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed** **Motion for Extension of Time to Respond to Motion to Restrict Party Names** [#11] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#11] **GRANTED**.  Defendant has up to and including **May 19, 2023**, to respond to the Motion to Restrict Party Names.

    Dated: May 11, 2023