**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 23-cv-1149

JOHN DOE

      Plaintiff,

v.

JANE ROE

      Defendant.

---

## <u>UNOPPOSED</u> MOTION TO FILE CONSOLIDATED REPLY IN SUPPORT OF MOTION TO RESTRICT

---

Mr. John Doe, through his counsel Laura A. Menninger of Haddon, Morgan and Foreman, seeks leave to file a consolidated reply in support of his Motion to Restrict Party Names (Dkt. #2) that responds both to the filing of the *pro se* objector (Dkt. #7) and any response from Ms. Jane Roe ("Defendant"). As grounds, he states:

1. Mr. Doe ("Plaintiff") filed a Complaint and Jury Demand on May 5, 2023 (Dkt. #1). Simultaneously, he filed a Motion to Restrict Party Names (Dkt. #2).

2. On May 7, 2023, a *pro se* objector, not a party to the case, filed an Objection to the Motion to Restrict Party Names (Dkt. #7).

3. Plaintiff's reply to the *pro se* objector's response is currently due May 22, 2023. *See* D.C.COLO.LCivR 7.1(d).

4. On May 10, 2023, Defendant filed an Unopposed Motion for Extension of Time to Respond to the Motion to Restrict Party Names (Dkt. #11).

5.  On May 11, 2023, this Court granted Defendant's Unopposed Motion (Dkt. #13), and thus her response is due on or before May 19, 2023.

6.  Plaintiff now seeks leave to file a consolidated reply in support of his Motion to Restrict, which will address both the response from the *pro se* objector and any response by Defendant. To adequately reply, Plaintiff seeks until May 26, 2023, to file his consolidated response.

7.  Undersigned counsel for Plaintiff, having conferred with the *pro se* objector and Defendant's counsel, represents this Motion is unopposed.

WHEREFORE, for the foregoing reasons, Plaintiff requests leave to file a consolidated response up to and including May 26, 2023.

DATED this 15th day of May, 2023.

Respectfully submitted,

s/ *Laura A. Menninger*
Laura A. Menninger, No. 34444
Haddon, Morgan and Foreman, P.C.
950 17th Street, Suite 1000
Denver, CO 80202
Phone: 303.831.7364
Fax: 303.832.2628
Email: LMenninger@hmflaw.com

*Attorney for John Doe*

**CERTIFICATE OF SERVICE**

I hereby certify that on 5/15/2023, I electronically filed the foregoing *Motion to File Consolidated Reply in Support of Motion to Restrict* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

s/ *Savanna Benninger*
Legal Assistant