IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01149-KLM

JOHN DOE,

    Plaintiff,

v.

JANE ROE,

    Defendant.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **<u>Unopposed</u> Motion to File Consolidated Reply in Support of Motion to Restrict [**#14] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#14] **GRANTED**.  Plaintiff may file a consolidated Reply in support of his Motion to Restrict Party Names [#2] that responds both to the filing of the *pro se* objector [#7] and any response from Defendant.

    Dated: May 17, 2023