**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 23-cv-1149-NYW-KLM

JOHN DOE,

      Plaintiff,

v.

JANE ROE,

      Defendant.

---

**STIPULATION TO EXTEND DEADLINES FOR RESPONSIVE PLEADING AND**
**RESPONSE TO ANY MOTION TO DISMISS**

---

Plaintiff "John Doe" and Defendant "Jane Roe," through their respective undersigned counsel, stipulate pursuant to D.C.COLO.LCivR 6.1(a) to an extension of time for Defendant to file an answer and/or motion to dismiss and for Plaintiff to file a response to any motion to dismiss filed by Defendant. In support of this stipulation, the parties state as follows:

      1.    Plaintiff's answer and/or Rule 12(b) motion to dismiss is currently due July 10, 2023.

      2.    In light of various summer travel plans and the need for Defendant's counsel to conduct additional factual investigation, Defendant requested and Plaintiff has agreed to a two-week extension, through and including July 24, 2023, for Defendant to file an answer and/or motion to dismiss.

      3.    In light of workload issues, Plaintiff requested and Defendant has agreed to an additional two weeks, through and including August 28, 2023, to file a brief in response to

any motion to dismiss filed by Defendant on or before July 24, 2023 and to file an answer to any counterclaim.

        4.      These requested extensions are the first extensions sought by the parties for these respective deadlines.

        5.      In accordance with D.C.COLO.LCivR 6.1(c), a copy of this Stipulation is being provided contemporaneously to the parties by their respective counsel below.

WHEREFORE, pursuant to D.C.COLO.LCivR 6.1(a), the deadline for Defendant to file an answer and/or motion to dismiss is extended until July 24, 2023, and the deadline for Plaintiff to file a brief in response to any motion to dismiss filed on or before July 24, 2023 and an answer to any counterclaim is extended until August 28, 2023.

DATED this 27th day of June 2023.


  *s/Laura A. Menninger*                      *s/ Daniel D. Williams*
Laura A. Menninger                         Kimberly M. Hult
Haddon, Morgan and Foreman, P.C.        Daniel D. Williams
950 17th Street, Suite 1000                 Christopher W. Ford
Denver, CO 80202                       Hutchinson Black and Cook, LLC
Phone:303.831.7364                     921 Walnut Street, Suite 200
Fax: 303.832.2628                      Boulder, CO 80302
Email: LMenninger@hmflaw.com          Telephone: (303) 442-6514
                                      Facsimile: (303) 442-6493
                                      Kimberly.Hult@hbcboulder.com
                                      Dan.Williams@hbcboulder.com
                                      Chris.Ford@hbcboulder.com