IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01149-NYW-KAS

JOHN DOE,

    Plaintiff,

v.

JANE ROE,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on a disputed discovery issue e-mailed to Magistrate Judge Starnella's Chambers on December 12, 2023. After conferral with the parties,

    IT IS HEREBY **ORDERED** that a Discovery Hearing is scheduled for **January 18, 2024**, at **1:30 p.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado 80294. Attorneys whose offices are located in the Denver metropolitan area and who will be representing a party shall appear in person.

    Dated: December 14, 2023