IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 23-cv-1149-NYW-KAS

JACOB LEVY,

    Plaintiff/Counterclaim Defendant,

v.

HOLLY SHUSTER,

    Defendant/Counterclaim Plaintiff.

**STIPULATION WITH RESPECT TO EXTENSION OF TIME
FOR DEFENDANT/COUNTERCLAIMANT TO RESPOND
TO WRITTEN DISCOVERY REQUESTS**

The Parties, through undersigned counsel and pursuant to D.C.Colo.L.Civ.R 6.1(a), have stipulated to the following extension regarding certain deadlines for discovery responses as follows:

1.    The Parties stipulate to an extension of time for Defendant/Counterclaim Plaintiff, Holly Shuster ("Ms. Shuster") to respond and/or object to Mr. Levy's Interrogatories and Requests for Production from December 31, 2023 to January 16, 2024.

2.    The Parties also stipulate to an extension of time for Ms. Shuster to respond and/or object to Mr. Levy's Requests for Admission from December 26, 2023, to December 27, 2023.

3.    This is the first extension sought by Ms. Shuster for these deadlines. The extension is sought due to long-planned foreign travel by Ms. Shuster and by counsel with their respective families during the holidays.

4. Pursuant to D.C.Colo.L.Civ.R 6.1(e), contemporaneously with the filing of this stipulation, this Stipulation is being served on Ms. Shuster by her undersigned counsel.

Dated: December 18, 2023

Respectfully submitted,

*s/ Laura Menninger*
Laura A. Menninger
Jacob McMahon
Haddon, Morgan and Foreman, P.C.
950 17th Street, Suite 1000
Denver, CO 80202
Phone: 303.831.7364
Fax: 303.832.2628
Email: lmenninger@hmflaw.com
jmcmahon@hmflaw.com

Attorneys for Jacob Levy

*s/ Kimberly Hult*
Kimberly M. Hult
Daniel D. Williams
Christopher W. Ford
Hutchinson Black and Cook, LLC
921 Walnut Street, Suite 200
Boulder, CO 80302
Telephone: (303) 442-6514
Facsimile: (303) 442-6493
Kimberly.Hult@hbcboulder.com
Dan.Williams@hbcboulder.com
Chris.Ford@hbcboulder.com

Attorneys for Holly Shuster

2