IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

| | |
|---|---|
| Civil Action: 23-cv-01149-NYW-KAS | Date: February 5, 2024 |
| Courtroom Deputy: Laura Galera | FTR – Reporter Deck-Courtroom C204 |

| *Parties:* | *Counsel:* |
|---|---|
| JACOB LEVY, | Laura Menninger |
|  | Jacob McMahon |
| Plaintiff, | |
| v. | |
| HOLLY SHUSTER, | Kimberly Hult |
| Defendant. | |

## COURTROOM MINUTES

**DISCOVERY CONFERENCE**

**Court in session: 1:38 p.m.**

Court calls case. Appearances of counsel.

Attorney Liza Getches appears for third parties.

Discovery conference is called regarding objections to subpoena duces tecum issued to Jonathan Browne, Claire Arnold and Liberty Morris, and the location and terms of defendant's deposition.

Parties agree that Ms. Getches will sign a Protective Order.

Argument by Ms. Getches, Ms. Menninger, and Ms. Hult as to the objections to subpoenas duces tecum issued to Jonathan Browne and Claire Arnold.

Argument by Ms. Menninger and Ms. Hult regarding the location of Defendant's deposition, the means for Plaintiff's remote attendance at that deposition, and whether one or both parties should bear the costs of that deposition.

In support of arguments, counsel provided the Court: (a) a subpoena duces tecum issues to Samantha Baron; (b) text messages Bates stamped JL_0016-JL_0022; and

(c) text messages Bates stamped HS_0002369-0002380 bearing a "Confidential" designation.

As stated on the record, portions of the hearing were sealed to protect "Highly Confidential – Attorneys' Only" information, pursuant to the Protective Order [#55].

**ORDERED:** The Court modifies the subpoena duces tecum as to Jonathan Browne to narrow request #1 as stated on the record. Counsel are ordered to further confer regarding search terms related to emotional distress damages.

**ORDERED:** The Court quashes the subpoena duces tecum as to Claire Arnold as to requests #4 and #6. The Court limits request #1 as stated on the record.

**ORDERED:** The Court quashes the subpoena duces tecum as to Liberty Morris.

**ORDERED:** The deposition of Ms. Shuster shall occur in New York. Counsel are to confer on dates that work for both sides. Plaintiff may attend remotely by video but must blank out his screen and reasonable efforts shall be made to keep any video screen showing Plaintiff's attendance out of Defendant's view, to the extent feasible. No non-party is permitted to observe the deposition in person or through audio or video.

**ORDERED:** Parties are ordered to confer regarding sharing costs of holding the deposition in New York. If they are unable to reach an agreement, Plaintiff to file an opening brief on the issue fourteen days after the parties have reached an impasse in conferral.

Hearing concluded.
**Court in recess:**     4:35 p.m.
Total time in court:     02:57