**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 23-cv-1149-NYW-KAS

JACOB LEVY,

      Plaintiff and Counterclaim Defendant,

v.

HOLLY SHUSTER,

      Defendant and Counterclaim Plaintiff.

---

**<u>UNOPPOSED</u> MOTION OF DEFENDANT FOR EXTENSION TO RESPOND
TO MOTION FOR JUDGMENT ON THE PLEADINGS**

---

Defendant and Counterclaim Plaintiff Holly Shuster ("Ms. Shuster"), by and through her undersigned attorneys, moves for an extension of time, up to and including March 11, 2024, to respond to the Motion for Judgment on the Pleadings filed by Plaintiff and Counterclaim Defendant Jacob Levy ("Mr. Levy").  In support, she states as follows:

1.    <u>Certificate of Conferral</u>:  Undersigned counsel has conferred with counsel for Mr. Levy, who does not oppose the proposed extension.

2.    Mr. Levy filed his Motion for Judgment on the Pleadings ("Motion") on February 1, 2024 [Doc. 88].

3.    Ms. Shuster's Response to the Motion is now due on February 22, 2024.

4.    Ms. Shuster seeks a brief extension of this deadline, up to and including March 11, 2024.  As good cause for the extension, Ms. Shuster submits that one of the undersigned counsel, Mr. Williams, recently experienced a medical emergency that required hospitalization.  Although

he has been discharged home and expects a full recovery in four to eight weeks, he has not yet been able to return to the office or regular work on his case matters.   Given time needed for his recovery, and the fact that Ms. Shuster's other counsel, who were already managing numerous other matters and are now taking more substantial roles in this matter and other matters with Mr. Williams, Ms. Shuster requests additional time to prepare and file the Response to the Motion.

5.      This is the first extension requested for this particular deadline.

6.      In accordance with D.C.COLO.LCivR 6.1(c), a copy of this Motion is being provided contemporaneously to Ms. Shuster via email sent by counsel below.

WHEREFORE, Defendant and Counterclaim Plaintiff Holly Shuster requests that the deadline for filing her Response be extended through and including March 11, 2024, for the reasons set forth above.

_s/ Kimberly Hult_____
Kimberly M. Hult
Daniel D. Williams
Matthew A. Simonsen
Hutchinson Black and Cook, LLC
921 Walnut Street, Suite 200
Boulder, CO 80302
Telephone: (303) 442-6514
Facsimile: (303) 442-6493
Kimberly.Hult@hbcboulder.com
Dan.Williams@hbcboulder.com
Matt.Simonsen@hbcboulder.com