IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:23-cv-01149-NYW-KAS

JACOB LEVY,

     Plaintiff and Counterclaim Defendant

v.

HOLLY SHUSTER,
     Defendant and Counterclaim Plaintiff

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

### DEFENDANT AND COUNTERCLAIM PLAINTIFF HOLLY SHUSTER'S MOTION TO AMEND SCHEDULING ORDER

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

Defendant and Counterclaim Plaintiff Holly Shuster ("Ms. Shuster"), by and through her undersigned counsel, moves for a modest amendment to the Scheduling Order. Ms. Shuster respectfully submits that good cause exists for the proposed amendment and further states as follows:

1.    <u>Certificate of Conferral</u>: Undersigned counsel has conferred with counsel for Plaintiff and Counterclaim Defendant Jacob Levy ("Mr. Levy"), who has advised that Mr. Levy will oppose the requested extension.

2.    As discussed at length at the hearing before Magistrate Judge Starnella on February 5, 2024, the parties have been attempting for several weeks to schedule the opposing parties' depositions.

3.    At the February 5th hearing and in conferral with undersigned counsel, counsel for Mr. Levy has advised that Mr. Levy may seek additional written discovery

following Ms. Shuster's deposition. As a result, counsel has stated that she wanted to ensure that Ms. Shuster's deposition was completed with sufficient time in which to do so.

4. As requested by Plaintiff, following the February 5th hearing, Ms. Shuster's deposition was scheduled for March 11, 2024.

5. Ms. Shuster has likewise sought to set Mr. Levy's deposition for the weeks of March 4, 2024, March 11, 2024, and April 1, 2024.[1] Mr. Levy's counsel has advised, however, that for each of those weeks, either she or Mr. Levy is unavailable but that Mr. Levy would be available to sit for his deposition on April 9, 2024, the only day available that week.[2]

6. Mr. Levy's counsel has also advised that she is available April 9-16, 2024, but then begins a trial, and is unavailable until after April 26, 2024, for other depositions.

7. The Scheduling Order [Doc. # 48] currently provides for all written discovery be served by **March 26, 2024**, that all discovery be completed by **May 10, 2024**, and that all motions for summary judgment be filed by **June 10, 2024**.

8. Like Mr. Levy, Ms. Shuster may determine that additional written discovery is needed following Mr. Levy's deposition. Accordingly, Ms. Shuster requests a modest amendment to the Scheduling Order in this case to give her that same opportunity. Ms. Shuster further believes that the parties' counsels' respective schedules and the need to schedule and complete third-party and any expert discovery (with many third parties

---

[1] As counsel for Mr. Levy has been advised, Ms. Shuster's lead counsel will be out of the country on a long-scheduled visit to a spouse working overseas and is unable during the weeks of March 18, 2024, and March 25, 2024.

[2] Given the difficulty in scheduling Mr. Levy's deposition, Ms. Shuster will notice the deposition for April 9, 2024, concurrently with the filing of this Motion.

likewise represented by counsel), also provides good cause for a modest extension of the deadlines in this case.

9.  Ms. Shuster, therefore, requests that the Scheduling Order be amended and certain deadlines extended by one month to allow for written discovery to be served up to **April 26, 2024**, for discovery to be completed by **June 10, 2024**, and for all motions for summary judgment to be filed by **July 10, 2024**.  She respectfully submits that good cause exists for the requested extension given the difficulty in scheduling and completing the deposition of the Plaintiff and the depositions of third parties and the need for equal discovery opportunities among both parties to this case.

10.  This is the first extension or amendment requested to the Scheduling Order.

11.  In accordance with D.C.COLO.LCivR 6.1(c), a copy of this Motion is being provided contemporaneously to Ms. Shuster via email sent by counsel below.

Dated: February 16, 2024

Respectfully Submitted,

  *Kimberly M. Hult*
Kimberly M. Hult
Daniel D. Williams
Matthew Simonsen
**Hutchinson Black and Cook, LLC**
921 Walnut Street, Suite 200
Boulder, CO 80302
Telephone: (303) 442-6514
Facsimile: (303) 442-6493
Kimberly.Hult@hbcboulder.com
Dan.Williams@hbcboulder.com
Matt.Simonsen@hbcboulder.com