IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

| | |
|---|---|
| Civil Action: 23-cv-01149-NYW-KAS | Date: March 8, 2024 |
| Courtroom Deputy: Laura Galera | FTR – Reporter Deck-Courtroom C204 |

| *Parties:* | *Counsel:* |
|---|---|
| JACOB LEVY, | Laura Menninger |
|    Plaintiff, | |
| v. | |
| HOLLY SHUSTER, | Kimberly Hult |
|  | Daniel Williams |
|    Defendant. | |

### COURTROOM MINUTES

**TELEPHONIC DISCOVERY CONFERENCE**
**Court in session: 10:38 a.m.**
Court calls case.  Appearances of counsel.

Discovery hearing is called regarding a dispute as to providing a space in close proximity for the deponent's mother (and possibly father).

Argument by Ms. Menninger and Ms. Hult.

The Court instructs Ms. Menninger to provide the names of Ms. Shuster's parents to the building security so that they are able to be in a conference or breakout room near Ms. Shuster during her deposition.

Counsel are instructed to confer regarding the location of the Plaintiff's deposition.

Hearing concluded.
**Court in recess:**     **11:08 a.m.**
Total time in court:     00:30


*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.