IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01149-NYW-KAS

JACOB LEVY,

    Plaintiff,

v.

HOLLY SHUSTER,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on discovery disputes that counsel for both Plaintiff and Defendant have emailed to Magistrate Judge Starnella's Chambers. Following conferral, the parties are not jointly available on dates that the Court is available in March or April. In light of the current discovery cut-off date of May 10, 2024, *see Scheduling Order* [#48] at 11, the Court will permit briefing of these discovery issues in lieu of a hearing.[1] Accordingly,

    IT IS HEREBY **ORDERED** that Defendant may file a motion to compel relating to the disputed written discovery responses referenced in Mr. Simonsen's March 6, 2024, email.

    IT IS FURTHER **ORDERED** that Plaintiff may file a motion to compel relating to the disputes referenced in Ms. Menninger's March 4, 2024, email (i.e., Defendant's written discovery responses and Defendant's objections to a subpoena duces tecum issued to Tulane University for Defendant's medical records).

    IT IS FURTHER **ORDERED** that the Parties shall file their respective motions **by April 3, 2024**. Responses will be due on **April 17, 2024**. No reply briefs will be permitted, and the Court will endeavor to rule on these disputes promptly.

    Dated: March 20, 2024

---

[1] The Court is aware that Defendant has filed a pending Motion to Amend the Scheduling Order, but the relief sought is opposed and was only fully briefed last week. *Motion to Amend/Correct/Modify* [#92]; *Response* [#96]; *Reply* [#99].