## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 1:23-cv-01149-NYW-KAS

JACOB LEVY,

    Plaintiff and Counterclaim Defendant,

v.

HOLLY SHUSTER,

    Defendant and Counterclaim Plaintiff.

---

### MR. LEVY'S MOTION TO RESTRICT DOCUMENT

---

Plaintiff Jacob Levy, through his counsel Laura A. Menninger and Jacob McMahon of Haddon, Morgan and Foreman, P.C., respectfully moves to restrict the unredacted version of Mr. Levy's Motion to Conduct *Ex Parte* Interviews with Ms. Shuster's Healthcare Providers, any order revealing the redacted contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion.

Mr. Levy requests a "Level 1" Restriction which would make the redacted portions of the document, any order revealing the redacted contents of that document and the brief filed in support of this motion, "viewable by case participants & Court" only.

DATED this 20th day of March, 2024.

Respectfully submitted,

*s/ Laura A. Menninger*
Laura A. Menninger, No. 34444
Jacob McMahon, No. 48784
Haddon, Morgan and Foreman, P.C.
950 17th Street, Suite 1000
Denver, CO 80202
Phone: 303.831.7364
Fax: 303.832.2628
Email: LMenninger@hmflaw.com

*Attorneys for Jacob Levy*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2024, I electronically filed the foregoing *Mr. Levy's Motion to Restrict Document* with the clerk of court using the CM/ECF system, which will send notification of such filing to all parties of record.

*s/ Holly Rogers*

2