IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:23-cv-01149-NYW-KAS

JACOB LEVY,

    Plaintiff and Counterclaim Defendant,

v.

HOLLY SHUSTER,

    Defendant and Counterclaim Plaintiff.

**ORDER GRANTING MR. LEVY'S MOTION TO RESTRICT DOCUMENT**

This matter is before the Court on Mr. Levy's Motion to Restrict Document. Upon consideration and for good cause shown,

IT IS ORDERED that said Document, Mr. Levy's Brief in Support of Motion to Restrict Document, as well as any order revealing the contents of that document, are hereby restricted until further order by the Court.

IT IS ORDERED that said Document, Mr. Levy's Brief in Support of Motion to Restrict Document, as well as any order revealing the contents of that document, are hereby at a "Level 1 Restriction" and will be "viewable by case participants & Court" only.

IT IS SO ORDERED on this _____day of March, 2024.

 

                                              _____
                                              HON. NINA Y. WANG
                                              UNITED STATES COURT