**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:23-cv-01149-NYW-KAS

JACOB LEVY,

    Plaintiff and Counterclaim Defendant,

v.

HOLLY SHUSTER,

    Defendant and Counterclaim Plaintiff.

## MR. LEVY'S MOTION TO RESTRICT HIS MOTION TO COMPEL DISCOVERY

Plaintiff Jacob Levy, through his counsel Laura A. Menninger and Jacob McMahon of Haddon, Morgan and Foreman, P.C., respectfully moves to restrict the unredacted version of Mr. Levy's Motion to Compel Discovery, any order revealing the redacted contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion.

Mr. Levy requests a "Level 1" Restriction which would limit access to the parties and the Court.  *See* D.C.COLO.LCivR 7.2(b).

DATED this 3rd day of April, 2024.

Respectfully submitted,

*s/ Jacob McMahon*
Laura A. Menninger, No. 34444
Jacob McMahon, No. 48784
Haddon, Morgan and Foreman, P.C.
950 17th Street, Suite 1000
Denver, CO 80202
Phone: 303.831.7364
Fax: 303.832.2628
Email: LMenninger@hmflaw.com

*Attorneys for Jacob Levy*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2024, I electronically filed the foregoing *Mr. Levy's Motion to Restrict His Motion to Compel Discovery* with the clerk of court using the CM/ECF system, which will send notification of such filing to all parties of record.

*s/ Holly Rogers*

2