IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:23-cv-01149-NYW-KAS

JACOB LEVY,

    Plaintiff and Counterclaim Defendant,

v.

HOLLY SHUSTER,

    Defendant and Counterclaim Plaintiff.

---

**DEFENDANT HOLLY SHUSTER'S RESPONSE TO PLAINTIFF JACOB LEVY'S MOTION TO RESTRICT [106]**

---

Defendant and Counterclaim-Plaintiff Holly Shuster, by and through her undersigned counsel, responds to Plaintiff and Counterclaim-Defendant Jacob Levy's Motion to Restrict [Docs. 106, 107, filed Apr. 3, 2024], as follows.

Ms. Shuster agrees that, for the reasons set forth in Mr. Levy's Motion to Restrict, public access should remain restricted as to any information designated confidential or highly confidential pursuant to the Stipulated Protective Order [Doc. 55].

Notably, while the Motion to Restrict expressly seeks to redact from public view some of the written contents of Mr. Levy's Motion to Compel Discovery, *see* [Docs. 107, 107-1, 107-2], this would be futile without restriction of the numerous confidential and highly confidential exhibits submitted by Mr. Levy—which are the sources of the information he seeks to redact.

Accordingly, for the reasons set forth by Mr. Levy, *see* [Doc. 107 at 1-2], level 1 restriction should also be maintained as to the following exhibits that were not redacted by Mr. Levy and are designated, in whole or significant part, confidential and/or highly

confidential: **Exhibits 2 through 5 [Docs. 107-4 to -7], Exhibit 15 [Doc. 107-17], and Exhibits 17 through 48 [Docs. 107-19 to -50]**. The same restriction should also be maintained for the following exhibits, which predate the Stipulated Protective Order but reveal or tend to reveal confidential information that ought to be restricted pursuant to Paragraph 13 of that Order: **Exhibit 1 [Doc. 107-3], Exhibit 7 [Doc. 107-9], Exhibit 8 [Doc. 107-10], and Exhibit 49 [Doc. 107-51]**.

Thus, only the following documents accompanying the Motion to Restrict [Doc. 107] should be made available to the public are Mr. Levy's redacted Motion to Compel [Doc. 107-2], Exhibit 6 [Doc. 107-8], Exhibits 9 through 14 [Docs. 107-11 to -16], and Exhibit 16 [Doc. 107-18].

Dated: April 8, 2024

Respectfully submitted,

*s/ Matthew Simonsen*
Kimberly M. Hult
Daniel D. Williams
Matthew Simonsen
**Hutchinson Black and Cook, LLC**
921 Walnut Street, Suite 200
Boulder, CO 80302
Telephone: (303) 442-6514
Facsimile: (303) 442-6493
Kimberly.Hult@hbcboulder.com
Dan.Williams@hbcboulder.com
Matt.Simonsen@hbcboulder.com