IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:23-cv-01149-NYW-KAS

JACOB LEVY,

    Plaintiff and Counterclaim Defendant,

v.

HOLLY SHUSTER,

    Defendant and Counterclaim Plaintiff.

---

**DEFENDANT'S UNOPPOSED MOTION TO RESTRICT RESPONSE TO MOTION TO CONDUCT EX PARTE INTERVIEWS (Dkt. 112)**

---

Defendant and Counterclaim Plaintiff Holly Shuster ("Ms. Shuster"), by and through her undersigned counsel, respectfully moves to restrict Ms. Shuster's Response to Motion to Conduct Ex Parte Interviews and accompanying exhibits, filed at Dkt. # 112 (including Dkt # 112-1 and 112-2).

**Conferral:** Undersigned counsel conferred with counsel for Plaintiff Jacob Levy concerning this motion to restrict and is authorized to represent that the motion is unopposed.

Ms. Shuster requests a "Level 1" Restriction which would limit access to the parties and the Court. *See* D.C.COLO.LCivR 7.2(b). She seeks this restriction level because the response brief and accompanying exhibits identify her mental health providers and contain details regarding party and non-party mental health treatment. Likewise, the deposition transcript excerpts attached as an exhibit were designated confidential on the record because they concern a line of questioning this Court determined at a hearing on the record was inappropriate in its sexual content.

2

Ms. Shuster respectfully submits that her personal privacy interests and the personal privacy interests of third parties outweigh the limited public interest in details regarding her treatment.

In addition, Ms. Shuster submits that under the circumstances, redaction would not be an appropriate alternative because of the extent to which the Response and accompanying exhibits would need to be subject to protection.

WHEREFORE, Ms. Shuster respectfully requests that this Court maintain Level-1 Restricted protection for the documents filed at Dkt. ## 112, 112-1, and 112-2.

.

Dated: April 11, 2024

                                                          Respectfully submitted,

                                                         *s/ Daniel D. Williams*
Kimberly M. Hult
Daniel D. Williams
Matthew A. Simonsen
**Hutchinson Black and Cook, LLC**
921 Walnut Street, Suite 200
Boulder, CO 80302
Telephone: (303) 442-6514
Facsimile: (303) 442-6493
Kimberly.Hult@hbcboulder.com
Dan.Williams@hbcboulder.com
Matt.Simonsen@hbcboulder.com