IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:23-cv-01149-NYW-KAS

JACOB LEVY,

    Plaintiff and Counterclaim Defendant,

v.

HOLLY SHUSTER,

    Defendant and Counterclaim Plaintiff.

---

### DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION TO AMEND SCHEDULING ORDER (Dkt. 92)

---

Defendant and Counterclaim Plaintiff Holly Shuster ("Ms. Shuster"), by and through her undersigned counsel, hereby provides notice to the Court that Ms. Shuster withdraws her Motion To Amend Scheduling Order (Dkt. # 92). The Motion To Amend, which was opposed by Plaintiff (Dkt. # 96), sought to extend the discovery period for this case.

Defendant Shuster brought the Motion To Amend in light of, among other reasons, the difficulties in setting Plaintiff Levy's deposition, and the possibility that additional written discovery would be necessitated by that deposition. (Dkt. # 92 ¶ 8.)  Mr. Levy's deposition was taken on April 9, 2024, and undersigned counsel has determined that it does not necessitate Ms. Shuster propounding additional discovery on Plaintiff.

Accordingly, Ms. Shuster hereby provides notice that she no longer seeks the relief requested in her opposed Motion to Amend (Dkt. # 92), and requests that the Clerk strike the motion from the docket.

Dated: April 11, 2024

                                                Respectfully submitted,

                                                *s/ Daniel D. Williams*
Kimberly M. Hult
Daniel D. Williams
Matthew A. Simonsen
**Hutchinson Black and Cook, LLC**
921 Walnut Street, Suite 200
Boulder, CO 80302
Telephone: (303) 442-6514
Facsimile: (303) 442-6493
Kimberly.Hult@hbcboulder.com
Dan.Williams@hbcboulder.com
Matt.Simonsen@hbcboulder.com

Counsel for Defendant/Counterclaim Plaintiff Holly Shuster