IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:23-cv-01149-NYW-KAS

JACOB LEVY,

    Plaintiff and Counterclaim Defendant,

v.

HOLLY SHUSTER,

    Defendant and Counterclaim Plaintiff.

---

**DEFENDANT'S UNOPPOSED MOTION TO RESTRICT RESPONSE TO PLAINTIFF JACOB LEVY'S MOTION TO COMPEL DISCOVERY (Dkt. 117)**

---

    Defendant and Counterclaim Plaintiff Holly Shuster ("Ms. Shuster"), by and through her undersigned counsel, respectfully moves to restrict Ms. Shuster's Response to Motion to Compel Discovery and accompanying exhibit, filed at Dkt. #117.

    **Conferral:** Undersigned counsel conferred with counsel for Plaintiff Jacob Levy concerning this motion to restrict and is authorized to represent that the motion is unopposed.

    Ms. Shuster requests a "Level 1" Restriction which would limit access to the parties and the Court. *See* D.C.COLO.LCivR 7.2(b). She seeks this restriction level because the response brief and accompanying exhibit discusses her medical records, therapy records and personal journal, discussions that are scattered throughout the brief.

    Ms. Shuster respectfully submits that her personal privacy interests outweigh the limited public interest in details regarding her treatment.

In addition, Ms. Shuster submits that under the circumstances, redaction would not be an appropriate alternative because of the extent to which the Response and accompanying exhibits would need to be subject to protection.

WHEREFORE, Ms. Shuster respectfully requests that this Court maintain Level-1 Restricted protection for the documents filed at Dkt. # 117.

Dated: April 22, 2024

                                             Respectfully submitted,

                                             *s/ Kimberly Hult*
                                             Kimberly M. Hult
                                             Daniel D. Williams
                                             Matthew A. Simonsen
                                             **Hutchinson Black and Cook, LLC**
                                             921 Walnut Street, Suite 200
                                             Boulder, CO 80302
                                             Telephone: (303) 442-6514
                                             Facsimile: (303) 442-6493
                                             Kimberly.Hult@hbcboulder.com
                                             Dan.Williams@hbcboulder.com
                                             Matt.Simonsen@hbcboulder.com