IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:23-cv-01149-NYW-KAS

JACOB LEVY,

    Plaintiff and Counterclaim Defendant,

v.

HOLLY SHUSTER,

    Defendant and Counterclaim Plaintiff.

---

**UNOPPOSED MOTION OF MR. LEVY FOR EXTENSION OF TIME TO FILE HIS REPLY REGARDING HIS MOTION TO CONDUCT *EX PARTE* INTERVIEWS WITH MS. SHUSTER'S HEALTHCARE PROVIDERS**

---

Plaintiff and Counterclaim Defendant Jacob Levy, through his counsel Laura A. Menninger and Jacob McMahon of Haddon, Morgan and Foreman, P.C., respectfully moves for an extension of time—from April 24 to April 29, 2024—within which to file a reply regarding his Motion to Conduct *Ex Parte* Interviews with Ms. Shuster's Healthcare Providers [Doc. 102-1], filed March 20, 2024, to which Defendant and Counterclaim Plaintiff Holly Shuster filed her Response [Doc. 112] on April 10, 2024. As grounds, he states:

    1.    <u>Certificate of conferral</u>:  Undersigned counsel conferred with counsel for Ms. Shuster and states that this extension request is not opposed.

    2.    Mr. Levy filed his Motion on March 20, 2024.  [Doc. 102-1.]

    3.    Ms. Shuster filed her Response on April 10, 2024.  [Doc. 112.]

    4.    Mr. Levy's reply is due today, April 24, 2024.  *See* D.C.COLO.LCivR 7.1(d).

5. Due to a calendaring error discovered by undersigned counsel today, the reply deadline was overlooked.

6. Counsel for Mr. Levy is requesting an additional five (5) days—from April 24 up to and including April 29, 2024—within which to file the reply.

7. No previous extensions of time to file this reply have been requested.

8. Counsel for Ms. Shuster is not opposed to this brief extension.

9. Per D.C.COLO.LCivR 6.1(c), undersigned counsel is serving this extension request on Mr. Levy via email to: jacoblevy28@gmail.com.

WHEREFORE, Mr. Levy, through counsel, requests that the Court grant this unopposed motion.

DATED this 24th day of April, 2024.

Respectfully submitted,

s/ *Jacob McMahon*
Laura A. Menninger, No. 34444
Jacob McMahon, No. 48784
Haddon, Morgan and Foreman, P.C.
950 17th Street, Suite 1000
Denver, CO 80202
Phone:303.831.7364
Fax: 303.832.2628
Email: LMenninger@hmflaw.com

*Attorneys for Jacob Levy*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2024, I electronically filed the foregoing *UNOPPOSED MOTION OF MR. LEVY FOR EXTENSION OF TIME TO FILE HIS REPLY REGARDING HIS MOTION TO CONDUCT EX PARTE INTERVIEWS WITH MS. SHUSTER'S HEALTHCARE PROVIDERS* with the clerk of court using the CM/ECF system, which will send notification of such filing to all parties of record.

*s/ Holly Rogers*