IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01149-NYW-KAS

JACOB LEVY,

    Plaintiff/Counterclaim Defendant,

v.

HOLLY SHUSTER,

    Defendant/Counterclaim Plaintiff.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Extension of Time to File His Reply Regarding His Motion to Conduct *Ex Parte* Interviews with Ms. Shuster's Healthcare Providers** [#121] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#121] is **GRANTED**. Plaintiff's deadline to file a reply brief in support of his Motion to Conduct Ex Parte Interviews with Ms. Shuster's Healthcare Providers [#103] is extended to **April 29, 2024**.

    Dated: April 25, 2024