IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01149-NYW-KAS

JACOB LEVY,

    Plaintiff,

v.

HOLLY SHUSTER,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on a discovery dispute that was emailed to Judge Starnella's Chambers on May 8, 2024. The Court is concerned by counsel's apparent disagreement over whether proper conferral has even occurred over the disputed issue. Accordingly,

    IT IS HEREBY **ORDERED** that a hearing on these issues is scheduled for **May 8, 2024**, at **8:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado 80294.

    IT IS FURTHER **ORDERED** that the parties shall advise the Court if they have resolved any of the identified issues in advance of the hearing.

    Dated: May 9, 2024