IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

| | |
|---|---|
| Civil Action: 23-cv-01149-NYW-KAS | Date: May 16, 2024 |
| Courtroom Deputy: Laura Galera | FTR – Reporter Deck-Courtroom C204 |

| Parties: | Counsel: |
|---|---|
| JACOB LEVY, | Laura Menninger |
| | Jacob McMahon |
| Plaintiff, | |
| v. | |
| HOLLY SHUSTER, | Kimberly Hult |
| | Daniel Williams |
| Defendant. | Matthew Simonsen |

## COURTROOM MINUTES

**DISCOVERY CONFERENCE**
**Court in session:   8:03 a.m.**
Court calls case.  Appearances of counsel.

Discovery hearing is called regarding spoliation of evidence.

For the reasons as stated on the record it is:

**ORDERED:**   Plaintiff is ordered to produce communications she's had with Snapchat from October 24, 2023, through January 15, 2024. The communications should be produced **no later than May 23, 2024.**

**ORDERED:**   Parties are ordered to participate in a joint conferral with their forensic experts to determine what sort of information can be retrieved to discern if and when SMS files were deleted no later than **June 17, 2024.**

**ORDERED:**   Counsel are permitted a limited deposition of Snapchat affiant Heidi Galore. The deposition shall occur **no later than June 17, 2024,** and should not exceed three hours on the record. This deposition may be conducted remotely.

**ORDERED:**   Any Motion for Spoliation should be filed **no later than July 17, 2024.**

Hearing concluded.
**Court in recess:**     **10:26 a.m.**
Total time in court:     02:23


*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.