IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:23-cv-01149-NYW-KAS

JACOB LEVY,

    Plaintiff and Counterclaim Defendant,

v.

HOLLY SHUSTER,

    Defendant and Counterclaim Plaintiff.

## MR. LEVY'S MOTION TO EXTEND THE RULE 702 MOTIONS DEADLINE

Plaintiff and Counterclaim Defendant Jacob Levy, through his counsel Laura A. Menninger and Jacob McMahon of Haddon, Morgan and Foreman, P.C., respectfully moves for an extension of time—from May 20 to June 17, 2024—of the deadline for filing motions under Federal Rule of Evidence 702. As grounds, he states:

1. <u>Certificate of conferral</u>:  After conferral, counsel for Ms. Shuster stated she takes no position on this extension request.

2. The deadline to file motions under FRE 702 is thirty (30) days after the deadline for disclosure of rebuttal witnesses. NYW Civ. Practice Standard 7.1C(a).

3. Under the Scheduling Order, the deadline for disclosing rebuttal experts was April 18, 2024. [Doc. 48 at 12.]

4. Thirty (30) days after April 18 is Saturday, May 18, 2024, making the current FRE 702 motions deadline Monday, May 20, 2024. *See* Fed. R. Civ. P. 6(a)(1)(C).

5. Mr. Levy seeks to extend the FRE 702 motions deadline up to and including Monday, June 17, 2024—thirty (30) days from the May 18 deadline (or twenty-eight (28) days as measured from May 20).

6. After the hearing before Magistrate Judge Starnella on May 16, 2024, counsel for Mr. Levy must

    a. produce Snapchat communications by May 23, 2024;

    b. participate in a conferral with forensic experts by June 17, 2024;

    c. participate in the deposition of a Snapchat affiant by June 17, 2024; and

    d. file a spoliation motion by July 17, 2024. [*See* Doc. 131 at 1.]

7. Additionally, as discussed at the hearing, counsel for both parties are working to complete outstanding depositions of Tulane University personnel over the coming weeks.

8. Mr. Levy has pending, a request to conduct *Samms* interviews of Ms. Shuster's treating physicians – disclosed as testifying experts in this case. [*See* Doc. 102.] His FRE 702 motions to challenge any such expert's opinion testimony will depend in part on the results of those interviews.

9. Mr. Levy also has pending, a motion to compel discovery from Ms. Shuster. [Doc. 107.] This Court recently vacated the deadline for dispositive motions in light of remaining discovery motions and issues in this matter. [Doc. 128]

10. No previous extensions of time for this deadline have been requested.

11. An extension of this deadline will not prejudice Ms. Shuster.

12. Per D.C.COLO.LCivR 6.1(c), undersigned counsel is serving this extension request on Mr. Levy via email.

WHEREFORE, Mr. Levy, through counsel, requests that the Court grant his motion and extend the FRE 702 motions deadline up to and including June 17, 2024.

DATED this 17th day of May, 2024.

Respectfully submitted,

*s/ Jacob McMahon*
Laura A. Menninger, No. 34444
Jacob McMahon, No. 48784
Haddon, Morgan and Foreman, P.C.
950 17th Street, Suite 1000
Denver, CO 80202
Phone:303.831.7364
Fax: 303.832.2628
Email: LMenninger@hmflaw.com

*Attorneys for Jacob Levy*

### CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2024, I electronically filed the foregoing *MR. LEVY'S MOTION TO EXTEND THE RULE 702 MOTIONS DEADLINE* with the clerk of court using the CM/ECF system, which will send notification of such filing to all parties of record and via electronic mail to Mr. Levy.

*s/ Holly Rogers*