IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:23-cv-01149-NYW-KAS

JACOB LEVY,

    Plaintiff and Counterclaim Defendant,

v.

HOLLY SHUSTER,

    Defendant and Counterclaim Plaintiff.

## STATUS REPORT REGARDING SETTLEMENT DISCUSSIONS

Plaintiff and Counterclaim Defendant Jacob Levy, through his counsel Laura A. Menninger and Jacob McMahon of Haddon, Morgan and Foreman, P.C., respectfully submits the below status report regarding settlement efforts.

1. <u>Certificate of conferral</u>: Undersigned counsel conferred via email with counsel for Ms. Shuster on May 24, 2024, and reports the parties agreed to submit the report contained below.

2. <u>Rule requiring status report</u>: Under the Court's Uniform Civil Practice Standards, a status report is required no later than fourteen (14) days after the close of discovery. The status report must address the efforts at settlement and the possibility of settlement without addressing substantive settlement terms.  *See* NYW Civ. Practice Standard 16.6(a).

3. <u>Close of discovery</u>: Under the Scheduling Order, the discovery cutoff date was May 10, 2024, [Doc. 48 at 11], but the Court has permitted some additional discovery, as described at the May 16, 2024, hearing [*see* Doc. 131].

4. <u>Status report:</u> The parties engaged in a lengthy day-long mediation with a private mediator on October 20, 2023, and continued their settlement discussions for a few weeks afterwards, when discussions broke down.  Now that discovery is complete, Mr. Levy remains open to a reasonable settlement, and Ms. Shuster is amendable to resuming discussions.

DATED this <u>24th</u> day of <u>May</u>, 2024.

Respectfully submitted,

*s/ Jacob McMahon*
Laura A. Menninger, No. 34444
Jacob McMahon, No. 48784
Haddon, Morgan and Foreman, P.C.
950 17th Street, Suite 1000
Denver, CO 80202
Phone:303.831.7364
Fax: 303.832.2628
Email: LMenninger@hmflaw.com

*Attorneys for Jacob Levy*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2024, I electronically filed the foregoing *STATUS REPORT REGARDING SETTLEMENT DISCUSSIONS* with the clerk of court using the CM/ECF system, which will send notification of such filing to all parties of record.

*s/ Holly Rogers*