IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01149-NYW-KAS

JACOB LEVY,

    Plaintiff/Counterclaim Defendant,

v.

HOLLY SHUSTER,

    Defendant/Counterclaim Plaintiff.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Plaintiff's **Motion to Extend the Rule 702 Motions Deadline** [#132] (the "Motion"). Defendant has taken no position on the extension request. *Motion* [#132], ¶ 1.

    Plaintiff asks the Court to extend the deadline for filing motions under Fed. R. Evid. 702 from May 20, 2024, to June 17, 2024, in part because of various additional supplemental disclosures ordered at the Court's May 16, 2024 hearing and in part because of Plaintiff's then-pending Motion to Conduct Ex Parte Interviews with Defendant's Healthcare Providers [#103], which has since been granted. *See id.*, ¶¶ 6, 8; *Courtroom Minutes* [#131]; *Minute Order* [#136] at 3. The Court finds good cause for the requested extension. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#132] is **GRANTED**. The deadline for parties to file Rule 702 motions is extended to **June 17, 2024**.

    Dated: May 28, 2024