# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:23-cv-01149-NYW-KAS

JACOB LEVY,

    Plaintiff and Counterclaim Defendant,

v.

HOLLY SHUSTER,

    Defendant and Counterclaim Plaintiff.

---

**MR. LEVY'S UNOPPOSED MOTION TO RESTRICT HIS RESPONSE [DOC. 143] TO MS. SHUSTER'S MOTION TO PRECLUDE TESTIMONY OF EXPERT DR. KATHRYN JENS PURSUANT TO FRE 702 [DOC. 134]**

---

Plaintiff and Counterclaim Defendant Jacob Levy, through his counsel Laura A. Menninger and Jacob McMahon of Haddon, Morgan and Foreman, P.C., respectfully moves to restrict Mr. Levy's Response [Doc. 143] to Ms. Shuster's Motion to Preclude Testimony of Expert Dr. Kathryn Jens Pursuant to FRE 702 [Doc. 134.]

**Conferral**: Undersigned counsel conferred with counsel for Ms. Shuster concerning this motion to restrict and reports that the motion is unopposed.

Mr. Levy is bound by the terms of the Protective Order in this case [Doc. 55] to seek a Level 1 Restriction of Doc. 143, because it contains references to materials designated Confidential and Highly-Confidential—Attorneys' Eyes Only—by Ms. Shuster and her counsel, such as mental health treatment records.

Ms. Shuster separately has sought restrictions of her Motion to Preclude Testimony of Expert Dr. Kathryn Jens Pursuant to FRE 702 as well as the two expert reports she attached as exhibits.  [*See* Doc. 139.]  Because Ms. Shuster's (opposed)

Motion to Restrict is pending, Mr. Levy's Response cited to the expert reports that Ms. Shuster originally included with her Motion (the unredacted copies of which were filed under Level 1 Restriction), as opposed to Mr. Levy attaching unredacted copies of the expert reports.  Since Mr. Levy's Response included no exhibits, this request concerns a Level 1 Restriction of only Mr. Levy's Response to the Motion to Preclude.  [Doc. 143.]

The Local Rule requires that a motion to restrict "explain why no alternative to restriction is practicable or why only restriction will adequately protect the interest in question (e.g., redaction, summarization, restricted access to exhibits or portions of exhibits)[.]" D.C.COLO.LCivR 7.2(c)(4).  Ms. Shuster's counsel seeks complete restriction of Doc. 143 at this time so that the parties may confer regarding redactions or other lesser restrictions.

Dated: June 12, 2024

Respectfully submitted,

*s/ Jacob McMahon*
Laura A. Menninger, No. 34444
Jacob McMahon, No. 48784
Haddon, Morgan and Foreman, P.C.
950 17th Street, Suite 1000
Denver, CO 80202
Phone:303.831.7364
Fax: 303.832.2628
Email: LMenninger@hmflaw.com

*Attorneys for Jacob Levy*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2024, I electronically filed the foregoing *MR. LEVY'S UNOPPOSED MOTION TO RESTRICT HIS RESPONSE [DOC. 143] TO MS. SHUSTER'S MOTION TO PRECLUDE TESTIMONY OF EXPERT DR. KATHRYN JENS PURSUANT TO FRE 702 [DOC. 134]* with the clerk of court using the CM/ECF system, which will send notification of such filing to all parties of record.

*s/ Holly Rogers*