**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:23-cv-01149-NYW-KAS

JACOB LEVY,

 Plaintiff and Counterclaim Defendant,

v.

HOLLY SHUSTER,

 Defendant and Counterclaim Plaintiff.

─────────────────────────────────────────────

### JOINT MOTION FOR EXTENSION OF CERTAIN DEADLINES
─────────────────────────────────────────────

Plaintiff and Counterclaim Defendant Jacob Levy ("Mr. Levy") and Defendant and Counterclaim Plaintiff Holly Shuster ("Ms. Shuster"), by and through undersigned counsel, jointly move for an Order extending certain case deadlines as outlined below.

In support, the Parties further state as follows:

1.     In the Status Report Regarding Settlement Discussions [#137] (the "Status Report"), filed on May 24, 2024, Mr. Levy noted that the Parties previously engaged in a lengthy mediation and other settlement discussions last fall.  In paragraph 4, Mr. Levy further stated that he "remains open to a reasonable settlement," and Ms. Shuster had indicated that she is amenable "to resuming discussions."

2.     Given the representations in the Status Report, the Parties' counsel have since discussed returning to mediation, and they have now set a mediation for July 19, 2024, before the Hon. Kristen Mix at the Judicial Arbiter Group.

3.     To facilitate the parties' potential settlement discussions, to allow the parties time to prepare for the mediation before Judge Mix, and to avoid any potentially

unnecessary legal expense, the Parties respectfully submit that good cause exists to extend the following deadlines and propose new dates as set forth below.

4.      Accordingly, the Parties specifically propose as follows:

| | |
|---|---|
| Completion of the discovery ordered at the May 16, 2024 hearing (including the deposition of Snapchat representative and conferral among the Parties experts regarding potential for retrieval of SMS messages from cellphones). | **August 9, 2024** |
| Filing deadline for FRE 702 Motions | **August 9, 2024** |
| Filing deadline for Ms. Shuster's Reply in Support of her Motion to Preclude Testimony Of Expert Dr. Kathryn Jens Pursuant to FRE 702 [#134] | **August 9, 2024** |
| Filing deadline for any Spoliation Motion(s) | **September 6, 2024** |
| Completion of depositions of Tulane University representatives | **August 24, 2024** |

5.      The Parties submit that these proposed dates are closely tied to completion of the mediation, are relatively modest, and will enable them to focus on ongoing discussions to determine if this case may be resolved without further proceedings before this Court or additional legal fees and costs.

6.      In accordance with D.C.COLO.LCivR 6.1(c), a copy of this Motion is being provided contemporaneously to each of the Parties via email sent by their respective counsel below.

3

Dated: June 13, 2024

Respectfully submitted,

 *s*/*Laura A. Menninger*

Laura A. Menninger
Jacob McMahon
Haddon, Morgan and Foreman, P.C.
950 17th Street, Suite 1000
Denver, CO 80202
Phone: 303.831.7364
Fax: 303.832.2628
Email: lmenninger@hmflaw.com
jmcmahon@hmflaw.com


 *s*/*Kimberly M. Hult*

Kimberly M. Hult
Daniel D. Williams
Matthew A. Simonsen
**Hutchinson Black and Cook, LLC**
921 Walnut Street, Suite 200
Boulder, CO 80302
Telephone: (303) 442-6514
Facsimile: (303) 442-6493
Kimberly.Hult@hbcboulder.com
Dan.Williams@hbcboulder.com
Matt.Simonsen@hbcboulder.com