# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:23-cv-01149-NYW-KAS

JACOB LEVY,

      Plaintiff and Counterclaim Defendant

v.

HOLLY SHUSTER,
      Defendant and Counterclaim Plaintiff

---

### DEFENDANT AND COUNTERCLAIM PLAINTIFF HOLLY SHUSTER'S OBJECTIONS TO MR. LEVY'S SECOND SET OF REQUESTS FOR ADMISSION

Defendant and Counterclaim Plaintiff Holly Shuster ("Ms. Shuster"), by and through her undersigned counsel, objects to Plaintiff Jacob Levy's Second Set of Requests for Admission ("Second RFAs") as follows:

### GENERAL OBJECTION TO RFA NO. 4-17

Plaintiff Jacob Levy ("Mr. Levy") served his Second RFAs late on April 10, 2024, in violation of the Court's Scheduling Order entered in this case. The Scheduling Order [#48] set forth a deadline of March 26, 2024, for the service of all written discovery requests, specifically including requests for admission. *See* Scheduling Order [#48], § VII(D). Mr. Levy has not requested or obtained leave of Court to go beyond this deadline, and the Second RFAs are untimely and improper.

### ADDITIONAL PRELIMINARY STATEMENT AND RESERVATION OF RIGHTS

The above General Objection to the Second RFAs is made without waiving or intending to waive but, on the contrary, intending to preserve and preserving:

1.      Ms. Shuster's right to raise all questions of relevancy, materiality, privilege, and admissibility concerning information sought for any purpose that may arise in this action or in any other action;

2.      Ms. Shuster's right to object to the use of the information sought, and/or the responses or the subject matter thereof, on any ground in this or any other action, including that the information is not sought for a proper purpose but is irrelevant and harassing; and

3.      Ms. Shuster's right to object on any grounds at any time to other discovery requests or to any other discovery involving the information sought and/or the subject matter thereof.

Dated: May 8, 2024                      Respectfully submitted,

*Kimberly M. Hult*
Kimberly M. Hult
Daniel D. Williams
Matthew Simonsen
**Hutchinson Black and Cook, LLC**
921 Walnut Street, Suite 200
Boulder, CO 80302
Telephone: (303) 442-6514
Facsimile: (303) 442-6493
Kimberly.Hult@hbcboulder.com
Dan.Williams@hbcboulder.com
Matt.Simonsen@hbcboulder.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May 2024, the foregoing was served via email on the following:

Laura Menninger
Jacob McMahon
Haddon, Morgan & Foreman, P.C.
950 17th Street Suite 1000
Denver, CO 80202
lmenninger@hmflaw.com
jmcmahon@hmflaw.com

/s/ Ella Ford
Ella Ford