IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01149-NYW-KAS

JACOB LEVY,

      Plaintiff/Counter Defendant,

v.

HOLLY SHUSTER,

      Defendant/Counter Claimant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

      This matter is before the Court on the parties' **Joint Motion for Extension of Certain Deadlines [#146]** (the "Motion").

      On May 16, 2024, the Court held a discovery dispute hearing and set deadlines for the parties to, among other things, jointly confer with their forensic experts regarding retrieval of cellphone data; conduct a limited deposition of Snapchat affiant Heidi Galore; and file any motion for spoliation. *See Courtroom Minutes* [#131] at 1.

      The parties indicate that they have scheduled a mediation for July 19, 2024. *Motion* [#146], ¶ 2. They ask the Court to extend various court-ordered discovery deadlines. *Id.*, ¶¶ 3-4. The Court finds that the parties' mediation effort constitutes good cause to modify these deadlines. Accordingly,

      IT IS HEREBY **ORDERED** that the Motion [#146] is **GRANTED**. The court-ordered deadlines are amended as follows:

| | |
|---|---|
| Deadline to complete discovery ordered at the hearing | **August 9, 2024** |
| Deadline to file Fed. R. Evid. 702 Motions | **August 9, 2024** |
| Deadline to file any spoliation motion(s) | **September 6, 2024** |
| Deadline to complete depositions of Tulane representatives | **August 24, 2024** |

      IT IS FURTHER **ORDERED** that Defendant's deadline to file a Reply in Support of her Motion to Preclude Testimony of Expert Dr. Kathryn Jens Pursuant to FRE 702 [#134] is extended to **August 9, 2024**.

      Dated: July 10, 2024