IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:23-cv-01149-NYW-KAS

JACOB LEVY,

    Plaintiff and Counterclaim Defendant,

v.

HOLLY SHUSTER,

    Defendant and Counterclaim Plaintiff.

## NOTICE OF SETTLEMENT

Plaintiff and Counterclaim Defendant Jacob Levy and Defendant and Counterclaim Plaintiff Holly Shuster have reached a resolution of all claims at issue in this case and are in the process of completing the settlement. They anticipate that the settlement will be completed by August 18, 2024, and the Parties further anticipate filing a Stipulation of Dismissal with Prejudice by August 25, 2024.

Dated: July 23, 2024.

Respectfully submitted,
 *s/Laura A. Menninger*
Laura A. Menninger
Jacob McMahon
Haddon, Morgan and Foreman, P.C.
945 Pennsylvania Street
Denver, CO 80203
Phone: 303.831.7364
Fax: 303.832.2628
Email: lmenninger@hmflaw.com
jmcmahon@hmflaw.com

Counsel for Mr. Levy

    *s/Kimberly M. Hult*
Kimberly M. Hult
Daniel D. Williams
Matthew A. Simonsen
**Hutchinson Black and Cook, LLC**
921 Walnut Street, Suite 200
Boulder, CO 80302
Telephone: (303) 442-6514
Facsimile: (303) 442-6493
Kimberly.Hult@hbcboulder.com
Dan.Williams@hbcboulder.com
Matt.Simonsen@hbcboulder.com

Counsel for Ms. Shuster