IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:23-cv-01149-NYW-KAS

JACOB LEVY,

    Plaintiff and Counterclaim Defendant,

v.

HOLLY SHUSTER,

    Defendant and Counterclaim Plaintiff.

---

**NOTICE OF CHANGE OF CONTACT INFORMATION**

---

Pursuant to local rule D.C.COLO.LAttyR 5(c), Haddon Morgan and Foreman, P.C. submits this Notice of Change of Contact Information.  The law firm of Haddon Morgan and Foreman, P.C. has relocated its office.

Effective <u>immediately</u>, all correspondence, pleadings and/or documents should be mailed to the new address listed below. Please note that our telephone number, facsimile number, and all email addresses will remain the same.

Haddon Morgan and Foreman, P.C.
945 North Pennsylvania Street
Denver, CO 80203

Dated: August 5, 2024

2

Respectfully submitted,

*s/ Laura A. Menninger*
Laura A. Menninger, No. 34444
Jacob McMahon, No. 48784
Haddon, Morgan and Foreman, P.C.
945 N. Pennsylvania St.
Denver, CO 80203
Phone: 303.831.7364
Fax: 303.832.2628
Email: LMenninger@hmflaw.com
         JMcMahon@hmflaw.com

*Attorneys for Jacob Levy*

### CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2024, I electronically filed the foregoing *NOTICE OF CHANGE OF CONTACT INFORMATION* with the clerk of court using the CM/ECF system, which will send notification of such filing to all parties of record.

*s/ Holly Rogers*

2