# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:23-cv-01149-NYW-KAS

JACOB LEVY,

    Plaintiff and Counterclaim Defendant,

v.

HOLLY SHUSTER,

    Defendant and Counterclaim Plaintiff.

## NOTICE OF FILING OF REDACTED DOCUMENTS

Pursuant to the Court's Order on July 26, 2024 [Dkt. 156], and after conferring with counsel for Plaintiff and Counterclaim Defendant Jacob Levy ("Mr. Levy"), Defendant and Counterclaim Plaintiff Holly Shuster ("Ms. Shuster") submits the attached redacted copies of Mr. Levy's Motion to Compel [Dkt. 107-1], Ms. Shuster's Rule 702 Motion [Dkt. 134], the report of Dr. Kathryn Jens [134-1] and the report of Dr. Donna Peters [134-2] consistent with the Court's direction in its prior Order and the parties' agreement. *See* [Dkt. 156] at 12.

Dated: August 12, 2024

                                            Respectfully submitted,

                                            *s/ Kimberly M. Hult*
                                            Kimberly M. Hult
                                            Daniel D. Williams
                                            Matthew A. Simonsen
                                            **Hutchinson Black and Cook, LLC**
                                            921 Walnut Street, Suite 200
                                            Boulder, CO 80302
                                            Telephone: (303) 442-6514
                                            Facsimile: (303) 442-6493
                                            Kimberly.Hult@hbcboulder.com
                                            Dan.Williams@hbcboulder.com
                                            Matthew.Simonsen@hbcboulder.com