# EXHIBIT 17

# Tulane University
## Campus Reporting Form

*Submitted on May 4, 2021 at 9:14:28 am CDT. Last modified May 4, 2021 at 12:40:38 pm CDT.*

| | |
|---|---|
| Nature | **Title IX/Sexual Misconduct** |
| Urgency | **Normal** |
| Incident Date and Time | **2021-05-04** |
| Incident Location | **Campus – Uptown** |

<u>Reported by</u>
Name: **Kyle Pearson, Case Manager**
Title:
Email: **kpearso2@tulane.edu**
Phone
Address:

INVOLVED PARTIES
**Holly Shuster (541008109)**　　　2002-11-27　　　hshuster@tulane.edu　　　9147237364
Victim　　　　　　　　　　　　　　　Female　　　　　OFF CAMPUS

INCIDENT DESCRIPTION
Please describe the incident or concern.
**Received the following email from Holly who had been assigned to me for victim support but she did not follow-up. This appears to be related to the case she had been assigned to me for originally for support. I reached out to offer what help I could:**

**Good afternoon Kyle,**

**Sorry I have not been reaching out, I've had a very rough past two months and it's been hard to gather all my thoughts and reach out to someone. I recently travelled home and feel like I am finally in a safe place and can talk to someone in the school about what's been going on.**
As I've already told you ███████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
███████████████ I was trying to go home at this time but my parents would not let me until I was fully vaccinated which is the only reason I'm home now. ████████████████████████████████████████
██████████████████████ ██████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
█████████████████ Even though I knew I had done the right thing for both me and her I felt so guilty about everything that I would honestly just be sleeping, crying, or drinking. I couldn't eat, I felt extremely

**CONFIDENTIAL**

isolated, and as much as I tried to dedicate myself to my schoolwork I had absolutely no motivation to sit down and study, I just wanted to go home and get as far away from everything to do with school as possible. I was finally able to go home this past week and now I feel like I have a clear head and I am in a much better mental state. I have been working hard the past week to turn in every assignment I've missed. They have all been accepted and graded except in my majors and internships class, the mid-semester class I started right around when my mental health took a turn for the worst. I don't really know what to do, I wish I could just explain the whole situation to her but it's all just too personal, I just don't think I would be comfortable telling her all of it. Also, I'm frankly scared she just won't believe me or think I'm just like using it as an excuse, which I'm not. I care a lot about school and I hate that I couldn't perform to the best of my abilities this semester and I just want to make it right.

I was just wondering if you could maybe help me in this situation. I don't really know what to do, I want her to know what's been going on and that I'm not just a lazy student who hasn't been doing her assignments. I was wondering if you could possibly email her and maybe just briefly explain what's been going on, and that I'm finally in a better place and I've been working really hard the past week to turn everything in that I've missed for her class and I would really really appreciate it if she would accept the late assignments. I'm not sure if this is too much to ask, just please let me know if you are able to do this or anything else to help me, and if there's anything else I can do to help.

Thank you so much for reading this all Kyle, I know it's a lot. I just want to be able to finish this semester knowing that I did everything I could to make things right. This has been causing me a lot of stress on top of everything else and I just want to know that I did everything I could. Thank you for all your help and I hope to hear back from you soon and be in more regular contact with you in the future. Thank you and have a great day!

Holly Shuster

**Please assign to Kyle.**

Are you submitting this report as a Campus Security Authority (CSA)?
**Yes**

If this is a TUPD report, please enter the CAD #.

*Pending IR #00060047*
*Submitted from 129.81.137.161 and routed to Corey Motley (SRSS Admin Support)*
*Modified by Corey Motley on May 4, 2021 at 12:40:38 pm CDT from 98.164.94.219*
*Copies originally to: ewoodley@tulane.edu,acofranc@tulane.edu,tyner@tulane.edu,tsmith44@tulane.edu,hboyd1@tulane.edu,msmith76@tulane.edu,srss@tulane.edu,wferbos@tulane.edu,czacharda@tulane.edu,dbrouss5@tulane.edu,rariley@tulane.edu,ablakely@tulane.edu*

**CONFIDENTIAL**

Highly Confidential-Attorneys' Eyes Only                                                                                       TULANE SDT_0000087