# EXHIBIT 19

Holly Shuster  Attorneys Eyes Only
March 11, 2024

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO


Index No.  1:23-cv-01149-NYW-KAS

 - - - - - - - - - - - - - - -x

JACOB LEVY,


Plaintiff/Counterclaim Defendant,

          -against-

HOLLY SHUSTER,

Defendant/Counterclaim Plaintiff.

 - - - - - - - - - - - - - - -x

                    1285 Avenue of the Americas
                    New York, New York

                    March 11, 2024
                    9:34 a.m.


    HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

    VIDEOTAPED EXAMINATION BEFORE TRIAL of

HOLLY SHUSTER, the Defendant/Counterclaim

Plainiff in the above-entitled action, held

at the above time and place, taken before

Jessica R. Taft, a Notary Public of the

State of New York, pursuant to Order and

stipulations between Counsel.


              *     *     *

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
 1     APPEARANCES:


 2

       HADDON, MORGAN and FOREMAN, P.C.
 3     Attorneys for Jacob Levy
             950 17th Street, Suite 1000
 4           Denver, CO  80202

 5     BY:  LAURA MENNINGER, ESQ.
             JACKOB McMAHON, ESQ.  (Via Zoom)
 6


 7

       HUTCHINSON BLACK and COOK, LLC
 8     Attorneys for Holly Shuster
             921 Walnut Street, Suite 200
 9           Boulder, CO  80302

10     BY:  KIMBERLY M. HULT, ESQ.
             DANIEL D. WILLIAMS, ESQ.

11

12     ALSO PRESENT:

13     Jacob Levy, via Zoom, where indicated

14     Michael Bennett, Videographer

15

16               *      *      *

17

18

19

20

21

22

23

24

25
```

```
 1                    STIPULATIONS

 2          IT IS HEREBY STIPULATED AND AGREED, by

 3     and among counsel for the respective parties

 4     hereto, that the filing, sealing and

 5     certification of the within deposition shall

 6     be and the same are hereby waived;

 7          IT IS FURTHER STIPULATED AND AGREED that

 8     all objections, except as to form of the

 9     question, shall be reserved to the time of

10     the trial;

11          IT IS FURTHER STIPULATED AND AGREED that

12     the within deposition may be signed before

13     any Notary Public with the same force and

14     effect as if signed and sworn to before the

15     Court.

16                    *      *      *

17

18

19

20

21

22

23

24

25
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                HOLLY SHUSTER

 2                THE VIDEOGRAPHER:  We are on

 3        the record beginning 9:34 a.m. on

 4        March 11, 2024.

 5                Audio and video recording will

 6        continue to take place until all

 7        parties agree to go off the record.

 8        Please note that the microphones are

 9        sensitive and may pick up whispering

10        or private conversations.

11                This is the video-recorded

12        deposition of Holly Shuster taken in

13        the matter of Jacob Levy, plaintiff/

14        counterclaim defendant versus Holly

15        Shuster, defendant/counterclaim

16        plaintiff, filed in the United States

17        District Court for the District of

18        Colorado.

19                This deposition is being held

20        at the offices of Paul, Weiss,

21        Rivkind, Wharton and Garrison, LLP,

22        located at 1285 Avenue of the Americas

23        in New York, New York.

24                My name is Michael Bennett.  I

25        am the videographer on behalf of U.S.
```

Holly Shuster    Attorneys Eyes Only
March 11, 2024

```
 1                   HOLLY SHUSTER
 2          Legal Support with headquarters
 3          located at 16825 North Chase Drive,
 4          Suite 900, Houston, Texas.
 5                 The court reporter is Jessica
 6          Taft, also on behalf of U.S. Legal
 7          Support.
 8                 I am not related to any party
 9          in this action, nor am I financially
10          interested in the outcome.
11                 Would counsel please identify
12          themselves?
13                 MS. MENNINGER:  Good morning.
14          My name is Laura Menninger.  I am
15          appearing on behalf of my client,
16          Jacob Levy, who is participating by
17          Zoom.
18                 MS. HULT:  Good morning.  My
19          name is Kimberly M. Hult.  I am the
20          attorney for Holly Shuster, who is
21          here and is the witness.  Also with me
22          is Daniel Williams.
23                 THE VIDEOGRAPHER:  Thank you
24          very much.  Would the reporter please
25          swear in the witness.
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                  HOLLY SHUSTER
 2     H O L L Y   S H U S T E R,
 3     the Witness herein, having first been duly
 4     sworn by the Notary Public, was examined and
 5     testified as follows:
 6     BY MS. MENNINGER:
 7          Q    All right.  Could you please
 8     state your full name and spell your last
 9     name for the record, please?
10          A    My full name is Holly Morel
11     Shuster.  My last name is spelled
12     S-H-U-S-T-E-R.
13          Q    And, Ms. Shuster, have you
14     previously been deposed?
15          A    I have never been deposed, no.
16          Q    I want to go over just a few of
17     the rules of the deposition to make sure
18     you're clear and I am clear.  Okay?
19          A    Sure.
20          Q    All right.  One of the first
21     rules is to please answer my questions with
22     words rather than head nods or shakes
23     because that's difficult for the court
24     reporter to take down.  Okay?
25          A    Yes.
```

```
 1                  HOLLY SHUSTER
 2          Q    If you don't understand any one
 3      of my questions, please just ask me to
 4      clarify or restate it.  Okay?
 5          A    Okay.
 6          Q    If you answer it, I am going to
 7      assume you understood what I was talking
 8      about.  All right?
 9          A    Okay.
10          Q    If you ever would like to take a
11      break, just let us know.  As long as you
12      have answered whatever pending questions are
13      out there, we will be happy to take a break
14      for any reason whatsoever.  Okay?
15          A    Okay.
16          Q    But, you will need to answer a
17      question before you take a break.  All
18      right?
19          A    Okay.
20          Q    I am sure your lawyers have told
21      this to you already, but if you could
22      briefly pause after I ask my questions so
23      your lawyers can interpose any objections
24      that they have.  Okay?
25          A    Okay.
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2          Q    In preparation for today's
 3     deposition, did you meet with your attorney?
 4          A    I met with my counsel, yes.
 5          Q    How many times?
 6          A    I am not sure of the exact number.
 7          Q    More than five?
 8          A    No, not more than five.
 9          Q    All right.  And where did you
10     meet with your attorney in preparation for
11     today's deposition?
12          A    We met in my apartment.
13          Q    Here in New York?
14          A    Here in New York, yes.
15          Q    And how long did you meet with
16     them?
17          A    I am not exactly sure.
18          Q    Do you have any idea?
19          A    I am not sure of the exact number
20     of hours, no.
21          Q    Was it multiple hours?
22          A    Yes, it was more than one hour.
23          Q    And on more than one occasion?
24          A    Yes, on more than one occasion.
25          Q    Was it on more than three
```

```
 1                    HOLLY SHUSTER
 2      occasions?
 3           A    No, I do not believe so.
 4           Q    And which days did you meet with
 5      them?
 6           A    I met with them in my apartment
 7      on Monday, Tuesday and Sunday.
 8           Q    And who else was present when you
 9      met with your attorney?
10           A    It was just me and my attorneys.
11           Q    What documents did you review
12      with your attorneys in preparation for
13      today's deposition?
14           A    We reviewed many documents.
15           Q    Can you name any of them?
16           A    We reviewed certain -- we
17      reviewed the order for protection and --
18      sorry, none other come to mind right now.
19           Q    Was it more than two documents
20      that you reviewed?
21           A    Yes, it was more than two
22      documents.
23           Q    About how many documents did you
24      review?
25           A    I am not sure of the exact number
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
1                      HOLLY SHUSTER

2      of documents we reviewed.

3           Q    Is there anything affecting your

4      memory today?

5           A    There is nothing affecting my

6      memory today, no.

7           Q    Did you review any text messages

8      when you were meeting with your attorneys in

9      preparation for today?

10          A    Yes.  I believe we did review

11     some text messages.

12          Q    What text messages did you review?

13          A    We reviewed quite a few.  I am

14     not sure that I can give you all the

15     specific text messages we reviewed.

16          Q    Do you know who they were from?

17          A    There were some text messages

18     that were from me.

19          Q    Anyone else?

20          A    I can't place them at the moment.

21          Q    Did you review any records?

22          A    I am not exactly sure; sorry.

23          Q    You don't know if you reviewed

24     any records?

25          A    I believe we reviewed some of my
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2      therapy records.
 3            Q     Any other records?
 4            A     I can't remember right now; I am
 5      sorry.
 6            Q     Did you review any photographs?
 7            A     I believe we reviewed photographs,
 8      yes.
 9            Q     What types of photographs?
10            A     I believe we reviewed a
11      photograph of a letter.
12            Q     Any other photograph?
13            A     I can't remember right now.
14            Q     Did you review any voicemail
15      messages?
16            A     I can't remember right now.
17            Q     And you said you reviewed all
18      these documents in the last week?
19            A     Yes, that is correct.
20            Q     But, you can't remember any of
21      the documents specifically that you reviewed
22      in the last week with your attorneys in
23      preparation for today's deposition?
24                    MS. HULT:  Objection, form.
25                    THE WITNESS:  We reviewed many
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2            documents.  I can't list them all
 3            specifically sitting here right now.
 4            Q    Just list the ones that you do
 5       recall.
 6            A    We reviewed my therapy records
 7       and the other documents that I have already
 8       listed.  Those are all I can remember
 9       sitting here right now.
10            Q    You brought your parents with you
11       today, is that right?
12            A    I have one parent with me today.
13            Q    And that parent is not in this
14       room, correct?
15            A    No, she is not in this room.
16            Q    And she is waiting outside,
17       correct?
18            A    She is outside this room, yes.
19            Q    And your parents are both
20       attorneys, correct?
21            A    My father is a practicing
22       attorney.  My mother is no longer practicing.
23            Q    She has a law degree?
24            A    She has a law degree, yes.
25            Q    And did either of your parents
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
  1                  HOLLY SHUSTER
  2    give you any advice for today's deposition?
  3            A     No, they did not.
  4            Q     Did you talk to your parents at
  5    all about today's deposition?
  6            A     I talked about my feelings with
  7    them.  That's it.
  8            Q     What feelings did you talk about
  9    with your parents regarding today's
 10    deposition?
 11                  MS. HULT:  Objection, form.
 12                  THE WITNESS:  I talked about
 13            many feelings with my parents.  I
 14            talked about generally feeling
 15            stressed out.
 16            Q     And what did -- which parent did
 17    you speak with about that?
 18            A     I spoke with both of my parents
 19    about that.
 20            Q     Were they together, or was this
 21    separate?
 22                  MS. HULT:  Objection, form.
 23                  THE WITNESS:  These were
 24            separate conversations.
 25            Q     And what did either parent say to
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER

 2     you about you feeling stressed out?

 3                 MS. HULT:  Objection, form.

 4                 THE WITNESS:  They were just

 5          trying to offer me sympathy.

 6          Q    And how did they express that?

 7                 MS. HULT:  Objection, form.

 8                 THE WITNESS:  They gave me

 9          hugs, they tried to bring my spirits

10          up by watching some of our favorite TV

11          shows.

12          Q    Did they say anything to you?

13          A    Not that I can remember sitting

14     here right now.

15          Q    And did you meet with any of your

16     therapists to prepare for today's deposition?

17          A    I did not meet with my therapist

18     to prepare for today's deposition.

19          Q    When was the last time you met

20     with any of your therapists?

21          A    The last time I met with my

22     therapist was on Friday afternoon.

23          Q    Which one was that?

24          A    That was Gwenn Lowe.

25          Q    Are you on any medications today?
```

Holly Shuster · Attorneys Eyes Only
March 11, 2024

```
1                    HOLLY SHUSTER
2          A     I am on Sertraline.
3          Q     And can you spell that?
4          A     S-E-R-T-R-A-L-I-N-E.
5          Q     And what affects does have on you?
6          A     It's an antidepressant, so it
7    has -- I am not sure of the exact way to
8    classify it.  It helps me to manage my stress.
9          Q     Are you on any other medications
10   today?
11         A     No, I am not.
12         Q     When was the last time you drank
13   alcohol?
14         A     About one month ago.
15         Q     What is your date of birth, Ms.
16   Shuster?
17         A     My date of birth is November
18   27th, 2002.
19         Q     How old are you now?
20         A     I am 21-years old.
21         Q     And where is your current
22   residence?
23         A     My current residence is 1220,
24   1-2-2-0, Park Avenue, New York, New York,
25   10128.
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2         Q     How long have you lived there?
 3         A     I have lived there for almost two
 4    years.
 5         Q     Are you currently employed?
 6         A     I am not currently employed, no.
 7         Q     When is the last employment that
 8    you had?
 9         A     The last employment that I had
10    was an internship.
11         Q     And who was that with?
12         A     That was with Absolute R
13    Relations, capital R.
14         Q     When was that internship?
15         A     That was in the winter of 2022,
16    to the very end of 2022.
17         Q     Do you mean December of 2022 or
18    the end of the winter of 2022?
19         A     It was from August of 2022 to
20    December of 2022.
21         Q     And who was your boss there?
22         A     I can't --
23              MS. HULT:  Objection, form.  Go
24         ahead.
25              THE WITNESS:  I can't place her
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2          name right now, sitting here right
 3          now.
 4          Q    Can you name anyone that worked
 5     there?
 6          A    I can't remember anybody's name
 7     right now.
 8          Q    Where is Absolute R located?
 9          A    I can't remember the exact
10     address right now, but it is based in
11     Brooklyn.
12          Q    Did you go to their headquarters
13     at any point?
14          A    No.
15          Q    Or were you working remotely?
16          A    No.  The internship was
17     completely remote.
18          Q    And what was your job during that
19     internship?
20          A    My job, I was essentially a
21     trainee.  I worked on what they referred to
22     as pending placements list.  They worked
23     with a lot of clients who were based in
24     cosmetics and fashion, so I worked to
25     organize lists of micro celebrities and
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
1                    HOLLY SHUSTER

2       influencers who could work as brand

3       ambassadors or do sponsored deals with the

4       brands that firm represented.

5            Q    Who did you interact with on a

6       daily basis during that internship?

7            A    I usually interacted with one

8       woman who used to be in the position that I

9       was in.  She used to be an intern as well.

10      She was the only person from the firm that I

11      interacted with daily.

12           Q    And why did you leave that

13      internship?

14           A    The internship was only temporary.

15           Q    And have you sought employment

16      since then?

17           A    I have not.

18           Q    In the last six months, what have

19      you done on a daily basis?

20           A    On a daily basis, I have been

21      focusing a lot on other hobbies, and I have

22      really been trying to take care of myself.

23           Q    What hobbies have you focused on?

24           A    I have been focusing on creative

25      writing.  I have been doing a lot of yoga, a
```

Holly Shuster · Attorneys Eyes Only
March 11, 2024

```
 1                   HOLLY SHUSTER

 2      lot of Pilates.  I have been practicing

 3      guitar.  I have been learning how to knit.

 4      I have been doing -- that's all that comes

 5      to mind right now.

 6           Q     And who is supporting you during

 7      the last six months?

 8                     MS. HULT:  Objection, form.

 9                     THE WITNESS:  During the last

10           six months, I have been living with my

11           parents, and they have been a

12           supporting me.

13           Q     And have you sought employment in

14      the last six months?

15                     MS. HULT:  Objection, form.

16                     THE WITNESS:  I have not sought

17           employment in the last six months, no.

18           Q     Why not?

19           A     No particular reason comes to

20      mind at the moment.

21           Q     Have your parents asked you to

22      look for a job?

23           A     No, they have not.

24           Q     And other than Absolute R, have

25      you ever held paid employment?
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER

 2         A    Yes, I have.

 3         Q    What prior paid employment have

 4    you held?

 5         A    I worked at a company, a store,

 6    called Stony Clover Lane, which is located

 7    in, on Long Island.  I worked there for one

 8    summer from approximately June to around the

 9    beginning of August, and I was a sales

10    associate there.

11         Q    What summer was that?

12         A    That was the summer of 2021.

13         Q    So, between your first and second

14    years of college?

15         A    Yes.

16         Q    And was that in the Hamptons?

17         A    That was.  It was located in East

18    Hampton.

19         Q    And how much did you make that

20    summer?

21         A    I don't remember the exact hourly

22    rate.

23         Q    Do you remember how many hours a

24    week you worked?

25         A    I usually worked four or five
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER

 2      days a week.

 3           Q     And for how many hours at each

 4      occasion?

 5           A     Usually eight hours each day.

 6           Q     It was a full-time job?

 7           A     I believe so, yes.

 8           Q     And how did you get that job?

 9           A     I applied on-line.

10           Q     Did you know anyone else working

11      there?

12           A     I did not know anybody else

13      working there.

14           Q     Where did you go to high school?

15           A     I went to Scarsdale High School.

16           Q     Where is Scarsdale High School?

17           A     In Scarsdale, New York.

18           Q     And where is Scarsdale, New York?

19           A     In Westchester County in New York

20      State.

21           Q     Is it north of New York City?

22           A     It is north of Manhattan, yes.

23           Q     And who did you live with in high

24      school?

25           A     I lived with both my parents and
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2      my sister.
 3              Q    And what year did you graduate
 4      from high school?
 5              A    I graduated in 2020.
 6              Q    Who were your best friends in
 7      high school?
 8              A    My best friends in high school, I
 9      would say by my senior year, it was my
10      friend Kat and my friend Ruby.
11              Q    What is Kat's last name?
12              A    Full-Baudeneau.
13              Q    And where is Kat now?
14              A    Kat is currently attending Purdue
15      University.
16              Q    Do you know what year she is?
17              A    I believe she is set to graduate
18      this semester.
19              Q    And what about Ruby?  What is
20      Ruby's last name?
21              A    Foligno.
22              Q    How do you spell that?
23              A    F-O-L-I-G-N-O.
24              Q    And where is Ruby now?
25              A    Ruby is currently in Florida,
```

Holly Shuster · Attorneys Eyes Only
March 11, 2024

```
1                         HOLLY SHUSTER
2        though I cannot remember which town.
3               Q     Is she in school?
4               A     She is currently doing on-line
5        school, I believe.
6               Q     Do you still keep in touch with
7        Kat and Ruby?
8               A     I do keep in touch with them, yes.
9               Q     How do you keep in touch with them?
10              A     Usually by texting, phone calls.
11              Q     Any DMs?
12              A     I don't know.
13              Q     You don't know if you sent DMs to
14       your friends from high school?
15                    MS. HULT:  Objection, form.
16                    THE WITNESS:  I can't remember
17              sitting here right now.
18              Q     When is the last time you spoke
19       with Kat?
20              A     I am not sure exactly.
21              Q     Has it been in the last year?
22              A     Yes.
23              Q     When was the last time you
24       remember speaking with her?
25              A     The last time I remember speaking
```

```
1                      HOLLY SHUSTER

2      with her was I believe when she was home for

3      her Christmas break, her holiday break.

4      That's the last time I remember speaking

5      with her.

6           Q    In person?

7           A    In person, yes.

8           Q    And when was the last time you

9      spoke with Ruby?

10          A    The last time I spoke with Ruby,

11     I am not sure of the exact day.

12          Q    Can you tell me the year?

13          A    It was this year.

14          Q    2024?

15          A    Yes, 2024.

16          Q    And did you speak with her in

17     person or by phone?

18          A    By phone.

19          Q    Who is Devin Ankeney?

20          A    Devin was a friend of mine from

21     high school.

22          Q    And where is Devin now?

23          A    I believe Devin is at Miami Ohio.

24          Q    And when is the last time you

25     spoke with Devin?
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
1                    HOLLY SHUSTER

2          A    I am not sure exactly.

3          Q    In the last year?

4          A    No, I don't believe so.

5          Q    Do you know what year Devin is at

6     Miami of Ohio?

7          A    I am not sure exactly.

8          Q    Did you know Devin from high school?

9          A    I did know Devin from high school, yes.

10         Q    Did Devin go to Scarsdale High

11    School?

12         A    Yes, he went to Scarsdale High

13    School.

14         Q    And did he graduate with you?

15         A    He graduated with me, yes.

16         Q    Did Devin, Kat or Ruby meet Jacob

17    Levy?

18         A    Kat and Ruby both did, yes.

19         Q    When did they meet Jacob Levy?

20         A    I believe it was over the summer

21    of 2021.

22         Q    Any other time?

23         A    No, I don't believe so.

24         Q    Did Devin ever meet Jacob Levy?

25         A    No.
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2          Q    Any other good friends from high
 3     school?
 4          A    I was very close with a friend
 5     named Julia.
 6          Q    What is Julia's last name?
 7          A    White, W-H-I-T-E.
 8          Q    Where is Julia now?
 9          A    I believe Julia is at American
10     University.
11          Q    Have you spoken with Julia in the
12     last year?
13          A    No, I have not.
14          Q    Anyone else you were close with
15     in high school?
16          A    That's all that comes to mind
17     right now.
18          Q    Were they all friends with one
19     another; in other words, Kat Ruby Julia and
20     Devin?
21               MS. HULT:  Objection, foundation.
22          Go ahead.
23               THE WITNESS:  I would say yes.
24          Q    Did you five do things together?
25          A    No, not that I remember.
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
1                    HOLLY SHUSTER
2           Q    When you graduated, was that in
3      June of 2020?
4           A    Yes, it was in June of 2020.
5           Q    And was that during COVID?
6           A    It was during COVID, yes.
7           Q    Did you have a graduation
8      ceremony?
9           A    I don't believe so.
10          Q    Because of COVID?
11          A    Because of COVID, yes.
12          Q    What were you like in high
13     school?
14               MS. HULT:  Objection, form.
15          Go ahead.
16               THE WITNESS:  I believe I was
17          quite -- I was very close with a few
18          people, but I think generally I was on
19          the shyer side.
20          Q    Did you participate in any activities?
21          A    In high school I was in a couple
22     of clubs, but I mainly focused on activities
23     outside of school.
24          Q    What activities outside of school
25     did you focus on in high school?
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2           A    I had been taking voice lessons
 3      for I think about ten years.  I believe I
 4      started when I was seven and ended when I
 5      was 17.  And I did a few years of dance.
 6           Q    What type of dance?
 7           A    I took ballet, I took modern
 8      dance, I took jazz.  I was in a couple of
 9      master classes.
10           Q    Did you perform?
11           A    I did perform at recitals, yes.
12           Q    For dance and for voice?
13           A    For both of them, yes.
14           Q    Did you win any awards in high
15      school?
16           A    I don't believe I won any awards, no.
17           Q    Do they still have things like
18      "most outgoing" and "most likely to succeed"
19      or things like that?
20           A    We did not do that my particular
21      year because of the COVID pandemic.
22           Q    Understood.
23                Would you say you were close with
24      your family during high school?
25           A    Yes, I would.
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER

 2           Q    Including your sister?

 3           A    My sister was at college for all

 4      four years that I was in high school.  But,

 5      we maintained a good relationship, yes.

 6           Q    Is she four-years older than you?

 7           A    She is four-years older than me, yes.

 8           Q    And what is her name?

 9           A    Her name is Genevieve Shuster.

10           Q    And does she go by any shortening

11      version of that?

12           A    She would usually go by Genna,

13      G-E-N-N-A.

14           Q    And where is Genna now?

15           A    Genna currently lives in

16      Brooklyn, in Williamsburg.

17           Q    Is she employed?

18           A    She is.

19           Q    What does she do?

20           A    She is currently at a fellowship

21      at Columbia University teaching a class.

22           Q    So, like education, you mean?

23           A    Well, she is currently getting

24      her Master's Degree in English.  But, she is

25      in a fellowship program which allows her to
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2      teach a class.
 3           Q    What class is she teaching?
 4           A    I am not sure of the exact name
 5      of the class she teaches.
 6           Q    Do you know what level of school?
 7           A    I believe it is for -- it is -- I
 8      believe it is an essay writing course for
 9      incoming freshmen.
10           Q    High school or college?
11           A    College.
12           Q    I see.  I think I see.  She is
13      teaching in Brooklyn incoming college
14      freshmen?
15           A    No.  She lives in Brooklyn.  She
16      is currently teaching at Columbia where she
17      is also getting her Master's degree in
18      English.
19           Q    I see.
20                She is teaching at Columbia
21      University?
22           A    Yes.
23           Q    Incoming freshmen?
24           A    She is teaching incoming
25      freshmen, yes.
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2         Q    On writing essays?
 3         A    Yes.
 4         Q    Did you have any stressors in
 5    high school?
 6         A    Yes, I had some stressors in high
 7    school.
 8         Q    What were your stressors in high
 9    school?
10         A    I think I went through very
11    normal developmental stressors.
12              I was worried about fitting in.
13    That's all that comes to mind right now.
14         Q    Did you have any major illnesses
15    in high school?
16         A    No, I did not.
17         Q    Did you have conflicts with your
18    parents?
19         A    I wouldn't say I had any major
20    conflicts with my parents, no.
21         Q    Were your parents critical of you?
22         A    No, I wouldn't say they were
23    critical of me.
24         Q    Did you get admitted at any
25    universities?
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
1                    HOLLY SHUSTER
2         A    When I was applying to colleges?
3         Q    Right.
4         A    I applied early decision to
5    Tulane University and got in.  So, I don't
6    remember if I checked any of my other
7    applications, and I certainly don't remember
8    what their statuses were.
9         Q    So, you were admitted at Tulane?
10        A    I was admitted early decision at
11   Tulane, yes.
12        Q    And you did apply to other colleges?
13        A    I did, yes.
14        Q    Which other colleges did you
15   apply to?
16        A    I don't remember sitting here
17   right now.
18        Q    You don't remember any colleges
19   that you applied to?
20        A    I don't remember any of them.  I
21   haven't thought about it in a long time.
22             I believe I applied to Boston
23   College, but I cannot remember any more
24   sitting here right now.
25        Q    When did you -- well, did you
```

Case No. 1:23-cv-01149-NYW-KAS   Document 106-2   filed 04/03/24   USDC Colorado   pg 34 of 460

```
 1                    HOLLY SHUSTER

 2      visit Tulane before you started as a

 3      freshman?

 4            A     I did; I visited once.

 5            Q     When did you visit Tulane?

 6            A     I believe I visited when I was a

 7      junior in high school.

 8            Q     And who accompanied you?

 9            A     I believe my mother came with me.

10            Q     And where did you stay?

11            A     I do not remember where I stayed.

12            Q     And where did you go on your visit?

13            A     I went on the guided campus tour

14      with a student.  So, I can't remember the

15      exact places where we went.

16            Q     Did you know any of your friends

17      from high school who were at Tulane at the

18      time?

19            A     I did not.

20            Q     When did you start at Tulane?

21            A     I believe I started at Tulane in

22      August of 2020.

23            Q     Towards the beginning of August

24      or middle or late?

25            A     I don't remember.
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1              HOLLY SHUSTER
 2        Q    And where were you living when
 3   you started at Tulane?
 4        A    I was living in Josephine Louise
 5   Hall when I started at Tulane.
 6        Q    Who were you living with at
 7   Josephine Louise Hall?
 8        A    I was living with a girl named
 9   Annalisa.
10        Q    What is her last name?
11        A    I can't place her last name right
12   now.
13        Q    Were you sick when you started at
14   Tulane?
15        A    I had mononucleosis right before
16   I came to Tulane.  But, by the time I
17   arrived there, it had passed.
18        Q    Did you start on time with the
19   rest of the freshmen?
20        A    I started school on time, but I
21   did miss the week of orientation.
22        Q    Because of your illness?
23        A    Because of mono, yes.
24        Q    Did you move into the dorms when
25   everyone else moved in?
```

```
 1                    HOLLY SHUSTER
 2          A    No.  I moved in about a week
 3     late.
 4          Q    Because of the mono?
 5          A    Yes.
 6          Q    What floor did you live on at
 7     Josephine Louise Hall?
 8          A    I believe we lived on the first
 9     floor.
10          Q    And what did your room or suite
11     or whatever it was there look like?
12          A    I remember it was a larger-than-
13     normal dorm room, but I really can't
14     remember anything else about it right now.
15          Q    Was it a suite or a room?
16          A    It was a single room.
17          Q    Did it have a bathroom?
18          A    No, there was no bathroom in the
19     room.
20          Q    How many beds were in the room?
21          A    There were two beds in the room.
22          Q    And what color did you decorate
23     your bed with?
24          A    I don't remember exactly.
25          Q    All right.  Did you stay at
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
1                    HOLLY SHUSTER
2      Josephine Louise Hall for long?
3           A    No.  We -- my roommate at the
4      time and I applied to switch rooms into
5      Butler Hall, which was approved.  And we
6      moved in there after a certain amount of
7      time.  I can't remember exactly how long it
8      took.
9           Q    Why did you apply to move rooms?
10          A    We did not feel as though our
11     dorm was the right -- I think the right word
12     to use would be modern enough.  The
13     facilities were very old, and we wanted to
14     live in a newer dorm building.
15          Q    Where is Annalisa from?
16          A    I can't remember exactly.
17          Q    You don't know what city she's
18     from?
19          A    I can't remember.
20          Q    Okay.  Do you know where she is
21     now?
22          A    I don't know where she is now.
23          Q    Was Butler more to your liking?
24          A    I liked the room a lot better, yes.
25          Q    What floor were you on in Butler?
```

```
 1                     HOLLY SHUSTER
 2           A    I can't remember what floor I was
 3      on.
 4           Q    And can you describe the room at
 5      Butler?
 6           A    The room, it had two beds, two
 7      desks, and two windows.  That's all I can
 8      remember about it.
 9           Q    Did your room have a bathroom?
10           A    There was no bathroom in the
11      room, no.
12           Q    And what color did you decorate
13      your bed in Butler?
14           A    I can't remember exactly.  I
15      believe it might have been pink or purple.
16      I am not sure.
17           Q    Did you live in Butler all the
18      way through the end of your first year?
19           A    Yes, I did.
20           Q    And, so, that was 2020 to 2021?
21           A    Yes.
22           Q    I am going to mark an exhibit.
23      We will mark it Exhibit 1.
24                MR. WILLIAMS:  I think we
25           agreed in the order we are continuing
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2            the numbering system.  We did agree to
 3            that in the scheduling order.
 4                    MS. MENNINGER:  What number did
 5            we end on?
 6                    MS. HULT:  I can tell you.  21,
 7            so this would be 22.
 8                    (Thereupon, the document was
 9            marked Plaintiff's Exhibit 22 for
10            Identification, as of this date.)
11            Q    Ms. Shuster, take a look at that.
12    Do you recognize what this might be?
13            A    I recognize it as a map of a
14    portion of Tulane's campus.
15            Q    Okay.  I am going to hand you a
16    pen, and I am going to ask you if you could
17    to indicate by circling it the name of the
18    first dorm that you lived in on campus.
19            A    (Indicating.)
20            Q    If you could just put a number
21    one by that.
22            A    Sure.
23            Q    And what does it say?
24            A    It says Josephine Louise House.
25            Q    Okay.  And then if I could also
```

Holly Shuster· Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2      have you circle the second place you lived
 3      on campus.
 4            A     Sure (indicating).
 5            Q     And put a number two by that.
 6      Okay.  And what does it say?
 7            A     Butler House.
 8            Q     And while we are here, what is
 9      the next place you lived on campus?
10            A     The next place I lived on campus
11      was Willow Residence C.
12            Q     Do you see that on the map?
13            A     I do.
14            Q     Can you circle it?
15            A     Yes (indicating).
16            Q     And can you put a number three by
17      it?
18            A     Yes.
19            Q     All right.  And did you live
20      anywhere else on campus?
21            A     On campus?  I lived in Weatherhead
22      Hall for a brief period of time.
23            Q     Was that after Willow Residence?
24            A     That was before Willow Residence C.
25            Q     Oh, okay.  Can you circle Weatherhead
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

1                    HOLLY SHUSTER

2    Hall and put a two and a half by it?

3          A    Sure (indicating).

4          Q    Anywhere else that you lived on

5    campus?

6          A    I don't believe so, no.

7          Q    And can you also, while we are

8    here, indicate where did Jacob Levy live his

9    freshman year?

10               MS. HULT:  Objection,

11          foundation.  Go ahead.

12               THE WITNESS:  I believe his

13          freshman year, Mr. Levy lived in Sharp

14          Hall.

15          Q    Do you see that on here?

16          A    Yes.

17          Q    Okay.  Can you circle it?

18          A    Yes (indicating).

19          Q    And can you put JL1?

20          A    Yes.

21          Q    Do you know anywhere else that

22    Mr. Levy lived?

23          A    Mr. Levy also lived in Weatherhead

24    Hall for a brief period of time, I believe.

25          Q    Is that when you lived there?

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
  1                   HOLLY SHUSTER

  2          A    Yes.

  3          Q    Can you put a JL by your two and

  4     a half and just put two, I guess?

  5          A    Yes (indicating).

  6          Q    Anywhere else that you know Mr.

  7     Levy lived on campus?

  8          A    I am not sure of where he lived

  9     after Weatherhead Hall.

 10          Q    Do you know anywhere else that he

 11     lived?

 12          A    On campus, no, I do not.

 13          Q    Do you see a place called The

 14     Boot?

 15          A    Yes, I do.

 16          Q    Can you circle The Boot?

 17          A    Yes (indicating).

 18          Q    Is The Boot some place you went?

 19          A    Yes, I went to The Boot.

 20          Q    Anywhere else on here that you

 21     frequented?

 22                MS. HULT:  Objection, form.

 23                THE WITNESS:  I went to the

 24          Howard-Tilton Memorial Library.

 25          Q    Okay.  And is that sort of to the
```

Holly Shuster    Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER

 2    right and down from The Boot?

 3         A    Yes, it is.

 4         Q    Anywhere else on here that you

 5    recall frequenting?

 6         A    I went to McAlister auditorium.

 7         Q    Okay.  And what happens at

 8    McAlister Auditorium?

 9         A    I took a class there.

10         Q    Anywhere else that you remember

11    going?

12         A    I went to the Lavin-Bernick

13    Center.

14         Q    What happened there?

15         A    That was a food court, and also I

16    had a class in there.

17         Q    Okay.  Anywhere else?

18         A    I went to Newcomb Hall.

19         Q    And, I am sorry, I don't see

20    that.  Can you tell me, roughly, what it is

21    near?

22         A    It is right near Eileonora P.

23    McWilliams Hall, right above.

24         Q    Right above.  Oh, I see.

25              What happens at Newcomb Hall?
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
 1                      HOLLY SHUSTER
 2          A    I had classes there.
 3          Q    Which classes did you have there?
 4          A    I can't remember the names of
 5     them right now.
 6          Q    The subject?
 7          A    I can't remember the exact
 8     subject I had in that hall right now.
 9          Q    Okay.  Anywhere else on this map
10     that you recall going?
11          A    Not at the moment, no.
12          Q    When you lived at Weatherhead
13     Hall -- well, let me stop that.
14               When you lived at Butler House,
15     who did you live with?
16          A    I still lived with Annalisa.
17          Q    And do you remember her last
18     name?
19          A    I don't remember her last name.
20          Q    Okay.  And then where is the next
21     place you lived?
22          A    The next place I lived was
23     Weatherhead Hall.
24          Q    Okay.  And who did you live with
25     at Weatherhead Hall?
```

```
 1                   HOLLY SHUSTER

 2           A    I lived with Mr. Levy, Shreya and

 3      Keenan.

 4           Q    What is Shreya's last name?

 5           A    I can't remember her last name.

 6           Q    And what is Keenan's last name?

 7           A    Keenan's last name is Goldin,

 8      G-O-L-D-I-N.

 9           Q    And what type of room did you

10      have at Weatherhead Hall?

11           A    We had a joined suite at

12      Weatherhead Hall.

13           Q    How many rooms did the suite

14      have?

15           A    The suite had two distinct rooms

16      and one bathroom in the middle.

17           Q    And who did you share a room with?

18           A    I shared a room with Shreya.

19           Q    And who lived in the other room?

20           A    Mr. Levy and Keenan.

21           Q    So, were there four beds in the

22      suite?

23           A    There were four beds in the

24      suite, yes.

25           Q    And how was your room decorated
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2      there?
 3             A    I don't remember how my room was
 4      decorated in that suite.
 5             Q    Okay.  And where is the next
 6      place you lived?
 7             A    The next place I lived was Willow
 8      Residence C.
 9             Q    And who did you live with there?
10             A    I lived with Liberty.
11             Q    Liberty's last name is what?
12             A    Morris.
13             Q    And how long did you live there?
14             A    I lived there for the rest of my
15      sophomore year.
16             Q    Did anyone else live there
17      besides you and Liberty?
18             A    In our suite?  No.
19             Q    And how many rooms did that suite
20      have?
21             A    Also, two distinct rooms with a
22      bathroom in the middle.
23             Q    And you had one room, and Liberty
24      had the other room?
25             A    Yes, that is correct.
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2          Q    And do you recall how your room
 3     was decorated at Willow Residences C?
 4          A    I don't remember exactly how my
 5     room was decorated in Willow Residence C.
 6          Q    Do you remember the colors,
 7     anything like that?
 8          A    I believe I had a few different
 9     colors in my room.
10          Q    What were they?
11          A    I am not sure exactly.  I don't
12     remember exactly.
13          Q    Did you live off campus?
14          A    I lived off campus for a, one
15     semester, yes.
16          Q    Which semester was that?
17          A    It was spring of 2023.
18          Q    And where was that?
19          A    My off-campus house was located
20     at 929 Lowerline Street.
21          Q    And is that visible on this map?
22          A    No, it is not.
23          Q    Which direction is it from campus?
24          A    It's away from campus.  I am not
25     sure exactly what you mean by what direction.
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
 1                     HOLLY SHUSTER
 2          Q    Well, north, south, east, west;
 3     do you know?
 4          A    I am not sure.
 5          Q    And who did you live with on
 6     Lowerline Street?
 7          A    I lived with Jordan Ziegler.
 8          Q    You lived there the spring of
 9     2023?
10          A    Yes.
11          Q    Did you live there any other
12     time?
13          A    No, I did not.
14          Q    Did you live anywhere between
15     August and September of 2022?
16          A    August and September of 2022, I
17     was -- oh, I was residing at the Lowerline
18     house, but it was not -- I had not fully
19     moved in.
20          Q    What does that mean?
21          A    I was in the process of moving my
22     stuff in.  But, I eventually decided to
23     actually go back to New York.  So, in my
24     head, I don't really classify myself as
25     having lived there that month.
```

Holly Shuster · Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2          Q    How long were you there that
 3     month?
 4          A    I am not sure exactly.
 5          Q    A week, more than a week?
 6          A    I believe it was more than one
 7     week.
 8          Q    Was it a full month?
 9          A    I am not sure.
10          Q    We are going to mark Exhibit 23.
11               (Thereupon, the document was
12          marked Plaintiff's Exhibit 23 for
13          Identification, as of this date.)
14          Q    Ms. Shuster, do you recognize
15     this document?
16          A    I recognize this document, yes.
17          Q    Did you review it in the last
18     week?
19          A    I can't remember if I reviewed
20     this in the last week.
21          Q    Okay.  What do you believe it is?
22          A    I am not sure of the exact name
23     of the document.
24          Q    Okay.  It says it's your
25     "Defendant and counterclaim plaintiff Holly
```

```
 1                  HOLLY SHUSTER

 2     Shuster's supplemental objections, answers

 3     and responses to Mr. Levy's first set of

 4     interrogatories and requests for production

 5     of documents."

 6               Do you see that?

 7          A    I see that, yes.

 8          Q    And if you look at the last page

 9     or the second to the last page; it is double

10     sided.  So, page 17.  How about that; is

11     that easier?

12          A    Uh-huh.

13          Q    Okay.  Do you see a verification

14     of answers, supplemental answers there?

15          A    I see a verification of

16     supplemental answers there, yes.

17          Q    And it has your signature,

18     correct?

19          A    It has my signature, yes.

20          Q    So, does that indicate that you

21     reviewed these answers and they are correct?

22               MS. HULT:  Objection, form.  Go

23          ahead.

24               THE WITNESS:  At the time of

25          this signature, I believe I reviewed
```

Holly Shuster · Attorneys Eyes Only
March 11, 2024

```
1                    HOLLY SHUSTER
2         these answers, yes.
3         Q    And that means under oath, that
4    the answers provided herein are correct?
5              MS. HULT:  Objection, form.
6         Foundation.
7              THE WITNESS:  I believe so, yes.
8         Q    True and correct to the best of
9    your knowledge, right?
10        A    Yes; true and correct to the best
11   of my knowledge.
12        Q    So, if we could go back to pages
13   two and three, on page three it says from
14   August 22nd to September 2022, you lived on
15   Lowerline Street with Ms. Ziegler, is that
16   right?
17        A    Yes, I see that.
18        Q    And is that accurate?
19        A    That is accurate, yes.
20        Q    But, you don't know which dates?
21        A    I am not sure of the exact dates,
22   no.
23        Q    And did you look anywhere to try
24   to determine those dates?
25        A    I can't remember right now.
```

```
 1                    HOLLY SHUSTER

 2         Q     You don't remember if you looked?

 3              MS. HULT:  Objection, form.

 4         You can take a moment if you want and

 5         read the document.

 6         Q     Do you now recall when you lived

 7    on Lowerline with Jordan Ziegler in August

 8    and September of 2022?

 9         A     I see the dates written down in

10    this document yes.

11         Q     What are those dates?

12         A     The dates stated in the document

13    are August 16, 2022 and September 21st,

14    2022.

15         Q     Are those accurate?

16         A     Sitting here right now, I believe

17    those are accurate, yes.

18         Q     And you certified under oath that

19    they were accurate, correct?

20              MS. HULT:  Objection, form.

21              THE WITNESS:  I certified --

22         yes, I did.

23         Q     By your signature?

24         A     By --

25              MS. HULT:  Objection, form.  Go
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER

 2          ahead.

 3                 THE WITNESS:  By my signature, yes.

 4          Q    And you left on September 21st,

 5     2022 to go back to New York?

 6          A    I believe so, yes.

 7          Q    And on that date, you withdrew

 8     from classes?

 9          A    I believe so, yes.

10          Q    In September of 2022, you

11     withdrew from your classes and returned to

12     New York?

13                 MS. HULT:  Objection, form.

14          Foundation.

15                 THE WITNESS:  That is what is

16          written in the document, yes.

17          Q    Is that accurate?

18                 MS. HULT:  Objection, form.

19                 THE WITNESS:  I see that it is

20          written in the document.  To the best

21          of my abilities, I believe it is

22          accurate.

23          Q    So, you think in September of

24     2022 you withdrew from classes and returned

25     from Lowerline to New York?
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2              MS. HULT:  Objection, form,
 3       asked and answered.
 4              MS. MENNINGER:  What is wrong
 5       with the form?
 6              MS. HULT:  You have asked it
 7       three times now.
 8              MS. MENNINGER:  What was wrong
 9       with the form with it when I asked it
10       the first time?
11              MS. HULT:  I don't remember how
12       you phrased it the first time exactly,
13       but it was the same question.  You
14       have asked it three times.
15              MS. MENNINGER:  Okay.
16       Q    Ms. Shuster, did you understand
17   my question?
18       A    Would you mind repeating it one
19   more time.
20       Q    The court reporter can repeat it.
21              (Thereupon, the record was read
22       back by the reporter as recorded
23       above.)
24              MS. HULT:  Objection, form.
25              THE WITNESS:  To the best of my
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2           abilities, that is what I can remember
 3           right now.
 4           Q    And that's what you remembered
 5    when you signed the verification on page 17,
 6    right?
 7           A    That is what is stated in this
 8    document.
 9           Q    But you signed it on page 17,
10    right?
11           A    Yes, I signed it.
12           Q    Under oath?
13                MS. HULT:  Objection, form.
14                THE WITNESS:  Yes, I signed
15           this document.
16           Q    Certifying it was correct?
17                MS. HULT:  Same objection.
18                THE WITNESS:  I believe so.
19           Q    What part are you not sure about?
20           A    I am just answering to the best
21    of my abilities right now.
22           Q    During your freshman year, your
23    first semester, did you have to evacuate
24    campus at any point in time?
25           A    During my freshman year my first
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER

 2    semester -- I am not sure of the exact date.

 3    But, at a certain point during the beginning

 4    of the semester, I got COVID-19, and had to

 5    leave campus, yes.

 6         Q    And do you know what month that was?

 7         A    I can't remember which month it was.

 8         Q    Where did you go when you got

 9    COVID-19 in your first semester?

10         A    I believe I went to the Hyatt

11    Hotel.

12         Q    And how long were you there?

13         A    I am not sure exactly.

14         Q    Were you in a room by yourself?

15         A    I was originally in a room with

16    Annalisa.  But, I believe we were separated

17    at a certain point.

18         Q    Why?

19         A    I believe because she no longer

20    showed up as positive for COVID, and I still

21    did.

22         Q    I see, so you both had COVID and

23    you were rooming together?

24         A    Yes.

25         Q    I understand.  And when she
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2     stopped having positives, then she left the
 3     room?
 4           A    I believe that's what happened,
 5     yes.
 6           Q    Okay.  And approximately how long
 7     were you there?
 8           A    I am not sure exactly.  I believe
 9     it was around two weeks.
10           Q    Did anyone visit you there?
11           A    I can't remember.
12           Q    Did your boyfriend visit you
13     there?
14           A    I did not have a boyfriend at the
15     time.
16           Q    And then how long were you on
17     campus that freshman year first semester?
18                MS. HULT:  Objection, form,
19           foundation.  Go ahead.
20                THE WITNESS:  I don't know the
21           exact length of time that I was on
22           campus my freshman year first
23           semester.
24           Q    Did you stay all the way till
25     Christmas?
```

```
 1                     HOLLY SHUSTER
 2          A     I believe I stayed until the
 3    semester ended, yes.
 4          Q     Was there a period of time when
 5    everyone at Tulane went home for
 6    Thanksgiving and didn't come back?
 7          A     I believe so, yes.  I am not sure
 8    every single student, but I went home for
 9    the break we were given, yes.
10          Q     I guess I mean something different.
11                Do you recall whether there was
12    sort of a remote learning aspect to December
13    of 2020?
14          A     I do not remember.
15          Q     Do you know if you took classes
16    while you were at home between Thanksgiving
17    and Christmas in December of 2020?
18          A     I cannot remember at this time.
19          Q     Do you remember seeing Jacob Levy
20    in person at all during December of 2020?
21          A     I do not remember exactly at this
22    time if I saw him during that time period.
23          Q     So, it's possible in December of
24    2020 you didn't see Jacob Levy at all?
25          A     I cannot remember sitting here
```

Holly Shuster · Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2     right now if I saw him during that time
 3     period.
 4          Q     Were you dating him at that time
 5     period?
 6          A     During December of 2020?
 7          Q     Yes.
 8          A     I believe -- I am not sure
 9     exactly sitting here right now.
10          Q     Did you give him a gift for
11     Christmas of 2020?
12          A     I can't remember if I gave him a
13     gift.
14          Q     Were you in a relationship with
15     anyone when you started at Tulane as a
16     freshman?
17               MS. HULT:  Objection, form.
18               THE WITNESS:  I had just broken
19          up with my high school boyfriend I
20          believe the day I arrived in New
21          Orleans.
22          Q     What was your high school
23     boyfriend's name?
24          A     Reza, R-E-Z-A.
25          Q     What was his last name?
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
1                    HOLLY SHUSTER

2         A    I can't remember his last name.

3         Q    How long was Reva your boyfriend?

4         A    Reza was my boyfriend for about

5    one year.

6         Q    And you don't remember his last

7    name?

8         A    No, I don't remember his last

9    name.

10        Q    Where is Reva -- I am sorry if I

11   am saying it wrong.  R-E-V-A?

12        A    Reza, R-E-Z-A.

13        Q    Z, I am sorry.  I got that wrong.

14             Where is Reza now?

15        A    I believe Reza is at the

16   University of North Carolina.

17        Q    And set to graduate this year?

18        A    To the best of my knowledge, yes.

19        Q    When you were a freshman at

20   Tulane, did you rush a sorority?

21        A    No, I did not.

22        Q    Why not?

23        A    I can't remember what my exact

24   reasoning was at the time.

25        Q    No idea?
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1              HOLLY SHUSTER
 2         A    I just don't know what my exact
 3    reasoning was.
 4         Q    Well, I am not asking for your
 5    exact reasoning.  I am just asking for any
 6    reason you didn't rush a sorority.
 7         A    I just trying just to give the
 8    most accurate answer I can.  And my honest
 9    answer is, I can't remember what my reasons
10    were at the time.
11         Q    Did you want to rush a sorority?
12         A    I don't remember how I felt about
13    it at the time.
14         Q    Do you have trouble remembering
15    things?
16              MS. HULT:  Objection, form.
17              THE WITNESS:  I don't have
18         trouble remembering things.  These
19         just happened several years ago.
20         Q    Okay.  What was your favorite
21    class for your first semester at Tulane?
22         A    I believe I enjoyed an English
23    class that I took at my first semester.
24         Q    What was year professor's name?
25         A    I can't remember my professor's
```

```
  1                    HOLLY SHUSTER
  2      name.
  3             Q    What was the English class about?
  4             A    It was an introductory English
  5      class, so we were mostly focused on writing
  6      essays.
  7             Q    Did you write any essays?
  8             A    I did, yes.
  9             Q    What did you write about?
 10             A    I can't remember the contents of
 11      the essays exactly right now.
 12             Q    Over your Christmas break between
 13      first and second semester freshman year, did
 14      you spend time with any of your high school
 15      friends?
 16             A    I can't recall any specific
 17      instances where we spent time together,
 18      right now.
 19             Q    Were you friends with Clare
 20      Arnold during your freshman year at Tulane?
 21             A    No, I did not know Clare Arnold
 22      my freshman year at Tulane.
 23             Q    When did you meet Clare Arnold?
 24             A    I met Clare Arnold at some point
 25      during my sophomore year at Tulane.
```

```
1                    HOLLY SHUSTER

2          Q    What about Liberty Morris?

3          A    I also met Liberty Morris at some

4    point during my sophomore year at Tulane.

5          Q    Who was your closest friend

6    during your first year at Tulane?

7          A    During my first year at Tulane, I

8    am not sure who exactly I would classify as

9    my closest friend.

10         Q    Who was your friend at all?

11         A    During my freshman year?  I was

12   friends with quite a few people.

13         Q    Okay.  Can you give me some names?

14         A    I was friends with quite a few

15   girls in my building, including Katie, Jae

16   spelled J-A-E.  I was friends with Annalisa,

17   Oceane.  It's spelled like ocean with an E

18   at the end.  And there was one other girl

19   who was in our collective group, but I can't

20   place her name at this moment.

21         Q    Are you friends with any of those

22   individuals today?

23         A    Today, I am not friends with any

24   of those individuals.

25         Q    Do you know any of their last names?
```

```
 1                     HOLLY SHUSTER

 2          A    I can't remember any of their last

 3     names.

 4          Q    Did you have any stressors during

 5     your first year at Tulane?

 6          A    I'm sorry.  Could you repeat that

 7     word?

 8          Q    Did you have any stressors at

 9     your first year of Tulane?

10          A    I can't remember any specific

11     stressors other than the COVID-19 pandemic.

12               MS. HULT:  We have been going a

13          little over an hour.  I think it's

14          time for a break.

15               MS. MENNINGER:  It has just

16          been one hour, but that's fine.

17               THE VIDEOGRAPHER:  Off the

18          record, 10:35 a.m., March 11th, 2024.

19               (Brief break.)

20               THE VIDEOGRAPHER:  On the

21          record, 10:47 a.m., March 11th, 2024.

22          Q    All right.  Ms. Shuster, did you

23     speak with your mother over the break?

24          A    I did speak with her, yes.

25          Q    And what did you guys talk about?
```

Holly Shuster    Attorneys Eyes Only
March 11, 2024

```
 1                     HOLLY SHUSTER
 2          A    Just talked about how I was
 3     feeling.
 4          Q    What did you tell her?
 5          A    I don't remember the exact words
 6     that I told her.
 7          Q    What did you tell her generally?
 8          A    I told her I was genuinely --
 9     generally, excuse me, doing okay.
10          Q    What did she say?
11          A    She said, "I love you."
12          Q    Anything else?
13          A    I don't remember exactly what she
14     said to me.
15          Q    Generally, what she said to you?
16          A    She generally was just expressing
17     that she loved me and that she was here for
18     me.
19          Q    Anything else?
20          A    No, I believe that's it.
21          Q    Let's talk about your academics
22     at Tulane.
23               You said you were admitted early,
24     right?
25          A    I was admitted early decision, yes.
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
 1              HOLLY SHUSTER
 2         Q    And you were admitted into the
 3    science and engineering department, is that
 4    right?
 5         A    I don't specifically remember
 6    which department I was admitted into.
 7         Q    How were your grades your first
 8    semester?
 9         A    My grades were not good my first
10    semester.
11         Q    What were they?
12         A    I don't remember my exact grades
13    at this moment.
14         Q    Okay.  And why were they not good?
15         A    I was going through quite a tough
16    time that first semester at Tulane.
17         Q    Why?
18         A    I think it was a combination of
19    different factors.
20         Q    What were the factors?
21         A    I was 17-years old and had just
22    gone to a new college campus away from my
23    family, and the COVID-19 pandemic was still
24    happening, and I had also started an abusive
25    relationship.  Those are the factors I can
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
1                    HOLLY SHUSTER
2      think of right now.
3           Q     Anything else?
4           A     That's all I can think of right now.
5           Q     Is there something that would
6      help you refresh your memory as to other
7      factors?
8           A     I don't believe so.
9           Q     Okay.  So, the fact that you were
10     17 and away from your family, COVID-19, and
11     you started an abusive relationship?
12          A     I was involved in an abusive
13     relationship, yes.
14          Q     And that was, those are the
15     reasons why your grades were not good your
16     freshman year?
17          A     I believe those were the main
18     factors, those are the factors that I can
19     remember right now.
20          Q     But, there is nothing you can
21     think of to look at that would help you
22     remember other factors?
23          A     Not at this moment, no.
24          Q     Did you ever attribute your
25     grades to the fact that, bad grades to the
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
1                   HOLLY SHUSTER

2      fact that you had mono?

3             A    I can't remember right now.

4             Q    Do you think the fact that you

5      had mono affected your grades?

6             A    I think it may have been a

7      factor, yes.

8             Q    How so?

9             A    Mono is a sickness that can last

10     a very long time.  I was affected by some of

11     the symptoms for a few months, but it passed

12     completely by I believe around -- actually,

13     I am not sure exactly when it passed

14     completely, I apologize.

15            Q    What symptoms were you experiencing

16     during your first semester freshman year?

17            A    Of mononucleosis?

18            Q    Yes.

19            A    I was experiencing drowsiness, a

20     lot of drowsiness.  That's all I can

21     remember right now.

22            Q    Anything else?

23            A    I don't recall right now.

24            Q    Is there something about right

25     now that makes you not able to recall?
```

```
 1                  HOLLY SHUSTER

 2              MS. HULT:  Objection, form.

 3              THE WITNESS:  I had mononucleosis

 4       a long time ago.  I can't remember

 5       every symptom I had from it.  I do

 6       remember that I was very drowsy.

 7       Q    And nothing else?

 8       A    I just don't remember any of the

 9   other symptoms exactly.

10       Q    Did you ask to withdraw from any

11   of your classes first semester freshman year?

12       A    I believe I did apply to medically

13   withdraw, yes.

14       Q    And what did you put on that

15   medical withdrawal form?

16       A    I can't remember exactly what I

17   wrote on the medical withdrawal form my

18   freshman year.

19       Q    Have you seen it recently?

20       A    I don't believe so, no.

21       Q    You didn't review that in the

22   last week?

23       A    I don't believe so, no.

24       Q    Did you talk to any sorority rush

25   person about your medical withdrawal?
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2               MS. HULT:  Objection, form.  Go
 3          ahead.
 4               THE WITNESS:  I can't remember
 5          if I talked to any rush person in a
 6          sorority about my medical withdrawal.
 7          Q    Did you use your medical
 8     withdrawal as grounds to try to rush a
 9     sorority?
10               MS. HULT:  Form.
11               THE WITNESS:  I, I honestly do
12          not remember.
13          Q    Do you remember what grades you
14     got your first semester freshman year?
15          A    I don't know the exact grades I
16     got my first semester freshman year.
17          Q    Okay.  Would looking at your
18     transcript help you refresh your recollection
19     on that?
20          A    Yes.
21          Q    Let's mark Exhibit 24.
22               (Thereupon, the document was
23          marked Plaintiff's Exhibit 24 for
24          Identification, as of this date.)
25          Q    Do you recognize this document?
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2          A    I do recognize this document, yes.
 3          Q    And what is it?
 4          A    It's my transcript at Tulane.
 5          Q    All right.  And in the upper left
 6     corner that has your name, correct?
 7          A    Yes, that is correct.
 8          Q    And in the upper right corner, it
 9     says it was issued December 12th, 2023.
10               Do you see that?
11          A    Yes, I see that.
12          Q    Do you believe that is accurate?
13          A    To the best of my knowledge,
14     that's accurate.
15          Q    Have you reviewed this document
16     in the last week?
17          A    I believe -- yes, I believe I
18     have looked at this document in the last
19     week.
20          Q    Okay.  Under the fall 2020
21     heading in the upper left corner, it says:
22     "Admitted program science and engineering,
23     bachelor of science."
24               Do you see that?
25          A    Yes, I see that.
```

Holly Shuster · Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2          Q    Does that remind you that that's
 3     the program you were admitted into?
 4          A    Yes, seeing it written on my
 5     transcript reminds me.
 6          Q    Under that are the classes that
 7     you took your first semester freshman year,
 8     correct?
 9          A    Yes, I see that.
10          Q    Now, looking at that, can you
11     tell us what classes you took and what grade
12     you obtained in each class?
13          A    Yes, I can.  I took Introductory
14     Psych, which I got a D.  I took Psychology
15     Beyond the Classroom, which is a U.  I am
16     not sure the exact meaning of that symbol,
17     but I believe it has to do with an
18     incomplete, if that is correct.
19                Classroom Gender and Society,
20     also got a U.  Calculus, a UW.  Latin
21     American Infusion, a W, which I -- to the
22     best of my knowledge, refers to a
23     withdrawal.  And Cultural Anthropology,
24     which, again, to the best of my knowledge
25     refers to a withdrawal.
```

Holly Shuster    Attorneys Eyes Only
March 11, 2024

```
 1                  HOLLY SHUSTER
 2          Q    The one class you got a grade in
 3     was Introductory Psychology, and that was a D?
 4          A    Yes, I see that.
 5          Q    All right.  And if you look at
 6     the next page, it gives you some of the
 7     grading system codes.  Do you see that?
 8          A    I see those, yes.
 9          Q    So, what is a U?
10          A    A U refers to an unsatisfactory.
11          Q    And what is a UW?
12          A    A UW refers to an unofficial
13     withdrawal.
14          Q    And what is a W?
15          A    A W refers to withdrawn.
16          Q    Okay.  So, on your first
17     semester, you had two classes with
18     unsatisfactories, two withdrawns and one
19     unsatisfactory withdrawal, correct?
20          A    Yes, that is correct.
21              MS. HULT:  Objection, form.
22          Q    Did you have any trouble
23     understanding that question?
24          A    I would like to hear the question
25     again, if possible.
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1              HOLLY SHUSTER
 2                  (Thereupon, the record was read
 3          back by the reporter as recorded
 4          above.)
 5                  MS. HULT:  Objection, form.
 6          Misstates.
 7                  THE WITNESS:  I apologize for
 8          the mistake I made.
 9                  MS. HULT:  No.  The objection
10          is to the question, not to your
11          answer.
12                  THE WITNESS:  I know, but I
13          believe my answer was mistaken, if I
14          could just correct it.
15          Q    Please.
16          A    I had two classes that were
17      unsatisfactory, one class that was
18      unsatisfactory withdrawal, two classes that
19      were withdrawn, and one class that I got a D
20      in.
21          Q    Okay.  And we talked about the D
22      earlier.  You just weren't sure about what
23      the U's meant, correct?
24          A    I wasn't sure what the U's
25      referred to, correct.
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2           Q    But, now you have looked at the
 3      second page, and you know what it means,
 4      right?
 5           A    Yes, now that I have read the
 6      meaning, yes.
 7           Q    So, we have now covered your
 8      first semester grades.  Right?
 9           A    Yes, we have covered them.
10           Q    And do you know when you withdrew
11      from Latin American Infusion and Cultural
12      Anthropology?
13                    MS. HULT:  Form.  Go ahead.
14                    THE WITNESS:  I am not sure of
15              the exact date when I applied to
16              withdraw from those classes or when
17              the school granted those withdrawals.
18           Q    Okay.  And do you know about the
19      calculus class?
20           A    Do I know what about the calculus
21      class?
22           Q    How did it come about that you
23      had a UW next to that class?
24           A    I can't recall the exact process
25      of how I obtained a UW for that calculus
```

Holly Shuster    Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER

 2      class.

 3           Q    Did you ask to withdraw from it?

 4           A    I am not sure.

 5           Q    Did you ask to withdraw from

 6      Psychology Beyond Classroom and Gender in

 7      Society?

 8           A    I am not sure.  I can't remember.

 9           Q    Okay.  Let's talk about your

10      second semester of your first year.

11           A    Sure, yes.

12           Q    What classes did you take your

13      second semester?

14           A    I took Super Heros; Race, Gender,

15      Orien, is what it says on the document.  I

16      took Advanced French Through Media.  I took

17      Introduction to Philosophy.  I took Calculus

18      I.  I took Majors, Internships and Jobs, and

19      I took Writing.

20           Q    What grades did you obtain your

21      second semester?

22           A    I obtained two withdrawals, an A,

23      an unsatisfactory, an A minus and an

24      unsatisfactory withdrawal.

25           Q    Did you apply to withdraw from
```

Holly Shuster · Attorneys Eyes Only
March 11, 2024

```
1                    HOLLY SHUSTER
2      the classes that have a W next to them?
3           A    Given that they have been
4      withdrawn, I believe I applied to withdraw
5      from them, yes.
6           Q    And what were the grounds for
7      your withdrawal?
8           A    I don't remember the exact
9      grounds for my withdrawal at that time.
10          Q    Do you remember any grounds?
11              MS. HULT:  Form.
12              THE WITNESS:  I don't remember
13          the grounds, and I don't want to guess
14          because I don't want to give an
15          inaccurate answer.
16          Q    Do you believe that you requested
17     a withdrawal in writing?
18          A    I believe the form was in
19     writing, yes.
20          Q    And you submitted that to Tulane?
21              MS. HULT:  Form, foundation.
22              THE WITNESS:  I believe the
23          withdrawal form was submitted to
24          Tulane, yes.
25          Q    By you?
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
 1              HOLLY SHUSTER
 2              MS. HULT:  Form.  Go ahead.
 3              THE WITNESS:  I believe I was
 4         involved in the withdrawal process,
 5         but that is the most specific thing I
 6         can remember right now.
 7         Q    Who else was involved in your
 8    withdrawal process in the spring of 2021?
 9         A    I cannot remember specifically
10    who else was involved.
11         Q    Can you remember generally who
12    else was involved?
13         A    I believe someone in the Tulane
14    administration was also involved in the
15    withdrawal process.
16         Q    What part of the Tulane
17    administration?
18         A    I am not sure exactly sitting
19    here right now which part of the
20    administration was involved in the
21    withdrawal process.
22         Q    Was it a medical withdrawal?
23         A    I cannot remember.
24         Q    Do you remember any grounds for
25    withdrawal in the spring of 2021?
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
 1                   HOLLY SHUSTER
 2          A    I cannot remember the specific
 3     grounds of my withdrawal in the spring of
 4     2021.
 5          Q    Okay.  And the calculus class you
 6     took, Calculus I, is the same one that you
 7     had taken the first semester, correct?
 8          A    To the best of my knowledge, they
 9     are the same class, yes.
10          Q    And the first semester you had a
11     UW, and the second semester you had a U.
12          A    That is what is in the transcript,
13     yes.
14          Q    Is the transcript accurate?
15          A    Yes, I believe the transcript is
16     accurate.
17          Q    And then you had two classes that
18     you got grades in, is that right?
19          A    I had two classes that I got
20     letter grads in.
21          Q    Okay.  Introduction to Philosophy
22     you got an A, right?
23          A    Yes, I see that.
24          Q    And your other class, Majors,
25     Internships and Jobs, you got an A minus.
```

1                    HOLLY SHUSTER

2          A    Yes.

3          Q    Is that right?

4          A    That is right, yes.

5          Q    Was that an internship?

6          A    No, that was not an internship.

7     That was a class.

8          Q    What was it about?

9          A    I can't remember the specific

10    contents of the class.

11         Q    And why did your -- well, let me

12    strike that.

13              Were you in the same relationship

14    in the spring of 2021 that you were in in

15    the fall of 2020?

16         A    I was in the same relationship in

17    the spring of '21 that started in the fall

18    of 2020.

19         Q    And your GPA after the end of

20    your freshman year was a cumulative 1.245,

21    is that right?

22         A    Yes, I see that is correct.

23         Q    Okay.  Did you tell your parents

24    in the fall or the spring about your grades?

25         A    I don't remember exactly what I

Holly Shuster    Attorneys Eyes Only
March 11, 2024

HOLLY SHUSTER

1

2    told my parents about my academic standing.

3         Q    Did you give your parents a copy

4    of your grades?

5         A    I can't remember if I gave my

6    parents a copy of my grades.

7         Q    Did you have any conflict with

8    your parents about your grades?

9         A    I cannot remember sitting here

10   right now if I had any conflict with my

11   parents about my grades at this time.

12        Q    Did you ask for any assistance

13   from a tutor?

14        A    I don't recall that I did.

15        Q    Did you reach out to anyone to

16   get academic assistance during your freshman

17   year?

18        A    I can't remember during my

19   freshman year if I reached out to anyone to

20   get academic assistance.

21        Q    You don't know if you had a tutor

22   or a mentor or a professor that you reached

23   out to?

24        A    I can't remember if I reached out

25   to anybody, no.

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
1                     HOLLY SHUSTER
2         Q    Did you speak with anybody?
3         A    I can't remember if I spoke to
4    anybody specifically about getting help with
5    my grades.
6         Q    Did you talk to your academic
7    advisor?
8              MS. HULT:  Form.
9              THE WITNESS:  I don't remember
10            if I spoke to my academic advisor
11            during this -- are you referring to my
12            entire freshman year?
13        Q    Yes.
14        A    During my entire freshman year, I
15   cannot recall an exact meeting or a specific
16   meeting, rather, with my academic advisor.
17        Q    Do you know if a 1.245 is
18   considered a passing GPA at Tulane?
19        A    I do not believe a 1.245 is
20   considered a passing GPA at Tulane.
21        Q    Do you know how much money you
22   paid to go to Tulane that first year?
23             MS. HULT:  Objection, form,
24            foundation.  Go ahead.
25             THE WITNESS:  I am not sure of
```

```
1                      HOLLY SHUSTER
2           the exact amount of money that was
3           paid for me to go to Tulane that first
4           year.
5           Q    Did your parents pay it?
6           A    I believe so, yes.
7           Q    And you don't know if it was
8      $10,000 or a hundred thousand dollars?
9           A    I believe I said I don't know the
10     exact number it was.
11          Q    Okay.  I am not asking you for
12     the exact number.
13               I am asking what you know about
14     the amount of money that was paid on your
15     behalf to go to Tulane your freshman year?
16               MS. HULT:  Form.
17               THE WITNESS:  I am not sure I
18          could give an accurate approximate at
19          this time.
20          Q    Do you believe it was more or
21     less than $50,000?
22          A    I am genuinely not sure.
23          Q    Did your parents ask you to pay
24     any of that back to them?
25          A    I don't know if my parents and I
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2     have ever had a discussion about that.
 3          Q    Your parents just paid for your
 4     college regardless?
 5               MS. HULT:  Objection, form,
 6          foundation.  This is starting to get a
 7          little bit harassing.  And I am
 8          getting -- we are going to have to
 9          take a break in a minute if this
10          continues.  But, go ahead and answer
11          the question.
12               THE WITNESS:  I believe my
13          parents were saving most of their
14          lives in order to pay for their
15          children's education.  So, yes, they
16          were willing to pay for my college
17          education.
18          Q    And do you recall whether you
19     shared with them that your GPA was 1.245
20     after your freshman year?
21          A    As I said before, I cannot recall
22     any specific conversation I had with them
23     about my grades this year.
24          Q    I am not asking for a specific
25     conversation.  I am asking if you recall
```

```
 1                    HOLLY SHUSTER

 2    having any conversation?

 3         A    I cannot remember any conversation

 4    I had with them about my grades this year.

 5         Q    Your freshman year?

 6         A    My freshman year, yes.

 7         Q    Okay.  Were you put on any kind

 8    of academic probation at the end of your

 9    freshman year?

10         A    I believe I was put on academic

11    probation at the end of my freshman year,

12    yes.

13         Q    What were the conditions of that

14    academic probation?

15         A    I don't remember the exact

16    conditions of the academic probation.

17         Q    Do you remember any conditions?

18         A    Sitting here right now, I do not

19    remember the conditions of the academic

20    probation my freshman year.

21         Q    You came back in the fall of

22    2021, correct?

23         A    Yes, I see that.

24         Q    And what classes did you take in

25    the fall of 2021?
```

| | |
|---|---|
| 1 | HOLLY SHUSTER |
| 2 | A   In the fall of 2021, I took |
| 3 | International Relations, Intermediate |
| 4 | French, American Government and Italian |
| 5 | Renaissance Art. |
| 6 | Q   What grades did you obtain in |
| 7 | those four classes? |
| 8 | A   In International Relations, I got |
| 9 | a D plus.  In Intermediate French, I got an |
| 10 | unsatisfactory withdrawal.  In American |
| 11 | government, I got a withdrawal.  And in |
| 12 | Italian Renaissance Art, I got a withdrawal. |
| 13 | Q   What were the grounds for your |
| 14 | withdrawals from the two classes with a |
| 15 | withdrawal next to them? |
| 16 | A   To the best of my recollection at |
| 17 | this time, I was being stalked during this |
| 18 | semester, so I believe that probably had |
| 19 | something to do with the withdrawal process |
| 20 | for me. |
| 21 | Q   Do you recall writing that on a |
| 22 | medical withdrawal form? |
| 23 | A   I do not remember if I wrote that |
| 24 | on a medical withdrawal form. |
| 25 | Q   And what was the grounds for the |

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
1                    HOLLY SHUSTER
2     unsatisfactory withdrawal in French?
3                 MS. HULT:  Objection, form.  It
4            is not a -- it's not an unsatisfactory
5            withdrawal.
6                 MS. MENNINGER:  Unofficial
7            withdrawal, my apologies.
8                 THE WITNESS:  Again, as I said,
9            I was being stalked to this semester.
10           So, I believe that had something to do
11           with the unofficial withdrawal.
12           Q    And the D plus you got in
13    International Relations, right?
14           A    Yes, I see that.
15           Q    Did those satisfy the academic
16    probation that you were on?
17           A    As I said, I can't remember any
18    of the specific conditions of the academic
19    probation.  So, I am not sure; I cannot say.
20           Q    And by the end of your first
21    semester of your second year, your
22    cumulative GPA was 1.030, right?
23           A    Yes, I see that.
24           Q    And you had not actually
25    progressed to being a sophomore at that
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
 1                     HOLLY SHUSTER
 2      time, correct?
 3                     MS. HULT:  Foundation.
 4                     THE WITNESS:  I am not exactly
 5          sure.
 6          Q     How many earned hours did you
 7      have at the end of 2021?
 8          A     I am not sure where exactly on
 9      the form I would find that, if I can find it
10      on the form at all.
11          Q     And then were you placed on any
12      further academic probation at the end of
13      2021?
14          A     I am not sure.
15          Q     And then in the spring of 2022,
16      what classes did you take?
17          A     I took Introduction to Global
18      Media, Introduction to Cultural Studies,
19      Introduction to Television, Writing, and
20      Ancient Societies.
21          Q     Did you get any letter grades?
22          A     It looks like in Introduction to
23      Global Media, I got an F or a failing/
24      incomplete.
25          Q     And what did you get in the rest
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER

 2    of the classes?

 3          A    In the rest of the classes, it

 4    looks like I got an unofficial withdrawal.

 5          Q    Okay.  And what was your

 6    cumulative GPA at the end of your second

 7    year at Tulane?

 8          A    At the end of the 2022 spring

 9    semester, it was 0.647.

10          Q    And were you the subject of any

11    disciplinary process as a result of your

12    academic performance?

13                MS. HULT:  Form.

14                THE WITNESS:  On the form I can

15          see that under the 2022 spring

16          semester, there is a status that reads

17          academic dismissal, fall 2022.

18          Q    And you know you were dismissed

19    academically in the, for the fall of 2022,

20    correct?

21          A    Sitting here right now, I can see

22    that I was dismissed for the fall of '22,

23    yes.  2022, excuse me.

24          Q    Do you recall being dismissed,

25    apart from what you are reading on the piece
```

Holly Shuster · Attorneys Eyes Only
March 11, 2024

```
1                    HOLLY SHUSTER
2      of paper?
3            A     I do recall, yes.
4            Q     Let's mark Exhibit Number 25.
5                  (Thereupon, the document was
6            marked Plaintiff's Exhibit 25 for
7            Identification, as of this date.)
8            Q     Do you recognize Exhibit 25?
9            A     Yes, I recognize this document.
10           Q     And what is Exhibit 25?
11           A     Exhibit 25 is, I believe, a
12     notice of my dismissal for one semester at
13     Tulane University.
14           Q     And on the first page it reads
15     Dean's Notice of Dismissal, correct?
16           A     In the subject it reasons Dean's
17     Notice of Dismissal, yes.
18           Q     And the date of that message was
19     6-1-2022 at 3:08 p.m., correct?
20           A     The date of this message was, yes,
21     6-1-2022.
22           Q     And then a few lines down it says
23     email tracking first opened 6-1-2022 at
24     3:23 p.m.
25           A     Yes, I see that.
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER

 2           Q    And that is when you opened this

 3      email, correct?

 4                MS. HULT:  Foundation.

 5                THE WITNESS:  I cannot remember

 6           exactly if that's when I first opened

 7           this email.

 8           Q    A few lines down it says to

 9      address hshuster@tulane.edu, right?

10           A    I see that, yes.

11           Q    Is that your email address?

12           A    That was my Tulane email address,

13      yes.

14           Q    And do you recall receiving this

15      notice of dismissal?

16           A    I recall receiving this, yes.

17           Q    And did you tell your parents

18      that you had been academically dismissed?

19           A    I am not sure of the exact date I

20      told my parents that I had been academically

21      dismissed, but I did tell them, yes.

22           Q    Was it around the time you

23      received this email?

24           A    Because I cannot recall the exact

25      date, I would have to answer that I am not
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2      sure.
 3             Q    Do you know if it was in the
 4      summer of 2022?
 5             A    I am not sure exactly.
 6             Q    Do you believe it was before or
 7      after you moved into the Lowerline apartment
 8      in the fall of 2022?
 9             A    I don't want to give an inaccurate
10      answer, so I would have to say I am not sure.
11             Q    Did your parents pay for you to
12      move into the Lowerline apartment knowing
13      that you were not eligible to be enrolled at
14      Tulane in the fall of 2022?
15                  MS. HULT:  Form and foundation.
16                  THE WITNESS:  As I have said
17             before, I cannot remember the exact
18             date that I told them, so I cannot say
19             if they paid to move -- paid my rent
20             for me to live there without the
21             knowledge.
22             Q    Who paid for your rent at
23      Lowerline Street?
24             A    My parents paid for my rent at
25      Lowerline Street.
```

Holly Shuster - Attorneys Eyes Only
March 11, 2024

```
 1              HOLLY SHUSTER
 2       Q    And you moved into the Lowerline
 3   Street apartment in August of 2022, correct?
 4            MS. HULT:  Form, but go ahead.
 5            THE WITNESS:  Yes, I believe it
 6       was at some point in August of 2022
 7       that I moved in to the Lowerline house.
 8       Q    And why did you move to the
 9   Lowerline house when you were not eligible
10   to enroll at Tulane in the fall of 2022?
11       A    Well, I was living on an off-
12   campus house in New Orleans, so even if I
13   was not attending school, I could have still
14   lived in that house.
15       Q    The question is:  Why did you
16   move to the Lowerline Street apartment when
17   you knew you couldn't enroll at Tulane in
18   the fall of 2022?
19       A    I am not sure of my exact reasons
20   for wanting to move in there.  But, that's
21   where my best friends were living, so I
22   imagine -- I apologize.  I wanted to be near
23   them.
24       Q    Did you tell your friends that
25   you had been academically dismissed from
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
1                      HOLLY SHUSTER
2       Tulane?
3                      MS. HULT:  Form.
4                      THE WITNESS:  I do not remember...
5            I do not remember the exact date I
6            told each of my friends I was dismissed
7            for one semester at Tulane University.
8            But, I did tell them, yes.
9            Q    Who did you tell?
10           A    I believe I told Jordan and Caitlyn.
11           Q    Did you tell Liberty?
12           A    I don't remember.
13           Q    Did you tell Clare?
14           A    I don't remember either.
15           Q    When you were in the Lowerline
16       apartment from August until September of
17       2022, did you attend any classes?
18           A    I was not enrolled for this
19       semester, so I did not attend any classes at
20       Tulane, no.
21           Q    Did you go on the Tulane campus?
22           A    I believe I was on the campus at
23       some point during that month, yes.
24           Q    Where did you go on the campus
25       during that month?
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2           A    I don't remember where on the
 3      campus I went.
 4           Q    Did you pretend like you were
 5      enrolled?
 6                MS. HULT:  Form.
 7                THE WITNESS:  I would not say
 8           that I pretended I was enrolled in
 9           Tulane University.  But, I certainly
10           was not readily supplying that
11           information to people.
12           Q    Why not?
13           A    I was working through a lot of stuff,
14      and I felt a little embarrassed about it.
15           Q    It would be embarrassing if people
16      thought you had been kicked out of Tulane,
17      right?
18                MS. HULT:  Form.
19                THE WITNESS:  No.  I didn't
20           find it embarrassing in that way.  I
21           was just -- I felt a little bit
22           internally bad.
23           Q    And you don't know whether, when
24      you lived at Lowerline in August and
25      September of 2022, that your parents knew
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
1              HOLLY SHUSTER
2    you had been academically dismissed?
3         A    As I said, I do not remember the
4    exact date I told them; so, I cannot say.
5         Q    So, it's possible that your
6    parents paid for you to move into the
7    Lowerline apartment for a month not knowing
8    you had been academically dismissed for the
9    fall?
10             MS. HULT:  Form.  Asked and
11        answered a couple of times.
12             THE WITNESS:  It's -- to the
13        best of my knowledge, given I don't
14        know the exact date that I told them,
15        then it may have been possible, yes.
16        Q    You did reapply to be readmitted
17   to Tulane, correct?
18        A    I did, yes.
19        Q    All right.  And there were a
20   number of conditions in this letter of
21   dismissal, correct?
22             MS. HULT:  Form.
23             THE WITNESS:  There were
24        conditions in this letter of
25        dismissal, yes.
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                     HOLLY SHUSTER
 2          Q     One condition is that you needed
 3     to reapply, right?
 4          A     I am slightly confused what
 5     conditions you are referring to.
 6                The conditions to re-enroll or
 7     the conditions of the dismissal?
 8          Q     Fair point.
 9                What did you understand needed to
10     happen for you to ever attend Tulane again?
11          A     As written in the documents:
12     "Newcomb-Tulane College students are
13     expected to have made satisfactory progress
14     toward their degree at the end of each
15     semester.  The minimum standards are based
16     on the cumulative grade point average in
17     earned hours at Tulane.  The grade point
18     average is computed only on work attempted
19     in undergraduate coursework at Tulane
20     University and excludes both noncredit and
21     satisfactory/unsatisfactory courses."
22                I will skip down a few, just one
23     paragraph.
24                "Students who earn at least 12
25     credits per full-time semester at Tulane and
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
1              HOLLY SHUSTER
2    achieve at least the minimum cumulative
3    grade point average for good standing are
4    considered to be making satisfactory
5    progress towards the" -- I apologize, the
6    pronunciation of that word -- "baccalaureate" --
7    I believe; I am not sure -- "degree and are
8    in academic good standing.  Policies that
9    apply to students who do not meet these
10   academic standards are described below.
11   Students should note that the standards
12   apply to cumulative GPA earned hours at
13   Tulane."  And I will skip a little ahead
14   again.
15        Q    Well, let me stop you for a
16   second.
17        A    Sure.
18        Q    What was the minimum cumulative
19   GPA one needed to earn to be in good standing?
20        A    The minimum cumulative GPA for
21   good standing was 0-24, 1.600.
22        Q    So, if your earned hours were 0
23   to 24, you needed a 1.6?
24        A    Yes, that is correct.
25        Q    And you had not achieved that
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                 HOLLY SHUSTER
 2     during your first two years at Tulane,
 3     correct?
 4          A    During my first two years, I do
 5     not believe I achieved a 1.6 or above.
 6          Q    And then in order to attend
 7     Tulane again, you needed to reapply,
 8     correct?
 9          A    I needed to apply to re-enroll,
10     that is correct.
11          Q    And you did do that, correct; you
12     reapplied?
13          A    I did reapply to re-enroll, yes.
14          Q    And you can just put that
15     document upside down in front of you.
16               MS. HULT:  Before we move on,
17          the last two documents, Exhibits 24
18          and 25, were marked confidential and,
19          so, this portion of the transcript
20          should also be designated confidential
21          beginning -- 24, 25, yes.  I am sorry.
22          I am not sure what you were gesturing.
23               MS. MENNINGER:  Okay.
24               MS. HULT:  So, those two
25          exhibits were marked confidential.
```

Holly Shuster · Attorneys Eyes Only
March 11, 2024

```
1                  HOLLY SHUSTER
2              And other documents, exhibits, that
3              are marked during the deposition that
4              are confidential, we will also
5              designate those portions of the
6              transcript as confidential as we go
7              along.
8              Q    You can turn those documents up-
9         side down.
10                  We will have Exhibit 26, which is
11        also marked confidential.
12                     (Thereupon, the document was
13              marked Plaintiff's Exhibit 26 for
14              Identification, as of this date.)
15             Q    Do you recognize this document?
16             A    I recognize this document, yes.
17             Q    And what is it?
18             A    It's a notice to me of academic
19        probation.
20             Q    Is this indicating you had been
21        readmitted, Dean's Notice of Readmission
22        Decision at the top of the first page?
23             A    To the best of my knowledge, yes.
24             Q    Okay.  And that shows you were
25        readmitted on December 9th of 2022, correct?
```

```
 1                    HOLLY SHUSTER
 2        A    I am not sure if that was the
 3   exact date I was readmitted.  But, that's
 4   the date I received this email, yes.
 5        Q    And this also advised you, you
 6   would be on academic probation when you
 7   returned, right?
 8        A    To the best of my knowledge, yes.
 9        Q    And it gave conditions for your
10   readmission?
11             MS. HULT:  Form.
12             THE WITNESS:  By conditions for
13        my readmission, what exactly are you
14        referring to?
15        Q    Okay.  Well, on the second page
16   in the letter in the third full paragraph
17   after "Dear Holly" it says:  "Please
18   remember to follow the steps below to be in
19   compliance with the terms of your probation
20   and on the road to your academic recovery."
21             Did I read that right?
22        A    Yes, you did.
23        Q    And under that paragraph, there
24   are six different conditions, terms, right?
25        A    Yes.
```

```
 1                    HOLLY SHUSTER

 2        Q    Numbered one through six, right?

 3        A    I don't see that they are

 4   numbered; but, yes.

 5        Q    Okay.  Let's go back up to the

 6   top of the page where there is the thing

 7   saying:  "Please remember to follow the

 8   steps below to be in compliance with the

 9   terms of your probation."

10             And under that, there are

11   sentences numbered one through six, right?

12        A    I see those numbers, yes.

13        Q    Okay.  And those six terms were

14   the ones for you to satisfy your probation

15   and stay on the road to your academic

16   recovery, right?

17        A    These were the conditions of

18   academic probation, yes.

19        Q    Okay.  For the spring of 2023?

20        A    Yes, for the spring of 2023.

21        Q    And what was your GPA in the

22   spring of 2023?  If you need to look back at

23   Exhibit 24, you could do so.

24        A    In the spring of 2023 my

25   cumulative GPA was 0.562.
```

```
 1                      HOLLY SHUSTER
 2            Q    And you had a revised program to
 3      the Liberal Arts school in that spring,
 4      correct?  It's on the transcript just under
 5      the words 2023 spring; is that right?
 6            A    Yes, I believe that is correct.
 7            Q    And you got two letter grades in
 8      the spring of 2023, right?
 9            A    I got a C and an F, yes.
10            Q    C was an Introduction to
11      Television, right?
12            A    Yes.
13            Q    And the F was in Money, Culture
14      and Media?
15            A    Yes.
16            Q    And the other four classes you
17      got an unofficial withdrawal, right?
18            A    Yes, that is correct.
19            Q    Okay.  And what were the grounds
20      for your withdrawal in the spring of 2023?
21                 MS. HULT:  Form, foundation.
22                 THE WITNESS:  I don't remember
23            the exact reasons I used in the
24            process of applying for a withdrawal
25            from this, from these classes during
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER

 2           this semester.

 3           Q    Did you mention Jacob Levy?

 4           A    I believe I spoke about some of

 5     the enduring trauma I still had, yes.

 6           Q    As a grounds for your withdrawal

 7     from the spring of 2023 classes?

 8                 MS. HULT:  Form, foundation.

 9                 THE WITNESS:  In the application

10           to withdraw, I was talking about what

11           I was going through, what state my

12           mental health was in, so I was

13           referring to trauma I had suffered.

14           Q    And you allege that was caused by

15     Jacob Levy?

16                 MS. HULT:  Form, foundation.

17                 THE WITNESS:  I spoke about the

18           aftermath of enduring an abusive

19           relationship with Mr. Levy and

20           subsequent stalking.

21           Q    In withdrawing from classes in

22     the spring of 2023?

23                 MS. HULT:  Form and foundation.

24                 THE WITNESS:  In applying for a

25           withdrawal, yes.
```

```
 1                      HOLLY SHUSTER

 2           Q     What do you believe your current

 3      status is with Tulane?

 4           A     I am not sure exactly how I would

 5      classify my current status with Tulane.

 6           Q     Are you eligible to enroll in

 7      classes?

 8           A     I am not completely sure.

 9           Q     Have you been dismissed again?

10                 MS. HULT:  Form, foundation.

11                 THE WITNESS:  I honestly am not

12           completely sure what my status is

13           sitting here right now with Tulane.

14           Q   Do you have any idea?

15                 MS. HULT:  Form, foundation.

16           She just said she doesn't know.

17                 MS. MENNINGER:  She said she is

18           not completely sure.  So, I am asking

19           if she has any idea.

20                 THE WITNESS:  I will revise my

21           answer, then.

22                 I don't know what my current

23           status is.

24           Q   Okay.  Let's talk about your,

25      beginning of your freshman year at Tulane.
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
1                    HOLLY SHUSTER
2     Did you begin -- you can turn that document
3     over.
4                    Did you begin dating anyone when
5     you arrived at Tulane?
6          A    I did not date anyone before I
7     started dating Mr. Levy.
8          Q    Did you have a relationship with
9     someone before Mr. Levy?
10         A    I had a romantic relationship
11    with someone before Mr. Levy at Tulane, yes.
12         Q    What was his name?
13         A    His name is Cody.
14         Q    What was his last name?
15         A    His last name was Grove, G-R-O-V-E.
16         Q    And was he also a freshman at
17    Tulane?
18         A    To the best of my knowledge, yes.
19         Q    Was he in a fraternity?
20         A    To the best of my knowledge, at
21    the time that I was -- I knew him, no, he
22    was not.
23         Q    Did he later become a member of a
24    fraternity?
25         A    To the best of my knowledge, I
```

1                      HOLLY SHUSTER

2      believe he did.

3              Q     What fraternity was that?

4              A     I am not sure which fraternity he

5      was part of.

6              Q     You have no idea?

7              A     I don't know which one.



HOLLY SHUSTER




HOLLY SHUSTER

HOLLY SHUSTER



HOLLY SHUSTER



HOLLY SHUSTER



HOLLY SHUSTER



HOLLY SHUSTER



HOLLY SHUSTER



HOLLY SHUSTER



HOLLY SHUSTER



HOLLY SHUSTER



HOLLY SHUSTER



HOLLY SHUSTER



HOLLY SHUSTER



HOLLY SHUSTER



HOLLY SHUSTER



HOLLY SHUSTER



HOLLY SHUSTER



HOLLY SHUSTER



HOLLY SHUSTER



HOLLY SHUSTER





HOLLY SHUSTER

Q    Were there journals that you used

```
 1                  HOLLY SHUSTER

 2    to have that you no longer have?

 3         A    There were, yes, journals that I

 4    had in high school and during college that I

 5    disposed of before this case started.

 6         Q    And what did they look like?

 7         A    I mean, I had many that all

 8    looked different.

 9         Q    Were they eight and a half by 11

10    or smaller?

11         A    I am not sure of the dimensions

12    of the journals.

13         Q    Do you recall any of the journals

14    that you had while you were still in college?

15         A    What do you mean by recall any of

16    them?

17         Q    Can you describe any of them?

18         A    I don't think I can describe any

19    of the journals I had in college.

20         Q    When did you dispose of them?

21         A    I would usually, after I finished

22    a journal, throw it away.

23         Q    Where?

24         A    In the trash can.

25         Q    At your home in New York?
```

```
1                      HOLLY SHUSTER
2          A    I would dispose of it when I
3     finished the journal wherever I was writing
4     in it last.  So...
5          Q    How frequently did you write in
6     journals?
7          A    I wrote at different frequencies
8     at different times in my life.
9          Q    When you were in your first year
10    at Tulane, how frequently did you write in
11    the journal?
12         A    I don't remember exactly how
13    frequently I wrote in my journals.
14         Q    Which journals do you still
15    possess?
16         A    I possess a couple of journals
17    from I believe the last few years.
18         Q    What is the oldest journal you
19    still have?
20         A    I don't know.  I am not sure
21    exactly how old it is.
22         Q    What did the journal that you
23    have look like?
24         A    I have a journal that's red.  I
25    have a journal that's white with a design on
```

                            HOLLY SHUSTER

1  the front.

2          I had a journal that was actually

3  an electric tablet, a Remarkable device.

4  And that's all I can think of right now.

5          Q    And did you give all of those to

6  your attorneys to review for production of

7  relevant materials?

8          A    Yes, I did.

9          Q    Okay.  Do you have photos of

10  yourself and Cody together?

11          A    To the best of my recollection, I

12  do not currently have photos of myself and

13  Cody together.

HOLLY SHUSTER



HOLLY SHUSTER



HOLLY SHUSTER



HOLLY SHUSTER



HOLLY SHUSTER



HOLLY SHUSTER

1

2

3

4

5

6

7

8

9      Q     Exhibit 29.

10           (Thereupon, the document was

11     marked Plaintiff's Exhibit 29 for

12     Identification, as of this date.)

13     Q     This is also marked confidential.

14           MS. HULT:  Same designation.

15     Q     Do you recognize Exhibit 29?

16           MS. HULT:  Take a minute if you

17     need to, to read it.

18           Actually, this document is

19     marked highly confidential, attorneys'

20     eyes only, and so this portion of the

21     questioning we are going to need to

22     have Mr. Levy exit, and we need to

23     designate the transcript as highly

24     confidential, attorneys' eyes only.

25           MR. WILLIAMS:  Hang on, hang

Holly Shuster · Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2           on.  The magistrate judge was very
 3           clear that Mr. Levy has to exit the
 4           Zoom, and then he can rejoin the Zoom
 5           when you text him that we are done
 6           with the AEO materials.
 7                  You asked the question on
 8           Friday.  That was the procedure she
 9           established.
10                  MS. MENNINGER:  Okay.
11                  MS. HULT:  I don't think she is
12           arguing.
13                  MR. WILLIAMS:  He is on the Zoom.
14                  MS. HULT:  Oh, he needs to get
15           off.  Actually, he should have been
16           off on the previous document as well.
17           I did not see it on that copy,
18           Exhibit 28.  So, Exhibits 28 and 29,
19           so once we began the discussion on
20           Exhibit 28, that should have been
21           marked highly confidential, attorneys'
22           eyes only.
23                  THE REPORTER:  I am off the
24           record.
25                  (Thereupon, a discussion was
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
1                       HOLLY SHUSTER

2            held off the record.)

3                  MS. MENNINGER:  So, Jacob Levy

4            is off of the Zoom at this point in time.

5                  THE VIDEOGRAPHER:  He is

6            totally off.

7                  MS. MENNINGER:  Is Jacob

8            McMahon still on?

9                  THE VIDEOGRAPHER:  He is, and

10           he can see and hear.

11                 MS. MENNINGER:  Jacob McMahon

12           is an associate in my office who I

13           didn't know he would be attending, but

14           I don't think there is any bar to his

15           attending.

16                 MS. HULT:  Agreed.

17                 MS. MENNINGER:  Jacob understands

18           the judge's rule that no one else can

19           be in the room while...

20                 MS. HULT:  Understood.  Okay.

21                 And just because I am not sure

22           when we went off the record, I want to

23           be clear that questions and answers

24           about Exhibit 28 as well as 29 should

25           be separately bound as attorneys' eyes
```

Case No. 1:23-cv-01149-NYW-KAS   Document 162-5   filed 08/04/24   USDC Colorado   pg 142 of 460

```
 1                    HOLLY SHUSTER

 2           only, highly confidential material.  I

 3           hadn't realized that Exhibit 28 was

 4           stamped that at the time, but going

 5           forward we will be extra vigilant to

 6           make sure.

 7                THE REPORTER:  Okay.  Since we

 8           are off the record --

 9                MS. HULT:  No, we're on the

10           record.

11                THE REPORTER:  I'll wait till

12           the end.

13                MS. MENNINGER:  All right.  We

14           are the record?

15                THE VIDEOGRAPHER:  We are on

16           the record.

17                MS. MENNINGER:  Do we know who

18           is also with us?

19                THE VIDEOGRAPHER:  Just Jacob

20           McMahon.

21           Q    All right.  Ms. Shuster, do you

22      recognize Exhibit 29?

23           A    Yes, I do.

24           Q    What is it?

25           A    To the best of my recollection,
```

1              HOLLY SHUSTER
2    this is a message I sent to Kyle Pearson.
3         Q    Do you think it was an email in
4    that it says:  "Received the following email
5    from Holly"?
6         A    To the best of my recollection,
7    it was an email, yes.
8         Q    That you sent to Kyle Pearson?
9         A    Yes.
10         Q    On or about May 4th of 2021?
11             MS. HULT:  Foundation.  Answer
12         if you know.
13             THE WITNESS:  I am not sure
14         when this email was sent.
15         Q    Did you go on your Tulane email
16    system and pull your communications with
17    Kyle Pearson?
18         A    Did I personally pull my
19    communications with Kyle Pearson?
20         Q    Yes, to turn over in this
21    lawsuit.
22         A    I don't believe I personally
23    pulled them, but I gave my counsel access to
24    all my emails.
25         Q    You believe, if this email still

```
1                    HOLLY SHUSTER

2     existed in your Tulane email account, it

3     would have been produced to me?

4          A    I believe -- isn't -- I am sorry,

5     I am absolutely confused.  Isn't this email

6     produced?

7          Q    It is, but do you see at the

8     bottom of the page where it has the Tulane

9     STD in the bottom, right-hand corner?

10         A    Yes, I see that.

11         Q    Okay.  So, that means it was

12    produced from Tulane.  Okay?

13         A    Okay.

14         Q    I am just telling you that.  The

15    ones that were produced by you have "HS" for

16    your initials.

17         A    Okay.

18         Q    Okay.  So, this one came from

19    Tulane.  I recognize that it's not in a

20    normal email format, but it's the only one I

21    have.

22         A    Okay.

23         Q    Anyway, knowing we don't have, I

24    don't have your original email, this

25    document is dated May 4th, 2021, and it is
```

Case No. 1:23-cv-01149-NMW-KAS Document 162-5 filed 08/04/24 USDC Colorado pg 145
of 460

```
 1                    HOLLY SHUSTER

 2     called a Tulane University Campus Reporting

 3     Form.

 4          A    I see that, yes.

 5          Q    Do you have any reason to believe

 6     that this came at some date far and away

 7     from May 4th of 2021?

 8          A    I don't know.

 9          Q    Okay.  The involved party is you,

10     Holly Shuster, and it has your email

11     address, correct, HShuster@Tulane.edu.

12               Do you see that?

13          A    Yes, I see that.  That is

14     correct.

15          Q    It says you are living off

16     campus, right?

17          A    It says that on this form, yes.

18          Q    Were you living off campus in May

19     of 2021?

20          A    To the best of my recollection,

21     no, I was not living off campus.

22          Q    Had you asked for a reassignment

23     based on your experience with your roommate?

24          A    I don't remember.

25          Q    Did you have a chance to read
```

1                    HOLLY SHUSTER

2       this whole email again while we were sitting

3       here?

4              A    I did have a chance to reread

5       this email, yes.

6              Q    So, is it fair to say you reached

7       out to Kyle for support?

8              A    Yes, I think it's fair to say that.

9              Q    Kyle said:  "Received the

10      following email from Holly who had been

11      assigned to me for victim support but she

12      did not follow-up.  This appears to be

13      related to the case she had been assigned to

14      me for originally for support.  I reached

15      out to offer what help I could."

16              Do you see that under "incident

17      description"?

18              A    I see that, yes.

19              Q    And then following that is an

20      email that appears to be from you, right?

21              A    Yes.

22              Q    And you, in the first paragraph

23      say you had recently traveled home and "feel

24      like I am finally in a safe place and can

25      talk to someone in the school about what's

```
 1              HOLLY SHUSTER
 2    been going on."  Right?
 3         A    I wrote that at the time, yes.
 4         Q    So, you did go home in about May
 5    of 2021, right?
 6         A    I don't remember May of 2021, if
 7    I went home during that month.
 8         Q    Do you want to look back at your
 9    sworn answers on your interrogatory where
10    you put the dates that you went home, or do
11    you believe you went home at the end of your
12    first year in May of 2021?
13         A    I am not sure if there was a
14    weekend, two or three days, where I went
15    home.  I may have not reported it on that
16    form.  But, sitting here right now, I can
17    say I am honestly -- I honestly don't
18    remember if I went home at all during this
19    month.
20         Q    In any event, what you wrote in
21    the email is:  "I recently traveled home and
22    feel like I am finally in a safe place and
23    can talk to someone in this school about
24    what's been going on."
25         A    That's what's written, yes.
```

HOLLY SHUSTER

1

2      Q    So, that's what your words were

3  to Tulane, right?

4      A    At the time, that's what I wrote

5  in this email, yes.

6      Q    All right.  And then you proceed

7  to describe what's been going on.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HOLLY SHUSTER



HOLLY SHUSTER



HOLLY SHUSTER



Q    You didn't tell Kyle Pearson
anything about Mr. Levy, correct?

MS. HULT:  Form.

THE WITNESS:  In this particular
email, I did not mention Mr. Levy's
name, no.

HOLLY SHUSTER



Q    That is the spin you are putting on it today, correct?

      MS. HULT:  Form, objection.  Go ahead.

      THE WITNESS:  That's not the -- I am not putting a spin on anything. I am answering as truthfully and accurately as I can right now.

Q    So, you did not reference Jacob Levy by name in this email, correct?

A    To the best of my recollection, no, I did not mention him by name in this email.

HOLLY SHUSTER

1

2      Q    And you didn't describe him in

3   this email as your current boyfriend, correct?

4      A    No, I did not describe him as my

5   boyfriend in this email.

6      Q    You said:  "I was trying to go

7   home at this time but my parents would not

8   let me until I was fully vaccinated which is

9   the only reason I am home now."

10          Right?  You wrote that?

11      A    Yes, I wrote that.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HOLLY SHUSTER



HOLLY SHUSTER



11    Q    Do you think you would have

12  written an email that was not true to Kyle

13  Pearson?

14    A    I think it's possible that at

15  this time there was some parts of an email

16  that may have not been completely accurate

17  to the reality of what I was going through.

18    Q    You told Mr. Pearson:  "Even

19  though I knew I had done the right thing for

20  both me and her I felt so guilty about

21  everything that I would honestly just be

22  sleeping, crying or drinking."

23        Did you write that?

24    A    I wrote that in this email, yes.

25    Q    Was that a true reflection of

```
1                      HOLLY SHUSTER

2    your state of mind in the spring of 2021?

3                 MS. HULT:  Form.

4                 THE WITNESS:  To the best of my

5         recollection, it was an accurate

6         description.  But, the reasons that I

7         listed in this email were not the

8         accurate reasons.

9

10

11

12

13

14

15

16

17         Q    That's what you told Mr. Pearson

18    it was, right?

19                 MS. HULT:  Form.

20                 THE WITNESS:  I don't think

21         anywhere in this email I wrote that

22         this was the main reason why.

23         Q    Okay.  You said you couldn't eat.

24              "I felt extremely isolated, and

25    as much as I tried to dedicate myself to my
```

Case No. 1:23-cv-01149-NYW-KAS   Document 162-5   filed 08/14/24   USDC Colorado   pg 157
of 460

| | |
|---|---|
| 1 | HOLLY SHUSTER |
| 2 | school work I had absolutely no motivation |
| 3 | to sit down and study.  I just wanted to go |
| 4 | home and get as far away from everything to |
| 5 | do with school as possible." |
| 6 | You wrote that, correct? |
| 7 | A    I wrote that in this email, yes. |
| 8 | Q    And then later in the email |
| 9 | you're asking Mr. Pearson to help intervene |
| 10 | with a teacher that you needed some |
| 11 | accommodation from; is that fair? |
| 12 | A    I believe I was asking Mr. Pearson |
| 13 | to help explain that I was in a hard situation |
| 14 | going through a lot because I felt un- |
| 15 | comfortable explaining it to my teacher |
| 16 | myself. |
| 17 | Q    And you were worried that your |
| 18 | teacher wouldn't believe you or think you |
| 19 | are using it as an excuse, you said, |
| 20 | correct? |
| 21 | MS. HULT:  Form. |
| 22 | THE WITNESS:  I said:  "I don't |
| 23 | really know what to do.  I wish I |
| 24 | could just explain the whole situation |
| 25 | to her but it's all just too personal. |

Holly Shuster · Attorneys Eyes Only
March 11, 2024

```
1                    HOLLY SHUSTER
2           I don't think I would be comfortable
3           telling her all of it.  Also, I'm
4           frankly scared she just won't believe
5           me or think I'm using it as an excuse
6           which I am not.  I care a lot about
7           school and I hate that I couldn't
8           perform to the best of my abilities
9           this semester and I just want to make
10          it right."
11      Q    And then:  "I was just wondering
12  if you could maybe help me in this
13  situation.  I don't really know what to do.
14  I want her to know what's been going on and
15  that I'm not just a lazy student who hasn't
16  been doing her assignments.  I was wondering
17  if you could possibly email her and maybe
18  just briefly explain what's been going on,
19  and that I am finally in a better place and
20  I've been working really hard the past week
21  to turn everything in that I've missed for
22  her class and I would really really
23  appreciate it if she would accept the late
24  assignments."
25          Correct?
```

HOLLY SHUSTER

1

2     A    That is what I wrote, yes.

3     Q    And when you wanted Mr. Pearson

4 to explain what's been going on, it's the

5 things you put in this email, correct?

6     A    I believe I was more focused on

7 my emotional state, and I was trying to

8 explain the context for Kyle.

9     I don't think anywhere in this

10 email I asked him to give any of the

11 information that I provided other than my

12 emotional state.

HOLLY SHUSTER



HOLLY SHUSTER



HOLLY SHUSTER



```
 1                      HOLLY SHUSTER

 2        ███████████████████████████

 3            Q    Do you know the difference

 4     between unconscious and being blacked out?

 5            A    I believe blacked out refers to

 6     still being conscious with a lack of memory,

 7     and unconscious is unconscious.

 8            Q    Do you know if you were blacked

 9     out or unconscious?

10            A    I was unconscious.

11            Q    Where is the last place you

12     remember being before you lost consciousness?

13            A    In the fraternity house on the

14     upstairs floor.

15            Q    The second floor?

16            A    The second floor, yes.

17            Q    And who were you with at the time

18     you lost consciousness?

19            A    I know I was with Clare Arnold

20     and Jordan Ziegler and Blaze Robin.  I know

21     there were other people there, but I cannot

22     at this time remember specifically who else

23     was in that room.

24            Q    Did you play drinking games or

25     anything like that that night?
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

1                        HOLLY SHUSTER

2            A    That particular night, I don't

3    remember.

4            Q    Did you do shots?

5            A    I don't remember.

6            Q    Do you have any idea what you

7    drank that night?

8            A    I am really not sure what exactly

9    I drank.

10           Q    Have you lost consciousness many

11   times from drinking?

12           A    I wouldn't say many times, no.

13           Q    How many times?

14           A    I am not sure of an exact number.

15           Q    More than ten?

16           A    No.

17           Q    Less than ten?

18           A    Yes.

19           Q    More than five?

20           A    Yes.

21           Q    And were Clare and Jordan also

22   drinking?

23           A    Yes, they were.

24           Q    And did they recognize that you

25   were passed out?

```
 1                  HOLLY SHUSTER

 2              MS. HULT:  One second.

 3      Foundation, and I will just leave it

 4      with foundation.  No, form and

 5      foundation.

 6              THE WITNESS:  I can't tell you

 7      sitting here what they knew and what

 8      they didn't know.

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

HOLLY SHUSTER



HOLLY SHUSTER



HOLLY SHUSTER



HOLLY SHUSTER



HOLLY SHUSTER



10          MS. MENNINGER:  Now is a good

11     time to break.

12          MS. HULT:  Okay.

13          THE VIDEOGRAPHER:  Off the

14     record, 1:12 p.m., March 11th, 2024.

15          (Lunch break.)

16          THE VIDEOGRAPHER:  On the

17     record 2:09 p.m. March 11th, 2024.

18     Q     Ms. Shuster, are you prepared to

19     go forward for the afternoon?

20     A     I am prepared to go forward, yes.

21     Q     Did you meet with your mom over

22     lunch?

23     A     I did speak with her, yes.

24     Q     What did you guys talk about?

25     A     We talked about what kind of food

1                        HOLLY SHUSTER

2       we were going to eat for lunch.

3               Q     What did you eat for lunch?

4               A     I had a half of a turkey

5       sandwich, and that's pretty much -- oh, and

6       a protein bar.

7               Q     Got it.

8                     You are fully nourished?

9               A     Yes, I feel...

10              Q     Have you been known to hang out

11      at Kappa Alpha frequently?

12              A     I am not sure what you would

13      define as frequently.  But, I had -- I and

14      my very close girlfriends had friends there,

15      yes.

16              Q     And how often did you go to

17      parties at K.A.?

18              A     I am not sure I am able to give

19      you an exact number this time.  But, we

20      would go to their parties sometimes.

21              Q     Do you have photographs of your-

22      self at the party at K.A.?

23              A     I am not sure.

24              Q     Do you have any photographs of

25      Blaze?

```
 1                    HOLLY SHUSTER

 2          A    I am not sure.

 3          Q    When did you meet Jacob Levy?

 4          A    I am not sure of the exact date

 5     that I met Jacob Levy sitting here right

 6     now.

 7               But, to the best of my knowledge,

 8     it was at some point during the beginning,

 9     middle of my freshman year at Tulane in 2020.

10          Q    Do you know where you met him?

11          A    I am not sure sitting here right

12     now where I met him.

13               To the best of my recollection, I

14     believe it was on Tulane's campus.

15          Q    What year was he when you met him?

16          A    To the best of my knowledge, he

17     was also a freshman.

18          Q    And is he older than you?

19          A    To the best of my knowledge, I

20     believe he is about a year older than I am.

21          Q    Do you know when his birthday is?

22          A    I am not exactly sure when his

23     birthday is.

24          Q    You never celebrated his birthday

25     with him?
```

```
 1                   HOLLY SHUSTER

 2          A    Oh, I celebrated his birthday

 3     with him.  That's not what I said.

 4               I said, I just can't remember the

 5     exact date of his birthday.

 6          Q    Do you know what month it's in?

 7          A    I believe it's, to the best of my

 8     recollection, it's towards the end of the

 9     year.  I believe I remember it being near

10     the month of my birthday.

11          Q    And do you know what year he was

12     born?

13          A    To the best of my knowledge, I

14     believe he was born in 2001.

15          Q    And you were born in 2002?

16          A    Yes, I was born in 2002.

17          Q    Do you know your parents'

18     birthday?

19          A    I know my parents' birthdays, yes.

20          Q    When are your parents birthdays?

21          A    My mother's birthday is --

22               MS. HULT:  Let me insert an

23          objection.  Form.  Go ahead.

24               THE WITNESS:  My mother's

25          birthday is January 25th, 1964.  And my
```

Case No. 1:23-cv-01149-NYW-KAS Document 162-5 filed 03/04/24 USDC Colorado pg 174 of 460

1                    HOLLY SHUSTER

2            father's birthday is October 26th, 1960.

3            Q    And what is your sister's birthday?

4            A    My sister's birthday is September

5    23rd, 1998.

6            Q    Do you know Liberty Morris'

7    birthday?

8            A    No, not off the top of my head, I

9    don't know her birthday.

10           Q    Do you know Clare Arnold's

11   birthday?

12           A    No, not off the top of my head, I

13   don't know her birthday.

14           Q    When did you start hanging out

15   with Jacob in your freshman year?

16           A    What would you define as hanging

17   out?

18           Q    Spending time with him in person?

19           A    Spending time with him in person,

20   right now, to the best of my knowledge, I

21   would say -- again, at some point in the

22   beginning of my freshman year at Tulane.

23           Q    Do you know if it was in

24   September, October, November?

25           A    I am honestly not sure of the

Holly Shuster   Attorneys Eyes Only
March 11, 2024

| | HOLLY SHUSTER |
|---|---|
| 1 | |
| 2 | exact month, so I don't want to give an |
| 3 | inaccurate answer. |
| 4 | Q    Have you had a chance to look at |
| 5 | your text messages with him in the last week? |
| 6 | A    Yes.  To the best of my knowledge, |
| 7 | I have seen a certain number of text messages |
| 8 | between myself and Mr. Levy. |
| 9 | Q    Do you know when they started? |
| 10 | A    No, I do not know when they started. |
| 11 | Q    Was there a date on which you and |
| 12 | Jacob determined that you were boyfriend and |
| 13 | girlfriend? |
| 14 | A    Sitting here right now, to the |
| 15 | best of my recollection, I cannot remember |
| 16 | an exact date or an exact conversation. |
| 17 | Q    Do you have a boyfriend now? |
| 18 | A    I do have a boyfriend now, yes. |
| 19 | Q    Who is your boyfriend now? |
| 20 | A    My boyfriend's name? |
| 21 | Q    Yes. |
| 22 | A    Is Jonathan. |
| 23 | Q    Is it Jonathan Browne? |
| 24 | A    It is Jonathan Browne, yes. |
| 25 | Q    Do you and Jonathan Browne have a |

```
 1                    HOLLY SHUSTER

 2     date that you consider your anniversary?

 3          A    No, we do not.

 4          Q    Was there a date that you started

 5     dating him?

 6          A    There was a date, but I can't

 7     remember what it is.  We don't really talk

 8     about that that much.

 9          Q    Tell me about your relationship

10     with Jacob Levy?

11               MS. HULT:  Objection, form.

12               THE WITNESS:  About the entire

13          relationship?

14          Q    Yeah.  Tell me about it.

15               MS. HULT:  Same objection.

16               THE WITNESS:  From start to

17          finish?

18          Q    Tell me the first thing you

19     remember about being in a relationship with

20     Jacob?

21          A    The first thing that comes to

22     mind, the first thing that comes to mind of

23     being with Jacob was that I was scared.

24     That is the strongest emotion I associate

25     with him.
```

1                        HOLLY SHUSTER

2           Q    Why do you feel that you are

3      associating the word scared with him?

4           A    I feel that I am associating that

5      word with him because he scared me.

6           Q    How did he scare you?

7           A    Jacob was verbally abusive

8      towards me, emotionally abusive towards me.

9      He forced me and coerced me to do things I

10     didn't want to do even when I had told him

11     repeatedly that I did not want to do those

12     things.

13               He made me feel worthless and

14     stupid, and I never knew if I was doing

15     something wrong or not in his eyes.  And he

16     would get very, very angry at me, a lot.

17     So, yes, he scared me.

18           Q    Why did you get into a relationship

19     with someone who scared you?

20           A    I believe at the time I didn't

21     know that I knew any -- I didn't know that I

22     deserve any better.  I was 17-years old.  I

23     was a little more naive.  And when I first

24     met Jacob, he seemed very charming.

25           Q    You said you were 17-years old.

Case No. 1:23-cv-01149-NYW-KAS   Document 162-5   filed 08/04/25   USDC Colorado   pg 178 of 460

```
 1                    HOLLY SHUSTER
 2     When did you turn 18?
 3             A     November 27th, 2020.
 4             Q     So, the semester where you met
 5     Jacob, you turned 18?
 6             A     Yes, during the Thanksgiving
 7     break.
 8             Q     So, do you know if you were his
 9     girlfriend or had met him before your
10     birthday or after your birthday?
11             A     To the best of my recollection, I
12     believe I met him before my birthday.
13             Q     How much before your birthday?
14             A     Like I said before, I don't know
15     the exact date or month, so I am not exactly
16     sure.
17             Q     So, it could have been like a
18     week before your birthday?
19                   MS. HULT:  Objection, form.
20                   THE WITNESS:  I guess so.  It
21             could have also been two months before
22             my birthday.  I don't know.  I don't
23             remember.
24             Q     So, you were 18 for how long that
25     you dated Jacob?
```

1                    HOLLY SHUSTER

2          A     For how long that I dated Jacob.

3    Again, like I said, I am not sure of the

4    exact time during that first semester when

5    we defined our relationship as girlfriend/

6    boyfriend.  But, I will just start in the

7    new year, January, I guess, to around, I

8    believe it was October of 2021.  So, I

9    apologize, I am going to have to count them

10   out.

11                January, February, March, April,

12   May, June, July, August, September, October.

13   So, for, I would say, ten months.

14         Q     So, you were dating Jacob when

15   you were 18 for ten months?

16         A     Yes, that is correct.

17         Q     And during the summer months, you

18   were on opposite coasts, right?

19         A     For most of the summer months,

20   yes, we were on opposite coasts.

21         Q     That was three months?

22         A     Three months...I visited him once

23   for about a week, and he visited me once for

24   about a week.

25         Q     So, other than those two weeks,

```
 1                    HOLLY SHUSTER

 2      you spent the three summer months on

 3      opposite coasts?

 4           A    To the best of my recollection,

 5      yes, we were on opposite coasts.

 6           Q    And you texted Jacob throughout

 7      the course of your relationship, right?

 8           A    To the best of my recollection, yes.

 9           Q    And have you had a chance to

10      review those texts in the last week, you

11      said?

12           A    I have had a chance to review

13      some of the texts that I sent Jacob or Jacob

14      sent me.  Not every single text we exchanged.

15           Q    Did you choose to stay over at

16      Jacob's room when you were a freshman?

17           A    To the best of my recollection I

18      spent nights in his room, yes.

19           Q    Did anyone view you there?

20           A    View me?  In what way?

21           Q    Did anyone see you at Jacob's

22      room?

23           A    To the best of my recollect -- I

24      mean, I am not sure.  I can't say what

25      anybody else viewed.
```

Case No. 1:23-cv-01149-NMW-KAS  Document 162-21  filed 08/04/24  USDC Colorado  pg 181 of 460

```
 1                  HOLLY SHUSTER
 2          Q     Okay.  Did he have a roommate?
 3          A     He did.
 4          Q     Who was his roommate?
 5          A     His roommate was named Finn, who
 6     is a different Finn than who I was talking
 7     about previously.
 8          Q     Did you see Finn when you were in
 9     Jacob's room during your freshman year?
10          A     Yeah, there were times when I saw
11     Finn.
12          Q     And did Finn appear to see you
13     while you were there?
14          A     I believe so, yes.
15          Q     Did you see Finn before you went
16     to bed at night in Jacob's room?
17          A     I am not sure; I am not sure.
18     Finn was living in an off-campus house for a
19     majority of the time that I was dating
20     Jacob, so he was not in the dorm all that
21     often.
22          Q     Was there anyone else you saw at
23     the dorm where Jacob lived when you were
24     staying over?
25          A     To the best of my recollection, I
```

```
 1                    HOLLY SHUSTER
 2      saw other people, though I can't name them.
 3           Q    Did you sleep with him in his bed
 4      when you stayed over?
 5           A    Yes, to the best of my recollection
 6      there were times when I slept with him in
 7      his bed.
 8           Q    Did someone tell you to say "to
 9      the best of my recollection" before every
10      answer that you give?
11               MS. HULT:  Objection, to the
12           extent you feel like you need to
13           disclose attorney/client communications.
14               MS. MENNINGER:  If anyone has
15           instructed you how to answer, you can
16           answer that.  That is not attorney/
17           client privileged.
18           Q    Did anyone tell you to answer to
19      the best of your recollection?
20           A    No, they did not.
21               But during my relationship with
22      Jacob, I suffered a lot of trauma, and
23      because of that some of my memories can be a
24      little bit blurry, so I don't want to say
25      anything for sure since I am under oath and
```

```
 1                    HOLLY SHUSTER

 2     have it be inaccurate, so I am trying to

 3     answer as truthfully as possible.  And for a

 4     lot of this, it is to the best of my

 5     recollection; I am not saying it as an

 6     absolute truth.

 7          Q     Are you worried there might be

 8     something that is written down that is

 9     different than what you say?

10          A     No, I am not worried.  I just

11     explained why.

12          Q     Have you had any psychological

13     testing for damage to your memory?

14               MS. HULT:  Form, foundation.

15               THE WITNESS:  For damage to my

16          memory, psychological testing?

17          Q     Yes.

18               MS. HULT:  Same objections.

19               THE WITNESS:  I am honestly not

20          sure because I, quite honestly, don't

21          really know what that means or refers to.

22          Q     You have taken psychology

23     classes, right?

24          A     Uh-huh.

25          Q     And what was your grade in that?
```

```
 1                      HOLLY SHUSTER
 2           A    Let me look at the transcript.
 3      My grade was a D.
 4           Q    So, do you know what "damage to
 5      memory" means?
 6           A    I don't know the exact definition
 7      of "damage to memory," but I have an idea of
 8      what it means, yes.
 9           Q    Has anyone evaluated you for
10      damage to your memory?
11                    MS. HULT:  Form and foundation.
12                    THE WITNESS:  As I said before,
13           I am not sure sitting here right now
14           what the exact tests are, so I don't
15           feel like I can give an accurate
16           answer to that question.
17           Q    What names did you call Jacob
18      while you were dating him?
19           A    To the best of my memory, I
20      believe I referred to him as baby, love,
21      soul mate.  Those are the ones that I can
22      think of from the top of my head.
23           Q    Did you ever call him your fuck
24      boy?
25           A    I don't remember.
```

Case No. 1:23-cv-01149-NYW-KAS Document 162-5 filed 08/04/24 USDC Colorado pg 185 of 460

```
 1                    HOLLY SHUSTER

 2          Q    Did you call him daddy?

 3          A    I don't remember.

 4          Q    Any other names that you remember

 5     calling him?

 6          A    Not that I remember right now.

 7          Q    What names did Jacob call you

 8     while you were dating?

 9          A    To the best of my memory, he

10     called me some similar names, as I said

11     before, soul mate, baby, love, and he also

12     called me some not so nice things as well.

13          Q    What did he call you that was not

14     so nice?

15          A    He's called me a whore and a slut

16     and worthless and -- actually, I apologize.

17     That's all I can think of at the moment.

18          Q    Have you seen a single text in

19     which he has used any of those names towards

20     you?

21          A    No, I have memories of him saying

22     those names to me.

23          Q    But he was careful never to write

24     them down?

25          A    I don't know that he never wrote
```

Case No. 1:23-cv-01149-NYW-KAS Document 107-5 filed 08/04/24 USDC Colorado pg 186 of 460

                       HOLLY SHUSTER

1
2      those down in text.

3             Q    Have you found a single text

4      where he has called you a single name like

5      that?

6                   MS. HULT:  Form.

7                   THE WITNESS:  Sitting here

8             right now, I cannot think of a

9             specific text or, excuse me, I cannot

10            specifically remember seeing a text

11            where he said that to me.

12            Q    In fact, all of the texts he

13     calls you very nice names, correct?

14                  MS. HULT:  Form, foundation.

15                  THE WITNESS:  No, that is not

16            correct.

17            Q    Okay.  What texts do you have

18     where he has called you any name that is not

19     nice?

20            A    I don't have any papers in front

21     of me to show you all of our texts.

22            Q    Well, you just said it was not

23     correct, so I am asking you what texts you

24     have seen where he called you a name that

25     was not nice?

Case No. 1:23-cv-01149-NMW-KAS Document 127-21 filed 03/04/24 USDC Colorado pg 187 of 460

```
1                     HOLLY SHUSTER
2          A    To the best of my recollections,
3   I have seen texts where he has called me not
4   nice names.  I don't have anything right
5   here in front of me to show you that's true.
6          Q    And what were the names that you
7   have seen texts that he called you?
8          A    I can't place the specific names
9   sitting here right now.  And as I said, I do
10  not have it in front of me.  But, to the
11  best of my knowledge, there are texts where
12  he calls me unkind names and unkind -- and
13  says unkind things.
14         Q    Did you delete those texts?
15         A    No.
16         Q    So, they would be on your phone?
17         A    Yes.
18         Q    Did you tell Jacob that he was a
19  special person?
20         A    I don't know.
21         Q    Did you tell Jacob that you loved
22  him so much?
23         A    To the best of my recollection, yes.
24         Q    Did you tell Jacob how grateful
25  you were for him?
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

1                    HOLLY SHUSTER

2          A    I believe so, yes.

3          Q    Did you tell him you thank him

4    for being him; "you are my best friend, my

5    soul mate"?

6          A    I don't know.

7          Q    Did you tell him frequently that

8    you were in love with him?

9          A    Yes.

10         Q    Did you tell him that you planned

11   to marry him?

12         A    I don't know.

13         Q    Did you tell him that you planned

14   to have children with him?

15         A    I don't know.

16         Q    Did you talk about the kind of

17   children that you would have together?

18         A    I don't know.

19         Q    You don't recall that?

20         A    I just can't place those specific

21   conversations sitting here right now.

22         Q    Were there texts that you can

23   recall as you sit here today where you

24   actively asked him to engage in sexual

25   contact with you?

1              HOLLY SHUSTER

2              MS. HULT:  Go ahead.

3              THE WITNESS:  To the best of my

4         knowledge, yes, I think those texts do

5         exist.

6         Q    Where you said:  "Please, please,

7    please fuck me at some point before we

8    leave," do you recall saying that to him in

9    a text message?

10             MS. HULT:  I am going to object

11        to form.  If you are reading from

12        documents and trying to test her

13        memory, I think she deserves to see

14        them.

15        Q    Do you remember saying that?

16        A    I don't remember saying those

17   exact words, no.

18        Q    Did you recall saying:  "I am so

19   excited.  I am so horny for you."?

20             MS. HULT:  Same objection.

21             THE WITNESS:  I don't remember

22        saying those exact words, no.

23        Q    Do you remember saying:  "Sexy

24   time soon.  Yes baby.  If we can't FaceTime

25   I will send lots of pictures."?

Case No. 1:23-cv-01149-NYW-KAS   Document 62-5   filed 08/04/24   USDC Colorado   pg 190 of 460

```
 1                   HOLLY SHUSTER

 2              MS. HULT:  Same objection.

 3              THE WITNESS:  As with the

 4         previous, I don't remember saying

 5         those exact things or typing those

 6         exact messages to him.

 7         Q    Did you send any sexual

 8   photographs of yourself to Jacob?

 9         A    Yes.

10         Q    What sexual photographs of

11   yourself did you send to Jacob?

12         A    What exactly do you want me to

13   describe?

14         Q    What parts of your body did you

15   show?  What were you doing, et cetera?

16              MS. HULT:  Form.

17              THE WITNESS:  I really can't

18         remember any specific photographs that

19         I sent him, so I am having a tough

20         time describing it, yeah.

21         Q    You don't recall any of them?

22         A    I just said, I know I sent him

23   sexual photos.  But, it's a bit difficult

24   for me to think of what exactly I sent him

25   and give you an accurate description.
```

```
 1                      HOLLY SHUSTER

 2          Q     You can give me a general

 3      description.

 4                      MS. HULT:  Form.  To the extent

 5              you can; don't guess.

 6                      THE WITNESS:  I just don't

 7              know.  I can't give you an accurate

 8              answer.

 9          Q     Do you recall making videos with

10      him of you both engaged in sexual contact?

11                      MS. HULT:  Form.

12                      THE WITNESS:  I remember him

13              asking me to make those videos, yes.

14          Q     Did you review one of those

15      videos in preparation for today?

16          A     Yes.

17          Q     What was in that video?

18          A     What was the contents of the

19      video?

20          Q     Yes.

21          A     It's difficult for me to describe

22      without having it in front of me.

23          Q     You don't remember anything about

24      it?

25          A     I remember there was sexual
```

Case No. 1:23-cv-01149-NYW-KAS  Document 162-21  filed 03/04/24  USDC Colorado  pg 192 of 460

```
 1                    HOLLY SHUSTER

 2     intercourse in it, but I can't describe it

 3     without having it in front of me.

 4          Q    Was it oral sex?

 5          A    I believe there was oral sex in

 6     it, yes.

 7          Q    Was there anything besides oral

 8     sex in there?

 9          A    I just said, I believe there was

10     sexual intercourse.

11          Q    And do you recall the

12     circumstances of making that video?

13               MS. HULT:  Form.

14               THE WITNESS:  I don't recall

15          the exact circumstances in which Jacob

16          asked me to make that video, no.

17          Q    Oh, so you remember that he asked

18     you to make the video?

19          A    I remember that he asked me to

20     make the video, yes.

21          Q    What did he say?

22          A    I don't remember the exact words

23     he used to ask me to make the video.  But, I

24     do remember that he asked me to make it.

25          Q    And, so, you were holding the
```

Case No. 1:23-cv-01409-NMW-KAS   Document 102-5   filed 08/04/24   USDC Colorado   pg 193 of 460

```
 1                      HOLLY SHUSTER

 2      camera?

 3                   MS. HULT:  Objection, form and

 4           foundation.

 5                   THE WITNESS:  I believe he told

 6           me to hold the camera at one point,

 7           and I believe for a long duration of

 8           it he was holding the camera.

 9           Q    Where were you when the video was

10      made?

11                   MS. HULT:  Form, foundation.

12                   THE WITNESS:  To the best of my

13           recollection, when he asked me to make

14           that video, we were, I believe, in my

15           dorm room.

16           Q    Which one?

17           A    Sorry, the dorm room in Butler

18      House.

19           Q    So, you were in your first year

20      of Tulane?

21           A    To the best of my recollection,

22      yes, it was my first year.

23           Q    Was that the only video that you

24      recall making with Jacob that involved

25      sexual contact?
```

```
 1                    HOLLY SHUSTER

 2          A    I am not sure.

 3          Q    You are not sure if you remember?

 4          A    No; I am not sure if we made any

 5     other videos.  I apologize.  I am correcting

 6     my form.

 7               I am not sure if there were any

 8     other videos where I participated, or if he

 9     was filming without my knowledge.

10          Q    Did you ever ask him to send you

11     videos with the two of you engaged in sexual

12     acts?

13          A    To the best of my recollection,

14     the video that I saw in the clip I believe

15     was filmed on my phone, so I am not sure.

16          Q    Did you and Jacob communicate via

17     Snapchat?

18          A    Yes, we communicated via Snapchat.

19          Q    And what kinds of topics did you

20     discuss on Snapchat versus regular text

21     messages?

22          A    I am not sure.  I can't remember

23     the difference between our communications on

24     those apps.

25          Q    Have you had a chance to review
```

```
 1                      HOLLY SHUSTER

 2      any of the Snapchats to prepare for your

 3      deposition today?

 4            A    I have had a chance to review

 5      some of the Snapchat messages, yes.

 6            Q    I show you Exhibit 30.

 7                 (Thereupon, the document was

 8            marked Plaintiff's Exhibit 30 for

 9            Identification, as of this date.)

10            Q    Do you recognize Exhibit 30?

11            A    Yes, I recognize Exhibit 30.

12            Q    Okay.  And just to make sure

13      you're clear, in the bottom right-hand

14      corner there is your initials with some

15      pages numbers.  Do you see that?

16            A    I see that, yes.

17            Q    And this document is entitled

18      "chat history meta data" and then it says

19      "received saved chat history."  Do you see

20      that?

21            A    Yes, I see that.

22            Q    Do you believe this document

23      reflects your lawyer's production of your

24      Snapchat received, saved, chat history?

25                 MS. HULT:  Foundation.  Go
```

```
 1                    HOLLY SHUSTER

 2          ahead.

 3                  THE WITNESS:  I believe this

 4          data is from Snapchat; so, yes.

 5          Q    And it was produced by your

 6     attorneys; you see that?

 7                MS. HULT:  Foundation.

 8                  THE WITNESS:  I am honestly not

 9          sure.

10          Q    You don't know if these are your

11     Snapchats?

12          A    No, I am sorry.  I misunderstood

13     the question.

14                These are my Snapchats.  I was

15     slightly confused when speaking about

16     producing, if you meant coming from the app

17     or...

18          Q    I see.  Okay, I'm sorry.

19                So, you do recognize these as

20     Snapchats that were saved in your Snapchat

21     account?

22          A    Yes, I recognize them as

23     Snapchats I received on my account.

24          Q    How do you understand Snaps get

25     saved or deleted or disappear?  Or how does
```

```
 1                  HOLLY SHUSTER
 2    Snapchat work, in your experience?
 3         A    In my experience, when you send a
 4    message, a chat on Snapchat, there are two
 5    types of settings you can have.
 6              It either expires after 24 hours,
 7    which to the best of my knowledge is the, is
 8    how Snapchat comes packaged as an app.  But,
 9    I do believe you can go into settings and
10    turn that off so the chats will stay
11    forever.
12              Or, if you tap and hold on a
13    message, it will save in the chat, which
14    means it saves past the 24-hour time limit.
15         Q    Okay.  And if you save something,
16    does the person who sent it to you get a
17    notification, in your experience?
18         A    If you save a chat?
19         Q    Yes.  If you save someone else's
20    chat, do they get notified that you saved
21    it?
22         A    If you save somebody else's photo
23    that they sent, you get notified.  If you
24    save a chat, you do not get notified, no.
25         Q    Okay.  And on this document, if
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
1                      HOLLY SHUSTER

2      you can see that a number have been blacked

3      out, right?

4                   But, on the second page there is

5      one that says jacoblevy6, and it says text,

6      and it has a date of 1/1/22.  Do you see

7      that?

8           A    Yes, I see that.

9           Q    Okay.  And do you believe that

10     you received that Snap text from Jacob Levy?

11          A    I do not remember receiving this

12     Snap text.

13          Q    Okay.  So, it might have come

14     into your account without your knowledge?

15          A    I am not sure.

16          Q    Okay.  So, if you go to the next

17     page with some Snaps on it, do you see some

18     of those other Snaps there, Snap texts?

19          A    On the third page?

20          Q    Yes, HS 3536.

21          A    Yes, I see those texts.

22          Q    And who are they supposedly from

23     or to?

24          A    They are from user name

25     jacoblevy6.
```

```
 1                    HOLLY SHUSTER

 2          Q    And are they texts?

 3          A    They are chats sent in Snapchat.

 4          Q    And by chat, you mean words?

 5          A    Yes, I mean words.

 6          Q    Because there is a way to send

 7     photos in Snap, correct?

 8          A    Correct, yes.

 9          Q    So, do you believe that you

10     received these Snaps from Jacob Levy in your

11     Snap account?

12          A    Yes, I believe that I received

13     the following text in my Snap account, too.

14          Q    Can you tell if every one of the

15     texts that say Jacob Levy is from Jacob

16     Levy, or are there anywhere you sent texts

17     to Jacob Levy?

18          A    I am slightly confused.

19               So, these are from my Snapchat

20     account, all received, saved chat history.

21     So, I don't believe from the Snapchat data,

22     my responses to any of this would be

23     included in this document.

24          Q    Okay.  So, you think these are

25     all ones that Jacob Levy sent to you?
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

1              HOLLY SHUSTER

2        A    I am not sure.

3        Q    That's why I am asking you.

4        A    Sure.  I mean...

5        Q    I am not sure either.

6        A    To the best of my recollection,

7    this is received, saved chat history from my

8    Snapchat account.  So, it's any chat that I

9    received from his contact.

10              So, to the best of my knowledge,

11    I do not believe any of my chats would be in

12    this particular packet.

13        Q    Okay.  Let's look at Exhibit

14    number 31.

15              MS. HULT:  This isn't a formal

16         designation of exact pages.  But, the

17         last document was marked confidential,

18         so we will, again, address the

19         transcript later.

20              (Thereupon, the document was

21         marked Plaintiff's Exhibit 31 for

22         Identification, as of this date.)

23              MS. HULT:  31 is not marked

24         confidential, but at this point I am

25         going to designate it confidential for

                        HOLLY SHUSTER

1
2            purposes of the transcript.  We can

3            address that later, too.

4            Q    Exhibit 31, do you recognize this?

5            A    I believe so, yes.

6            Q    What do you believe Exhibit 31

7      represents?

8            A    To the best of my knowledge, I

9      believe these are Snapchat messages from me

10     to Jacob.

11           Q    So, it says from hollyshu27.  Is

12     that your Snapchat handle?

13           A    Yes, that was my Snapchat user

14     name.

15           Q    Is it still?

16           A    Yes.

17           Q    And what types of media are

18     reflected on this?

19                MS. HULT:  Form.

20                THE WITNESS:  What types of

21           media, media type?

22           Q    Yes.

23           A    It says media, location, text.

24           Q    There is some pages with stickers

25     on it?

1                          HOLLY SHUSTER

2           A    Right; stickers and share.  I am

3      not -- that's all that I can see right now.

4           Q    And the ones that are texts

5      actually have "text" next to them, right?

6           A    Yes.

7           Q    And then they all have a date

8      that they were created, correct?

9           A    Yes, that is correct.

10           Q    And, so, these are words that you

11      typed in to Snapchat and sent from hollyshu

12      to Jacob Levy on or about the date of

13      creation?

14           A    Yes.  These were texts that were

15      sent to Jacob Levy from hollyshu27.

16           Q    So, on November 9th of 2021,

17      there is a "from hollyshu media," and it has

18      nothing under it.

19                What media did you send to Jacob

20      on Snapchat on November 9th of 2021?

21                MS. HULT:  Foundation.

22                THE WITNESS:  I don't know.

23           Q    What about the second one?

24           A    I don't know.

25           Q    Can you read the text, the first

<pre>
 1                    HOLLY SHUSTER
 2    text that is listed there on November 3rd?
 3         A    Oh, yes, sure.
 4              "Name a time and place, get me a
 5    ring and I am yours."
 6         Q    So, you told Jacob:  "Name a time
 7    and place, get me a ring and I am yours"?
 8         A    That is what I typed, yes.
 9         Q    And that means a marriage ring,
10    correct?
11         A    I am not sure I was referring to
12    a marriage ring.
13         Q    What were you referring to?
14         A    I don't know.  Sitting here today
15    I can't tell you exactly what I meant.
16         Q    On October 29th, the first text
17    you sent was:  "Anyone who tried to talk to
18    me I glared at them and pushed them away and
19    went my boyfriend will literally kill you if
20    you talk to me."
21              The next one:  "I was quite mean
22    last night."
23              And the next one:  "And if they
24    talked to me I literally told them my
25    boyfriend will kill you fuck off?"
</pre>

```
 1                     HOLLY SHUSTER

 2              Are those texts that you sent by

 3     Snapchat to Jacob Levy at the end of October

 4     of 2021?

 5         A    To the best of my recollection, yes.

 6         Q    And the one from September 22nd

 7     is describing sexual acts that you sent to

 8     Jacob Levy, correct?

 9         A    To the best of my knowledge, yes.

10         Q    Okay.  And can you read that text

11     to us?

12         A    Sure.  "First I want to kiss down

13     your abs to your thighs, licking and kissing

14     my way up and down them.  Then I want to

15     lick up from your balls to your tip and

16     swirl my tongue around it before sinking it

17     into my wet little mouth.  I wanna start off

18     slow, going deeper and deeper with each

19     thrust.  Then I want to get it nice and wet

20     so I can use my hands to" -- sorry -- "to

21     rub it while I suck, getting faster until

22     you're close to cumming.  Then I'll edge you

23     by sucking your balls while I rub your cock,

24     finally sinking it into my wet hot mouth and

25     taking your cum down my throat and all over
```

Case No. 1:23-cv-01149-NYW-KAS Document 162-5 filed 08/04/24 USDC Colorado pg 205 of 460

|   |   |
|---|---|
| 1 | HOLLY SHUSTER |
| 2 | my face, and I will end it by saying thank |
| 3 | you daddy." |
| 4 | Q    And that is what you texted to |
| 5 | Jacob in September of 2021? |
| 6 | A    To the best of my knowledge. |
| 7 | Q    Do you remember sending that? |
| 8 | A    No, I don't remember sending that |
| 9 | specific text. |
| 10 | Q    Do you remember the circumstances |
| 11 | under which you sent it? |
| 12 | A    No, I don't remember, no, I don't |
| 13 | remember the circumstances in which I sent it. |
| 14 | Q    On the next page are some more |
| 15 | texts and more descriptions of sexual acts, |
| 16 | correct? |
| 17 | A    Yes, correct. |
| 18 | Q    So, you said:  "Like it's torture |
| 19 | because it feels so good"? |
| 20 | A    Yes, to the best of my knowledge, |
| 21 | I said that. |
| 22 | Q    And you said:  "Because it's |
| 23 | never painful," right? |
| 24 | A    To the best of my knowledge, |
| 25 | yeah, I sent that. |

Holly Shuster    Attorneys Eyes Only
March 11, 2024

```
 1                  HOLLY SHUSTER
 2        Q    And:  "But it can also kind of be
 3   torture but like in a good way which is why
 4   I feel like it's good for BDSM."  Right?
 5        A    Yes, to the best of my knowledge
 6   I sent that.
 7        Q    "I want you to use more vibrators
 8   on me."  Right?
 9        A    Yes, I sent that.
10        Q    "I also want to try more BDSM
11   things like being tied to something where I
12   am like your prisoner."  Right?
13        A    Yes, I sent that.
14        Q    "I want to do teacher student
15   where you like start off by just slowly
16   getting closer to me and touching me and
17   then start sliding your hand up my skirt and
18   rubbing my pussy then I 'drop my pencil' and
19   bend down and start sucking your cock then
20   we fuck on the desk."  Right?
21        A    Yes, I see that.
22        Q    And if we turn the page to the
23   next, JL 27, you have others:  "This pussy
24   is just for you daddy."  Correct?
25        A    JL 27.  Oh, I see that, yes.
```

1                    HOLLY SHUSTER

2          Q    And JL 28:  "I wanna to lick up

3    and down your abs and kiss my way down to

4    your dick swirling my tongue around your

5    head and slowly sinking it down my throat

6    feeling it throbbing in my mouth."  Correct?

7          A    I see that, yes.

8          Q    On JL 29, you said:  "I am gonna

9    marry you.  You're so adorable."  Right?

10         A    At the very bottom, yes, I see

11   that.

12         Q    There is a bunch of media on that

13   page.  Do you know what you sent by media

14   during June of 2021?

15         A    No, I don't remember the exact

16   pictures I sent.

17         Q    And those would be pictures you

18   sent?

19         A    Media, which I would believe be a

20   picture or a video.

21         Q    In June of 2021, you were living

22   at home in New York, right?

23         A    I believe by June of 2021 I was

24   in New York, yes.

25         Q    And Jacob was in California,

Case No. 1:23-cv-01149-NWM-KAS Document 162-21 filed 08/04/24 USDC Colorado pg 208 of 460

                    HOLLY SHUSTER

1

2    right?

3          A    Yes.  We were not in the same

4    place.

5          Q    So, he wasn't, like, forcing you

6    to send these texts?

7          A    He also wasn't forcing me to have

8    sex with him.  We weren't in the same place.

9          Q    Right.  Good point.  All right.

10              I want to look at JL 30, and on

11   there, halfway down or so you have some of

12   the names we were talking about earlier:

13   "Best friend, my soulmate, my world.  You

14   are my heart.  I have never, ever felt this

15   way about someone before.  I love you so

16   much Jacob.  I'll dream of you.  I love

17   you."  Right?  Those are things you sent to

18   him in the summer of 2021?

19         A    That is what it says on the page,

20   yes.

21         Q    On JL 35 at the bottom, this is

22   in May of 2021, so you're still maybe at

23   school; I am not sure.

24              "I thank God every day that you

25   are in my life."  Right?

Holly Shuster   Attorneys Eyes Only
March 11, 2024

|    | HOLLY SHUSTER |
|----|---------------|
| 1  |               |

1                        HOLLY SHUSTER

2           A    I see that on the page, yes.

3           Q    On JL 36:  "Little preview of

4      what our daughter is going to be like."

5      Right?

6           A    I see that on the page, yes.

7      And, also, I am going to request a break to

8      just use the bathroom.

9                 MS. MENNINGER:  Okay.  We will

10          go off the record.

11                THE VIDEOGRAPHER:  We are off

12          the record 2:52 p.m.

13               (Brief break.)

14                THE VIDEOGRAPHER:  On the

15          record 2:56 p.m.

16          Q    All right.  You are feeling

17      better?

18          A    I used the bathroom, yes.

19          Q    So, on page JL 38, at the top you

20      said:  "Hello lovely.  Forever and always

21      Jacob.  Can you send me the vids of you

22      fucking me from behind, please?"  Correct?

23          A    I see that on the page, yes.

24          Q    Did you ask him to send you

25      videos of him fucking you from behind,

```
 1                      HOLLY SHUSTER

 2      please?

 3                      MS. HULT:  Form.

 4                      THE WITNESS:  From the text

 5              shown on the page, it appears as

 6              though -- it doesn't appear as though.

 7                      I said:  "Can you send me the

 8              vids of you fucking me from behind,

 9              please?"

10              Q     So, does that refresh your

11      recollection that there were videos of him

12      fucking you from behind that you asked him

13      to send to you?

14                      MS. HULT:  Form.  Sorry.

15                      THE WITNESS:  Yes.  I said:

16              "Can you send me the vids of you

17              fucking me from behind, please?"

18              Q     Do you recall making a video of

19      that sexual act happening?

20              A     As I said before, I looked at one

21      video.  I am not sure if that is what I am

22      referring to in this text; so, I am not

23      sure.

24              Q     And then a few down it says:

25      "WND she was like well if you guys get
```

Holly Shuster · Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2     married one day we will take him here and
 3     show gym everything."  Do you see that?
 4          A    I see that, yes.
 5          Q    So, another discussion about you
 6     guys potentially getting married, right?
 7                    MS. HULT:  Form.
 8                    THE WITNESS:  Yes, it's hard to
 9          have an accurate description of the
10          conversation when I don't have the
11          other side's texts.
12          Q    Right.
13                    The last one on that page, you
14     wrote:  "Teachers why do you think I had a
15     fucking eating disorder I just wanted them
16     to be happy with me."
17                    What is that in reference to?
18          A    I had -- I mentioned before I
19     used to take dance and -- oh, actually, let
20     me correct that.
21                    So, what part of this particular
22     text are you asking me about?
23          Q    Well, you said:  Teachers why do
24     you think I had a fucking eating disorder I
25     just wanted them to be happy with me."
```

Case No. 1:23-cv-01149-NYW-KAS Document 125-21 filed 08/04/24 USDC Colorado pg 212 of 460

```
 1                    HOLLY SHUSTER

 2               I am asking you what you were

 3       referring to; what teachers?

 4          A    I am not sure what teachers I was

 5       referring to in this text, but I think if

 6       you read the rest of it, it's quite clear

 7       what I was talking about.

 8          Q    Well, when did you have a "fucking

 9       eating disorder"?

10          A    Like an exact date?

11          Q    Yeah.  When?

12          A    I don't know the exact date I did.

13          Q    In high school?

14          A    To the best of my knowledge right

15       now, I am not sure I could classify myself

16       in high school as having an eating disorder.

17               I believe I went through body

18       issues, as I think most teenage girls do.

19       So, I would just not use that word at this

20       point in time to describe what I went

21       through.

22          Q    Okay.  You said:  "Why do you

23       think I had a fucking eating disorder."

24               When did you have an eating

25       disorder prior to May 11th, 2021?
```

Case No. 1:23-cv-01449-NWK-AS Document 142-5 filed 08/04/24 USDC Colorado pg 213 of 460

```
 1                     HOLLY SHUSTER
 2               MS. HULT:  Objection, form.
 3          She has asked and answered.  Go ahead.
 4               THE WITNESS:  As I just said, I
 5          struggled, like most teenage girls do,
 6          with the way I looked and my weight in
 7          high school.
 8               Sitting here today, I would not
 9          use the language that I had an eating
10          disorder.  But, at the time, that was
11          how I referred to it.
12          Q    And that is what I am asking you
13     about, what you referred to it on May 11th
14     of 2021.
15               So, on May 11th of 2021, you were
16     referring to having an eating disorder
17     because you wanted the teachers to be happy
18     with you.  Right?
19               MS. HULT:  No, objection,
20          misstates.
21               THE WITNESS:  As I said before,
22          I don't know what I am referring to
23          with teachers here.  I cannot say.
24          Q    In the next text you talk about
25     how you just threw up on your floor and had
```

```
 1              HOLLY SHUSTER
 2    to clean it up by yourself, "because I am so
 3    fucking anxious right now because you left
 4    me on open."  Right?
 5         A    I am reading.
 6              It says:  "I feel like you hate
 7    parts of me and it breaks my heart Jacob.  I
 8    just threw up on the floor and had to clean
 9    it up by myself because I am so fucking
10    anxious right now because you left me on
11    open.  It's pathetic and I am not trying to
12    like guilt you or anything but that's how
13    strong my feelings are.  I am in love with
14    you and you don't get how the little things
15    you do affect me" --
16         Q    Okay.  So, you had just thrown up
17    on your floor and cleaned it up because he
18    left you on open?
19         A    I had just thrown up on my floor
20    because I was afraid that he was angry at
21    me, and I was so stressed out that it made
22    me throw up.
23         Q    Where is the word "anger" in
24    here?  I am trying to find that.  Do you
25    see it?
```

Case No. 1:23-cv-01149-NWK-KAS Document 162-21 filed 08/04/24 USDC Colorado pg 215 of 460

                         HOLLY SHUSTER

 1          A    No, I don't see the word "anger"

 2     in this text.

 3          Q    Okay, all right.

 4               And then let's turn back to sort

 5     of the early part.  Well, the last page.

 6     These were taken in September of 2020, sent

 7     in September of 2020, is that right?

 8          A    I am sorry; the very last page of

 9     the packet?

10          Q    Right.

11          A    Okay.

12          Q    The first ones are from

13     September 2020, is that right?

14          A    It appears, yes, that the first

15     text on this page is from September of 2020.

16          Q    And what day of the September of

17     2020?

18          A    It looks like it's September 28th

19     of 2020, the first text.

20          Q    Does that remind you now that you

21     met Jacob before September 16th, 2020?

22          A    Yes.  I said I believe I met him

23     at some point during the beginning of my

24     freshman year at Tulane.  This is during the

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
1                    HOLLY SHUSTER
2      beginning of my freshman year at Tulane.
3           Q    Have you gone on to your Snap
4      account and deleted any media that you had
5      with Jacob saved there?
6           A    I honestly can't remember
7      after -- no, I am sorry, I honestly can't
8      remember.
9           Q    So, you may have, you may not
10     have; you just don't remember?
11          A    I don't remember.
12          Q    When is the last time that you
13     went on to your chat with Mr. Levy?
14          A    Well, Mr. Levy has me blocked on
15     Snapchat and has had me blocked on Snapchat
16     since I believe somewhere around the first
17     semester of my sophomore year.  So, I can't
18     access any of our chats.
19          Q    Do you know anyone else that can
20     access them?
21          A    Our chats besides the Snapchat
22     headquarters, no.
23          Q    And do you know where all of his
24     saved media went?
25          A    No.
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER

 2          Q    You didn't delete them?

 3          A    I didn't delete any of his saved

 4     media, no.  We can't access our chats

 5     together.

 6          Q    I show you Exhibit 32.

 7               (Thereupon, the document was

 8          marked Plaintiff's Exhibit 32 for

 9          Identification, as of this date.)

10          Q    I am going to show you

11     Exhibit 32.  It's marked highly confidential

12     by my client.

13               MS. HULT:  Are you going to be

14          waiving the highly confidential

15          designation, because I am not sure

16          that Ms. Shuster can be shown this

17          under the scope of the protective

18          order?

19               MS. MENNINGER:  She can be.

20               MS. HULT:  Really?  Maybe we

21          should take a look at the protective

22          order because I am not sure which

23          provision you are talking about.

24               MS. MENNINGER:  I can show a

25          deponent.
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2              MS. HULT:  No, I don't think
 3       you actually can.
 4              MS. MENNINGER:  All right.  We
 5       will take a break.
 6              MR. WILLIAMS:  Look at
 7       paragraph 11, you will see the first
 8       sentence --
 9              MS. MENNINGER:  Do you agree to
10       take a break?
11              MS. HULT:  Yes, we agree to
12       take a break.
13              THE VIDEOGRAPHER:  We are off
14       the record, 3:07 p.m.
15              (Brief break.)
16              THE VIDEOGRAPHER:  On the
17       record, 3:11 p.m.
18              MS. MENNINGER:  I just
19       conferred with my client, and he has
20       agreed to waive the highly confidential,
21       attorney's eyes only as to this
22       exhibit, which is Bates stamped JL
23       1920.
24              MS. HULT:  We are going to
25       designate it as confidential instead?
```

Holly Shuster · Attorneys Eyes Only
March 11, 2024

 1                    HOLLY SHUSTER

 2               MS. MENNINGER:  Yes.

 3               MS. HULT:  Then I don't have an

 4          objection to using this to show the

 5          witness.

 6          Q     Are you looking at Exhibit 32,

 7     Ms. Shuster?

 8          A     Yes.

 9          Q     Do you recognize this photo?

10          A     Recognize it in what way?

11          Q     Do you know who is the person

12     that is depicted in the photo?

13          A     Yeah.  To the best of my

14     knowledge, that's Mr. Levy.

15          Q     Did you take this photo?

16          A     I don't know.

17          Q     Did you take it with his camera?

18          A     I don't know.

19          Q     Do you know where the photograph

20     was taken?

21          A     I don't know.

22          Q     Are those your nail marks on his

23     back?

24          A     To the best of my knowledge, yes.

25          Q     And you do have longer nails, right?

Case No. 1:23-cv-01149-NYW-KAS   Document 162-21   filed 03/04/24   USDC Colorado   pg 220 of 460

```
 1                      HOLLY SHUSTER
 2            A    At this moment right now, no, and
 3       I don't know what my nails looked like at
 4       the time of this photo.
 5            Q    And you don't know when it was
 6       taken?
 7            A    No, I don't know when it was
 8       taken.
 9            Q    But, did you ever see injuries
10       like this on Mr. Levy's back from someone
11       other than you?
12                 MS. HULT:  Objection, form.
13                 THE WITNESS:  Did I ever see
14            scratches on his back from someone
15            other than me?
16            Q    Yes.
17                 MS. HULT:  Same objection.
18                 THE WITNESS:  To the best of my
19            knowledge, I never saw scratches on
20            his back from any -- from anyone other
21            than me.
22            Q    You do acknowledge that you
23       inflicted injuries on Mr. Levy?
24                 MS. HULT:  Objection, form.
25                 THE WITNESS:  I don't acknowledge
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2          that I inflicted injuries.  Jacob
 3          asked me to scratch him like this.
 4          Q    And you did it?
 5          A    I didn't have that much of a
 6    choice; so, yes, I did it.
 7          Q    Why?  Why didn't you have a
 8    choice?
 9          A    Because if I refused to do
10    something, especially something that was
11    sexual in nature, there would usually be a
12    huge fight.  Or, he would ask me so many
13    times that I would just say yes just to get
14    him to stop asking me.  Or, he would just
15    force me to do it, so...
16          Q    Did he force you to scratch your
17    nails on his back?
18          A    At the time, it felt to me like
19    he was forcing me, yes.
20          Q    Did you tell him you did not want
21    to do it?
22          A    I don't remember what I said
23    about scratching his back to him.
24          Q    Do you have a single text message
25    or a Snapchat where you told him that:  You
```

Case No. 1:23-cv-01149-NMW-KAS Document 162-5 filed 08/04/24 USDC Colorado pg 222 of 460

```
 1                    HOLLY SHUSTER

 2     forced me to do sexual acts against my will?

 3          A    I don't know.

 4          Q    Have you seen one?

 5          A    To the best of my knowledge, I

 6     have not seen one.

 7          Q    You have brought claims against

 8     Jacob for sexually assaulting you, correct?

 9          A    Yes, that is correct.

10          Q    All right.  When do you claim

11     that Jacob sexually assaulted you?

12          A    Sorry; I didn't quite get the

13     beginning.

14          Q    When do you claim that Jacob

15     sexually assaulted you?

16          A    It was for the duration of our

17     relationship.

18          Q    For a year?

19          A    For the duration of our

20     relationship, yes.

21          Q    When is the first time that you

22     claim Jacob sexually assaulted you?

23          A    I don't have the specific date in

24     my mind right now.

25          Q    I didn't ask you for the date.
```

| | |
|---|---|
| 1 | HOLLY SHUSTER |
| 2 | When; can you describe it at all? |
| 3 | A    Can I describe the first time he |
| 4 | sexually assaulted me? |
| 5 | Q    That you claim he sexually |
| 6 | assaulted you? |
| 7 | MS. HULT:  Form. |
| 8 | THE WITNESS:  I have many |
| 9 | memories of Mr. Levy sexually |
| 10 | assaulting me; but, I cannot |
| 11 | accurately describe the first time. |
| 12 | Q    Okay.  What is the most |
| 13 | significant time that you remember? |
| 14 | A    It's very difficult for me to |
| 15 | think of any certain memory of him sexually |
| 16 | assaulting me as being the most significant. |
| 17 | Q    Can you name any time that you |
| 18 | claim he sexually assaulted you? |
| 19 | A    Yes. |
| 20 | Q    Okay.  Name a time you claim he |
| 21 | sexually assaulted you? |
| 22 | A    I was asleep in bed next to him, |
| 23 | and I woke up to Mr. Levy straddling me and |
| 24 | masturbating on top of me. |
| 25 | Q    Which bedroom? |

Case No. 1:23-cv-01149-NYW-KAS Document 162-5 filed 08/04/24 USDC Colorado pg 224 of 460

```
 1                     HOLLY SHUSTER

 2          A    I cannot remember which bedroom

 3     it is, it was in.

 4          Q    What state?

 5          A    Louisiana.

 6          Q    How do you know that?

 7          A    Because I remember it was at

 8     Tulane.

 9          Q    How do you remember it was at

10     Tulane?

11          A    How do I remember it was at

12     Tulane?

13          Q    Yes.

14          A    Because it's part of my memory.

15          Q    But you don't know the date?

16          A    I don't know the specific date, no.

17          Q    You don't know the bedroom that

18     it was in?

19               MS. HULT:  Form.

20               THE WITNESS:  I cannot remember

21          the bedroom that he assaulted me in,

22          no.  I just cannot remember if it was

23          mine or his.  I was focused on the

24          fact that he was masturbating on top

25          of me while I was asleep.  I was not
```

Case No. 1:23-cv-01149-NMW-KAS   Document 162-5   filed 08/04/24   USDC Colorado   pg 225 of 460

```
 1                    HOLLY SHUSTER

 2           checking the surroundings.

 3           Q    Well, you were awake when you

 4      noticed it?

 5           A    I woke up to him straddling me

 6      and masturbating.

 7           Q    But where was that?

 8           A    I don't know.  I cannot remember

 9      which room it was at this time.

10           Q    How old were you?

11           A    To the best of my knowledge, I

12      was 18-years old.

13           Q    And was it in your second

14      semester of freshman year; was it in the

15      first semester of your second year?  When

16      was it?

17                MS. HULT:  Objection, form.

18           She said she doesn't know.

19                THE WITNESS:  To the best of my

20           knowledge, sitting here right now, I

21           think it was -- I am sorry.  I believe

22           it was the first year, my freshman

23           year at Tulane.

24           Q    What part?

25           A    I don't remember which semester
```

Case No. 1:23-cv-01149-NYW-KAS   Document 160-5   filed 08/04/24   USDC Colorado   pg 226 of 460

|     |                                                    |
| --- | -------------------------------------------------- |
| 1   | HOLLY SHUSTER                                       |
| 2   | it was.                                            |
| 3   | Q    What was the weather like?                    |
| 4   | A    I have no idea what the weather               |
| 5   | was like at the time.  It was nighttime.           |
| 6   | Q    What did you say when you woke up?            |
| 7   | A    I didn't say anything.                        |
| 8   | Q    What did you do?                              |
| 9   | A    I froze.                                      |
| 10  | Q    And then what happened?                       |
| 11  | A    Sorry.  I sort of turned my body             |
| 12  | away from him, and he just kept going, and I       |
| 13  | just tried to pretend like I had fallen back       |
| 14  | asleep.                                            |
| 15  | Q    Do you recall waking Jacob up by             |
| 16  | giving him a blow job?                             |
| 17  | A    No.  I remember him wanting me to            |
| 18  | do that, though.                                   |
| 19  | Q    You don't remember actually doing            |
| 20  | it on several occasions?                           |
| 21  | A    I have no memory of doing that.              |
| 22  | Q    Other than this one time at a                |
| 23  | place and date you can't remember, is there        |
| 24  | any other time that you remember?                  |
| 25  | A    Yes.                                          |

Case No. 1:23-cv-01149-NYW-KAS Document 162-5 filed 08/14/24 USDC Colorado pg 227 of 460

1                    HOLLY SHUSTER

2         Q     What is another time that you

3    remember?

4         A     There were multiple times where

5    Jacob would ask me to have sex or try to

6    make a physical notion to have sex, and I

7    would say no, you know.  I would say I'm

8    just not in the mood, or I just don't feel

9    like it right now.  And he would -- there

10   are times where he would tell me that I was

11   a bad girlfriend because I did that, and

12   accuse me of not being attracted to him

13   because I said no, and accused me of not

14   loving him.

15            And he suggested there was

16   something sexually wrong with me or mentally

17   wrong with me and that it was a problem that

18   I didn't want to have sex with him.

19            And he would just make me feel --

20   he would make me feel so guilty for not

21   agreeing to have sex.  And if I didn't give

22   in to that, he would, many times resorted to

23   yelling at me and getting very angry with

24   me.  And I was really, really afraid when he

25   yelled.

Holly Shuster  Attorneys Eyes Only
March 11, 2024

HOLLY SHUSTER

1

2          And there were also many times

3     when Mr. Levy would ask me over and over and

4     over again to have sex.  And I would say no

5     every time.  And he would just ask me and

6     badger me and not, not take no for an answer

7     until I just said yes.

8          And there were -- there was more

9     than one time when I woke up, and he was

10    groping me or being sexual with me.  And

11    every single one of those times there was

12    more than enough context and implication to

13    know that I did not want to have sex during

14    those moments.

15        Q    Where did that happen?

16        A    That happened in Butler House, in

17    Weatherhead Hall, in Sharp Hall, in Willow

18    Residence C, at my house in Long Island, and

19    at Jacob's house in California.

20        Q    Let's start with Butler House.

21             What happened at the Butler House

22    location?

23        A    What I just described, though I

24    do not remember at that time waking up or

25    any times in Butler House waking up to him

Case No. 1:23-cv-01149-NYW-KAS   Document 162-5   filed 08/04/24   USDC Colorado   pg 229 of 460

```
 1                    HOLLY SHUSTER
 2    masturbating on top of me.
 3         Q    What do you remember happening in
 4    Butler House?
 5         A    I remember all -- I mean,
 6    everything I just described.
 7              I remember him calling me stupid
 8    and a bad girlfriend and saying there was
 9    something mentally wrong with me or sexually
10    wrong with me because I wouldn't say yes to
11    having sex with him.  I remember him --
12         Q    All right, let's just stop with
13    that one.
14              Did anyone hear him call you
15    those names?
16         A    I don't know.
17         Q    Was your roommate present?
18         A    No.
19         Q    Were any of your friends present?
20         A    In the room?
21         Q    In the suite or whatever it is.
22    You got two rooms, I thought you said, in
23    Butler.
24         A    In Butler we had one room with
25    two beds, two desks and two windows.
```

                        HOLLY SHUSTER

        Q    So, he called you stupid and a
bad girlfriend.  Has anyone ever heard him
call you that, to your knowledge?

        A    I don't know.  How could I
possibly know that?

        Q    Because you talked to your
friends afterwards about it.

                MS. HULT:  Form.

                THE WITNESS:  I talked to my
        friends afterwards about every single
        time he sexually assaulted me.

        Q    Have you ever had one of your
friends say:  Oh, I heard him call you
stupid and a bad girlfriend?  Have any of
your friends told you that?

        A    I have never had any of my
friends who lived in Butler House at that
time tell me that they heard him call me
stupid and a bad girlfriend when we were in
Butler House.

        Q    Okay.  Any other place that any
of your friends have heard Jacob call you a
stupid or bad girlfriend?

        A    Yes.

Holly Shuster  Attorneys Eyes Only
March 11, 2024

HOLLY SHUSTER

1

2      Q     Which other friend has heard that?

3      A     Liberty Morris heard that.

4      Q     When did Liberty hear that?

5      A     To the best of my knowledge, she
6   heard it from her room in Willow Residence C
7   while I was in my room, adjoining room, in
8   Willow Residence C.

9      Q     So, that would have been in
10  October of 2022?

11     A     I don't know what month it would
12  have been in.

13     Q     Okay.  Other than this one time
14  Liberty told you -- when did Liberty tell
15  you she heard that?

16     A     I am not sure the exact time she
17  told me she heard that.

18     Q     Other than Liberty, has anyone
19  else heard Jacob call you a name like that?

20     A     I don't know what anybody else
21  has heard.

22     Q     Okay.  Has any of your friends
23  told you that they have heard Jacob yelling
24  at you?

25     A     Yes.

```
 1                      HOLLY SHUSTER

 2            Q     Which friend has told that you

 3       they have heard Jacob yelling at you?

 4            A     Liberty Morris has told me that

 5       she heard Jacob yelling at me.

 6            Q     When did she tell you that?

 7            A     I don't know when she told me

 8       that.  I don't know the exact date.

 9            Q     Okay.  What happened -- well,

10       let's see.

11                  After Butler, you chose to live

12       in a suite with Jacob at Weatherhead, correct?

13            A     I honestly feel like "chose"

14       doesn't accurately represent how that

15       process was for me.

16                  I felt very pressured to live

17       with Mr. Levy in that suite.

18            Q     Did you ever tell anyone you were

19       feeling pressured to live with Mr. Levy in

20       Weatherhead?

21            A     No.  I never told anyone, but

22       that doesn't change how I felt at the time.

23            Q     Did you write it down anywhere?

24            A     I don't know.

25            Q     Did you write it down in your
```

Case No. 1:23-cv-01149-NYW-KAS   Document 162-5   filed 08/04/24   USDC Colorado   pg 233 of 460

```
 1                    HOLLY SHUSTER

 2     journal?

 3          A    I don't know.  I don't remember.

 4          Q    "I don't want to live with Jacob

 5     Levy at Weatherhead but I feel pressured

 6     to."  You had a journal, right?

 7               MS. HULT:  Form.

 8               THE WITNESS:  I had a journal, yes.

 9          Q    Did you write that down in your

10     journal?

11          A    Did I write what down?

12          Q    That you felt pressured to live

13     with Jacob Levy at Weatherhead?

14               MS. HULT:  Form, asked and

15          answered.

16               THE WITNESS:  I don't know.  I

17          cannot remember if I wrote that down.

18          Q    If you had written it down, do

19     you think you would have turned it over in

20     this litigation?

21          A    Yes.

22          Q    When you were at Sharp or he was

23     at Sharp, did you write down that you were

24     having any problems with him at Sharp

25     anywhere?
```

```
 1                      HOLLY SHUSTER

 2          A    I don't know.

 3          Q    Did you write down any problems

 4   that you claim you had with Jacob in the

 5   Hamptons?

 6          A    I don't know.

 7          Q    By the way, when you say Long

 8   Island, you do mean the Hamptons, right?

 9          A    I do, yes.

10          Q    What part of the Hamptons?

11          A    Water Mill.

12          Q    Have you seen any text messages

13   where you sent him that you found any sex

14   with him painful?

15               MS. HULT:  Can you read that

16          one back for me, please?

17               (Thereupon, the record was read

18          back by the reporter as recorded

19          above.)

20               THE WITNESS:  What do you mean

21          by "found"?

22          Q    Did you advise Mr. Levy that you

23   found any sex with him painful; you

24   experienced it as painful?

25          A    To the best of my knowledge, at
```

Case No. 1:23-cv-01149-NMW-KAS Document 162-5 filed 08/04/25 USDC Colorado pg 235 of 460

```
 1                    HOLLY SHUSTER
 2     the time I did express to him that I was in
 3     pain sometimes, yes.
 4          Q    Did you ever write it down in a
 5     text?
 6          A    I don't know.
 7          Q    Well, we just looked at a Snap
 8     where you told him that you were unhappy
 9     with him and you were throwing up because he
10     had left you on open.
11               Do you remember that Snap?
12          A    I remember that, yes.
13          Q    Did you send him any Snaps where
14     you said:  I don't like it when you ask me
15     repeatedly for sex?
16          A    I don't know.  I don't have the
17     Snaps in front of me.
18          Q    Well, you can turn them over if
19     you want to.
20          A    (Witness reviewing Exhibit 32.)
21          Q    Have you found any, Ms. Shuster?
22          A    No, not so far in the packet.
23          Q    Okay.  Well, we can continue and
24     on a break you can continue.  And if you
25     find any, let us know.
```

Case No. 1:23-cv-01149-NMW-KAS   Document 162-5   filed 08/04/24   USDC Colorado   pg 236 of 460

```
 1                      HOLLY SHUSTER

 2                Let me show you what we marked as

 3      33, 34 and 35.

 4                      (Thereupon, the documents were

 5             marked Plaintiff's Exhibit 33, 34, 35

 6             were marked for Identification, as of

 7             this date.)

 8                      MS. HULT:  Is 92, 33?  I am not

 9             sure.  I might have gotten them out of

10             order.

11                      MS. MENNINGER:  Yes.  They are

12             in order as Bates as well.

13                      MS. HULT:  Okay, thank you.

14           Q    Have you had a chance to look at

15      those?

16           A    I have.

17           Q    Do you recognize them?

18           A    I believe so, yes.

19           Q    Okay.  So, 33 is also called a

20      Campus Reporting Form.  It says it was

21      submitted on March 26th, 2021.

22                And under the Incident Description,

23      it's talking about a resident advisor, whose

24      name is redacted, was sent the below GroupMe

25      message around 11 a.m. from resident Holly.
```

                              HOLLY SHUSTER

1

2                   So, does that refresh your memory

3       as to any of the circumstances reflected in

4       this document?

5              A    Yes, it does.

6              Q    Did you send a GroupMe message to

7       an RA?

8              A    To the best of my knowledge, I did.

9              Q    And the suspense is killing me.

10      What is the RA's name?

11             A    I don't remember.  I don't know.

12                  MS. HULT:  You knew that was

13             going to be the answer, right?

14                  MS. MENNINGER:  Certainly.

15             Q    So, you were living in 726, room

16      726 at the time?

17             A    To the best of my knowledge, yes.

18             Q    "This is Holly from room 726"?

19             A    Yes, I -- to the best of my

20      knowledge, that was my room number.

21             Q    Was it on the 7th Floor?

22             A    I actually don't remember.

23

24

25

HOLLY SHUSTER



HOLLY SHUSTER



HOLLY SHUSTER



HOLLY SHUSTER



Case No. 1:23-cv-01149-NYW-KAS   Document 165-21   filed 08/04/24   USDC Colorado   pg 242 of 460

1                     HOLLY SHUSTER

2          A     It's what is written here.

3          Q     "Holly is going to put in a room

4    change request.  She has a place to stay and

5    does not need emergency housing."  Correct?

6          A     That is what it says here, yes.

7          Q     So, you reported that you had a

8    place to stay and did not need emergency

9    housing, right?

10          A     I believe someone asked me if I

11    needed emergency housing, and I said no.

12          Q     And did you put in a room change

13    request?

14          A     I cannot remember.

15          Q     You certainly knew how to reach

16    out to the RA through GroupMe messages, right?

17          A     Did I know how to use GroupMe

18    messages?  Yes, I knew how to use GroupMe

19    messages to reach out to the RA.

20          Q     And you knew how to meet with

21    someone from Tulane about putting in a room

22    change request, right?

23          A     To the best of my knowledge, I

24    did at the time, yes.

25          Q     And then Exhibit 35 is another

```
 1                    HOLLY SHUSTER

 2      report with a resolution date of April 8th,

 3      2021.

 4      ████████████████████████████████████████

 5      ████████████████████████████████████████

 6      ████████████████████████████████████████

 7      ████████████████████████████████████████

 8      ████████████████████████████████████████

 9      ████████████████████████████████████████

10      ████████████████████████████████████████

11                    Then it gets a little fuzzy what

12      the words mean.

13                    "Holly has felt uncomfortable

14      around blank because sometimes she stares at

15      Holly at inappropriate times."  Right?

16           A    That is what it says.

17                    MS. HULT:  Form and foundation.

18           Go ahead.

19                    THE WITNESS:  That is what it

20           says here, yes.

21           Q    Did you report that to your RA?

22           A    I don't know if I used these

23      exact words to my RA.

24           Q    Do you think your RA had a reason

25      to write down other words than the ones you
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2    used?
 3                MS. HULT:  Form and foundation.
 4                THE WITNESS:  I don't know.  I
 5           can't say how she felt or what she
 6           felt was appropriate.
 7           Q    Was your RA a female?
 8           A    I believe in Butler she was.  I
 9    apologize if I got that detail wrong.
10           Q    But, you don't remember her name?
11           A    No, I don't remember her name.
12           Q    Then, in October of 2021, do you
13    remember reaching out again to Tulane?
14           A    Not specifically.
15           Q    We will look at Exhibit 36.
16                (Thereupon, the document was
17           marked Plaintiff's Exhibit 36 for
18           Identification, as of this date.)
19                MS. HULT:  Is this one marked
20           attorneys' eyes, highly confidential?
21                MS. MENNINGER:  It is, but I
22           don't know why.
23                MS. HULT:  Well, it is marked
24           that way, and I think it's marked that
25           way because I think that both parties
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
1                    HOLLY SHUSTER

2            have been marking anything that

3            related to counseling records.  And,

4            so, I am just trying to figure out

5            what kind of record this is.  It is a

6            counseling record.  SRSS, I think it

7            is.  Yeah, I think this is a

8            counseling record.  I don't know.  So,

9            I think that Mr. Levy needs to exit.

10                   MS. MENNINGER:  I think he has.

11                   MS. HULT:  Okay, great.  Thank

12       you.

13            Q    Do you recognize Exhibit 36?

14            A    Yes.

15            Q    Okay.  What is it?

16            A    It is a Tulane University Campus

17       Reporting Form.

18            Q    From October of 2021, right?

19            A    It appears that way on the page, yes.

20            Q    And you apparently had a message

21       received by Camille Vitrano.

22                 Do you know Camille Vitrano?

23            A    I can't place that name at the

24       moment.

25            Q    Neither can I.  But, it says:
```

1                        HOLLY SHUSTER

2          "Student sent the following email to SRSS

3          inbox."

4                        Do you know what the SRSS inbox is?

5              A    I believe it has to do with the case

6          management office.

7              Q    Okay.  And it says:  "I was

8          wondering if I could make an appointment

9          with a case manager.  I am dealing with a

10         family tragedy.  Thank you so much, Holly

11         Shuster."

12                       What family tragedy were you

13         dealing with in October of 2021?

14             A    My grandmother was in the process

15         of dying.

16             Q    And what was her name?

17             A    Her name, I called her Bubbeh.

18         Her name was Esther.

19             Q    Where did she live?

20             A    She lived in Montreal.

21             Q    And did she die in October of

22         2021?

23             A    No, she didn't die in October of

24         2021.

25             Q    Where were you living at the time

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
1                    HOLLY SHUSTER

2      you sent this?

3           A     In October of 2021...

4           Q     And I am just going to direct you

5      to where it has your email address and then

6      WE 509, in the middle of the page.

7           A     Oh, thank you very much.

8           Q     Sure.

9           A     I believe October 25th, 2021 was

10     Willow Residence C, I believe, yes.  I am

11     sorry.

12          Q     That is okay.

13                Do you think WE 509 is from

14     Weatherhead?

15          A     I don't know.  I don't know

16     what W-E means.

17          Q     Could it mean Weatherhead?

18                MS. HULT:  Form.  No guessing.

19          If you know, you know.  If you don't,

20          you don't; tell her you don't know.

21                THE WITNESS:  It could mean

22          anything.  I don't know what it refers

23          to.

24                MS. MENNINGER:  Let me see if

25          the next one is marked highly
```

Case No. 1:23-cv-01149-NYW-KAS Document 102-5 filed 03/03/24 USDC Colorado pg 248 of 460

```
 1                     HOLLY SHUSTER
 2          confidential before I take any action.
 3                  MS. HULT:  Okay.
 4                  MS. MENNINGER:  It is not.
 5          Okay.  We will mark this Exhibit 37.
 6                  (Thereupon, the document was
 7          marked Plaintiff's Exhibit 37 for
 8          Identification, as of this date.)
 9                  MS. HULT:  This one is not
10          marked, but I am wondering if this was
11          subsequently reproduced as highly
12          confidential.  I think we need to
13          figure that out before we go further.
14          Let me see if I can track that down.
15                  MS. MENNINGER:  All right.  We
16          will go off the record.
17                  THE VIDEOGRAPHER:  All right.
18          We are off the record, 3:48 p.m.
19          March 11, 2024.
20                  (Brief break.)
21                  THE VIDEOGRAPHER:  On the
22          record, 4:01 p.m., March 11, 2024.
23          Q    All right.  This is Exhibit 37
24      you are looking at, right?  And that is a
25      Campus Reporting Form submitted on or about
```

1                        HOLLY SHUSTER

2      November 10th of 2021, and it appears that

3      you met with Kyle Pearson in person on or

4      about this date, correct?

5             A    Where does it say that we met in

6      person?

7             Q    In the first sentence under

8      Incident Description, it says:  "Holly is a

9      student I am familiar with through victim

10     support.  She and I met this afternoon, as

11     she has been dealing with numerous stressors

12     this semester."

13            A    We might have met in Zoom or in

14     person.  I am not sure.

15            Q    Do you remember meeting with Kyle

16     Pearson?

17            A    I do.  I just don't remember if

18     we physically met or if we met over Zoom or

19     not.

20            Q    Did you ever meet with him in

21     person, to your recollection?

22            A    I believe so, yes.

23            Q    But you don't know if this is one

24     of those times?

25            A    No, I don't remember if this is

```
 1                    HOLLY SHUSTER
 2      one of those times.
 3           Q    On or about November 10th of
 4      2021, it said that you had been dealing with
 5      "numerous stressors this semester, including
 6      the death of her grandmother, a break-up
 7
 8
 9
10                Do you see that?
11           A    I see that, yes.
12           Q    And then it says:  "Her grand-
13      mother died last week after an extended
14      illness which saw her traveling back and
15      forth to New York to be with her family in
16      the weeks leading up to her death."
17                Do you see that?
18           A    I see that, yes.
19           Q    And that is what you told Kyle
20      Pearson, correct?
21           A    To the best of my knowledge, I
22      told Kyle Pearson that my grandmother was in
23      the process of dying.  She was already in
24      hospice at this point.
25                I don't know whether this was
```

```
 1                    HOLLY SHUSTER

 2      misreported or if I misspoke.  I really

 3      don't know why this mistake is in here.

 4           Q    Okay.  But, the last part of that

 5      said that you were traveling back and forth

 6      from New York to be with your family in the

 7      weeks leading up to your grandmother's

 8      death, correct?

 9           A    That is what it says, yes.

10           Q    And you did not, in fact, travel

11      back and forth to New York over the few

12      weeks before this report was made, correct?

13           A    I don't know.

14           Q    Do you recall traveling back and

15      forth in the weeks leading up to November

16      10th, 2021, between Tulane and New York?

17           A    I don't remember which weekends I

18      went back to New York to see my family exactly.

19           Q    How frequently were you able to

20      travel back and forth between Tulane and New

21      York during the school year, your second

22      year?

23           A    Not very frequently.

24           Q    So, in the second paragraph, it

25      reports that you and your boyfriend, Jacob
```

Case No. 1:23-cv-01149-NYW-KAS   Document 162-5   filed 08/04/24   USDC Colorado   pg 252 of 460

1                       HOLLY SHUSTER

2        Levy, broke up, right?

3              A     That is what it says, yes.

4              Q     And it says:  "Holly explained

5        that after the break-up, Jacob began to

6        harass her via text and calls regularly

7        through the day.  He would say things like:

8        'Are you already fucking someone else?' Or,

9        'Everyone thinks you're a whore.'

10                    "He also texted her that he will

11       kill himself if she didn't respond to him."

12                    Do you see that?

13             A     I see that, yes.

14             Q     Do you have a text where Jacob

15       said he would kill himself if you didn't

16       respond to him?

17             A     Like with me right now?

18             Q     Is there one on your phone?

19             A     I don't have my phone with me, so

20       I don't know.

21             Q     Did you look at your texts after

22       pulling them all off your phone and find the

23       one that you reported to Kyle Pearson?

24             A     As I believe I said before, I

25       haven't gone through every single text

Case No. 1:23-cv-01149-NYW-KAS  Document 162-5  filed 08/04/24  USDC Colorado  pg 253 of 460

```
 1                  HOLLY SHUSTER
 2     exchange with Mr. Levy and I.  So...
 3          Q    Okay.  But, this is the one --
 4     did you show a text to Mr. Pearson, or you
 5     just told him you got a text that said that?
 6          A    I don't remember.
 7          Q    Do you have a text where Jacob
 8     Levy says:  "Everyone thinks you're a
 9     whore"?
10          A    I don't know if I have it presently.
11          Q    Did you delete one?
12          A    No.  I have never deleted any of
13     our texts.
14          Q    So, if he texted you:  "Everyone
15     thinks you're a whore," you would still have
16     that, right?
17          A    To the best of my knowledge, yes.
18          Q    Have you seen that produced in
19     this case?
20               MS. HULT:  Form, asked and
21          answered.
22               THE WITNESS:  As I said before,
23          I haven't seen every single text Jacob
24          and I -- excuse me, Mr. Levy and I
25          have ever exchanged; so, I cannot say
```

Case No. 1:23-cv-01149-NMW-KAS Document 102-5 filed 08/03/24 USDC Colorado pg 254 of 460

```
1              HOLLY SHUSTER

2         for sure that I have seen this.

3         Q    And the last couple sentences on

4    that paragraph:  "He texted her this past

5    Sunday saying he knew where she was and that

6    he was coming to find her, though she wasn't

7    sure what he meant by it, she felt afraid

8    and asked a friend to drive her around."

9              Do you have a text where Jacob

10   says he knows where you are and he is coming

11   to find you?

12        A    I am so sorry.  I can't -- which

13   paragraph are you reading from?

14        Q    I am in that same paragraph about

15   you and Jacob Levy breaking up, and I am

16   three, four lines from the bottom starting

17   about three-quarters of the way down that

18   line.  "He texted her this past Sunday."

19             Do you see that?

20        A    After:  "She was able to wake him

21   and walk " -- yes, I see that.

22        Q    Okay.  "He texted her this past

23   Sunday saying he knew where she was and he

24   was coming to find her, though she wasn't

25   sure what he meant by it, she felt afraid
```

Case No. 1:23-cv-01149-NWM-KAS   Document 162-5   filed 08/04/25   USDC Colorado   pg 255 of 460

|    |                                                      |
|----|------------------------------------------------------|
| 1  | HOLLY SHUSTER                                         |
| 2  | and asked a friend to drive her around."             |
| 3  | Do you have a text where he said                     |
| 4  | he knew where you were and he was coming to           |
| 5  | find you?                                             |
| 6  | A    I mean, to the best of my knowledge,             |
| 7  | that text exists, but I don't have it with            |
| 8  | me right now.                                         |
| 9  | Q    So, it would be in one of the                   |
| 10 | ones that you turned over to us in this case?         |
| 11 | A    I believe so.                                    |
| 12 | Q    And who was the friend what was                 |
| 13 | driving you around when you felt afraid?              |
| 14 | A    I am not sure specifically who it                |
| 15 | was at this one time.                                 |
| 16 | Q    Was it Jonathan Browne?                          |
| 17 | A    It may have been, but I am not                   |
| 18 | sure.                                                 |
| 19 | Q    Do you remember jumping in the                  |
| 20 | car and telling him to "go, go, go"?                  |
| 21 | A    I remember there was a specific                  |
| 22 | instance where I did that, yes.                       |
| 23 | Q    So, Jonathan Browne was the one                 |
| 24 | driving you around?                                   |
| 25 | MS. HULT:  Form.                                      |

| | |
|---|---|
| 1 | HOLLY SHUSTER |
| 2 | THE WITNESS:  I just said, I |
| 3 | don't know who it was in this specific |
| 4 | instance.  I had a few friends who had |
| 5 | cars, so I don't know. |
| 6 | Q    Okay.  So, as of November 10th |
| 7 | you said you had been sleeping in a friend's |
| 8 | room until you learned that he, Jacob, left |
| 9 | campus.  Do you see that? |
| 10 | A    The last sentence of the second |
| 11 | paragraph? |
| 12 | Q    Yes. |
| 13 | A    Yes. |
| 14 | Q    And which friend's room were you |
| 15 | sleeping in until you learned that Jacob was |
| 16 | off campus? |
| 17 | MS. HULT:  Objection, form. |
| 18 | THE WITNESS:  I believe in this |
| 19 | sentence, I was referring to Clare |
| 20 | Arnold. |
| 21 | Q    You don't think you slept over in |
| 22 | Jonathan Brown's room? |
| 23 | MS. HULT:  Form. |
| 24 | MR. WILLIAMS:  412. |
| 25 | MS. HULT:  Yeah, I think it is |

```
 1                         HOLLY SHUSTER

 2            a 412 issue.  Well, I don't --

 3                 MR. WILLIAMS:  Well, she

 4            testified what her memory is.

 5                 MS. MENNINGER:  I asked if she

 6            stayed over at someone's room which

 7            she reported.  I am asking who it was.

 8                 MR. WILLIAMS:  She answered

 9            that.  She said it was Clare.

10                 MS. MENNINGER:  I said, could

11            it have been Jonathan Brown's room?

12                 THE WITNESS:  I thought you

13            just asked me did I ever sleep in

14            Jonathan Brown's room?

15                 MS. HULT:  Yes, I think you

16            did.  I think Ms. Shuster is correct.

17            Q    Do you believe that you slept in

18       Jonathan Brown's room on or about

19       November 8th or 9th of 2021?

20                 MS. HULT:  Objection, form,

21            asked and answered.

22                 THE WITNESS:  I don't know.

23            Q    Anywhere in this paragraph that

24       you told Mr. Pearson that Jacob Levy had

25       sexually assaulted you?
```

1                    HOLLY SHUSTER

2          A    In this particular email, it does

3    not look like I mentioned that he, that

4    Jacob sexually assaulted me.

HOLLY SHUSTER



12    Q    When you had the opportunity to
13    talk to Kyle Peterson (sic) about Jacob
14    sexually assaulting you --
15    A    Kyle Pearson.
16    Q    Kyle Pearson, thank you, good
17    memory.
18        When you had the opportunity to
19    speak with Kyle Pearson about Jacob sexually
20    assaulting you, you chose not to, right?
21    A    I don't see any reason why I had
22    to at this specific time.
23    Q    Well, one reason would be that it
24    didn't happen, right?
25        MS. HULT:  Form, move to strike

```
 1                      HOLLY SHUSTER

 2           counsel's comment.

 3           Q    It's one reason why you might not

 4      have mentioned it to him at the time, correct?

 5                MS. HULT:  Same objection, form.

 6           Q    You can answer the question.

 7           A    It's not a reason that I would

 8      acknowledge.

 9           Q    Of course not.  All right.  Let's

10      look at --

11                MS. HULT:  Move to strike

12           counsel's comment.

13           Q    -- Exhibit 38.

14                (Thereupon, the document was

15           marked Plaintiff's Exhibit 38 for

16           Identification, as of this date.)

17                MS. MENNINGER:  There is no one

18           to rule on that motion.

19                MS. HULT:  No, but I will

20           preserve it for the record.

21           Q    Do you recognize this document,

22      Exhibit 38?

23           A    Recognize it as what?

24           Q    Something you wrote.

25                Do you recognize it or you don't
```

```
1                    HOLLY SHUSTER
2      recognize it, Ms. Shuster?
3           A    I am just reading the whole thing.
4           Q    Do you recognize it, without
5      reading the whole thing?
6           A    I don't feel like I can give an
7      accurate answer unless I read the whole
8      thing.  I just want to make sure it's...
9           Q    Okay.  We can go off the record.
10     Thank you.
11               THE VIDEOGRAPHER:  Off the
12          record, 4:14 p.m.
13               (Brief break.)
14               THE VIDEOGRAPHER:  On the
15          record, 4:17 p.m.
16          Q    All right.  Did you have a chance
17     to read Exhibit 38?
18          A    I did.  Thank you.
19          Q    Have you reviewed it in the last
20     week?
21          A    I believe I have, yes.
22          Q    When you met with your attorneys
23     three or four times?
24               MS. HULT:  Objection to form.
25               THE WITNESS:  I am not sure if
```

Case No. 1:23-cv-01149-NYW-KAS Document 162-5 filed 08/04/24 USDC Colorado pg 262 of 460

```
 1                    HOLLY SHUSTER

 2          I saw this when I was meeting with my

 3          attorneys or -- I am not sure.

 4          Q    Well, where else would you have

 5   seen it?

 6          A    I don't know.

 7          Q    Do you use the Notes function on

 8   Apple product?

 9          A    Do I use the Notes function, like

10   the Notes app?

11          Q    Yes.

12          A    Yes, I have used it.

13          Q    Do you recognize this as coming

14   from such an app?

15          A    Yes.  I recognize this as the

16   Notes on my phone.

17          Q    Do you recognize this as

18   something you wrote?

19          A    I recognize this as a text -- as

20   a draft for a text that I was sending to my

21   mother.

22          Q    Did you send it to your mother?

23          A    Yes.

24          Q    When?

25          A    I believe I sent screenshots of
```

```
 1                      HOLLY SHUSTER
 2      this note.  I don't know the exact date.
 3      It's not listed here.
 4           Q    No, it's not.
 5                Do you have any way to tell when
 6      you sent it or drafted it?
 7           A    I believe I could, yes.
 8           Q    How?
 9           A    I believe I could go back in my
10      texts and check.
11           Q    Okay.
12                In the first few lines, you say:
13      "Ok so basically a rundown of what's been
14      happening Jacob and I have been in a super
15      rough spot the past few weeks he left last
16      weekend to go to a music festival with his
17      friends in California."
18                Do you see that?
19           A    I see that.
20           Q    Did Jacob go to a music festival
21      with his friends in California shortly
22      before you broke up?
23           A    To the best of my recollection, yes.
24           Q    And, so, do you believe that you
25      wrote this in the week following the weekend
```

Case No. 1:23-cv-01149-NYW-KAS   Document 162-5   filed 08/14/24   USDC Colorado   pg 264 of 460

1                   HOLLY SHUSTER

2       where he went to the music festival with his

3       friends in California?

4            A    To the best of my knowledge, I

5       believe it was around that time, but I still

6       don't know this specific date.

7            Q    Well, since you read through the

8       whole thing, do you recall seeing some

9       references on the second page to events that

10      took place on a Saturday night around

11      midnight where:  He's calling me saying he

12      is bent over his toilet throwing up?  Do you

13      see that?

14           A    I see that, yes.

15           Q    And then you go on to describe

16      going back and meeting up with him, and he

17      was lying on the floor in your room, right?

18                MS. HULT:  I am going to object

19           to the form of that question.  Go

20           ahead.

21                THE WITNESS:  You said meeting

22           up with him?

23           Q    Right.

24           A    So, as I explain here, I walked

25      back to my dorm with my roommate and friend,

```
 1                    HOLLY SHUSTER

 2    Liberty.  We went to open her door, which

 3    was unlocked when we left.  When we went to

 4    open it, it was locked.

 5              We went to my room, and Jacob was

 6    lying in my room drunk.  I had not invited

 7    him there.  I had not given him any

 8    indication that I would want him there.  And

 9    I believe he wrote me a letter that says I

10    am -- the first line says -- and I apologize

11    if I am paraphrasing:  "I am sorry for

12    literally breaking into your room.  I am

13    black-out drunk."

14              So, I don't think meeting up has

15    any kind of relevance in this conversation.

16         Q    Was your door broken?

17         A    Was my door broken?

18         Q    Yes.

19         A    Broken how?

20         Q    You tell me.  Was it?

21              MS. HULT:  Objection, form.

22              THE WITNESS:  The door to my

23    bedroom?  My dorm room?

24         Q    Yes, or to your suite or whatever.

25              Was there any door broken that
```

Case No. 1:23-cv-01149-NYW-KAS   Document 102-5   filed 08/04/24   USDC Colorado   pg 266 of 460

```
1                      HOLLY SHUSTER

2      you saw when you got back to your room?

3              A    I cannot recall a broken door, no.

4              Q    Was the door locked when you left?

5              A    To the best of my knowledge, my

6      door -- actually, I am sorry.

7                   To the best of my knowledge,

8      Liberty's door was not locked.  I do not

9      believe mine was either.

10             Q    So, was there any breaking and

11     entering that occurred?

12                  MS. HULT:  Objection, form,

13             foundation.  Go ahead.

14                  THE WITNESS:  He didn't live in

15             either of those dorm rooms.  He didn't

16             live in that building.  He actually

17             wasn't allowed access to that building

18             without a splash card that identified

19             you as a, you know, a student who

20             lived in that dorm building.

21             Apologize for not using the right

22             word.

23                  So, I believe breaking and

24             entering is a perfectly accurate way

25             to describe it.  He didn't live there.
```

```
 1                    HOLLY SHUSTER

 2          Q    Did you ever go to his room when

 3     he wasn't there?

 4          A    I don't remember going his room

 5     when he wasn't this.

 6          Q    Did you ever invite him to go to

 7     your room when you weren't there?

 8               MS. HULT:  Objection, form.

 9          Foundation.

10               THE WITNESS:  I can't remember

11          inviting him to go into my room when I

12          wasn't there.

13          Q    Do you remember asking him to go

14     hide your wine when you had gone home for

15     Thanksgiving in your freshman year while you

16     were already back in New York?

17               MS. HULT:  Objection, form.

18               THE WITNESS:  No, I don't

19          remember that.

20          Q    Do you remember telling him he

21     could sleep in your room when neither you or

22     your roommate were there while you were back

23     in New York your freshman year?

24          A    Were these instances all when we

25     were together?
```

Case No. 1:23-cv-01149-NYW-KAS   Document 162-5   filed 08/13/24   USDC Colorado   pg 268 of 460

|     |                                                 |
| --- | ----------------------------------------------- |
| 1   | HOLLY SHUSTER                                    |
| 2   | Q    I am asking you, do you remember            |
| 3   | that event?                                      |
| 4   | A    I know.  I am just clarifying,              |
| 5   | these are all when we were dating?               |
| 6   | Q    I am asking, do you remember that           |
| 7   | event?                                           |
| 8   | A    I don't remember that event.                |
| 9   | Q    Okay.  So, the lock wasn't broken           |
| 10  | to your room, right?                             |
| 11  | MS. HULT:  Objection, form,             |
| 12  | asked and answered.                     |
| 13  | THE WITNESS:  No, not that I            |
| 14  | recall.                                 |
| 15  | Q    The door wasn't kicked in, right?           |
| 16  | A    I don't recall --                           |
| 17  | MS. HULT:  Same objections.             |
| 18  | THE WITNESS:  I don't recall            |
| 19  | the door being broken.                  |
| 20  | Q    Was there any part of the                   |
| 21  | structure that was broken when you got back      |
| 22  | to your room?                                    |
| 23  | A    The structure of my dorm room?             |
| 24  | MS. HULT:  Same objections.             |
| 25  | Q    Yes.                                        |

1                    HOLLY SHUSTER

2          A    I don't recall the structure of

3     my room being broken.

4          Q    Did you have his belongings still

5     in your room?

6          A    To the best of my knowledge, no.

7          Q    Did you ask to borrow his

8     computer after this event?

9          A    I don't remember.

10         Q    Did you forgive him for going

11    into your room when you weren't there?

12         A    Do I forgive him for going into

13    my room?

14         Q    Did you forgive him?

15         A    I don't remember.

16         Q    Let's -- this is something you

17    wrote on your own, on your phone or a

18    computer?  Do you remember?

19         A    I believe this was written on my

20    phone.

21         Q    By typing it in?

22         A    Yes, by using the keyboard.

23         Q    Is it still on there?

24         A    I believe so.

25         Q    So, you could figure out when it

```
 1                      HOLLY SHUSTER

 2      was drafted by looking at it?

 3           A    On my phone, yes, I believe so.

 4           Q    Was anyone telling you what to

 5      write when you wrote this down?

 6           A    To the best of my knowledge,

 7      nobody was telling me what to write when I

 8      was writing this down.

 9           Q    Was anyone telling you what not

10      to write when you were writing this down?

11           A    To the best of my knowledge, no

12      one was telling me what not to write when I

13      was writing this down.

14           Q    Did you run out of space?

15           A    Did I --

16           Q    Was there a maximum size file?

17           A    In the Notes app?

18           Q    Yes.

19           A    No.

20           Q    You had the opportunity to write

21      whatever you wanted when you were typing,

22      right?

23           A    Yes.

24           Q    And no one was looking over your

25      shoulder?
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2           A    I don't remember if no one was
 3      looking over my shoulder.
 4           Q    Do you remember when you were
 5      writing it?
 6           A    No.
 7           Q    Okay.  Let's look at Exhibit 39.
 8                (Thereupon, the document was
 9           marked Plaintiff's Exhibit 39 for
10           Identification, as of this date.)
11           Q    I guarantee you have not seen
12      this before.  But, were you able to review a
13      video of yourself with the Tulane Police
14      Department when you were preparing for
15      today's events?
16           A    No, I did not watch a video of me
17      with the Tulane Police Department.
18           Q    Do you recall meeting with the
19      Tulane Police Department?
20           A    Yes.
21           Q    Do you remember saying any of
22      these words to the Tulane Police Department
23      that are reflected on this interview form?
24                Do you remember meeting with the
25      police officer in December of 2021?
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                      HOLLY SHUSTER
 2           A    I remember meeting with two TUPD
 3      officers.
 4           Q    Okay.  Was that the only time you
 5      have met with police officers?
 6           A    That's the only time I have met
 7      with TUPD.
 8           Q    Do you remember -- I understand
 9      you probably don't remember every word that
10      you exchanged with the police officer, so I
11      am not asking you that.
12                But, is that generally the gist
13      of what you recall speaking about with the
14      police officers?
15           A    Yes, to the best of my knowledge,
16      it is.
17           Q    And you haven't had a chance to
18      look at the video of that interaction recently?
19           A    I have not.
20           Q    It's true, however, that you did
21      not report to the police officers in
22      December of 2021 that Jacob Levy had
23      sexually assaulted you, correct?
24           A    No, I believe I am being quite
25      specific about what threat I called them
```

Case No. 1:23-cv-01149-NYW-KAS   Document 162-5   filed 08/04/24   USDC Colorado   pg 273 of 460

```
 1                     HOLLY SHUSTER

 2     for.

 3              Q     And what threat was that?

 4              A     He had left me a voicemail saying

 5     to meet him at the top of the parking

 6     structure.  And, I believe also, to the best

 7     of my recollection, sent me a direct message

 8     saying that, and I was fearful that he was

 9     going try to hurt me.

10              Q     And that is the message that you

11     were calling to report about, right?

12              A     To the best of my knowledge,

13     that's what I called about, yes.

14              Q     And you told the officers about

15     it in here, right?  And I can -- well, I

16     thought I could help you find the page.

17              A     It's on the second page.

18              Q     Okay, thank you.  I passed it.

19                    That's what you called to tell

20     them about, the parking structure message,

21     right?

22              A     I said:  "So I got one today that

23     said he is going to be on the parking

24     structure at 3 o'clock which is right across

25     from my dorm."
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
 1                     HOLLY SHUSTER
 2              He said he is going to be on the
 3      top of the parking structure, which is right
 4      across my dorm in Willow, at 3 o'clock and
 5      to meet him there.
 6              So, I just texted my case
 7      manager.  I told her because I wasn't -- he
 8      has broken into my room before, come to my
 9      dorm several times, and being very
10      aggressive.
11         Q    Right.  And at no point in time
12      when you were talking to the police officers
13      did you mention to them that Jacob had
14      sexually assaulted you, right?
15              MS. HULT:  Form, asked and
16         answered.
17              THE WITNESS:  Well, the
18         specific incident that I was calling
19         about this day is not about sexual
20         assault.  So, no, I told them the
21         information that I believe they needed
22         because at this moment, when I was
23         speaking to them, I was fearful for my
24         life.
25         Q    So that is a no, you didn't tell
```

```
 1                      HOLLY SHUSTER

 2      them about a sexual assault?

 3                 MS. HULT:  Form, asked and

 4           answered two times.

 5                 MS. MENNINGER:  It wasn't

 6           really answered, actually.

 7                 MS. HULT:  It was.  Go ahead.

 8           Q    Did you tell them about the sex

 9      assault while the police were at your house

10      on December 17th of 2021?

11           A    As I said before, I told them

12      about the specific incident, which did not

13      involve sexual assault.

14           Q    Okay.  I am going to show you

15      what has been marked as Exhibit 40.

16                 (Thereupon, the document was

17           marked Plaintiff's Exhibit 40 for

18           Identification, as of this date.)

19           Q    Do you recognize Exhibit 40?

20           A    I do not.

21           Q    Okay.  You hadn't reviewed it in

22      the last week?

23           A    To the best of my knowledge, no.

24           Q    Do you see that it's described as

25      an Apple Notes between January of 2022 and
```

Case No. 1:23-cv-01149-NWK-KAS Document 162-5 filed 08/04/24 USDC Colorado pg 276 of 460

1                    HOLLY SHUSTER

2     December of 2022?

3            A    That is what it says under

4     "narrative," yes.

5            Q    And then the path is

6     "users/holly" -- is it Morel?  I don't know

7     if I am pronouncing it right.

8            A    Morel.

9            Q    "Library/group containers/

10    group.com.apple notes/note store."

11           Do you see that?

12              (Thereupon, a discussion was

13        held off the record.)

14           Q    So, you have no recollection of

15    writing anything that you see here?  We can

16    go off the record and review it if you want.

17           A    Sure.  I just want to read

18    through it all so I can give an accurate

19    answer.

20              THE VIDEOGRAPHER:  Off the

21        record, 4:36 p.m.

22              (Brief break.)

23              THE VIDEOGRAPHER:  On the

24        record, 4:42 p.m.

25           Q    All right.  And can you re-read

Case No. 1:23-cv-01149-NYW-KAS   Document 162-5   filed 08/13/24   USDC Colorado   pg 277 of 460

```
 1                    HOLLY SHUSTER

 2      the question that was pending?

 3                    (Thereupon, the record was read

 4           back by the reporter as recorded

 5           above.)

 6           Q     All right.  So, what is your answer?

 7           A     Reading through it, yes, I remember

 8      writing this.

 9           Q     When did you write it?

10           A     Well, right under the first

11      Productivity Note it says:  "Date created,

12      January 6th, 2022."

13           Q     Okay.  And do you know why you

14      wrote it?

15           A     I can't remember at this time, no.

16           Q     And do you know why you

17      permanently deleted it?

18           A     I don't know.

19           Q     Okay.  And then it looks to me --

20      but certainly correct me if I am wrong -- as

21      though there is a Productivity Note that

22      starts at the bottom of the first page with

23      a title that relates to things to do in

24      Positano.  Do you see that?

25                    MS. HULT:  I am sorry.  Where
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
1                    HOLLY SHUSTER
2          are you?
3               MS. MENNINGER:  On the bottom
4          of page one of Exhibit 40 under the
5          heading Productivity Note title.  It
6          has a website.
7               THE WITNESS:  You are referring
8          to travlinmad.com/blog/things-to-do-in-
9          Positano?
10         Q    Yes, I am asking about that one.
11    Is that something that you wrote?
12         A    You are asking me if I wrote that
13    email address?
14         Q    Well, it is a Note, isn't it, a
15    Productivity Note in Apple?
16         A    It looks like it was probably
17    copied and pasted into a note.
18         Q    Did you go to Positano?
19         A    No.
20         Q    Do you know how a blog about
21    things to do in Positano got into your Apple
22    Notes?
23         A    I have no idea -- I do not know.
24         Q    And then on the second page of
25    Exhibit 40 there is another Productivity
```

```
 1                      HOLLY SHUSTER

 2      Note that says it has a creation date of

 3      October 9th of 2022.  Do you see that?

 4             A     I see that.

 5             Q     And then if you flip the page, is

 6      that in fact the body of a note that you

 7      wrote?

 8             A     To the best of my knowledge, yes.

 9             Q     And did anyone help you write it?

10             A     To the best of my knowledge, no.

11             Q     Did anyone tell you what to write?

12             A     From what I can remember, no.

13             Q     In the first full paragraph after

14      there is like a list of things in the body

15      section there, there is, like, a list of

16      seven things with numbers by them, and then

17      there is a paragraph.

18                   Do you see that paragraph that

19      begins:  "I was in an abusive relationship."?

20      Do you see that paragraph?

21             A     I see that paragraph, yes.

22             Q     Okay.  It's going to be hard to

23      direct you.  But, in the middle of that

24      paragraph there is a line that begins with

25      dorm.  No, sorry.  "He had broken into my
```

Case No. 1:23-cv-01149-NYW-KAS   Document 162-5   filed 03/04/24   USDC Colorado   pg 280 of 460

```
 1                    HOLLY SHUSTER
 2    dorm."
 3              Do you see that line?
 4       A    I do, I do see that line.
 5       Q    Okay.  And you are talking about
 6    Jacob Levy here, right?
 7       A    Yes.
 8       Q    "He had broken into my dorm room
 9    followed me to and from classes, waited for
10    me outside my dorm and left me hundreds upon
11    hundreds of voicemails and texts threatening
12    me and describing the ways he was going to
13    hurt me."
14              Do you see that?
15       A    I see that, yes.
16       Q    That is what you wrote.
17       A    That is what I wrote, yes.
18       Q    Do you have hundreds upon
19    hundreds of voicemails and texts in which
20    Jacob Levy threatens you and describes the
21    ways he is going to hurt you?
22       A    I believe when I was writing
23    this, threatening me and describing the ways
24    he was going hurt me, I understand how it
25    could be misconstrued.  But, I was not
```

```
 1                     HOLLY SHUSTER
 2     trying to say that every single voicemail
 3     and text had those contents.  Some of them
 4     did.
 5          Q     My question was:  Do you have
 6     hundred us upon hundreds of voicemails and
 7     texts where Jacob Levy is threatening you
 8     and describing the ways he is going to hurt
 9     you?
10          A     I have hundreds upon hundreds of
11     voicemails and texts from Mr. Levy after we
12     broke up and the no-contact order was put
13     into place.  But, they do not all describe
14     the ways he was going hurt me or threaten me.
15          Q     What are the ones you have that
16     contain content about the ways he was going
17     hurt you?
18          A     I don't understand the question.
19          Q     You said you have at least one
20     text where he says the ways he is going to
21     hurt you.
22               MS. HULT:  Form, misstates.
23          Q     Or do you?  I mean, do you have a
24     single text where Jacob Levy tells you the
25     ways he is going to hurt you?
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2          A    I don't have all his texts in
 3     front of me; nor, as I have said before,
 4     have I seen every single text exchange
 5     between the two of us, so I can't accurately
 6     answer that.
 7          Q    Well, okay.  You wrote this
 8     paragraph, right?
 9          A    Yes.
10          Q    Okay.  And in this paragraph you
11     wrote that you have:  "Hundreds and hundreds
12     upon voicemails and texts threatening me and
13     describing the ways he was going to hurt me."
14               You wrote those words down on your
15     computer unassisted in October of 2022, correct?
16          A    I wrote --
17               MS. HULT:  Form, go ahead.
18          A    I wrote down he had broken into
19     my dorm room --
20          Q    I asked you about the text
21     messages.  Can you answer?
22          A    You asked me if I wrote that.  I
23     was just repeating the sentence.
24               MS. HULT:  You need to let her
25          answer.
```

```
 1                      HOLLY SHUSTER
 2              MS. MENNINGER:  Well, she needs
 3         to answer the question.
 4              MS. HULT:  Well, you need to
 5         let her finish her answer before you
 6         interrupt her with a new question.
 7              THE WITNESS:  I believe I
 8         already said, I wrote this myself with
 9         no help.
10         Q    You said you had at least --
11    well, you said:  "Hundreds and hundreds of
12    voicemails and texts threatening me and
13    describing the ways he was going to hurt
14    me."
15              I am asking you, name one text
16    where Jacob Levy described the ways he was
17    going hurt you?
18              MS. HULT:  Form, asked and
19         answered.
20              THE WITNESS:  I said he left me
21         hundreds upon hundreds of voicemails
22         and texts threatening me and
23         describing the ways he was going to
24         hurt me.  I don't believe I ever used
25         the word "I had."
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
 1                      HOLLY SHUSTER
 2         Q    Oh, so you said he left you
 3    "hundreds and hundreds of voicemails and
 4    texts threatening me and describing the ways
 5    he is going hurt me."  But, you don't have
 6    any of those voicemails and texts; is that
 7    what you are saying?
 8              MS. HULT:  Objection,
 9         objection, misstates.
10              THE WITNESS:  What?  I don't
11         understand what you mean by "have."
12         Like, have in what capacity?  Here?
13         Q    You have a phone, right?
14         A    Yes.
15         Q    Is it the same phone you had in
16    October of 2022?
17         A    No.
18         Q    Okay.  Did you give your account
19    information for your phone messages to be
20    downloaded by your attorneys?
21         A    To the best of my knowledge, yes.
22         Q    And did your attorneys, to the
23    best of your knowledge, download all of the
24    text messages and voicemails you had with
25    Jacob Levy?
```

Case No. 1:23-cv-01149-NYW-KAS   Document 162-5   filed 08/04/24   USDC Colorado   pg 285 of 460

```
 1                  HOLLY SHUSTER
 2              MS. HULT:  I am going to object
 3          to the form of the question, and also
 4          the tone being used with the witness.
 5          That was inappropriate.  You may
 6          answer the question.
 7              THE WITNESS:  To the best of my
 8          knowledge, yes.
 9          Q    And have you identified from all
10      of the voicemails and texts downloaded from
11      your phone a single one in which Jacob Levy
12      describes the ways he was going to hurt you?
13          A    Have I identified?  I am sorry;
14      could you repeat the question?  I am just a
15      little confused.
16                  (Thereupon, the record was read
17          back by the reporter as recorded
18          above.)
19          A    I don't have any of the texts or
20      transcripts of voicemails sitting in front
21      of me right now, so I don't feel that I can
22      accurately answer that.
23          Q    And you can't recall the words of
24      any such texts as you sit here today, correct?
25              MS. HULT:  Form.
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2              THE WITNESS:  As I sit here
 3         today, I cannot -- I cannot recall the
 4         specific sentences or words used in
 5         the texts and voicemails, no.
 6         Q    Well, generally how did Jacob
 7    Levy text you that he was going to hurt you?
 8              MS. HULT:  Form.
 9              THE WITNESS:  I am sorry.  He --
10         I am sorry.  It's hard for me to
11         remember specific details, but I do
12         remember him telling me he was going
13         to hurt me.  I remember being very
14         afraid.
15              And I think I would like to
16         take a break to use the bathroom.
17              MS. MENNINGER:  Okay.
18              THE VIDEOGRAPHER:  Off the
19         record, 4:52 p.m.
20              (Brief break.)
21              THE VIDEOGRAPHER:  On the
22         record, 5:03 p.m.
23         Q    Were you able to use the
24    restroom, Ms. Shuster?
25         A    I was able to use the restroom.
```

```
 1                    HOLLY SHUSTER
 2         Q    Were you able to confer with your
 3    attorneys during the break?
 4         A    I spoke to my attorneys, yes.
 5         Q    And how long did you speak with
 6    your attorney?
 7         A    I am not sure exactly how many
 8    minutes we spoke.
 9         Q    Do you feel like you had
10    sufficient time to talk to them?
11         A    I believe I had a sufficient
12    break, yes.
13         Q    Okay.  I have put in front of you
14    Exhibit 41.
15                   (Thereupon, the document was
16             marked Plaintiff's Exhibit 41 for
17             Identification, as of this date.)
18         Q    Do you recognize this document,
19    specifically at page 23 where it says "first
20    claim for relief"?  Do you see that?
21         A    I see that.
22         Q    Are you aware that you brought
23    claims for sexual assault and battery in
24    this court case?
25         A    I'm aware that I brought
```

Case No. 1:23-cv-01149-NYW-KAS Document 162-5 filed 08/04/24 USDC Colorado pg 268
of 460

1                        HOLLY SHUSTER

2       counterclaims.

3                Q     You got it.

4                A     Sorry.  I am aware that I brought

5       counterclaims of or claims, counterclaims of

6       sexual assault and sexual battery, yes.

7                Q     And this is your first one, right?

8                A     My first one what?

9                Q     Your first claim?  Do you see the

10      words "first claim" on page 23?

11               A     Yes, I do, first claim.

12               Q     And then there is second and

13      third and fourth going after that.  All

14      right?

15               A     Yes, I see those.

16               Q     Okay.  For your first claim for

17      sexual assault and sexual battery, you say

18      that on numerous occasions between

19      November 2020 and October 2021, Mr. Levy

20      sexually assaulted you by touching your

21      genitals, directly or through your clothing,

22      without your consent.

23                     And then in the next paragraph on

24      that same dates, Mr. Levy sexually assaulted

25      you by forcing you to touch his genitals

```
 1                    HOLLY SHUSTER

 2     directly or through his clothing without

 3     consent.

 4              Can you please tell me what

 5     occasion you are referring to in paragraph

 6     67?

 7         A    I am referring to multiple

 8     occasions in paragraph 67.

 9         Q    When did any of those occasions

10     take place?

11         A    On numerous -- excuse me.  On

12     numerous occasions between November 2020 and

13     October of 2021.

14         Q    Can you be any more specific?

15         A    To the best of my ability, no.

16         Q    And where did any such occasion

17     described in paragraph 67 take place?

18         A    To the best of my recollection,

19     numerous occasions between November of 2020

20     and October of 2021 took place in Sharp

21     Hall, Butler House, Weatherhead Hall, and

22     Willow Residence C.

23         Q    And describe for me any occasion

24     in which Mr. Levy touched your genitals

25     through your clothing?
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2          A    Any occasion.
 3          Q    That's referred to in paragraph 67.
 4          A    No, I was just clarifying your
 5     language.  You said tell you about any
 6     occasion where he did it.
 7          Q    Yes.
 8          A    Okay.
 9          Q    As you have alleged in paragraph 67.
10          A    Sure.  It happened on numerous
11     occasions, but a specific occasion I
12     remember where Mr. Levy sexually assaulted
13     me by touching my genitals directly or
14     through my clothing without my consent was
15     when we were in Willow Residence C, the very
16     beginning of our sophomore years at Tulane.
17     Mr. Levy was asking me over and over why I
18     didn't want to have sex with him, and why --
19     accusing me of not being attracted to him or
20     not loving him and telling me there is
21     something wrong with me.  But, I refused to
22     have sexual intercourse, penetrative sex,
23     with him because I was already in -- my
24     genitals were in a lot of pain that day
25     already from other events when we had had
```

Case No. 1:23-cv-01149-NWK-SS Document 162-5 filed 08/04/24 USDC Colorado pg 291 of 460

```
 1              HOLLY SHUSTER
 2    sex and I had not consented.
 3              And Mr. Levy told me to give him
 4    a blow job, which I felt like I had to do
 5    because he said, you know, we -- if we can't
 6    have sex, I have to finish; I have to cum.
 7    It's part of who I am, and it's part of
 8    being a man.  And I felt like I was -- I
 9    just felt like this was not an option to say
10    no to that notion because he, he would just
11    keep pushing until we did something.
12              And I -- before I was going to
13    give him oral, a blow job, I started crying
14    because I was just upset, and I was working
15    through a lot of emotions.  And Mr. Levy
16    told me that I should just get naked and
17    turn around, and he would sit in my desk
18    chair and masturbate to my naked body
19    because I couldn't give him oral sex in my
20    emotional state.
21              So, I sat there crying asking him
22    to stop, and he instructed me to be on all
23    fours, bent over and touched my vagina and
24    my anus.  I repeatedly told him I don't want
25    to do this right now, and he said that he
```

```
 1                    HOLLY SHUSTER

 2     had to go until he finished.

 3               So, that's one occasion that I

 4     can remember.

 5          Q    Was Liberty Morris there?

 6          A    In the room or in the suite?

 7          Q    Anywhere?

 8          A    Anywhere in the suite?  She

 9     wasn't in the suite.

10          Q    Did you tell her about it

11     afterwards?

12          A    To the best of my knowledge, no.

13          Q    Any other occasion you remember?

14          A    As I said, there have been

15     numerous occasions, so it's difficult for me

16     to remember specific details of each

17     occasion.  But, I do remember numerous.

18          Q    Well, today is the deposition

19     where we get to ask what you do remember, so

20     I am asking you what you do remember.

21               Do you remember any other

22     occasion?

23          A    If you would like me to go

24     through each memory I have of this, I can.

25     But -- okay.
```

Case No. 1:23-cv-01149-NMW-KAS Document 162-5 filed 08/04/24 USDC Colorado pg 293 of 460

1                    HOLLY SHUSTER

2          Q    Uh-huh.  I mean, you don't have

3    to do a narrative.  You can say:  I remember

4    another occasion, and then I will ask you

5    follow-up questions.

6          A    Okay.  I remember another occasion.

7          Q    Okay.  Where was the other

8    occasion you remember?

9          A    The other occasion was in Sharp Hall.

10         Q    When did that happen?

11         A    I don't remember the specific date.

12         Q    Do you remember what year it was in?

13         A    I believe it was in 2021.

14         Q    What part of 2021?

15         A    I don't remember which month.

16         Q    Do you remember what time of year

17   it was?

18         A    I believe it was the spring of

19   2021.

20         Q    And was this one of the first

21   times, one of the last times?

22         A    It was neither.

23         Q    Is it still your testimony that

24   you were sexually assaulted multiple times a

25   day every day?

Case No. 1:23-cv-01149-NYW-KAS Document 162-21 filed 08/04/24 USDC Colorado pg 294 of 460

```
 1                    HOLLY SHUSTER

 2           A    At the time, it felt like every

 3      day to me.

 4           Q    And multiple times a day?

 5           A    There were many occasions where

 6      it was multiple times a day.

 7           Q    And were those all in the time

 8      that you were dating Mr. Levy?

 9           A    The assaults that he committed

10      toward me, were they all in the time I was

11      dating him?

12           Q    Well, what you say were assaults, yes.

13                MS. HULT:  Form.

14                THE WITNESS:  To the best of my

15           knowledge, yes, all the times Mr. Levy

16           sexually assaulted me were during our

17           romantic relationship.

18           Q    Which lapsed from October of --

19      November 2020 to October of 2021?

20           A    Yes.

21           Q    At the time you did not believe

22      that they were sexual assaults, correct?

23                MS. HULT:  Form.

24                THE WITNESS:  When I was in the

25           relationship, I knew something felt
```

```
 1                      HOLLY SHUSTER
 2           wrong, but I was in a great deal of
 3           denial about what was happening.
 4           Q    You never told Jacob Levy that he
 5     was sexually assaulting you?
 6           A    I am not sure.  To the best of my
 7     knowledge, I don't think I ever used the
 8     words "sexual assault."
 9           Q    Or rape?
10           A    I am not sure.  I mean, I am
11     really not sure.
12           Q    You used the word "rape" when you
13     were talking about Cody Grove in text
14     messages to Devin Ankeney, correct?
15           A    To the best of my recollection, yes.
16           Q    You used the words "sexual
17     assault" when you were talking to Kyle
18     Pearson about Cody Grove, right?
19           A    To the best of my recollection, yes.
20           Q    You never used the word "rape" or
21     "sexual assault" in connection with Jacob
22     Levy until well after you had broken up,
23     correct?
24                     MS. HULT:  Form.  Foundation.
25                     THE WITNESS:  No, that is not
```

Case No. 1:23-cv-01149-NYW-KAS   Document 162-21   filed 08/23/24   USDC Colorado   pg 296 of 460

```
 1                   HOLLY SHUSTER

 2            correct.

 3            Q    To whom did you use the words

 4       "sexual assault" or "rape" in connection

 5       with Jacob Levy before you and Jacob Levy

 6       broke up?

 7            A    I don't believe -- wait.  I am

 8       sorry; I am slightly confused.  Maybe I

 9       misunderstood the first question.

10                 Would you mind repeating the last

11       question?

12            Q    I will rephrase it.

13                 Before you and Jacob Levy broke

14       up, did you ever use the words "sexual

15       assault" or "rape" to describe any of your

16       interactions with Jacob Levy?

17            A    I don't believe I ever put them

18       in writing, but I was coming to an

19       understanding before we broke up.

20            Q    To whom did you use the words

21       "sexual assault" or "rape" before you and

22       Jacob Levy broke up?

23            A    I don't believe I -- to the best

24       of my knowledge, I didn't use the word

25       "sexual assault" or "rape" to describe Jacob
```

```
 1                    HOLLY SHUSTER

 2   Levy until I was out of the relationship and

 3   had some time to really understand what had

 4   happened.

 5        Q    So, at the time you were dating

 6   Jacob Levy, you didn't use the word "sexual

 7   assault" or "rape" to describe your interactions

 8   with him, correct?

 9             MS. HULT:  Form, asked and

10        answered.  Go ahead.

11             THE WITNESS:  During the time

12        of the relationship, I didn't use

13        those words to describe what was

14        happening to me, but it doesn't mean

15        it wasn't happening to me.

16        Q    Did you tell individuals that you

17   had received a text from Jacob Levy telling

18   you to meet you at the parking structure or

19   else?

20        A    Am I supposed to be going to a

21   page?

22        Q    No.  You can put that away.

23             Did you tell anyone that Jacob

24   Levy had sent you a text message that said:

25   Meet me at the parking structure or else?
```

Holly Shuster · Attorneys Eyes Only
March 11, 2024

1                    HOLLY SHUSTER

2          A    No, I don't believe I said he

3     sent me a text message.

4          Q    What do you think you said about

5     the parking structure?

6          A    To the best of my knowledge at

7     this time, I believe I said he sent me...

8     possibly I said a message.  To the best of

9     my recollection, it was a direct message on

10    Instagram.  And he left me a voicemail also

11    referencing the top of the parking

12    structure, parking garage.

13         Q    And was there a threat contained

14    in either the text message or the -- excuse

15    me, the Instagram message or the voicemail

16    message?

17         A    At the time I, I definitely felt

18    there was a threat towards me.

19         Q    What was the threat?

20         A    It was the top of a four, five-

21    story building with no walls.  Especially

22    after having been pushed up against a

23    balcony by him, I did not feel safe there.

24    And, also, I had a no-contact order against

25    him at this time where he should not have

                              HOLLY SHUSTER

 1
 2      been contacting me, was advised not to
 3      contact me.  And, so, I very much felt there
 4      was a threat.
 5            Q    What was the threat, is what I am
 6      asking you?
 7            A    At the time I was scared he was
 8      going to pursue some form of retaliation.
 9            Q    I am not asking you about your
10      subjective belief.
11                I am asking you what words were
12      used to you that were threatening?
13            A    I felt the only way for me to
14      answer this accurately is to tell you how I
15      understood the message.
16            Q    Well, I am not asking you that,
17      but I appreciate it.
18                I am asking you what words did
19      Jacob Levy use to you about the parking
20      structure?
21                MS. HULT:  Form.
22                THE WITNESS:  I don't, I don't
23            have the message in front of me, so I
24            can't tell you exactly what words he
25            used.

```
 1                    HOLLY SHUSTER

 2        Q    You have no memory of it?

 3             MS. HULT:  Form.

 4             THE WITNESS:  I just described

 5        my memory of it to you.

 6        Q    You described your feelings about

 7   it.  I am asking you what words do you

 8   remember Jacob Levy using to you?

 9        A    I described my memory of the

10   message and the voicemail that I got where

11   he told me to meet me -- excuse me.  Meet

12   him at the top of the parking structure.

13        Q    And you haven't deleted that

14   voicemail or that text message, right?

15             MS. HULT:  Form.

16             THE WITNESS:  I don't know,

17        but -- I don't know, but I certainly

18        have not deleted anything since this

19        case started.

20        Q    Okay.  Tell me -- we talked

21   earlier about your meeting with the Tulane

22   Police Department in December of 2021, and

23   we looked at that transcript.  Do you

24   remember that?

25        A    Yes.  Would you like me to --
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER

 2         Q     No.  I am just reminding you of

 3    what I was talking about.

 4               And that was the only time you

 5    met with the police in connection with this

 6    case, correct?

 7         A     To the best of my recollection,

 8    that was the only time I met with them in

 9    person, yes.

10         Q     Well, other than in person, what

11    other times have you met with the police in

12    connection with Jacob Levy?

13         A     I am just not completely sure to

14    what extent they were involved in, in the

15    transcript -- I apologize -- transcript of

16    the report.  They said there had been other

17    reports from a case manager, so I don't know

18    directly or indirectly how involved they

19    were.  That's just the only time I can

20    remember meeting with them physically in

21    person.

22         Q     Okay.  Did you meet with them

23    over a Zoom?

24         A     I don't remember.

25         Q     Did you meet with the police
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                        HOLLY SHUSTER
 2      officers over a telephone?
 3            A    I don't remember.
 4            Q    Tell me all the times you
 5      remember meeting -- do you know what the
 6      word "meeting" means?
 7            A    I know what the word "meeting"
 8      means.
 9                 MS. HULT:  Objection.
10                 THE WITNESS:  I just --
11            Q    Tell me all the times you
12      remember meeting with the Tulane Police
13      Department?
14            A    As I have said, the only time I
15      specifically remember meeting with them is
16      during our physical meeting.
17            Q    Okay.  Exhibit 42.
18                 (Thereupon, the document was
19            marked Plaintiff's Exhibit 42 for
20            Identification, as of this date.)
21            Q    Do you know Jonathan Browne?
22            A    I do know Jonathan Browne.
23            Q    And he is your current boyfriend,
24      right?
25            A    He is my current boyfriend, yes.
```

```
 1                    HOLLY SHUSTER
 2         Q    And these are text messages that
 3    your lawyers produced to me from your phone,
 4    correct?
 5         A    To the best of my knowledge, yes.
 6         Q    I want to look at page two of
 7    this document.
 8              On November 9th of 2021, you
 9    wrote a text message to Jonathan Browne that
10    said:  "He left campus he flew home this
11    morning."  And then you wrote:  "I still
12    went to TUPD though they said they'd keep an
13    eye on the situation.  I'm totally good now,
14    though you don't have to worry about me
15    sorry I was kind of freaked last night."
16              Do you see that?
17         A    I see that, yes.
18         Q    Tell me about when you went to
19    TUPD on November 9th, 2021.
20         A    As I said, I don't remember some
21    of the interactions I had with the police or
22    to what extent they were involved.  I don't
23    remember this specific meeting.
24         Q    Anything you remember about
25    meeting with the TUPD and them telling you
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                       HOLLY SHUSTER
 2      they would keep an eye on the situation
 3      around November 9th of 2021?
 4           A     November 9th of 2021, it just
 5      doesn't ring a bell.  I can't remember
 6      specifically.  It was a couple of years ago,
 7      so...and I had a lot of meetings going on
 8      around this time.
 9           Q     Right.  I am just asking about
10      the one with the police.
11           A     Right.  And I am saying I can't
12      remember it.
13           Q     So, you don't have any memory of
14      that meeting with the police that you told
15      Jonathan Browne about on November 9th of
16      2021?
17           A     No, I just don't remember.
18           Q     Let's turn to 2315 on the bottom
19      right-hand corner.
20                 On January 25th of 2022, you sent
21      a text message to Jonathan Browne that said:
22      "I had to leave to talk to the police
23      didn't want to wake you up."  And he said:
24      "Wait, what?  What happened?"  And you said:
25      "I told you while you were like half asleep.
```

```
 1                     HOLLY SHUSTER
 2      I don't know if you remember."
 3                And then the next page you wrote:
 4      "My ex showed up at my dorm again and had to
 5      be escorted out by the cops because he was
 6      served today.  That's why I stayed so long
 7      today.  I was scared shitless.  I'm sorry I
 8      didn't tell you earlier."
 9                Do you see that?
10           A     I see that, yes.
11           Q     And, so, you had to leave to talk
12      to the police on January 25th of 2022?
13           A     Again, I don't remember that.
14           Q     You don't remember talking to the
15      police on January 25th?
16           A     No.
17           Q     And you don't remember your ex
18      showing up at your dorm again and "having to
19      be escorted out by the cops because he was
20      served today"?
21           A     I have many memories of Mr. Levy
22      being at my dorm during this time, but I
23      don't have this specific memory.  And, to
24      speak plainly, I don't think I was
25      completely familiar with legal jargon or
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

1                  HOLLY SHUSTER
2       were using it correctly.  So, I do.
3            Q    Well:  "I had to leave to talk to
4       the police" is not very confusing legal
5       jargon.
6            A    Oh, no.  I was referring to what
7       you just read.  "My ex showed up at my dorm
8       again and had to be escorted out by the cops
9       because he was served today."
10           Q    How do you know that Mr. Levy was
11      escorted out by cops when he was served?
12           A    I don't know.
13           Q    Did you see that happen?
14           A    I have no memory of it, so...
15           Q    And you have no memory of talking
16      to the police around this time?
17           A    This specific day I can't remember.
18           Q    If you can turn to 2317, you
19      said:  "It's okay, I've had a rough day."
20                Do you see that?  "I will see you
21      on Wednesday."
22           A    Yes, I see that.
23           Q    And he says -- this is in April
24      of 2022; all right?
25                And he said:  "Do you want to

HOLLY SHUSTER

1

2    talk about it?"  And you said:  "Yes.  I

3    don't want to get you involved in this stuff

4    again."

5              And then if you turn to the next

6    page and look at the bottom of the page, in

7    April 26th of 2022 you said:  "I had to sit

8    with the police today and it seemed like

9    they didn't really care and they were like

10   interrogating me.  It felt like they were

11   trying to figure out if I did something

12   wrong."

13             Do you see that?

14        A    I see that text, yes.

15        Q    So, you sat with the police all

16   day on April 26th of 2022?

17        A    I have no memory of doing that.

18        Q    And them interrogating you?

19        A    I have no memory of doing that.

20        Q    For a whole day?

21        A    As I said, I have no memory of

22   doing that.

23        Q    All right.  Is it possible it

24   didn't happen?

25        A    Yes, it is possible.

Case No. 1:23-cv-01149-NYW-KAS   Document 162-5   filed 03/04/24   USDC Colorado   pg 308 of 460

<pre>
 1                    HOLLY SHUSTER
 2          Q    Do you think you told Jonathan
 3    Browne you sat with the police today and the
 4    police didn't really care and they were
 5    interrogating you when that didn't really
 6    happen?
 7          A    I believe at this time I was
 8    working through a lot of emotions.  And I
 9    had had an experience where I did feel like
10    this, and I believe, I believe it's possible
11    that I was not being truthful about the day,
12    but I was being truthful about the
13    experience.  And maybe this was just the
14    first time I felt ready to share it with
15    him.  I was looking for some comfort because
16    I was going through a lot.
17          Q    He said:  "Did you tell your
18    parents and the police?"
19               And then you told them that you
20    told the police when you didn't tell the
21    police; is that what I understand?
22          A    I am saying that's a possibility,
23    yes.
24          Q    Because you don't remember
25    actually meeting with the police that day
</pre>

```
1                    HOLLY SHUSTER
2      and being interrogated?
3              A    I don't have a memory of that, no.
4              Q    And, so, you lied to Jonathan
5      Browne about meeting with the police?
6                    MS. HULT:  Objection, form.  Go
7              ahead.
8                    THE WITNESS:  I think it's
9              possible, yes.
10             Q    And in the middle of that page,
11     you talked about getting a bunch of
12     voicemails, and you listened to them, and it
13     was your ex saying he was going to come to
14     New Orleans and kill you because you ruined
15     his life.  Do you see that?
16             A    I see that.
17             Q    Did you get voicemails from Jacob
18     Levy in April of 2022 saying he was going
19     come to New Orleans and kill you because you
20     ruined his life?
21             A    I am not sure.
22             Q    Did you save those voicemails?
23             A    I am not sure.
24             Q    Do you recall telling your
25     friends in May of 2022 that you were going
```

```
 1                   HOLLY SHUSTER

 2    to go home early because your parents were

 3    concerned about Jacob coming to New Orleans?

 4          A    I don't remember that specific text.

 5          Q    Exhibit 43.

 6                (Thereupon, the document was

 7          marked Plaintiff's Exhibit 43 for

 8          Identification, as of this date.)

 9          Q    These are text messages produced

10    by your attorneys between yourself, Clare,

11    Liberty.  Do you recall that chat group you

12    had?

13          A    I do, yes.

14          Q    I want you to turn to page 2349.

15          A    I see that, yes.

16          Q    On 2349 -- oh, I am sorry.

17    That's the wrong era.

18                Well, while we are there, that is

19    from September of 2022, right?

20          A    Yes.

21          Q    At that point in time, you told

22    Clare and Liberty that your mom just called

23    you telling you that "both her and my dad

24    want me to come home because basically my

25    therapist from home called them a few weeks
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
1                    HOLLY SHUSTER
2     ago and told them that I have been diagnosed
3     with severe PTSD and that she wants me to
4     start intensive treatment which I was going
5     to do here but my parents want me to do at
6     home."
7               Do you see that?
8          A    I see that, yes.
9          Q    And that is not true, correct?
10         A    I wouldn't say it's untrue.  I
11    think I was suffering with PTSD, and my
12    parents were really worried about me and
13    want me to start intensive treatment.
14         Q    Who was your therapist from home
15    who had just told your parents that you had
16    been diagnosed with severe PTSD?
17         A    In September of 2022, I don't
18    believe I was seeing a therapist at that
19    point.
20         Q    All right.  So, when you told
21    your friends that a therapist from home had
22    just called a few weeks ago and said you had
23    been diagnosed with severe PTSD, that was
24    not true?
25         A    That part of the text, no, to the
```

```
 1                    HOLLY SHUSTER
 2    best of my knowledge, was not true.
 3         Q    And this is also when you were
 4    living in New Orleans, but not actually
 5    enrolled at Tulane, correct?
 6         A    Yes, I believe these were the
 7    same times.
 8         Q    So, you didn't tell your friends
 9    that you had been academically dismissed in
10    June, and then you showed back up in New
11    Orleans in August, right?
12              MS. HULT:  Form.  Asked and
13         answered.
14              THE WITNESS:  As I said, I
15         don't remember.  And I also told
16         different friends at different times,
17         so I don't know.
18         Q    All right.  But, at September of
19    2022, nobody had diagnosed you with severe
20    PTSD, correct?
21         A    To the best of my knowledge, no.
22         Q    And you lied to your friends
23    about that diagnosis?
24         A    Yes, I lied that I had been
25    diagnosed with it already.
```

Case No. 1:23-cv-01149-NWW-KAS   Document 162-5   filed 03/04/24   USDC Colorado   pg 313 of 460

```
  1                    HOLLY SHUSTER

  2          Q    And had your parents called and

  3    told you they wanted you to come home?

  4          A    Yes.

  5          Q    And did they say why?

  6          A    There were quite a few reasons.

  7          Q    Did they find out that you were

  8    not academically enrolled at the time?

  9          A    As I said, I don't remember when

 10    exactly I told them that I was not

 11    academically enrolled.

 12          Q    Does it jog your memory now that

 13    at some point your parents found out you

 14    were not academically enrolled and asked you

 15    to come home in September of 2022?

 16          A    No, I don't believe it says that

 17    anywhere here.

 18          Q    No.  I am asking you if that

 19    happened?

 20          A    No.

 21          Q    Were your parents willing for you

 22    to stay in New Orleans not being a student

 23    at Tulane?

 24          A    I don't remember exactly what

 25    they thought about that.
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2         Q    I want to ask you about when some
 3    texts were sent to CU Boulder that are the
 4    subject of this lawsuit.
 5              Do you remember that?
 6         A    Yes, I believe I know what you
 7    are referring to.
 8         Q    Okay.  Tell me how that text got
 9    sent to Boulder?
10         A    I was let know -- "let know," I
11    don't know if it is correct grammar -- by a
12    friend of mine that Mr. Levy was supposedly
13    pledging a fraternity at CU Boulder.
14              I originally wanted nothing to do
15    with it.  It really scared me.  But, I
16    didn't really want to get involved with it.
17    And I went through, I went through a lot of
18    emotions very quickly, but I started feeling
19    extremely guilty that I knew what he was
20    like to women especially under the, when he
21    was under the influence of alcohol.  And
22    that I now had this information and was
23    going to do nothing to try to warn the women
24    on that campus, and I just felt like I
25    couldn't live with myself if I just sat
```

HOLLY SHUSTER

1
2    there and said nothing.

3         Q    So, how did the text get sent?

4         A    I believe I was discussing it

5    with my friends Clare and Liberty.  They

6    were putting some pressure on me.  I was

7    putting some pressure on myself as well.

8    And I had a statement or just -- I don't

9    know if I should call it a statement.  I had

10   something that I had written a few months --

11   not a few months -- months prior that

12   detailed some of the things that I had gone

13   through with Jacob.  And I believe I told my

14   friend Clare, you know, I don't want my name

15   on this.  I don't want to be involved in

16   this.  And, if you feel comfortable sending

17   this, then you can, and she sent it.  And I

18   believe I was pretty clear in the original

19   text message that this wasn't out of

20   vengeance or malice, but that I was just

21   really scared because it had been less than

22   a year, less -- about half a year since I

23   received the restraining order, the order

24   for protection, against Jacob.  And I just

25   did not feel that it was enough time to

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                     HOLLY SHUSTER
 2      truly reflect on what had happened because I
 3      certainly at that time had not completely
 4      processed everything I had gone through.
 5           Q    So, you directed them to send it?
 6                MS. HULT:  Form.
 7                THE WITNESS:  I would not say I
 8           directed them to send it.
 9           Q    Did they send it without your
10      knowledge?
11           A    They didn't send it without my
12      knowledge.
13           Q    Did they pressure you to send it?
14           A    I do believe they pressured me a
15      little bit.  As I said, I think I pressured
16      myself a little bit.
17           Q    Was it all, the talking about
18      this, through text messages?
19           A    I believe part of it was through
20      text messages, and part of it was through
21      FaceTime, to the best of my knowledge.
22           Q    Who did you FaceTime with?
23           A    I believe it was a group FaceTime.
24           Q    Okay.  If I can have you turn to
25      page 2373 here.  Actually, if we can go back
```

```
 1                      HOLLY SHUSTER
 2      a little bit earlier, 2363.
 3            A    Sure.
 4            Q    Okay.  The bottom of that page,
 5      Clare wrote:  "Okay.  Holly hypothetically
 6      if Keith knew someone to put a hit on him,
 7      what would you say hypothetically this is a
 8      joke I'm kidding."
 9                 Do you see that text message?
10            A    I see that, yes.
11            Q    And then on the next page, you
12      loved some earlier text, right?  And then
13      later on, you loved that message, loved:
14      "Okay Holly hypothetically if Keith new
15      someone to put a hit on him, what would you
16      say?"  Do you see that?
17            A    I see that, yes.
18            Q    And then you said: "Hahahahaha,"
19      right?
20                 And then Clare said:  "Just
21      kidding I love being not in federal prison.
22      I love you, though."  And you said:  "Slay
23      same."  Right?
24            A    Yes, I say that.
25            Q    And then you said:  "Honestly the
```

```
1                        HOLLY SHUSTER

2      only thing I really want is to know that

3      somehow that man ends up in jail so he could

4      never do that to any girl ever again."

5                 Do you see that?

6            A     I see that.
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                      HOLLY SHUSTER
 2         Q    If you go to 2369 in the first
 3    bubble you say:  "It goes way, way, way back
 4    to before the stalking thing happened."
 5    Right?
 6         A    Yes, I see that.
 7         Q    And that is the first time you
 8    were sort of telling your friends that there
 9    was anything other than a stalking
10    allegation, right?
11         A    I don't know if that was the
12    first time.
13         Q    Well, why were you telling them:
14    "It goes way, way, way back to before the
15    stalking thing happened."?
16         A    I don't know.  I could have been
17    clarifying.  I honestly have, I honestly
18    don't know.
19         Q    On the next page you, 2370, you
20    say:  "I will just straight up stab him at
21    this point."
22         A    Yes, I see that.
23         Q    And then you said:  "Push him off
24    the top of the parking structure LMAO."
25         A    Yes, I see that.
```

```
 1              HOLLY SHUSTER

 2        Q    And then we get to 2373, and

 3   that's where there is a big black thing and

 4   then it says:  "Clare, you can tell Connor

 5   to tell his friends there."

 6              What does that refer to?

 7        A    Claire's boyfriend Connor was

 8   from Colorado.  To the best of my knowledge,

 9   I believe he had friends who went to Boulder.

10        Q    What is in the black space?  I

11   mean, I don't know what that phrase is

12   referring to.

13        A    I have no idea what's in the

14   black space.

15        Q    What can Clare tell Connor to

16   tell his friends there?  What were you

17   saying there?

18        A    I do not know what I was

19   referring to there.  I would have to have

20   the earlier text.

21        Q    Me, too.

22              On the next page you wrote:  "He

23   is a rapist."  Right?

24        A    Yes.

25        Q    And that's the first time you
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
 1                        HOLLY SHUSTER
 2      used that phrase?
 3            A     I don't know that that's the
 4      first time I used that phrase.
 5            Q     Do you remember telling Clare or
 6      Liberty that he was a rapist before that
 7      text?
 8            A     I don't know.
 9            Q     And then Holly can make a text
10      for me to send to Connor, and you said yes.
11      And then -- I'm sorry.  Clare said:  "Holly
12      can make a text for me to send to Connor."
13      And you said:  "Yes."  "Who will then send
14      it to everyone he knows there."  Right?
15            A     I see that.
16            Q     And then on the next page, there
17      is some emojis from Liberty that say:
18      "Holly."  And then you said:  "I could have
19      gone into more detail, but I am just not
20      comfortable doing that right now.  The
21      sexual assault stuff should be more than
22      enough reason for him to not be in a frat."
23               Do you see that?
24            A     I see that.
25            Q     What are you talking about,
```

Case No. 1:23-cv-01149-NYW-KAS   Document 162-5   filed 08/04/24   USDC Colorado   pg 322 of 460

```
 1                  HOLLY SHUSTER
 2    "could have gone into more detail"?  I don't
 3    see the text message that that is referring
 4    to.  How did they get a statement from you?
 5         A    I don't know.  There is so many
 6    ways to share, you know, texts, I really
 7    don't know.
 8         Q    You didn't delete any texts from
 9    here, correct?
10         A    No, not to my knowledge.
11         Q    No, I mean, okay.
12              Were you the subject of a school
13    disciplinary action because of Jacob Levy's
14    complaint against you for some of these texts?
15         A    School disciplinary action?
16         Q    Right.  At Tulane?
17              MS. HULT:  Objection, form.
18         Going ahead.
19              THE WITNESS:  I don't know that
20         I would classify it as a disciplinary
21         action.
22              I know he filed something where
23         I had to meet with someone with the
24         Tulane administration, and they
25         dismissed the complaint.
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
1                     HOLLY SHUSTER

2          Q    Let's look at Exhibit 44.

3               (Thereupon, the document was

4          marked Plaintiff's Exhibit 44 for

5          Identification, as of this date.)

6          Q    Do you recognize Exhibit 44?

7          A    I have never seen this before, no.

8          Q    Do you see where it says your

9    name, case resolution form, name Holly

10   Shuster?

11         A    I see my name, yes.

12         Q    And then under Resolution

13   Information, it says:  "Administrative

14   hearing."  Do you see that?

15         A    I see that, yes.

16         Q    Resolution date, March 3rd of

17   2023.

18         A    I see that, yes.

19         Q    The assistant director of student

20   conduct Adam Sullivan is listed as the

21   administrator.

22         A    I see that, yes.

23         Q    Did you meet with Mr. Sullivan?

24         A    I --

25              THE REPORTER:  I'm sorry.  I
```

```
 1                      HOLLY SHUSTER

 2          have to go off the record a moment.

 3               THE VIDEOGRAPHER:  Off the

 4          record.  5:49, and we are going off

 5          the record.

 6               (Brief break.)

 7               THE VIDEOGRAPHER:  On the

 8          record, 5:54 p.m., March 11th, 2024.

 9          Q     Did you meet with Mr. Sullivan?

10          A     Yes, I met with Mr. Sullivan.

11          Q     Okay.  And you see there that the

12     charges were harassment, intimidation or

13     cyber bullying was charge one, for which you

14     were found not responsible, right?

15          A     Yes.

16          Q     And the second one was failure to

17     comply, and you also were found not responsible?

18          A     Yes, I see that.

19          Q     And under the rationale, it says

20     that you explained how the messages

21     referenced in this case did not originate

22     from you or by your request, right?

23          A     It says:  "Holly explained how

24     the message referenced in this case did not

25     originate from her or by her request.  A
```

```
 1                   HOLLY SHUSTER

 2     friend used a statement Holly had written

 3     previously and messaged the CU fraternities

 4     this message.  This gave the appearance that

 5     Holly had sent the message."

 6               That is what it says, yes.

 7          Q    And that is what you told Mr.

 8     Grant, right?  I am sorry, Mr. Sullivan?  I

 9     do know an Adam Grant; totally losing it.

10               That is what you told Mr. Sullivan?

11          A    I cannot remember the exact,

12     exactly what I said to Mr. Sullivan.  But, I

13     am not sure if he possibly misunderstood or

14     misinterpreted what I said.  But...

15          Q    Okay.

16          A    I don't know.

17          Q    What Mr. Sullivan wrote is that

18     you explained to him that the messages did

19     not originate from you or by your request.

20     Do you see that?

21          A    I see that, yes.

22          Q    Did the messages that were sent

23     to CU originate from you?

24          A    I don't know how you would define

25     originate.
```

```
 1                    HOLLY SHUSTER
 2              This statement that was in the
 3    message, I wrote that statement.
 4         Q    So, when he said you said it
 5    didn't originate from you, are you denying
 6    that you told Mr. Sullivan that?
 7         A    Listen; I told Mr. Sullivan
 8    exactly what I just told you.  I cannot
 9    control how he understood that or
10    interpreted what I said.
11              I told him what I told you.  He
12    came to the conclusion that he came to.
13    That's all I can say.
14         Q    Right.
15              It says:  "A friend used a
16    statement Holly had written previously and
17    messaged the CU fraternities this message."
18              Is that true?
19         A    That's accurate, yes.
20         Q    And when had you written this
21    message previously?
22                   MS. HULT:  Form.  Go ahead.
23                   THE WITNESS:  As I said before,
24         I wrote a statement -- whatever you
25         want to call it -- many months prior
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
1                     HOLLY SHUSTER

2          to when this message to the CU

3          fraternity was sent.

4          Q    Did you write it in your Apple

5     Note?

6          A    I don't remember where I wrote it.

7          Q    Did you write it on a piece of

8     paper?

9          A    I don't remember.

10         Q    Have you seen that message you

11    wrote months earlier any time recently?

12         A    No.

13              MS. HULT:  Objection, form.

14         Just give me a second.

15              THE WITNESS:  Sorry.

16         Q    Do you know for what purpose you

17    wrote that earlier message?

18         A    I wrote the earlier statement --

19    I believe I wrote it when I was in the

20    process of obtaining -- I apologize -- a

21    protection order against Mr. Levy.  That's

22    how I remember it.

23              It may have been for a personal

24    purpose, if I was trying to work through

25    some emotions or some feelings or just
```

Case No. 1:23-cv-01149-NYW-KAS   Document 160-5   filed 08/04/24   USDC Colorado   pg 328 of 460

```
 1                    HOLLY SHUSTER
 2    something that had happened to me as well.
 3              But, the message was completely
 4    private at the time that I wrote it.
 5         Q    And how did Clare or Liberty get
 6    ahold of it, because I didn't see that?
 7         A    Clare and Liberty got ahold of
 8    the statement --
 9         Q    Uh-huh.
10         A    I don't remember.
11         Q    No idea?
12         A    I can't see it in the text.  I
13    honestly don't remember.
14         Q    And you didn't delete any texts?
15         A    No.
16         Q    Okay.  Let's look at Exhibit 45.
17              (Thereupon, the document was
18         marked Plaintiff's Exhibit 45 for
19         Identification, as of this date.)
20         Q    And these as you can see from the
21    bottom right-hand corner were produced from
22    Clare Arnold.  Do you see that?
23         A    Yes.
24         Q    If you turn to Arnold -- well,
25    it's labelled 129.  But if you can look up
```

```
1                      HOLLY SHUSTER

2      for just one second because I put them in

3      date order versus the numerical order.

4             A    Sure.

5             Q    It is the first one that has this

6      black on the sides.  Do you see that?

7             A    Sure, yes.  Right here.

8             Q    Yes, you see that?  And you see

9      that that also is a text chain between

10     yourself and Liberty and Clare, I think I

11     see?

12            A    I see that, yes.

13            Q    So, here there is a Tiktok that

14     it looks like you sent to the group on

15     September 22nd of 2022 that involves Jacob

16     Levy, and it says:  "I'm gonna cry."

17            A    It looks like -- it doesn't "look

18     like."  I sent a screenshot of a text that

19     my friend sent me of that Tiktok.  I didn't

20     send the Tiktok to anybody.

21            Q    Well, it's now showed up in Clare

22     Arnold's text messages.

23            A    What exactly do you mean, the

24     link?  Because there is no --

25            Q    This black space in the middle of
```

| | |
|---|---|
| 1 | HOLLY SHUSTER |
| 2 | this page? |
| 3 | A    Yes, I see that, but it's just a |
| 4 | screenshot of a text.  It's not a link to |
| 5 | the Tiktok.  I guess I am a little confused |
| 6 | by the form. |
| 7 | Q    My apologies if that was confusing. |
| 8 | After you sent that to this |
| 9 | group, you said:  "I'm gonna cry."  Right? |
| 10 | A    Yes, that is what it says. |
| 11 | Q    And let's go to the next page. |
| 12 | And at the top of this next page, it looks |
| 13 | like you sent a text on September 23rd in |
| 14 | the morning:  "Tell everyone you know. |
| 15 | Clare, you can tell Connor to tell his |
| 16 | friends there." |
| 17 | Do you see it? |
| 18 | A    I see that.  I believe it's quite |
| 19 | clear I meant at Boulder. |
| 20 | Q    Yes.  It's for Fiji, right, F-I-J-I? |
| 21 | So, I am just going back to your |
| 22 | text messages, and I don't see where the |
| 23 | "tell everyone you know" is located.  Do you |
| 24 | want to get that last exhibit there? |
| 25 | A    Sure.  What page? |

```
 1                    HOLLY SHUSTER
 2           Q    Well, if you look at HS 2374,
 3      2373, okay.  So, in 2373, you see where it
 4      says:  "Clare, you can tell Connor to tell
 5      his friends there."  And then:  "It's for
 6      Fiji."  Do you see that on the, your
 7      production of 2373?
 8           A    No, I am sorry.  I don't think
 9      it's the right page because none of the
10      texts match your...
11           Q    2373?
12           A    73, oh, I thought you said 74.  I
13      apologize.
14           Q    It is okay.
15                MR. WILLIAMS:  Sorry, go ahead.
16                MS. HULT:  Go ahead.
17                THE WITNESS:  I am sorry now.
18           Would you mind repeating the question?
19           Q    Absolutely, not a problem.
20                On your text message page, it
21      says:  "Clare, you can tell Connor to tell
22      his friends there."
23                Do you see that?
24           A    I see that.
25           Q    And above that, we don't know
```

Holly Shuster · Attorneys Eyes Only
March 11, 2024

```
1                    HOLLY SHUSTER
2     what it says because it's in black, right,
3     on your text messages?
4          A     Yes, in this packet, yes.
5          Q     On Claire's text messages, it's
6     the one right before:  "Clare, you can
7     telling Connor to tell his friends there" is
8     a text by you saying:  "Tell everyone you
9     know."
10         A     Yes.
11         Q     Right?
12         A     Yes.
13         Q     Did you delete that text from
14    your text messages?
15         A     To the best of my knowledge, no, no.
16         Q     And then let's turn the page.
17         A     I am quite confused.
18               Does this black box indicate that
19    messages were deleted?
20         Q     Your lawyer produced it to me
21    that way, so I don't know the answer to that
22    question.
23         A     Okay.
24         Q     I am sure they will let you know
25    later.
```

```
 1                    HOLLY SHUSTER
 2              MR. WILLIAMS:  It doesn't mean
 3         that.
 4         Q    Then on the Clare text messages --
 5         A    Sure.
 6         Q    -- on the next page -- I think
 7    you went one too many.  I am at Arnold 130.
 8         A    Oh, I am sorry.  I am on 132.
 9         Q    That is okay.
10         A    130.
11         Q    On Claire's you wrote:  "Tell
12    everyone you know."  "Clare, you can tell
13    Connor to tell his friends there."  Right?
14         A    Yes.
15         Q    And then a few lines down, it
16    says:  "I'm pretty sure Fiji sucks there.
17    "Nonetheless I cannot even believe he was
18    able to go to another school but the fact
19    that he is allowed to join a frat?  Tell
20    everyone what he did.  I don't care who
21    knows or not anymore."
22              Do you see that?
23         A    I see that, and I would just like
24    to say I regret using that kind of language
25    about Fiji.  That was pretty tasteless of
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
1                     HOLLY SHUSTER
2      me.  And, again, as I said before, I believe
3      "tell everyone" is, I believe it's obvious
4      by the context that that was referring to
5      Boulder, not everybody that they knew in the
6      world.
7           Q    Well, I am just asking a
8      different question.
9                In your text messages, if you
10     turn the page --
11          A    Uh-huh.
12          Q    -- I don't see where you text
13     message is:  "Tell everyone what he did.  I
14     don't care who knows or not anymore."
15               That doesn't seem to show up on
16     your text messages to me.  Do you see it
17     anywhere?
18          A    I don't see it anywhere, no.
19          Q    Okay.  So, somehow it disappeared.
20     And then --
21          A    But it's here; it's in these.
22          Q    In Clare's, but in your text
23     messages it disappeared.  Right?
24          A    It is not there in this document,
25     no.
```

Case No. 1:23-cv-01149-NYW-KAS Document 162-21 filed 08/04/24 USDC Colorado pg 335 of 460

```
 1                      HOLLY SHUSTER

 2           Q    And then if you turn Clare's over

 3    to 132, we see some texts from you.  I'm

 4    sorry.  "He shouldn't be in a frat," right,

 5    in Clare's?

 6           A    In Clare's?  I am sorry.  Oh,

 7    yes, I see it.

 8           Q    And then at the bottom of that

 9    page is a really long text message from you?

10           A    I see that.

11           Q    And it is the exact same text

12    message that was sent to the CU fraternity,

13    right?

14           A    It's not the exact same text

15    message, but it's the statement, yes.

16           Q    It's the statement that you

17    wrote?

18           A    It's the statement that I wrote

19    many months prior, yes.

20           Q    Okay.  And you sent it to Clare

21    and Liberty on or about September 23rd of

22    2022, right?

23           A    It looks like I shared it with

24    them at that time, yes.

25           Q    And it has somehow been deleted
```

Case No. 1:23-cv-01149-NYW-KAS Document 162-5 filed 08/04/24 USDC Colorado pg 336 of 460

```
 1                      HOLLY SHUSTER

 2      from your text messages, right?

 3                   MS. HULT:  Objection, form.

 4                   THE WITNESS:  Listen, I will

 5           speak quite honestly.  It is right

 6           here on the next page.

 7           Q    Well, no, that is not from you,

 8      though.

 9           A    May I continue?  And, listen,

10      since this case had started, I have not

11      deleted or disposed of any information

12      pertaining to this case.

13                   What I deleted or removed before

14      this case started, some things I don't

15      remember.  I am saying, it may be possible,

16      it may be possible I didn't want to look at

17      this or didn't want to remember.  I don't

18      know.

19                   All I can tell you is, sitting

20      here under oath, since this case has

21      started, I have not deleted any text

22      messages.

23           Q    Okay.  When you said it's right

24      here on the next page, that is Clare

25      forwarding it to Connor, right?
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

1                    HOLLY SHUSTER

2            A    It is, but it's --

3            Q    What we don't have in your text

4    message is where you typed out that message

5    and sent it to Clare and Liberty, right?

6            A    I did not type out that message.

7    That message, to the best of my knowledge,

8    was copied from somewhere.  As I said, I

9    can't remember where, where from.  My Notes,

10   Google Drive, I am not sure.

11           Q    Right.  And we don't have that

12   thing, whatever it was.  But, this was one

13   Holly Shuster sent to Clare and Liberty on

14   or about September 23rd of 2022, correct?

15           A    As I said, I have shared this

16   statement with them, yes.

17           Q    And on the next page, there is a

18   statement that said:  "And if they need any

19   proof, I have more than enough.  I saved

20   everything."  Right?

21           A    That's what it says.

22           Q    And then there is a bunch of

23   Liberty Morris emojis, right?

24           A    Yes, there are a bunch of emojis.

25           Q    And, so, those just are gone from

Case No. 1:23-cv-01149-NYW-KAS   Document 162-5   filed 08/04/24   USDC Colorado   pg 338
of 460

```
 1                      HOLLY SHUSTER

 2     your text messages?

 3            A    I mean --

 4                 MS. HULT:  Form, form,

 5            foundation.  You may answer.

 6                 THE WITNESS:  I don't, I don't

 7            know that they are just gone from my

 8            text messages.  I can only go off what

 9            this document has.

10            Q    And they were the subject of

11     charges of harassment in March of 2023 at

12     Tulane, right?

13            A    Sorry.  Can you repeat that

14     question?

15            Q    These texts being sent to CU were

16     the subject of a school administrative

17     hearing against you in March of 2023, right?

18                 MS. HULT:  Form, and foundation.

19            Go ahead.

20                 THE WITNESS:  The -- I want to

21            make sure I am using the right name.

22                 The administrative hearing that

23            Mr. Levy brought against me in 2023;

24            is that what you mean?

25            Q    Right.
```

Holly Shuster · Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2          A     These texts were the, not the
 3     sole, but, yes, they were part of it.
 4          Q     And this is where you explained
 5     or Mr. Sullivan wrote down that you
 6     explained that the messages in this case did
 7     not originate from you or at your request?
 8          A     As I have previously said, I told
 9     Mr. Sullivan what I am telling you right
10     now.
11                Listen, I am human; I may get
12     details wrong sometimes.  But, I was not
13     lying to Mr. Sullivan, nor am I lying to you
14     right now under oath.
15                MS. HULT:  And form and
16                foundation; or, form, asked and
17                answered anyway.
18          Q     Let's look at the Clare email --
19     text message -- excuse me -- that went to
20     CU, Arnold 133.
21                And after the first warning
22     label, the rest of that content is what you
23     had just sent to Clare and Liberty, right?
24          A     Excluding the warning and the
25     last paragraph and the third paragraph, the
```

Case No. 1:23-cv-01149-NYW-KAS   Document 162-5   filed 08/04/24   USDC Colorado   pg 340 of 460

| | |
|---|---|
| 1 | HOLLY SHUSTER |
| 2 | rest is a copy of the statement I wrote, yes. |
| 3 | Q    And the last paragraph is also |
| 4 | something that you told her to include, |
| 5 | right? |
| 6 | A    Yes, I wrote that.  Yes, I |
| 7 | believe so.  But, it was not written at the |
| 8 | same time that this statement was written. |
| 9 | Q    So, the statement that was |
| 10 | written to CU that you wrote and Clare |
| 11 | copied started out with:  "I dated Jacob |
| 12 | Levy for almost a year, and I can say |
| 13 | confidently that he is not the kind of |
| 14 | person who belongs in a frat." |
| 15 | A    Yes. |
| 16 | Q    That is your opinion, correct? |
| 17 | MS. HULT:  Form. |
| 18 | THE WITNESS:  That's what I |
| 19 | believe. |
| 20 | Q    And then the next sentence is: |
| 21 | "He is an emotionally unstable, aggressive |
| 22 | person who made my life a living hell for |
| 23 | months."  Right? |
| 24 | A    Yes. |
| 25 | Q    And that is also your opinion? |

```
 1                    HOLLY SHUSTER
 2              MS. HULT:  Form, objection, form.
 3              THE WITNESS:  I mean, I have
 4        quite a few reasons for having that
 5        opinion, for forming that belief,
 6        based on my one-year relationship with
 7        him.
 8        Q    So, that is a yes, it's an opinion?
 9              MS. HULT:  Form, and asked and
10        answered.  Go ahead.
11              THE WITNESS:  After a one-year
12        relationship with him, yes, that's
13        what I thought of him.
14        Q    The next sentence says:  "Jacob
15   transferred to Boulder because he got kicked
16   out of Tulane because I have a restraining
17   order against him through the school in the
18   State of Louisiana."  Right; you wrote that?
19        A    Yes, that is what is in the text.
20        Q    Did Jacob transfer to Boulder?
21        A    At this time, I was under the
22   impression that he did.
23        Q    Did Jacob get kicked out of
24   Tulane?
25        A    At this time, I understood, I
```

```
1                    HOLLY SHUSTER
2     understood that he was ordered to leave
3     Tulane, yes.
4          Q    You know that he participated in
5     an informal resolution with you at Tulane,
6     correct?
7               MS. HULT:  Form.
8               THE WITNESS:  An informal
9          resolution where he was ordered to
10         leave the school?
11         Q    No, where he agreed to leave the
12    school.
13              MS. HULT:  Form.
14              THE WITNESS:  I don't feel that
15         I can accurately agree to that without
16         having the document in front of me.
17         Q    Had you been kicked out of Tulane
18    at the time that this message was sent?
19              MS. HULT:  Form.
20              THE WITNESS:  I am not sure how
21         to answer that.
22         Q    Well, right.
23              In September of 2022, you were on
24    an academic dismissal from Tulane, correct?
25         A    Yes, that is correct.
```

Case No. 1:23-cv-01149-NYW-KAS Document 162-5 filed 08/04/24 USDC Colorado pg 343 of 460

```
 1                    HOLLY SHUSTER

 2         Q    And that was involuntary, correct?

 3         A    Well, I was dismissed for a

 4    single semester because of an academic

 5    grade.  I was never ordered to leave because

 6    I harmed another student.

 7         Q    And that is your opinion that

 8    that's why he was ordered to leave?

 9         A    No, no, that is not an opinion.

10              MS. HULT:  Objection, form.

11         You can go ahead.

12              THE WITNESS:  That is not an

13         opinion.  I mean, again, if you want

14         to have the actual order in front of

15         us, we can go through it.  But, I am

16         having a tough time accurately speaking

17         about it without seeing the text.

18         Q    Well, you said you had reviewed

19    it previously this week, right?

20         A    I have, but I haven't memorized

21    every single line of it.

22         Q    Okay.  And did you refer to that

23    order before you sent this text message to

24    Clare and Liberty to ensure that it was

25    accurate?
```

Holly Shuster   Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER

 2           A     To the best of my knowledge --

 3      no.  Actually, I am not sure, honestly.  I

 4      am not sure.

 5           Q     You don't know if you reviewed

 6      the order before you sent this?

 7                    MS. HULT:  Form.  Objection,

 8           form.

 9                    THE WITNESS:  I am not sure

10           exactly what you mean by "before,"

11           what duration of time that pertains

12           to, and what you mean by I sent the

13           message.

14           Q     Okay.  Well, on the previous

15      page, there is a message from you with this

16      same content.  Okay?

17                    Do you want to turn to that,

18      Arnold 132?  It has your name at the top of

19      the box, Holly Shuster.

20           A     I see.

21           Q     You agree that you sent that text

22      to Liberty and Clare, correct?

23           A     Yes.  I copied this statement

24      that I wrote months ago and sent it in a

25      text message.
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                   HOLLY SHUSTER

 2              I apologize; I may have been

 3      confused.  I thought you were referring to

 4      the message that was sent to Fiji Boulder or

 5      to people at Boulder.

 6         Q    Well, I was.  But, then you said

 7      you weren't sure what I was talking about

 8      when I said "sent the text."

 9              So, what we can see here is that

10      you sent the text to Clare and Liberty.  And

11      then a couple, a page later, it was sent by

12      Clare to CU Boulder, right?

13              MS. HULT:  Objection, form.

14              THE WITNESS:  I copied or

15          however -- this, this statement, sent

16          it in a message.  The message was

17          added with a warning, another

18          paragraph from that original

19          statement.  Clare sent this message

20          from her phone number and her email to

21          anybody at Boulder.  I never sent this

22          text message to anyone at Boulder.

23         Q    You sent the text message that

24      said:  "Tell everyone you know.  Clare, you

25      can tell Connor to tell his friends there."
```

```
 1                    HOLLY SHUSTER

 2     Right?

 3          A    Yes, I wrote that message.

 4          Q    And then you sent the message we

 5     are talking about, right?

 6               MS. HULT:  Objection, form.

 7               THE WITNESS:  I copied this

 8          statement and sent it, yes.

 9          Q    In a statement that you sent that

10     Clare was told that she can tell Connor to

11     tell his friends there, you wrote:  "Jacob

12     transferred to Boulder because he got kicked

13     out of Tulane because I have a restraining

14     order against him through the school in the

15     state of Louisiana."

16               That is what you wrote, correct?

17               MS. HULT:  Asked and answered.

18               THE WITNESS:  Yes, that is

19          correct; that is what I wrote.

20          Q    Then you wrote:  "Despite what he

21     may say I am not crazy and I did not want to

22     get a restraining order against him.  I was

23     forced to given the circumstances he put me

24     under."  Correct?

25          A    That is correct.
```

```
 1                    HOLLY SHUSTER

 2        Q    And that is your opinion?

 3             MS. HULT:  Objection, form.

 4             THE WITNESS:  I disagree with

 5        the notion that that is my opinion.

 6        Q    Well, is it a statement of fact

 7   or opinion that you are not crazy?

 8             MS. HULT:  Objection, form.  Go

 9        ahead.

10             THE WITNESS:  I believe saying

11        the sentence:  I am not crazy or I am

12        et cetera is almost by definition an

13        opinion, so it's an opinion.

14        Q    Okay.  And in the next sentence

15   you said:  "During our relationship, Jacob

16   sexually assaulted and raped me countless

17   times."  That's a statement of fact, correct?

18        A    Yes, that's statement of fact.

19        Q    Do you have a single piece of

20   paper that corroborates your statement of

21   fact that Jacob sexually assaulted and raped

22   you countless times during your relationship?

23        A    Do I need a single piece of paper

24   to corroborate that that is a fact?

25        Q    I will take that as a no, you
```

```
  1                    HOLLY SHUSTER
  2      don't have a piece of paper.
  3                MS. HULT:  Objection, form,
  4           move to strike counsel's statement.
  5                THE WITNESS:  I have -- I mean
  6           I don't have, but there are many
  7           therapy records from various
  8           professionals that -- I mean, those
  9           are paper notes about my trauma and
 10           the sexual assaults and rapes that I
 11           went through at the hands of Jacob.
 12           So, I would say yes.
 13           Q    Did your therapist personally
 14      witness you being sexually assaulted or
 15      raped countless times by Jacob Levy?
 16                MS. HULT:  Objection, form.
 17                THE WITNESS:  No, my therapist
 18           did not witness me being sexually
 19           assaulted or raped by Jacob Levy.
 20           Q    Did anyone witness you being
 21      sexually assaulted or raped by Jacob Levy?
 22                MS. HULT:  Foundation,
 23           objection, foundation.
 24                THE WITNESS:  I don't know.
 25           Q    Then the next sentence:  "I was
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER

 2      basically not allowed to say no to sex.  If

 3      I said no, he would ask and ask and ask

 4      until I eventually gave in and said yes,

 5      just to make him stop asking, even though I

 6      did not want to have sex."

 7                You wrote that, correct?

 8           A    Sorry, I don't have the rest of

 9      that text.  Is it in this packet?

10           Q    I am looking at Arnold 132.

11           A    Oh, 132, I apologize.  I think I

12      was on the wrong page.  Yes, I see now.

13                    MS. HULT:  I am not sure you

14           are on the right page.  It doesn't

15           look like the right page.

16                    THE WITNESS:  Yes, 132.

17                    MS. HULT:  Oh, is it, okay.

18                    THE WITNESS:  "He forced me to

19           have sex with him multiple times a day

20           everyday and would guilt me and say

21           there was something --

22           Q    We haven't gotten to that part

23      yet.

24           A    Oh, I apologize.

25           Q    We are at the sentence before
```

```
 1                    HOLLY SHUSTER

 2      that.

 3           A    "I was basically not allowed to

 4      say no to sex.  If I said no he would ask

 5      and ask and ask until I eventually gave in

 6      and said yes just to make him stop asking

 7      even though I did not want to have sex."

 8           Q    That is a statement of fact, correct?

 9           A    Yes, I stated it as fact.

10           Q    And do you have a single piece of

11      paper or witness to corroborate that that

12      happened?

13           A    As I said before, I have therapy

14      records.  To my knowledge -- I don't know if

15      anybody ever witnessed this besides myself

16      and Jacob.

17           Q    The next sentence is:  "He forced

18      me to have sex with him multiple times a day

19      every day and would guilt me and say there

20      was something mentally wrong with me if I

21      tried to say no."

22                That is a statement of fact as

23      well, correct?

24           A    It is a statement of fact.  As I

25      have mentioned before -- I think we went
```

```
 1                     HOLLY SHUSTER
 2      over this -- saying "every day," to me at
 3      the time I felt like it was every day.  It
 4      happened so frequently that it felt like
 5      every day, and I mean very frequently.
 6           Q    When I asked you --
 7                MS. HULT:  Wait a minute.  She
 8           is still giving an answer.
 9                MS. MENNINGER:  A nonresponsive
10           answer.
11                MS. HULT:  No, you don't get
12           to -- she wasn't finished.
13                MS. MENNINGER:  Okay.  It is a
14           statement of fact, was the question.
15                MS. HULT:  No.  She needs to be
16           able to finish her testimony.  You
17           can't keep interrupting her.  Go ahead
18           and please finish, Ms. Shuster.
19                THE WITNESS:  I will just start
20           over.
21           Q    Okay.  Well, do you want the
22      question again, because it seems like you
23      were confused about the question?
24                MS. HULT:  Move to strike
25           counsel's comment.
```

Case No. 1:23-cv-01149-NYW-KAS   Document 162-5   filed 08/04/24   USDC Colorado   pg 352 of 460

```
 1                    HOLLY SHUSTER

 2              MS. MENNINGER:  Move to strike

 3         that counsel's comment.

 4              Can you please repeat the

 5         question I asked?

 6              (Thereupon, the record was read

 7         back by the reporter as recorded

 8         above.)

 9         Q    Do you understand the question,

10    Ms. Shuster?

11         A    I understand the question.

12         Q    Is that a statement of fact?

13              MS. HULT:  Objection, form.

14         You may proceed.

15              THE WITNESS:  It is a statement

16         of fact that he would guilt me and he

17         would say there was something mentally

18         wrong with me if I tried to say no.

19              If I could please correct the

20         rest of the statement to say, I do not

21         believe sitting here today that every

22         day was an accurate descriptor.

23              I am saying, at the time it

24         felt like every day because of how

25         frequently it happened.  That's all I
```

Case No. 1:23-cv-01149-NYW-KAS Document 162-5 filed 08/04/24 USDC Colorado pg 353 of 460

```
 1              HOLLY SHUSTER

 2          wanted to say.

 3          Q    Okay.  So, that sentence is a

 4     false statement of fact?

 5              MS. HULT:  Objection, form,

 6          misstates.

 7              THE WITNESS:  No, I did not say

 8          it was a false statement.  I said

 9          there was one thing in this sentence

10          that I believe sitting here today is

11          factually inaccurate.  But, I

12          explained why I felt that way, and I

13          explained that the rest of the

14          sentence was factually accurate.

15          Q    Did Jacob Levy force you to have

16     sex with him multiple times a day every day?

17          A    There were many days where it was

18     multiple times a day, yes.

19          Q    The word "every day," do you have

20     any trouble understanding what that word

21     means, "every day"?

22              MS. HULT:  Objection, form.

23          This is becoming harassing and --

24              MS. MENNINGER:  No, it's not.

25              MS. HULT:  Yes, it is.
```

```
 1                    HOLLY SHUSTER
 2              MS. MENNINGER:  No, it's not.
 3              MS. HULT:  Well, you know what,
 4         you are not the ultimate arbiter of
 5         whether it is harassing or not.
 6              Ms. Shuster, you can go ahead
 7         and answer the question.
 8         Q    The question is:  Do you know
 9    what the word "every day" means?
10         A    I have a definition of what
11    "every day" means.
12         Q    What does it mean?
13         A    May I finish my responses?
14         Q    Well, we are going to have to go
15    overtime if you keep answering questions
16    that aren't --
17         A    Then, yes, I have a definition of
18    what "every day" means.
19         Q    What is the definition of "every
20    day"?
21         A    Every day means every day.
22         Q    And you started this text by
23    saying you dated Jacob Levy for almost a
24    year, right?
25         A    Yes.
```

```
 1                          HOLLY SHUSTER

 2               Q    So, the natural implication when

 3       you say he forced you to have sex with him

 4       multiple times a day every day is that it

 5       happened for the year that you dated him,

 6       correct?

 7                    MS. HULT:  Objection, form.

 8                    THE WITNESS:  I have explained

 9            quite a few times now what I meant

10            from that and how I believe it is

11            inaccurate.

12                 I don't understand what more I

13            can say on this specific topic.

14               Q    Okay.  In the next page, you

15       state the fact when:  "I finally got past my

16       fears and had the emotional stability to

17       break up with him, he began stalking me."

18                 Do you see that?

19               A    Yes, I see that.  Sorry, it took

20       me a moment to find it.

21               Q    Did you break up with Mr. Levy or

22       did he break up with you?

23               A    To the best of my knowledge, if

24       my memory serves me correctly, Mr. Jacob --

25       Mr. Jacob, I apologize -- Mr. Levy and I, I
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1              HOLLY SHUSTER
 2    believe, broke up three times.  I believe I
 3    broke up with him once.  He, to the best of
 4    my recollection, convinced me the same day
 5    to get back together or stay together, or
 6    however he phrased it.
 7              Then Mr. Levy -- I don't remember
 8    how far after -- broke up with me and,
 9    again, similarly contacted me later that
10    same night to say that he didn't want to be
11    broken up and he still wanted to be together
12    with me and that we could make it work.  And
13    an amount of time later -- I don't remember
14    exactly how much -- I once again broke up
15    with Mr. Levy.  He tried to convince me to
16    stay in the relationship, and I believe that
17    was the final time.
18         Q    Okay.  And close to the end of
19    your text message you say:  "That is why he
20    is at Boulder, not through his own choice,
21    but because he was kicked out of Tulane for
22    rape and stalking."
23              Do you see that?
24         A    Yes, I see that.  Take me a while.
25         Q    Was Jacob Levy kicked out of
```

Holly Shuster · Attorneys Eyes Only
March 11, 2024

```
 1              HOLLY SHUSTER
 2     Tulane for rape?
 3              MS. HULT:  Objection, form.
 4              THE WITNESS:  As I said before,
 5          it was my understanding that Mr. Levy
 6          was ordered to leave Tulane.  I --
 7          Q    Did you report any --
 8              MS. HULT:  Were you finished
 9          with your answer?
10          Q    -- rape to Tulane about Mr. Levy?
11          A    I don't remember.  I don't know.
12              MS. MENNINGER:  All right.  I
13          am going to have -- I need a break of
14          about two minutes, and then I should
15          have a few follow-up questions and we
16          should be done.
17              THE VIDEOGRAPHER:  Off the
18          record, 6:29 p.m.
19              (Brief break.)
20              THE VIDEOGRAPHER:  On the
21          record, 6:36 p.m.
22     BY MS. MENNINGER:
23          Q    Okay.  I am going to show you
24     what has been marked as Exhibit 46.
25              MS. HULT:  I understand Mr.
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                  HOLLY SHUSTER

 2            Levy has exited just for purposes of

 3            marking the transcript so we know

 4            where to look for things later.  This

 5            is highly confidential, attorneys'

 6            eyes only information and the

 7            transcript will be so designated.

 8                  (Thereupon, the document was

 9            marked Plaintiff's Exhibit 46 for

10            Identification, as of this date.)

11       Q    Do you see Exhibit 46, Ms. Shuster?

12       A    Yes, I see it.

13       Q    And do you know who Deanna is?

14       A    I do know who Deanna is, yes.

15       Q    Who is Deanna?

16       A    Deanna was my case manager at

17   Tulane for an amount of time.

18       Q    What amount of time was it?

19       A    I am not sure exactly what amount

20   of time it was.

21       Q    Well, on these text messages it

22   looks like they start in November of 2021,

23   and they go until April 2023.  Does that

24   sound about right?

25            A    Again, I don't know if those are
```

                         HOLLY SHUSTER

1

2    the exact month.  But, I was definitely

3    seeing her for that duration of time, yes,

4    or rather communicating with her during that

5    duration of time.

6          Q    Okay.  And what was the nature of

7    your relationship with Ms. Robertson?

8          A    Well, Ms. Robertson was a case

9    manager at Tulane.  I was assigned to her at

10   a certain point in the beginning of my

11   sophomore year at Tulane, I believe.  And

12   she was -- I mean, I can't give an exact

13   definition of her job, but for me she

14   provided support and resources.

15         Q    Okay.  It looked to me like you

16   had some trouble connecting with her.  Do

17   you recall that?

18         A    How would you define connecting

19   with her?

20         Q    Well, you know, meeting up with

21   her, making appointments, things like that?

22         A    Oh, all right.  I was thinking of

23   it in a technology context.

24              I think there were times when --

25   I believe there were times when I genuinely

```
 1                     HOLLY SHUSTER
 2     had reasons I couldn't meet with her.  And
 3     there were some times where I didn't just
 4     quite feel ready to talk about what I was
 5     going through and avoided meeting with her.
 6          Q    Did you make up excuses for her
 7     that were not true?
 8          A    I don't remember.
 9          Q    Okay.  Could I have you look at
10     page 423?
11          A    Sure.  Uh-huh.
12          Q    Okay.  It looks like you wrote a
13     text on or about February 14th of 2022 after
14     she said she was on Zoom and then wrote a
15     "Just checking on you again" text.
16               And in the text you wrote her,
17     you said you had an awful weekend.  Do you
18     see that one?
19          A    Yes.  I said:  "Sorry, I've had
20     an awful weekend.  I'm currently texting
21     through my computer right now because I lost
22     my phone.  ████████████████████████
23     ████████████████████████  I've been
24     really really sick from that all weekend but
25     I am feeling a lot better now.  I'm so sorry
```

```
 1                    HOLLY SHUSTER

 2      when we had our meeting on Friday, I was

 3      still recovering and forgot all about it.

 4      If we can meet another time this week

 5      whenever is most convenient for you, I would

 6      really like that.  Thank you."

 7           Q    Okay.  And was that true?

 8      ████████████████████████████████████████████

 9      ████████████████████████████████████████████

10      ████████████████████████████████████████████

11      it's possible this is true.  I also think,

12      given the dates, I may have also been going

13      through a lot of hard emotions at this point

14      in time.  So, it may have not been true.  It

15      may have been a white lie, an excuse, so I

16      didn't have to talk about or confront

17      everything I was going for.  I think either

18      possibility could be accurate.

19      ████████████████████████████████████████████

20      ████████████████████████████████████████████

21      ████████████████████████████████████████████

22      ████████████████████████████████████████████

23      ████████████████████████████████████████████

24      ████████████████████████████████████████████

25      ████████████████████████████████████████████
```

HOLLY SHUSTER



HOLLY SHUSTER



HOLLY SHUSTER



HOLLY SHUSTER



Q    Do you remember telling Deanna
that you needed to not meet with her because
you had a setback around your drinking and
feeling guilt by it and needed to go to an
AA meeting?

A    Yes, I remember that.  Which page
are you on?

Q    I am on 428.

A    Yes, I do remember that.

Q    And did you go to an AA meeting?

A    I don't remember if I went to an
AA meeting this exact day, but I was
attending AA.

Case No. 1:23-cv-01149-NWM-KAS Document 107-21 filed 08/04/24 USDC Colorado pg 366 of 460

```
 1                     HOLLY SHUSTER
 2         Q    When did you start attending AA?
 3         A    You know, I actually don't know
 4    the exact date.  I have, I have had times
 5    where I have attended regularly and times
 6    where I haven't attend regularly, so I am
 7    really not sure.
 8         Q    When is the first time that you
 9    attended AA?
10         A    I just said.
11              MS. HULT:  Objection, form,
12         foundation.  Go ahead.
13              THE WITNESS:  I just said, I
14         don't remember the actual first day.
15         Q    Were you in high school?
16         A    No.
17         Q    Were you in college?
18         A    Yes.
19         Q    And was it an AA affiliated with
20    Tulane?
21         A    No, not to my knowledge.
22         Q    Did anyone suggest that you go to
23    an AA meeting?
24         A    Not that I can remember.
25         Q    Did you do it all on your own?
```

```
1                         HOLLY SHUSTER

2          A    I had some family support.

3          Q    Why did you choose to go to AA

4    meetings?

5          A    I was worried that I was using

6    alcohol to deal with the trauma that I had

7    been left with after the relationship, the

8    stalking, the restraining order.

9               I was going through a really

10   tough time mentally and emotionally, and I

11   was looking for things to make me feel

12   better, things to help me get through the

13   day or the night, and alcohol was one of

14   those, and I wanted to stop.  I didn't want

15   to use it as a coping mechanism.

16         Q    And were you seeing a therapist

17   during the early part of 2022?

18         A    Yes.

19         Q    Who were you seeing in the early

20   part of 2022?

21         A    In early 2022, I believe I was

22   seeing Gwenn Lowe at this point, and --

23   early 2022, like this is April of 2022, am I

24   correct?

25         Q    Right.
```

```
 1                    HOLLY SHUSTER
 2        A    Sorry, I just want to make sure I
 3   have the dates right.
 4             Yes, I believe -- was I?  I
 5   apologize.  I actually can't remember.  I
 6   would have to go back and check.
 7        Q    You don't remember when you
 8   started therapy?
 9        A    No, I can't remember right now.
10        Q    Okay.  Did you tell Deanna that
11   you had potentially had liver problems of
12   some sort?
13             MS. HULT:  Objection.
14             THE WITNESS:  Which page?
15             MS. HULT:  Form, go ahead.
16        Q    I am just asking if you remember
17   telling her that.
18        A    I don't remember specifically
19   telling her that, no.
20        Q    Did you have any liver problems?
21        A    No.
22        Q    Did you go to the hospital for
23   liver problems?
24        A    Yes, um, there was one time where
25   I had a very bad cold or possibly
```

```
 1                     HOLLY SHUSTER

 2     bronchitis.  I am not actually sure what it

 3     was.  But, my throat was really, really raw

 4     and I was -- I coughed up a little bit of

 5     blood and I completely freaked out and

 6     started looking up my symptoms, which is a

 7     terrible idea, and all these web sites were

 8     telling me it might be liver disease.  So I

 9     freaked out and thought I might have liver

10     disease, so I went to the urgent care.  It

11     was not liver disease.

12          Q     What was it?

13          A     Oh, I just said, my throat was

14     really raw from coughing.  I had a cold or

15     something.  I don't remember if they

16     diagnosed me, if they diagnosed me at all,

17     what the diagnosis was.  But, I was having

18     really bad coughing, and I just coughed up a

19     little bit of blood.

20          Q     I found it on page 431.

21          A     Sure.

22          Q     You see that?

23          A     I see that, yes.

24          Q     And is that the occasion you are

25     talking about?
```

```
 1                   HOLLY SHUSTER

 2          A    Yes, it is, to the best of my

 3     knowledge.

 4          Q    Is that the only tame that you

 5     remember having any potential liver problems?

 6          A    Yes.

 7          Q    And how many times did you get

 8     COVID?

 9          A    I am not sure the exact number of

10     times.  I believe it's around four or five.

11               MS. HULT:  Sorry, I shouldn't

12          react.

13               THE WITNESS:  I had it many

14          times without symptoms, so sometimes

15          it was a little hard to tell.

16          Q    Do you remember Deanna trying to

17     get you to fill out the medical withdrawal

18     paperwork?

19          A    Not particular -- not specifically.

20          Q    Well, on that same page right

21     after you are talking about the ER, the next

22     text message from her says:  "Hi Holly, yes,

23     it's fine if we just talk on the phone

24     today, and I will be on the look-out for

25     your forms.  Does your family know that you
```

```
 1                      HOLLY SHUSTER

 2       have been sick this past two weeks?  Seems

 3       like it's been a lot."

 4                 Do you see that?

 5            A    I see that, yes.

 6            Q    Okay.  And then in the next text

 7       you say the part about throwing up from

 8       coughing so much, and:  "The nurse I just

 9       saw does not believe it's liver failure, but

10       they want me to come back tomorrow just in

11       case to do some other tests."

12                 Do you see that?

13            A    Yes, I see that.

14            Q    Did you go back for more tests

15       the next day?

16            A    I don't remember.  This was a

17       couple of years ago.  I do remember that I

18       thought I had liver failure.

19            Q    And then at the bottom of that

20       page, it says:  "I have the paperwork

21       finished and ready to send.  I am actually

22       about to get on a flight home to New York

23       right now.  I had to delay my flights

24       because of my ear infection so I will send

25       over those forms."  Right?
```

```
 1                      HOLLY SHUSTER

 2          A    Yes, that is what it says.

 3          Q    Okay.  And then on the next page,

 4    it's May 18th, and she is trying to follow-

 5    up with you and your family about your plans

 6    and the withdrawal process.  Do you see

 7    that?

 8          A    Uh-huh.

 9          Q    And then you said:  "My older dog

10    died yesterday.  And:  "We've been having a

11    rough couple of days."

12               Is that when you dog died?

13          A    Yes, that is.  That's when my

14    older dog Pixie died.

15          Q    And you were having a funeral for

16    your dog, right, a funeral, "a small funeral

17    service at 1 p.m. today"?

18          A    Oh, yes.  I mean, I said that.

19    Without context, it seems a lot more serious

20    than it was.  I was just FaceTiming my

21    family and reminiscing with them about her.

22    We called it a funeral service.  I wouldn't

23    classify it today sitting here as a funeral

24    service.

25          Q    Okay.  On the next page at
```

1                    HOLLY SHUSTER

2     2:16 p.m., you said:  "Hi Deanna, I am still

3     with my family at the service.  We are about

4     to dump her ashes."

5               Were you dumping her ashes over a

6     Zoom call?

7          A    No, I was not.

8          Q    Were you still with your family

9     at a service about to dump her ashes, as you

10    told Deanna that you were?

11         A    No, I was not.

12         Q    That was not true, right?

13              MS. HULT:  Objection, form.

14              THE WITNESS:  That I was about

15         to dump her ashes, that was not true.

16         Q    And then five days later you said

17    your computer broke over the weekend and you

18    had the form saved as PDFs, and you were

19    unable to access them again.  Was that true?

20         A    I don't remember.

21         Q    Okay.  And then on May 31st, you

22    said:  "Hi Deanna, sorry, I thought I

23    already sent those over to you.  I may have

24    accidentally sent them to the wrong

25    contact."  Was that true?

Holly Shuster  Attorneys Eyes Only
March 11, 2024

```
 1                    HOLLY SHUSTER
 2         A    I don't remember.  Listen, this
 3    was a couple of years ago.  And like I said
 4    before, there were some times when there
 5    were genuine reasons I couldn't meet with
 6    her.
 7              There was some points where I was
 8    feeling very emotional and, frankly, wasn't
 9    ready to confront those emotions or confront
10    anything I had gone through.  So, a lot of
11    these I don't remember the specific day.
12         Q    Well, that is why I am asking you
13    which ones were which.
14              It says in that one that you were
15    making really great progress in AA since you
16    have been home.  Was that true?
17         A    In May of 2022?
18         Q    Right.
19         A    Yes, I would say that was true.
20         Q    So, you had been seeing AA a lot
21    since you got home in May of 2022?
22         A    I was a -- at that time I wasn't
23    attending many meetings, but I was speaking
24    with my dad about my struggles with alcohol.
25    And he was a member and, I don't know, I
```

```
 1                    HOLLY SHUSTER

 2     know that in that text, that's what I am

 3     referring to at that time.

 4          Q    Okay.  And then on June 3rd is

 5     when Deanna says:  "Hi Holly, I see that you

 6     were emailed a dismissal letter a few days

 7     ago.  This was something we expected."

 8               Do you see that?

 9          A    I see that.

10          Q    And that's when you found out you

11     had been kicked out of Tulane, right?

12                    MS. HULT:  Objection, form.

13                    THE WITNESS:  That's when I

14          found out I was dismissed for a

15          semester at Tulane.

16          Q    And then your next text message

17     is:  "I didn't see that email actually."

18     Right?

19          A    Yes.

20          Q    And we looked earlier, and you

21     had opened that text message the same day,

22     right?

23          A    I may have not read the full

24     email.  I may have thought it was something

25     else.  I do not know.
```

```
 1                     HOLLY SHUSTER
 2          Q    Okay.  All right.  I want to just
 3     confirm Exhibit 47.
 4                    (Thereupon, the document was
 5             marked Plaintiff's Exhibit 47 for
 6             Identification, as of this date.)
 7          Q    Do you recognize Exhibit 47?  And
 8     I will tell you, it's a combination of
 9     actual journal writings on your Remarkable,
10     and then the metadata at the back.  Does
11     that make sense?  It shows what --
12          A    I am not sure what metadata
13     means, so I will say no.
14          Q    If you look at the back it has,
15     like, a small version of each entry, and
16     then it has the name of the file.  Does that
17     make sense?
18          A    Yes, I see with the dates, okay.
19          Q    I just want to -- obviously it is
20     hard to read those small ones, so I gave you
21     both.  Does that make sense?
22          A    Yes, thank you.
23          Q    Okay.  So this says "today's
24     journal."  Is that your handwriting?
25          A    That is my handwriting.
```

```
  1                    HOLLY SHUSTER
  2         Q    And these are journals that you
  3    kept?
  4         A    I wouldn't say I kept these.
  5    This was written on a digital tablet or a
  6    Remarkable, yes, exactly like that, which I
  7    did not dispose of.
  8              As I said before, most of the
  9    journals I had during the relationship and
 10    the journals I had before the relationship,
 11    I would finish and dispose of.  That was
 12    just what I did.  But, this one, because it
 13    was digital, I never threw it away.
 14         Q    Okay.  And, so, on page 4126,
 15    there is a few lines that are visible.
 16         A    Yes.
 17         Q    Do you see that:  "Jacob and I
 18    have really moved past the rough patch we
 19    were in.  I think most of it had to do with
 20    him rushing."?  Do you see that?
 21         A    Oh, I see that.
 22         Q    Do you know what is written in
 23    the other sections that are blocked out?
 24         A    Sitting here right now, no.
 25         Q    On February 15th, you said:  "I
```

```
  1                      HOLLY SHUSTER

  2        had a really wonderful date with Jacob

  3        yesterday.  He's finally getting out of his

  4        funk.  I'm not trying to fault him for it.

  5        I've been in these plenty myself.  Just

  6        happy he's finally out of it."  Right?

  7             A    I see that.

  8             Q    On the next page is a to-do.

  9             A    Uh-huh.

 10             Q    Did you write page 4128?

 11             A    No.  Does that look like my --

 12                  MS. HULT:  Objection, form.  Go

 13             ahead.

 14                  THE WITNESS:  I apologize.

 15             Does that look like my handwriting?  No.

 16             Q    Who was writing in your Remarkable?

 17             A    Jacob.  He wrote this, to the

 18        best of my recollection, when he was

 19        visiting me in New York.

 20             Q    When he was visiting you in New

 21        York?

 22             A    To the best of my recollection,

 23        that's when he wrote this.

 24             Q    And then the next page you say:

 25        "My manifestations.  I love my boyfriend
```

```
 1                    HOLLY SHUSTER
 2      very much and he loves me."
 3               Is that in your handwriting?
 4          A    That is in my handwriting, yes.
 5          Q    Okay.  And then on the next page:
 6      "Jacob is getting on my nerves.  He
 7      complains that he has so much work to do but
 8      then wastes an hour or two doing nothing."
 9               This is in your handwriting?
10          A    That's in my handwriting, yes.
11          Q    And did you write the rest of the
12      things on this document?
13          A    To the best of my knowledge, yes.
14          Q    Did you write anything about
15      Jacob sexually assaulting you, in your
16      journal?
17          A    I mean, I can go and read every
18      entry, but, so, I will say I don't know.  I
19      also don't know if any of these entries were
20      erased or deleted at the time -- I can't
21      remember -- before this case started.
22          Q    Okay.  One last one, 48.
23          A    Sure.
24               (Thereupon, the document was
25          marked Plaintiff's Exhibit 48 for
```

Case No. 1:23-cv-01149-NYW-KAS Document 162-5 filed 08/04/24 USDC Colorado pg 380 of 460

```
 1                    HOLLY SHUSTER

 2            Identification, as of this date.)

 3            Q    I don't know -- I presented these

 4      to you in the way they were presented to me.

 5      But, I don't know if you know whose

 6      handwriting that is with the yellow pages?

 7            A    I don't know whose handwriting

 8      that is.

 9            Q    Okay.  And it came right after an

10      informed consent from Gwenn Lowe for New

11      York residents.  Do you see that, the first

12      page or so?

13                 MS. HULT:  Objection, foundation.

14                 THE WITNESS:  "See attached for

15            the New York" -- are you --

16            Q    I am asking you, did you receive

17      this email on the front page?

18            A    Did I receive just this email,

19      just this text?

20            Q    Just the first page.

21            A    I don't remember.  To the best of

22      my knowledge, I did.

23            Q    Okay.  And then if you go to page

24      3302 where the yellow starts, it says Mike

25      Shuster, January 21st, 2022.  Do you see
```

Case No. 1:23-cv-01149-NYW-KAS   Document 162-5   filed 08/04/24   USDC Colorado   pg 381 of 460

```
 1                    HOLLY SHUSTER
 2     that?
 3           A    Yes, I am sorry, I am struggling
 4     a little bit to read this handwriting, yes.
 5           Q    Do you know who wrote that?
 6           A    To the best of my knowledge, Mike
 7     Shuster.
 8           Q    Do you think that's your dad's
 9     handwriting?
10           A    I don't know.  Honestly, I don't
11     really know what either of my parents'
12     handwriting looks likes.
13           Q    Okay, no problem.  That's all the
14     questions that I have for you.
15                MS. HULT:  No questions.
16                MS. MENNINGER:  I am going to
17           have to leave it open because there is
18           some discovery problems.
19                MS. HULT:  Oh, we are going to
20           object to that.
21                MS. MENNINGER:  I know you are.
22                MS. HULT:  What discovery
23           objections do you have?
24                MS. MENNINGER:  They are all
25           the ones that I put on the record to
```

```
 1                    HOLLY SHUSTER
 2          the judge in our discovery dispute.
 3                  MS. HULT:  The pending
 4          discovery dispute?
 5                  MS. MENNINGER:  Yes, that is
 6          one.  And then I learned other things
 7          today that were not produced to me.
 8                  MS. HULT:  What other things?
 9                  MS. MENNINGER:  And deleted, so
10          I am going to have to go back and find
11          out.
12                  MS. HULT:  So, what things are
13          you referring to that you learned
14          about today that you are going to go
15          back and find out?
16                  MS. MENNINGER:  I will go
17          through the transcript and let you
18          know.
19                  MS. HULT:  Okay.  No further
20          questions, obviously.
21                  MR. WILLIAMS:  So, let's talk
22          about the transcript.
23                  MS. HULT:  Oh, yes.  So let's
24          talk about the transcript, and I do
25          want this on the record.
```

Case No. 1:23-cv-01149-NYW-KAS   Document 107-5   filed 08/04/24   USDC Colorado   pg 383 of 460

```
 1                    HOLLY SHUSTER
 2              We are going to designate the
 3         entire transcript as highly
 4         confidential, attorneys' eyes only
 5         until we have a chance to review and
 6         designate the specific portions that
 7         will remain that way.  We will do that
 8         promptly.  I don't know what the
 9         timing is expected to be like for
10         producing the transcript.  I am
11         looking at the court reporter who is
12         still typing.
13              THE REPORTER:  Ten business
14         days turnaround.
15              MS. MENNINGER:  Once you
16         receive it, I think we need some kind
17         of like a three-day turnaround for
18         designations.
19              MS. HULT:  I don't know that we
20         can do three days, but I think we can
21         probably do a week.
22              MS. MENNINGER:  Well, if it is
23         not three days, we got other
24         depositions coming up, so I think we
25         will need to bring that up with the
```

1             HOLLY SHUSTER

2       court, then.

3             MS. HULT:  Well, we'll see.

4             MS. MENNINGER:  I mean, I

5       object to designating the whole

6       transcript highly confidential unless

7       you are agreeing to some kind of quick

8       turnaround, like three days, because

9       we have other depositions, and I am

10      going to be able to use the transcript

11      for the other depositions.

12            MS. HULT:  We designated it for

13      now, and we will do the best we can.

14            MS. MENNINGER:  I will follow

15      up under the protective order

16      procedure, then.  We are objecting to

17      your over-designation.

18            MS. HULT:  Okay.

19            THE REPORTER:  Do you want a

20      copy of the transcript?

21            MS. HULT:  Yes, please.

22            MR. WILLIAMS:  And the video.

23            THE VIDEOGRAPHER:  This will

24      conclude today's recording of the

25      deposition of Holly Shuster.  We are

```
1                    HOLLY SHUSTER

2            off the record 7:04 p.m., March 11th,

3            2024.

4                 [TIME NOTED:  7:04 p.m.]

5     _____
                 HOLLY SHUSTER
6

7
      _____
8     Subscribed and sworn to
      before me this _____
9     day of _____, 2024.

10    _____
              Notary Public
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Holly Shuster  Attorneys Eyes Only
March 11, 2024

1                    I N D E X

2          WITNESS

3          Holly Shuster                              PAGE

4

5          EXAMINATION BY:

6          MS. MENNINGER                                6

7                  E X H I B I T S

8          PLAINTIFF'S

9          22-Tulane campus map                        38
           23-Holly Shuster supplemental objections   48
10         24-Tulane transcript                        69
           25-Dean's Notice of Dismissal               89
11         26-Dean's Notice of Readmission Decision    99
           27-HS 4343-4122                            122
12         28-Tulane SDT 083                          134
           29-Tulane SDT 086-087                      138
13         30-HS 3525-3648                            194
           31-JL 0024-0075                            199
14         32-JL 1920                                 216
           33-Tulane SDT 092                          235
15         34-Tulane SDT 096                          235
           35-Tulane SDT 101                          235
16         36-Tulane SDT 103                          243
           37-Tulane SDT 108                          247
17         38-HS 138-122                              259
           39-HS 678 (11 pages)                       279
18         40-HS 2310-2537                            274
           41-Answer to First Amended Complaint       286
19         42-HS 2310-2326                            301
           43-HS 2327-2471                            309
20         44-Tulane SDT 404-405                      322
           45-Arnold 80-36                            327
21         46-Tulane SDT 412-445                      357
           47-HS 4123-4158                            375
22         48-HS 3300-3314                            378

23         **Exhibits scanned and attached.

24

25

Holly Shuster  Attorneys Eyes Only
March 11, 2024

1                    CERTIFICATION

2

3          I, Jessica R. Taft, a Notary Public for

4     and within the State of New York, do hereby

5     certify:

6          That the witness whose testimony as

7     herein set forth, was duly sworn by me; and

8     that the within transcript is a true record

9     of the testimony given by said witness.

10         I further certify that I am not related

11    to any of the parties to this action by

12    blood or marriage, and that I am in no way

13    interested in the outcome of this matter.

14         IN WITNESS WHEREOF, I have hereunto set

15    my hand this 15th day of March, 2024.

16                 *Jessica Taft*

17    _____

18         Jessica R. Taft

19    Commission Number 01TA6041411

20    Expires: 05/08/2026

21                    *      *      *

22

23

24

25

Holly Shuster   Attorneys Eyes Only
March 11, 2024

1                        ERRATA SHEET

2

    CASE NAME: LEVY V. SHUSTER
3   DATE OF DEPOSITION:   March 11, 2024
    WITNESS' NAME: HOLLY SHUSTER
4
    PAGE/LINE(S)/    CHANGE           REASON
5   _____/_____/_____/_____
    _____/_____/_____/_____
6   _____/_____/_____/_____
    _____/_____/_____/_____
7   _____/_____/_____/_____
    _____/_____/_____/_____
8   _____/_____/_____/_____
    _____/_____/_____/_____
9   _____/_____/_____/_____
    _____/_____/_____/_____
10  _____/_____/_____/_____
    _____/_____/_____/_____
11  _____/_____/_____/_____
    _____/_____/_____/_____
12  _____/_____/_____/_____
    _____/_____/_____/_____
13  _____/_____/_____/_____
    _____/_____/_____/_____
14  _____/_____/_____/_____
    _____/_____/_____/_____
15  _____/_____/_____/_____
    _____/_____/_____/_____
16  _____/_____/_____/_____
    _____/_____/_____/_____
17  _____/_____/_____/_____
    _____/_____/_____/_____
18  _____/_____/_____/_____

19
                    _____
20                     HOLLY SHUSTER

21  SUBSCRIBED AND SWORN TO
    BEFORE ME THIS_____DAY
22  OF_____, 2024.

23  _____
        NOTARY PUBLIC
24
    MY COMMISSION EXPIRES_____
25

Holly Shuster   Attorneys Eyes Only
March 11, 2024

**$**

**$10,000**
 82:8
**$50,000**
 82:21

**0**

**0**
 97:22
**0-24**
 97:21
**0.562**
 101:25
**0.647**
 88:9

**1**

**1**
 37:23 371:17
**1,793**
 113:17
**1-2-2-0**
 15:24
**1.030**
 86:22
**1.245**
 79:20 81:17,
 19 83:19
**1.6**
 97:23 98:5
**1.600**
 97:21
**1/1/22**
 197:6
**10128**
 15:25
**10:35**
 63:18
**10:47**
 63:21
**10th**
 248:2 249:3

 250:16 255:6
**11**
 4:4 130:9
 217:7 235:25
 247:19,22
**11th**
 63:18,21
 127:17,21
 169:14,17
 211:25
 212:13,15
 323:8 384:2
**12**
 96:24
**1220**
 15:23
**1285**
 4:22
**129**
 327:25
**12:02**
 127:17
**12:15**
 127:21
**12:56**
 160:19
**12th**
 70:9
**130**
 332:7,10
**132**
 332:8 334:3
 343:18
 348:10,11,16
**133**
 338:20
**14th**
 359:13
 360:20
**15**
 126:23
**15th**
 376:25
**16**
 51:13
**16825**
 5:3

**16th**
 214:22
**17**
 28:5 49:10
 54:5,9 66:10
**17-years**
 65:21
 107:12,25
 176:22,25
**17th**
 274:10
**18**
 177:2,5,24
 178:15
**18-years**
 224:12
**18th**
 371:4
**1920**
 217:23
**1960**
 173:2
**1964**
 172:25
**1998**
 173:5
**1:03**
 160:22
**1:12**
 169:14

**2**

**2001**
 172:14
**2002**
 15:18
 172:15,16
**2020**
 22:5 27:3,4
 33:22 37:20
 57:13,17,20,
 24 58:6,11
 70:20 79:15,
 18 113:13,
 14,23 114:15
 115:15,21

 171:9 177:3
 214:7,8,14,
 16,18,20,22
 287:19
 288:12,19
 293:19
**2021**
 20:12 25:21
 37:20 77:8,
 25 78:4
 79:14 84:22,
 25 85:2
 87:7,13
 136:15,19
 137:8 138:2
 142:10
 143:25
 144:7,19
 146:5,6,12
 155:2 178:8
 201:16,20
 203:4 204:5
 206:14,21,23
 207:18,22
 211:25
 212:14,15
 235:21
 240:15 242:3
 243:12
 244:18
 245:13,22,24
 246:3,9
 248:2 249:4
 250:16
 256:19
 258:10
 270:25
 271:22
 274:10
 287:19
 288:13,20
 292:13,14,19
 293:19
 299:22
 302:8,19
 303:3,4,16
 357:22
**2022**

Holly Shuster   Attorneys Eyes Only
March 11, 2024

16:15,16,17,
18,19,20
47:15,16
50:14 51:8,
13,14 52:5,
10,24 87:15
88:8,15,17,
19,23 91:4,
8,14 92:3,6,
10,18 93:17
94:25 99:25
230:10
274:25 275:2
276:12 278:3
281:15
283:16
303:20
304:12
305:24
306:7,16
308:18,25
309:19
310:17
311:19
312:15
328:15
334:22
336:14
341:23
359:13
360:20,25
366:17,20,
21,23
373:17,21
379:25
**2023**
46:17 47:9
70:9 101:19,
20,22,24
102:5,8,20
103:7,22
159:6,7
168:19,21
322:17
337:11,17,23
357:23
**2024**
4:4 24:14,15

63:18,21
127:18,21
169:14,17
247:19,22
323:8 384:3,
9
**21**
38:6 79:17
**21-years**
15:20
**21st**
51:13 52:4
114:15
379:25
**22**
38:7,9 88:22
**22nd**
50:14 203:6
328:15
**23**
48:10,12
286:19
287:10
**2315**
303:18
**2317**
305:18
**2349**
309:14,16
**2363**
316:2
**2369**
318:2
**2370**
318:19
**2373**
315:25 319:2
330:3,7,11
**2374**
330:2
**23rd**
173:5 329:13
334:21
336:14
**24**
69:21,23
97:23 98:17,

21 101:23
196:6
**24-hour**
196:14
**25**
89:4,6,8,10,
11 98:18,21
**25th**
172:25 246:9
303:20
304:12,15
**26**
99:10,13
**26th**
173:2 235:21
306:7,16
**27**
112:21,23
134:11
205:23,25
**27th**
15:18 177:3
**28**
134:7,9,11,
15 139:18,20
140:24 141:3
206:2
**28th**
136:14,19
214:19
**29**
138:9,11,15
139:18
140:24
141:22 206:8
**29th**
202:16
**2:09**
169:17
**2:16**
372:2
**2:52**
208:12
**2:56**
208:15
**2nd**
113:13

**3**

**3**
272:24 273:4
**30**
194:6,8,10,
11 207:10
**30th**
113:14
**31**
199:14,21,23
200:4,6
**31st**
372:21
**32**
216:6,8,11
218:6 234:20
**33**
235:3,5,8,19
**3302**
379:24
**34**
235:3,5
240:14
**35**
207:21
235:3,5
241:25
**3536**
197:20
**36**
208:3
243:15,17
244:13
**37**
247:5,7,23
**38**
208:19
259:13,15,22
260:17
**39**
270:7,9
**3:07**
217:14
**3:08**
89:19

Holly Shuster   Attorneys Eyes Only
March 11, 2024

**3:11**
  217:17
**3:23**
  89:24
**3:48**
  247:18
**3rd**
  202:2 240:15
  322:16 374:4

―――――――

**4**

**40**
  274:15,17,19
  277:4,25
**41**
  286:14,16
**412**
  255:24 256:2
**4126**
  376:14
**4128**
  377:10
**42**
  301:17,19
**423**
  359:10
**428**
  364:20
**43**
  309:5,7
**431**
  368:20
**4357**
  113:21
**44**
  322:2,4,6
**45**
  327:16,18
**46**
  356:24
  357:9,11
**47**
  375:3,5,7
**48**
  378:22,25

**4:01**
  247:22
**4:14**
  260:12
**4:17**
  260:15
**4:36**
  275:21
**4:42**
  275:24
**4:52**
  285:19
**4th**
  142:10
  143:25 144:7

―――――――

**5**

**509**
  246:6,13
**5:03**
  285:22
**5:49**
  323:4
**5:54**
  323:8

―――――――

**6**

**6-1-2022**
  89:19,21,23
**67**
  288:6,8,17
  289:3,9
**6:29**
  356:18
**6:36**
  356:21
**6th**
  276:12

―――――――

**7**

**7**
  240:20

**726**
  236:15,16,18
**73**
  330:12
**74**
  330:12
**7:04**
  384:2,4
**7th**
  236:21

―――――――

**8**

**8th**
  242:2 256:19

―――――――

**9**

**900**
  5:4
**92**
  235:8
**929**
  46:20
**9:34**
  4:3
**9th**
  99:25
  201:16,20
  256:19 278:3
  302:8,19
  303:3,4,15

―――――――

**A**

**a.m.**
  4:3 63:18,21
  235:25
**AA**
  364:17,22,
  24,25 365:2,
  9,19,23
  366:3
  373:15,20
**abilities**
  52:21 54:2,

**21** 157:8
  238:15
**ability**
  125:5 237:9
  288:15
**able**
  67:25 127:13
  170:18
  250:19
  253:20
  270:12
  285:23,25
  286:2 332:18
  350:16
  383:10
**above**
  42:23,24
  53:23 73:4
  98:5 233:19
  276:5 284:18
  330:25 351:8
**abs**
  203:13 206:3
**absolute**
  16:12 17:8
  19:24 182:6
**absolutely**
  115:7 143:5
  156:2 330:19
**abusive**
  65:24 66:11,
  12 103:18
  176:7,8
  278:19
**academic**
  80:2,16,20
  81:6,10,16
  84:8,10,14,
  16,19 86:15,
  18 87:12
  88:12,17
  97:8,10
  99:18 100:6,
  20 101:15,18
  148:25 149:8
  341:24 342:4
**academically**
  88:19 90:18,

20 92:25
95:2,8 311:9
312:8,11,14

**academics**
64:21

**accept**
157:23

**access**
142:23
215:18,20
216:4 265:17
372:19

**accidentally**
372:24

**accommodation**
156:11

**accompanied**
33:8 165:4

**account**
143:2
195:21,23
197:14
198:11,13,20
199:8 215:4
283:18

**accurate**
50:18,19
51:15,17,19
52:17,22
60:8 70:12,
14 78:14,16
82:18 154:16
155:5,8
183:15
189:25 190:7
210:9 240:2
260:7 265:24
275:18
325:19
342:25
351:22
352:14
360:18

**accurately**
151:20
222:11
231:14 281:5
284:22

298:14
341:15
342:16

**accuse**
226:12

**accused**
115:3 226:13

**accusing**
289:19

**achieve**
97:2

**achieved**
97:25 98:5

**acknowledge**
219:22,25
259:8

**across**
272:24 273:4

**act**
209:19

**action**
5:9 132:20
133:11,22
247:2
321:13,15,21

**actively**
187:24

**activities**
27:20,22,24

**acts**
193:12 203:7
204:15 221:2

**actual**
342:14
365:14 375:9

**Adam**
322:20 324:9

**added**
344:17

**address**
17:10 90:9,
11,12 144:11
199:18 200:3
246:5 277:13

**adjoining**
230:7

**administratio
n**
77:14,17,20
133:14,21
321:24

**administrativ
e**
322:13
337:16,22

**administrator**
322:21

**admitted**
31:24 32:9,
10 64:23,25
65:2,6 70:22
71:3

**adorable**
206:9

**Advanced**
75:16

**advice**
13:2

**advise**
233:22

**advised**
100:5 298:2

**advisor**
81:7,10,16
148:25 149:8
235:23

**AEO**
139:6

**affect**
124:13
213:15

**affected**
67:5,10
125:4 237:8

**affecting**
10:3,5
124:13

**affects**
15:5

**affiliate**
257:7

**affiliated**
128:14

365:19

**afraid**
213:20
226:24
253:7,25
254:13
285:14

**aftermath**
103:18

**afternoon**
14:22 169:19
248:10

**afterwards**
111:16
125:11
164:10,21
229:8,11
258:8,11
291:11

**aggressive**
273:10
339:21

**ago**
15:14 60:19
68:4 303:6
310:2,22
343:24
370:17 373:3
374:7

**agree**
4:7 38:2
217:9,11
341:15
343:21

**agreed**
37:25 140:16
217:20
341:11

**agreeing**
127:15
226:21 383:7

**ahead**
16:24 26:22
27:15 40:11
49:23 52:2
56:19 69:3
74:13 77:2
81:24 83:10

Holly Shuster  Attorneys Eyes Only
March 11, 2024

92:4 97:13
115:17 121:7
126:9 150:13
151:5,16
165:11
172:23 188:2
195:2 212:3
242:18
263:20
265:13 274:7
281:17
296:10 308:7
321:18
325:22
330:15,16
337:19
340:10
342:11 346:9
350:17 353:6
364:3 365:12
367:15
377:13
**ahold**
327:6,7
**alcohol**
15:13 159:18
313:21
366:6,13
373:24
**allegation**
318:10
**allege**
103:14
**alleged**
111:13 289:9
**allowed**
265:17
332:19 348:2
349:3
**allows**
29:25
**Alpha**
161:6,9,14
167:14,24
170:11
**ambassadors**
18:3

**American**
26:9 71:21
74:11 85:4,
10
**Americas**
4:12
**amount**
36:6 82:2,14
161:21
355:13
357:17,18,19
**Ancient**
87:20
**anger**
213:23 214:2
**angry**
176:16
213:20
226:23
**Ankeney**
24:19
113:10,23
294:14
**Annalisa**
34:9 36:15
43:16 55:16
62:16 239:20
**anniversary**
175:2
**announcing**
127:6
**answer**
6:21 7:6,16
60:8,9
73:11,13
76:15 83:10
90:25 91:10
104:21 126:9
132:24
135:24
142:11
167:10 168:3
174:3
181:10,15,
16,18 182:3
183:16 190:8
227:6 236:13
259:6 260:7

275:19 276:6
281:6,21,25
282:3,5
284:6,22
298:14
331:21 337:5
341:21
350:8,10
353:7 356:9
**answered**
7:12 53:3
95:11 122:24
124:24 151:5
212:3 232:15
252:21
256:8,21
267:12
273:16
274:4,6
282:19
296:10
311:13
338:17
340:10
345:17
**answering**
54:20 151:19
353:15
**answers**
49:2,14,16,
21 50:2,4
140:23 146:9
**Anthropology**
71:23 74:12
**antidepressan
t**
15:6
**anus**
290:24
**anxious**
149:22
213:3,10
**anybody**
21:12 80:25
81:2,4
123:3,6
133:20 134:5
167:20 168:8

179:25
230:20
328:20
344:21
349:15
**anybody's**
17:6
**anymore**
116:20 118:9
332:21
333:14
**anyone**
10:19 17:4
21:10 26:14
45:16 56:10
58:15 80:15,
19 105:4,6
109:10,21
110:5,10,13
133:6 167:18
179:19,21
180:22
181:14,18
183:9 202:17
215:19
219:20
228:14 229:3
230:18
231:18,21
269:4,9
278:9,11
296:23
344:22
347:20
363:25
365:22
**apart**
88:25
**apartment**
8:12 9:6
91:7,12
92:3,16
93:16 95:7
**apologies**
86:7 329:7
**apologize**
67:14 73:7
92:22 97:5

113:6 178:9
184:16 193:5
243:9 264:10
265:21
300:15
326:20
330:13 344:2
348:11,24
354:25 367:5
377:14

**app**
195:16 196:8
261:10,14
269:17

**apparently**
114:11
244:20

**appearance**
324:4

**appearing**
5:15

**appears**
145:12,20
209:5 214:15
244:19 248:2

**Apple**
261:8 274:25
277:15,21
326:4

**application**
103:9

**applications**
32:7

**applied**
21:9 32:4,
19,22 36:4
74:15 76:4

**apply**
32:12,15
36:9 68:12
75:25 97:9,
12 98:9

**applying**
32:2 102:24
103:24

**appointment**
135:9 245:8

**appointments**
358:21

**appreciate**
157:23
298:17

**approach**
112:3

**approached**
112:6,8

**appropriate**
243:6

**approved**
36:5

**approximate**
82:18

**approximately**
20:8 56:6

**apps**
193:24

**April**
178:11
240:15 242:2
305:23
306:7,16
308:18
357:23
366:23

**arbiter**
353:4

**arguing**
139:12

**Arnold**
61:20,21,23,
24 161:3
162:19 165:4
255:20
327:22,24
332:7 338:20
343:18
348:10

**Arnold's**
173:10
328:22

**around**
20:8 56:9
67:12 90:22
117:7 119:22

136:14
152:13 178:7
203:16 206:4
215:16
235:25
242:14 253:8
254:2,13,24
263:5,10
290:17
303:3,8
305:16
360:20,25
364:15
369:10

**arrived**
34:17 58:20
105:5

**Art**
85:5,12

**Arts**
102:3

**ashes**
372:4,5,9,15

**asked**
19:21 53:3,
6,9,14 95:10
122:23
124:24 139:7
144:22 151:4
158:10
168:2,6
187:24
191:16,17,
19,24 192:13
209:12 212:3
220:3 232:14
237:22
238:10
241:10
252:20 253:8
254:2 256:5,
13,21 267:12
273:15 274:3
281:20,22
282:18 296:9
311:12
312:14
338:16 340:9

345:17 350:6
351:5

**asking**
60:4,5
82:11,13
83:24,25
104:18
122:18
132:15
133:15
156:9,12
185:23
190:13 199:3
210:22 211:2
212:12
220:14
238:17,22
239:7 256:7
266:13
267:2,6
271:11
277:10,12
282:15
289:17
290:21
291:20
298:6,9,11,
16,18 299:7
303:9 312:18
333:7 348:5
349:6 367:16
373:12
379:16

**asleep**
160:5,11
222:22
223:25
225:14
303:25

**aspect**
57:12

**assault**
110:25
111:13 125:3
128:4,7
133:18 134:6
135:6 136:25
137:13,24

138:4 159:15
167:8 257:8
273:20
274:2,9,13
286:23
287:6,17
294:8,17,21
295:4,15,21,
25 296:7
320:21
**assaulted**
109:22
110:15,16
111:19
158:15
167:15,25
221:11,15,22
222:4,6,18,
21 223:21
229:12 249:8
256:25
257:4,20,25
271:23
273:14
287:20,24
289:12
292:24
293:16
346:16,21
347:14,19,21
**assaulting**
123:11,18
132:17,21
133:23 221:8
222:10,16
258:14,20
294:5 378:15
**assaults**
124:11 134:2
258:3 293:9,
12,22 347:10
**assigned**
145:11,13
358:9
**assignments**
157:16,24
**assistance**
80:12,16,20

**assistant**
322:19
**associate**
20:10 140:12
175:24
**associating**
176:3,4
**assume**
7:7 114:13
362:6
**assumed**
114:20
120:13 160:3
**assumption**
238:4
**attached**
379:14
**attempted**
96:18
**attend**
93:17,19
96:10 98:6
365:6
**attended**
365:5,9
**attending**
22:14 92:13
140:13,15
364:25 365:2
373:23
**attorney**
5:20 8:3,10
9:9 12:22
181:16 286:6
**attorney's**
217:21
**attorney/
client**
181:13
**attorneys**
9:10,12 10:8
11:22 12:20
132:7 195:6
260:22 261:3
283:20,22
286:3,4
309:10

**attorneys'**
138:19,24
139:21
140:25
243:20 357:5
382:4
**attract**
237:18
**attracted**
226:12
289:19
**attribute**
66:24
**attributed**
150:6
**Audio**
4:5
**auditorium**
42:6,8
**August**
16:19 20:9
33:22,23
47:15,16
50:14 51:7,
13 92:3,6
93:16 94:24
178:12
311:11
**authorities**
166:3,5
**authority**
363:17
**Avenue**
4:22 15:24
**average**
96:16,18
97:3
**avoided**
359:5
**awake**
160:6 224:3
**awards**
28:14,16
**aware**
286:22,25
287:4

**awful**
359:17,20

---

**B**

---

**baby**
183:20
184:11
188:24
**baccalaureate**
97:6
**bachelor**
70:23
**back**
47:23 50:12
52:5 53:22
57:6 73:3
82:24 84:21
101:5,22
114:21
120:15 146:8
147:17
149:22
152:23
160:11,21
214:5 218:23
219:10,14,20
220:17,23
225:13
233:16,18
249:14
250:5,11,14,
18,20 262:9
263:16,25
265:2
266:16,22
267:21 276:4
284:17
311:10
315:25
318:3,14
329:21 351:7
355:5 367:6
370:10,14
375:10,14
381:10,15
**bad**
66:25 94:22

160:4 226:11 228:8 229:3, 15,20,24 367:25 368:18

**badger**
227:6

**balcony**
297:23

**ballet**
28:7

**balls**
203:15,23

**bar**
140:14 170:6

**based**
17:10,23 96:15 108:10 144:23 238:4 340:6 362:5, 19

**basically**
114:16 120:8 262:13 309:24 348:2 349:3

**basis**
18:6,19,20

**Bates**
217:22 235:12

**bathroom**
35:17,18 37:9,10 44:16 45:22 126:25 208:8,18 285:16

**battery**
286:23 287:6,17

**BDSM**
205:4,10

**beautiful**
117:3 119:15

**bed**
35:23 37:13

108:6 180:16 181:3,7 222:22

**bedroom**
222:25 223:2,17,21 264:23

**beds**
35:20,21 37:6 44:21, 23 228:25

**began**
139:19 251:5 354:17

**begin**
105:2,4

**beginning**
4:3 20:9 33:23 55:3 98:21 104:25 137:8 171:8 173:22 214:24 215:2 221:13 289:16 358:10

**begins**
278:19,24

**behalf**
4:25 5:6,15 82:15

**behavior**
238:5

**behind**
208:22,25 209:8,12,17

**belief**
298:10 340:5

**believe**
9:3 10:10,25 11:7,10 21:7 22:17 23:5 24:2,23 25:4,20,23 26:9 27:9,16 28:3,16 30:7,8 32:22

33:6,9,21 35:8 37:15 40:6,12,24 46:8 48:6,21 49:25 50:7 51:16 52:6, 9,21 54:18 55:10,16,19 56:4,8 57:2, 7 58:8,20 59:15 60:22 64:20 66:8, 17 67:12 68:12,20,23 70:12,17 71:17 73:13 76:4,16,18, 22 77:3,13 78:15 81:19 82:6,9,20 83:12 84:10 85:18 86:10 89:11 91:6 92:5 93:10, 22 97:7 98:5 102:6 103:4 104:2 106:2, 10,14 107:12 108:7,11,15, 17 110:8,12 111:14 112:4,12,21 115:8 116:11 117:11 119:11,19 120:2,7 122:20 123:23 124:9,11 125:7 131:17 135:22 137:18 142:22,25 143:4 144:5 146:11 148:11,19 149:6 150:4, 16 151:8 155:12,14

156:12,18 157:4 158:6, 20 162:5 166:23,24 168:7 171:14,20 172:7,9,14 176:20 177:12 178:8 180:14 183:20 187:2 191:5,9 192:5,7,14 193:14 194:22 195:3 196:9 197:9 198:9,12,21 199:11 200:5,6,9 206:19,23 211:17 214:23 215:16 224:21 235:18 237:13 238:2,24 241:10 243:8 245:5 246:9, 10 248:22 251:24 254:11 255:18 256:17 260:21 261:25 262:7,9,24 263:5 264:9 265:9,23 268:19,24 269:3 271:24 272:6 273:21 279:22 282:7,24 286:11 292:13,18 293:21 295:7,17,23 297:2,7

Case No. 1:23-cv-01149-NYW-KAS Document 16-5 filed 03/04/24 USDC Colorado pg 397
of 460

| | | | |
|---|---|---|---|
| 307:7,10 | 92:21 95:13 | 268:6 269:6, | 112:19 |
| 310:18 311:6 | 99:23 100:8 | 11 271:15 | 181:24 |
| 312:16 313:6 | 105:18,20,25 | 272:6,12 | 189:23 |
| 314:4,13,18 | 106:13 | 274:23 | 315:15,16 |
| 315:14,19,23 | 108:25 | 278:8,10 | 316:2 368:4, |
| 319:9 326:19 | 111:23 | 283:21,23 | 19 380:4 |
| 329:18 | 125:12,18 | 284:7 | **black** |
| 332:17 | 128:3 129:13 | 288:15,18 | 114:6 319:3, |
| 333:2,3 | 132:12 | 291:12 | 10,14 328:6, |
| 339:7,19 | 133:4,8,12, | 293:14 | 25 331:2,18 |
| 346:10 | 19 135:14 | 294:6,15,19 | **black-** |
| 351:21 | 137:25 | 295:23 | 361:19 |
| 352:10 | 141:25 142:6 | 297:6,8 | **black-out** |
| 354:10 | 144:20 | 300:7 302:5 | 264:13 |
| 355:2,16 | 151:23 155:4 | 311:2,21 | **blacked** |
| 358:11,25 | 157:8 159:4, | 315:21 319:8 | 162:4,5,8 |
| 362:17 | 10 165:20 | 331:15 336:7 | 197:2 240:18 |
| 366:21 367:4 | 171:7,13,16, | 343:2 354:23 | **blacking** |
| 369:10 370:9 | 19 172:7,13 | 355:3 361:2 | 159:21 |
| **believed** | 173:20 | 362:23 369:2 | **blaming** |
| 133:2 | 174:6,15 | 377:18,22 | 109:20 |
| **bell** | 177:11 | 378:13 | **blank** |
| 303:5 | 179:4,8,17, | 379:21 380:6 | 242:14 |
| **belongings** | 23 180:25 | 383:13 | **Blaze** |
| 268:4 | 181:5,9,19 | **better** | 158:18 |
| **belongs** | 182:4 183:19 | 36:24 117:4 | 160:8,24 |
| 339:14 | 184:9 186:2, | 119:16 | 161:2,16 |
| **below** | 11,23 187:4 | 157:19 | 162:20 |
| 97:10 100:18 | 188:3 | 176:22 | 167:8,24 |
| 101:8 235:24 | 192:12,21 | 208:17 | 170:25 |
| **bend** | 193:13 196:7 | 359:25 | 317:10,16 |
| 205:19 | 199:6,10 | 366:12 | **Blaze's** |
| **Bennett** | 200:8 203:5, | **big** | 165:7 167:13 |
| 4:24 | 9 204:6,20, | 319:3 | **blocked** |
| **bent** | 24 205:5 | **birth** | 215:14,15 |
| 263:12 | 207:13 | 15:15,17 | 376:23 |
| 290:23 | 211:14 | **birthday** | **blog** |
| **besides** | 218:13,24 | 171:21,23,24 | 277:20 |
| 45:17 191:7 | 219:18 221:5 | 172:2,5,10, | **blood** |
| 215:21 | 224:11,19 | 18,21,25 | 368:5,19 |
| 349:15 | 230:5 233:25 | 173:2,3,4,7, | **blow** |
| **best** | 236:8,17,19 | 9,11,13 | 225:16 |
| 22:6,8 50:8, | 238:15,19 | 177:10,12, | 290:4,13 |
| 10 52:20 | 240:6,11 | 13,18,22 | **blurry** |
| 53:25 54:20 | 241:23 | **birthdays** | 181:24 |
| 59:18 70:13 | 249:21 | 172:19,20 | **body** |
| 71:22,24 | 252:17 254:6 | **bit** | 189:14 |
| 78:8 85:16 | 262:23 263:4 | 83:7 94:21 | |
| | 265:5,7 | | |

211:17
225:11
278:6,14
290:18
**Boot**
41:14,16,18,
19 42:2
**born**
172:12,14,
15,16
**borrow**
268:7
**boss**
16:21
**Boston**
32:22
**bottom**
113:20
143:8,9
194:13
206:10
207:21
253:16
276:22 277:3
303:18 306:6
316:4 327:21
334:8 370:19
**Boulder**
313:3,9,13
319:9 329:19
333:5
340:15,20
344:4,5,12,
21,22 345:12
355:20
**bound**
140:25
**box**
331:18
343:19
**boy**
117:4 119:16
183:24
**boyfriend**
56:12,14
58:19 59:3,4
152:3,5

174:12,17,
18,19 178:6
202:19,25
242:8 249:7
250:25
301:23,25
319:7 377:25
**boyfriend's**
58:23 174:20
**brand**
18:2
**brands**
18:4
**break**
7:11,13,17
24:3 57:9
61:12 63:14,
19,23 83:9
112:17
126:15,22,25
127:5,8,19
160:20
169:11,15
177:7 208:7,
13 217:5,10,
12,15 234:24
247:20
260:13
275:22
285:16,20
286:3,12
323:6
354:17,21,22
356:13,19
**break-up**
249:6 251:5
**breaking**
253:15
264:12
265:10,23
**breaks**
127:4,14
213:7
**brief**
39:22 40:24
63:19 127:19
160:20
208:13

217:15
247:20
260:13
275:22
285:20 323:6
356:19
**briefly**
7:22 157:18
**bring**
14:9 382:25
**broke**
158:13 251:2
262:22
280:12
295:6,13,19,
22 355:2,3,
8,14 372:17
**broken**
58:18
264:16,17,
19,25 265:3
267:9,19,21
268:3 273:8
278:25 279:8
281:18
294:22
355:11
**bronchitis**
368:2
**Brooklyn**
17:11 29:16
30:13,15
**brothers**
161:11,13
**brought**
12:10 221:7
286:22,25
287:4 337:23
**Brown's**
255:22
256:11,14,18
**Browne**
174:23,24,25
254:16,23
301:21,22
302:9
303:15,21
307:3 308:5

**Bubbeh**
245:17
**bubble**
318:3
**bugs**
237:18
**building**
36:14 62:15
265:16,17,20
297:21
**Bullshit**
116:24
**bullying**
323:13
**bunch**
206:12
308:11
336:22,24
**business**
382:13
**Butler**
36:5,23,25
37:5,13,17
39:7 43:14
192:17
227:16,20,
21,25 228:4,
23,24
229:18,21
231:11
239:23
240:20 243:8
288:21

---

C

**Caitlyn**
93:10
**calculus**
71:20 74:19,
20,25 75:17
78:5,6
**California**
206:25
227:19
262:17,21
263:3

Case No. 1:23-cv-01149-NYW-KAS Document 162-5 filed 08/04/24 USDC Colorado pg 399 of 460

**call**
110:7 116:13
136:5 153:22
183:17,23
184:2,7,13
228:14
229:4,14,19,
23 230:19
237:11
238:17 314:9
325:25 372:6

**called**
20:6 41:13
110:8 128:18
135:24 144:2
184:10,12,15
185:4,18,24
186:3,7
229:2 235:19
245:17
271:25
272:13,19
309:22,25
310:22 312:2
371:22

**calling**
184:5 228:7
263:11
272:11
273:18

**calls**
23:10 185:13
186:12 251:6

**camera**
192:2,6,8
218:17

**Camille**
244:21,22

**campus**
33:13 38:14,
18 39:3,9,
10,20,21
40:5 41:7,12
46:13,14,23,
24 54:24
55:5 56:17,
22 65:22
92:12 93:21,

22,24 94:3
128:15
144:2,16,18,
21 171:14
235:20
240:14
244:16
247:25
255:9,16
302:10
313:24

**capacity**
110:22
283:12

**capital**
16:13

**caps**
116:4

**car**
254:20

**card**
265:18

**care**
18:22 116:20
118:9 128:6,
9,10,13,16,
20 153:15
157:6 306:9
307:4 332:20
333:14
361:3,6
362:4,15
368:10

**careful**
184:23

**Carolina**
59:16

**cars**
255:5

**case**
116:5 130:5
135:7,17
137:19
145:13
245:5,9
252:19
254:10 273:6
286:24

299:19
300:6,17
322:9
323:21,24
335:10,12,
14,20 338:6
357:16 358:8
370:11
378:21

**casual**
125:19

**caused**
103:14
124:20

**cautious**
363:10

**celebrated**
171:24 172:2

**celebrities**
17:25

**center**
42:13 135:9
164:24,25
165:10,18

**ceremony**
27:8

**certain**
9:16 36:6
55:3,17
111:15
124:14 125:4
154:10 174:7
222:15
358:10
363:11

**certainly**
32:7 94:9
236:14
241:15
276:20
299:17 315:3
361:19

**certified**
51:18,21

**Certifying**
54:16

**cetera**
189:15
346:12

**chain**
328:9

**chair**
106:14 133:3
257:12,16
290:18

**chance**
144:25 145:4
165:13 174:4
179:9,12
193:25 194:4
235:14
260:16
271:17 382:5

**change**
153:17
231:22
241:4,12,22

**characterizat
ion**
115:14

**charge**
323:13

**charges**
323:12
337:11

**charming**
176:24

**Chase**
5:3

**chat**
194:18,19,24
196:4,13,18,
20,24 198:4,
20 199:7,8
215:13
309:11

**chats**
196:10 198:3
199:11
215:18,21
216:4

**cheat**
115:6 116:4

Holly Shuster  Attorneys Eyes Only
March 11, 2024

cheating
  115:3
check
  262:10 367:6
checked
  32:6 364:9
checking
  224:2 359:15
children
  187:14,17
children's
  83:15
choice
  220:6,8
  355:20
choose
  179:15 366:3
chose
  231:11,13
  258:20
Christmas
  24:3 56:25
  57:17 58:11
  61:12
chunk
  148:10
circle
  39:2,14,25
  40:17 41:16
circling
  38:17
circumstances
  191:12,15
  204:10,13
  236:3 345:23
city
  21:21 36:17
claim
  221:10,14,22
  222:5,18,20
  233:4 286:20
  287:9,10,11,
  16
claims
  221:7 286:23
  287:5

Claire's
  319:7 331:5
  332:11
Clare
  61:19,21,23,
  24 93:13
  161:3 162:19
  163:21 165:4
  173:10
  255:19 256:9
  309:10,22
  314:5,14
  316:5,20
  319:4,15
  320:5,11
  327:5,7,22
  328:10,21
  329:15
  330:4,21
  331:6 332:4,
  12 334:20
  335:24
  336:5,13
  338:18,23
  339:10
  342:24
  343:22
  344:10,12,
  19,24 345:10
Clare's
  333:22
  334:2,5,6
clarify
  7:4
clarifying
  267:4 289:4
  318:17
class
  29:21 30:2,
  3,5 42:9,16
  60:21,23
  61:3,5 71:12
  72:2 73:17,
  19 74:19,21,
  23 75:2
  78:5,9,24
  79:7,10
  125:14,15,

17,24 126:2,
  4 147:25
  148:3,14,24
  149:3,18
  151:7 157:22
classes
  28:9 43:2,3
  52:8,11,24
  57:15 68:11
  71:6,11
  72:17 73:16,
  18 74:16
  75:12 76:2
  78:17,19
  84:24 85:7,
  14 87:16
  88:2,3
  93:17,19
  102:16,25
  103:7,21
  104:7 125:11
  147:16
  153:10
  182:23 279:9
classify
  15:8 47:24
  62:8 104:5
  211:15
  321:20
  371:23
classroom
  71:15,19
  75:6 147:21
clean
  213:2,8
  237:16
cleaned
  213:17
clear
  6:18 117:12
  138:5 139:3
  140:23
  194:13 211:6
  314:18
  329:19
client
  5:15 181:17
  216:12

217:19
clients
  17:23
clip
  193:14
close
  26:4,14
  27:17 28:23
  147:20
  170:14
  203:22
  355:18
closer
  205:16
closest
  62:5,9
clothed
  108:13
clothes
  237:17
clothing
  160:9 287:21
  288:2,25
  289:14
Clover
  20:6
clubs
  27:22
coasts
  178:18,20
  179:3,5
cock
  203:23
  205:19
codes
  72:7
Cody
  105:13
  112:13 114:4
  115:12
  118:16
  119:24
  123:17
  124:10
  125:10
  127:23,25
  128:4 129:5,

Holly Shuster  Attorneys Eyes Only
March 11, 2024

7,24 132:11,
14,16,21
133:3,23
138:6,8
148:8,11,13,
16 150:3,9
151:3,8
294:13,18
317:7,16
**coerced**
176:9
**cold**
367:25
368:14
**collective**
62:19
**college**
20:14 29:3
30:10,11,13
32:23 65:22
83:4,16
96:12 130:4,
14,19
362:11,24
365:17
**colleges**
32:2,12,14,
18
**color**
35:22 37:12
**Colorado**
4:18 319:8
**colors**
46:6,9
**Columbia**
29:21 30:16,
20
**combination**
65:18 375:8
**come**
9:18 57:6
74:22 148:3
197:13 273:8
308:13,19
309:24
312:3,15
370:10

**comes**
19:4,19
26:16 31:13
175:21,22
196:8
**comfort**
307:15
**comfortable**
148:5 156:15
157:2 314:16
320:20
**comment**
259:2,12
350:25 351:3
**committed**
293:9
**common**
240:20
**communicate**
193:16
**communicated**
193:18
**communicating**
358:4
**communication**
136:13
**communication
s**
111:10
142:16,19
181:13
193:23
**company**
20:5
**complainant**
240:16
**complains**
378:7
**complaint**
321:14,25
**complete**
127:12 149:4
**completely**
17:17 67:12,
14 104:8,12,
18 110:22
132:23 153:7

154:16
159:25
300:13
304:25 315:3
327:3 368:5
**compliance**
100:19 101:8
**comply**
323:17
**computed**
96:18
**computer**
268:8,18
281:15
359:21
372:17
**concerned**
125:6 237:17
309:3
**conclude**
383:24
**conclusion**
325:12
**condition**
96:2
**conditions**
84:13,16,17,
19 86:18
95:20,24
96:5,6,7
100:9,12,24
101:17
**conduct**
322:20
**confer**
286:2
**conferred**
217:19
**confidential**
98:18,20,25
99:4,6,11
134:12,14
138:13,19,24
139:21 141:2
199:17,24,25
216:11,14
217:20,25

243:20
247:2,12
357:5 382:4
383:6
**confidently**
339:13
**confirm**
168:5 375:3
**conflict**
80:7,10
**conflicts**
31:17,20
**confront**
360:16 373:9
**confused**
96:4 123:24
143:5 195:15
198:18
284:15 295:8
329:5 331:17
344:3 350:23
**confusing**
305:4 329:7
**connect**
361:16
**connecting**
358:16,18
**connection**
294:21 295:4
300:5,12
**Connor**
319:4,7,15
320:10,12
329:15
330:4,21
331:7 332:13
335:25
344:25
345:10
**conscious**
160:12 162:6
**consciousness**
108:4 159:20
162:2,12,18
163:10
361:20

Holly Shuster   Attorneys Eyes Only
March 11, 2024

consent
  108:16,18
  110:23
  114:20
  120:14
  287:22 288:3
  289:14
  379:10
consented
  290:2
consider
  175:2 363:9
considered
  81:18,20
  97:4
contact
  108:8 111:3,
  17 133:20
  167:5 187:25
  190:10
  192:25 199:9
  298:3 372:25
contacted
  166:17 355:19
contacting
  137:19 298:2
contained
  297:13
containers
  275:9
content
  280:16
  338:22
  343:16
contents
  61:10 79:10
  190:18 280:3
context
  158:8 227:12
  333:4 358:23
  371:19
continue
  4:6 109:13
  234:23,24
  335:9
continued
  109:16

continues
  83:10
continuing
  37:25
control
  123:24 325:9
convenient
  360:5
conversation
  83:22,25
  84:2,3
  168:13,15
  174:16
  210:10
  264:15
conversations
  4:10 13:24
  187:21
convince
  355:15
convinced
  355:4
copied
  277:17 336:8
  339:11
  343:23
  344:14 345:7
coping
  366:15
cops
  304:5,19
  305:8,11
copy
  80:3,6
  139:17 339:2
  383:20
corner
  70:6,8,21
  113:21 143:9
  194:14
  303:19
  327:21
correct
  11:19 12:14,
  17,20 45:25
  49:18,21
  50:4,8,10

51:19 54:16
70:6,7 71:8,
18 72:19,20
73:14,23,25
78:7 79:22
84:22 87:2
88:20 89:15,
19 90:3 92:3
95:17,21
97:24 98:3,
8,10,11
99:25 102:4,
6,18 115:9
116:13
117:10,19,23
118:3,4,7,8,
10 137:9,10
138:6
144:11,14
148:18
150:3,10,21
151:3,14,22
152:3,16
156:6,20
157:25 158:5
178:16
185:13,16,23
198:7,8
201:8,9
202:10 203:8
204:16,17
205:24 206:6
208:22
210:20
221:8,9
231:12
237:25 238:5
240:25 241:5
248:4 249:20
250:8,12
256:16 259:4
271:23
276:20
281:15
284:24
293:22
294:14,23
295:2 296:8
300:6 302:4

310:9 311:5,
20 313:11
321:9 336:14
339:16
341:6,24,25
342:2 343:22
345:16,19,
24,25 346:17
348:7 349:8,
23 351:19
354:6 366:24
correcting
  193:5
correctly
  116:10
  117:16,20
  148:6 305:2
  354:24
corroborate
  346:24
  349:11
corroborates
  346:20
cosmetics
  17:24
couch
  160:5
coughed
  368:4,18
coughing
  368:14,18
  370:8
counsel
  5:11 8:4
  142:23
counsel's
  259:2,12
  347:4 350:25
  351:3
counseling
  135:9 244:3,
  6,8
counselor
  135:8
count
  178:9

counterclaim
4:14 48:25
counterclaims
287:2,5
countless
346:16,22
347:15
County
21:19
couple
27:21 28:8
95:11 107:20
131:16
160:16
240:15 253:3
258:11 303:6
344:11
361:10
370:17
371:11 373:3
course
30:8 179:7
259:9
courses
96:21
coursework
96:19
court
4:17 5:5
6:23 42:15
53:20 286:24
382:11 383:2
covered
74:7,9
COVID
27:5,6,10,11
28:21 55:20,
22 369:8
COVID-19
55:4,9 63:11
65:23 66:10
crazy
345:21
346:7,11
created
201:8 276:11

creation
201:13 278:2
creative
18:24
credit
149:2
credits
96:25 149:4
cried
124:16
critical
31:21,23
cry
124:15
328:16 329:9
crying
154:22
155:10,15
237:21
290:13,21
CU
313:3,13
324:3,23
325:17 326:2
334:12
337:15
338:20
339:10
344:12
Cultural
71:23 74:11
87:18
Culture
102:13
cum
203:25 290:6
cumming
203:22
cumulative
79:20 86:22
88:6 96:16
97:2,12,18,
20 101:25
current
15:21,23
104:2,5,22
152:3

301:23,25
cut
153:25
cutting
152:14
cyber
323:13

---

**D**

dad
309:23
373:24
dad's
380:8
daddy
184:2 204:3
205:24
daily
18:6,11,19,
20
damage
182:13,15
183:4,7,10
dance
28:5,6,8,12
210:19
Daniel
5:22
data
194:18 195:4
198:21
date
15:15,17
38:10 48:13
52:7 55:2
69:24 74:15
89:7,18,20
90:19,25
91:18 93:5
95:4,14
99:14 100:3,
4 105:6
112:24
113:11,12
117:6 119:18
129:9 134:10

138:12 144:6
171:4 172:5
174:11,16
175:2,4,6
177:15 194:9
197:6 199:22
201:7,12
211:10,12
216:9
221:23,25
223:15,16
225:23 231:8
235:7 242:2
243:18 247:8
248:4 259:16
262:2 263:6
270:10
274:18
276:11 278:2
286:17
292:11
301:20 309:8
322:5,16
327:19 328:3
357:10
360:22
362:10 365:4
375:6 377:2
379:2
dated
143:25
177:25 178:2
339:11
353:23 354:5
dates
50:20,21,24
51:9,11,12
146:10
287:24
360:10,12
367:3 375:18
dating
58:4 105:4,7
175:5 178:14
180:19
183:18 184:8
267:5 293:8,
11 296:5

Holly Shuster  Attorneys Eyes Only
March 11, 2024

daughter
 208:4
day
 21:5 24:11
 58:20 165:15
 168:23,25
 169:2,5,9
 207:24 210:2
 214:17 251:7
 273:19
 289:24
 292:25
 293:3,4,6
 305:17,19
 306:16,20
 307:11,25
 348:19
 349:18,19
 350:2,3,5
 351:22,24
 352:16,18,
 19,21 353:9,
 11,18,20,21
 354:4 355:4
 361:5,7
 364:24
 365:14
 366:13
 370:15
 373:11
 374:21 384:9
days
 9:4 21:2
 146:14 169:5
 352:17
 371:11
 372:16 374:6
 382:14,20,23
 383:8
dazed
 361:24
deal
 294:2 366:6
dealing
 150:17
 245:9,13
 248:11 249:4

deals
 18:3
Dean's
 89:15,16
 99:21
Deanna
 357:13,14,
 15,16 364:13
 367:10
 369:16
 372:2,10,22
 374:5
Dear
 100:17
death
 249:6,16
 250:8
December
 16:17,20
 57:12,17,20,
 23 58:6 70:9
 99:25 270:25
 271:22
 274:10 275:2
 299:22
decided
 47:22 153:14
 166:13
decision
 32:4,10
 64:25 99:22
declined
 242:7
decorate
 35:22 37:12
decorated
 44:25 45:4
 46:3,5
dedicate
 155:25
deeper
 203:18
deeply
 237:8
defendant
 4:14 48:25

defendant/
counterclaim
 4:15
define
 118:25
 132:18
 167:11
 170:13
 173:16
 324:24
 358:18
defined
 178:5
definitely
 297:17 358:2
definition
 183:6 346:12
 353:10,17,19
 358:13
degree
 12:23,24
 29:24 30:17
 96:14 97:7
 124:14 125:4
delay
 370:23
delete
 186:14
 216:2,3
 252:11 321:8
 327:14
 331:13
deleted
 195:25 215:4
 252:12
 276:17
 299:13,18
 331:19
 334:25
 335:11,13,21
 378:20 381:9
denial
 109:19 134:3
 294:3
denying
 325:5
department

65:3,6
 270:14,17,
 19,22 299:22
 301:13
depicted
 218:12
deponent
 216:25
deposed
 6:14,15
deposition
 4:12,19 6:17
 8:3,11 9:13
 11:23 13:2,
 5,10 14:16,
 18 99:3
 134:14 194:3
 291:18
 383:25
depositions
 382:24
 383:9,11
describe
 37:4 130:17,
 18 147:7
 152:2,4
 189:13
 190:21 191:2
 211:20
 222:2,3,11
 263:15
 265:25
 280:13
 288:23
 295:15,25
 296:7,13
described
 97:10 227:23
 228:6 274:24
 282:16
 288:17
 299:4,6,9
describes
 279:20
 284:12
describing
 154:8 189:20
 203:7

Holly Shuster  Attorneys Eyes Only
March 11, 2024

279:12,23
280:8 281:13
282:13,23
283:4
**description**
134:17,18
145:17 155:6
189:25 190:3
210:9 235:22
240:2 248:8
**descriptions**
204:15
**descriptor**
351:22
**deserve**
176:22
**deserves**
188:13
**design**
131:21
**designate**
99:5 134:13
138:23
199:25
217:25
382:2,6
**designated**
98:20 134:12
357:7 383:12
**designating**
383:5
**designation**
138:14
199:16
216:15
**designations**
382:18
**desk**
205:20
290:17
**desks**
37:7 228:25
**detail**
243:9 320:19
321:2
**detailed**
314:12

**detailing**
151:9
**details**
257:22
285:11
291:16
338:12
**determine**
50:24
**determined**
174:12
**developmental**
31:11
**device**
132:4
Devin
24:19,20,22,
23,25 25:5,
8,9,10,16,24
26:20 112:11
113:10,25
114:10
115:15
116:12
294:14
**diagnosed**
310:2,16,23
311:19,25
368:16
**diagnosis**
311:23
368:17
**dick**
206:4
**die**
245:21,23
**died**
249:13
371:10,12,14
**difference**
162:3 193:23
**different**
46:8 57:10
65:19 100:24
130:8 131:7,
8 155:12
180:6 182:9

311:16 333:8
**difficult**
6:23 189:23
190:21
222:14
291:15
**digital**
376:5,13
**dimensions**
130:11
**direct**
133:21
167:18,20
246:4 272:7
278:23 297:9
**directed**
315:5,8
**directing**
137:21
**direction**
46:23,25
**directly**
287:21 288:2
289:13
300:18
**director**
322:19
**disagree**
116:22 346:4
**disappear**
195:25
**disappeared**
333:19,23
**disciplinary**
88:11
321:13,15,20
**disclose**
181:13
257:11,15
**discovery**
380:18,22
381:2,4
**discuss**
193:20 242:5
**discussing**
314:4

**discussion**
83:2 139:19,
25 210:5
275:12
**disease**
368:8,10,11
**dismissal**
88:17 89:12,
15,17 90:15
95:21,25
96:7 341:24
374:6
**dismissed**
88:18,22,24
90:18,21
92:25 93:6
95:2,8 104:9
311:9 321:25
342:3 374:14
**disorder**
210:15,24
211:9,16,23,
25 212:10,16
**dispose**
130:20 131:2
376:7,11
**disposed**
130:5 335:11
**dispute**
381:2,4
**distinct**
44:15 45:21
**District**
4:17
**DMS**
23:11,13
**doctor**
168:22
169:7,9
**document**
38:8 48:11,
15,16,23
51:5,10,12
52:16,20
54:8,15
69:22,25
70:2,15,18

Holly Shuster   Attorneys Eyes Only
March 11, 2024

| | | | |
|---|---|---|---|
| 75:15 89:5,9 | **dollars** | **drink** | |
| 98:15 99:12, | 82:8 | 161:19 | **E** |
| 15,16 105:2 | **door** | 361:15 | |
| 112:22 | 264:2,16,17, | **drinking** | **ear** |
| 113:12 134:8 | 22,25 265:3, | 108:2 109:3, | 370:24 |
| 138:10,18 | 4,6,8 | 5 154:22 | **earlier** |
| 139:16 | 267:15,19 | 155:10,16 | 73:22 147:10 |
| 143:25 | **dorm** | 159:19 | 148:17,19 |
| 194:7,17,22 | 35:13 36:11, | 162:24 | 207:12 |
| 196:25 | 14 38:18 | 163:11,22 | 299:21 304:8 |
| 198:23 | 108:3,6,24 | 364:15 | 316:2,12 |
| 199:17,20 | 180:20,23 | **drive** | 319:20 |
| 216:7 236:4 | 192:15,17 | 5:3 253:8 | 326:11,17,18 |
| 243:16 247:6 | 237:9 263:25 | 254:2 336:10 | 374:20 |
| 259:14,21 | 264:23 | **driving** | **early** |
| 270:8 274:16 | 265:15,20 | 254:13,24 | 32:4,10 |
| 286:15,18 | 267:23 | **drop** | 64:23,25 |
| 301:18 302:7 | 272:25 | 126:4 147:25 | 214:6 309:2 |
| 309:6 322:3 | 273:4,9 | 205:18 | 366:17,19, |
| 327:17 | 278:25 | **drowsiness** | 21,23 |
| 333:24 337:9 | 279:2,8,10 | 67:19,20 | **earn** |
| 341:16 357:8 | 281:19 | **drowsy** | 96:24 97:19 |
| 375:4 | 304:4,18,22 | 68:6 361:24 | **earned** |
| 378:12,24 | 305:7 | **drunk** | 87:6 96:17 |
| **documents** | **dorms** | 114:19 | 97:12,22 |
| 9:11,14,19, | 34:24 152:23 | 120:13 | **easier** |
| 22,23 10:2 | 153:3 | 264:6,13 | 49:11 |
| 11:18,21 | **double** | 361:18 | **east** |
| 12:2,7 49:5 | 49:9 | **duly** | 20:17 47:2 |
| 96:11 98:17 | **doubt** | 6:3 | **easy** |
| 99:2,8 | 137:11 | **dumb** | 147:22 |
| 188:12 235:4 | **download** | 116:19 118:6 | **eat** |
| **dog** | 283:23 | **dump** | 155:23 |
| 371:9,12,14, | **downloaded** | 372:4,9,15 | 170:2,3 |
| 16 | 283:20 | **dumping** | **eating** |
| **doing** | 284:10 | 372:5 | 210:15,24 |
| 18:25 19:4 | **draft** | **duration** | 211:9,16,23, |
| 23:4 64:9 | 261:20 | 107:2 111:15 | 24 212:9,16 |
| 112:16 | **drafted** | 124:4 192:7 | **edge** |
| 133:17,18 | 262:6 269:2 | 221:16,19 | 203:22 |
| 157:16 | **drank** | 343:11 | **education** |
| 166:12 | 15:12 108:3 | 358:3,5 | 29:22 83:15, |
| 176:14 | 161:22 | **dying** | 17 |
| 189:15 | 163:7,9 | 245:15 | **effort** |
| 225:19,21 | **dream** | 249:23 | 116:24 119:7 |
| 306:17,19,22 | 207:16 | | 147:20 |
| 320:20 | | | |
| 363:15 378:8 | | | |

Holly Shuster    Attorneys Eyes Only
March 11, 2024

| | | | |
|---|---|---|---|
| **eight** | 258:9 277:13 | 37:18 38:5 | **entitled** |
| 21:5 130:9 | 338:18 | 62:18 79:19 | 194:17 |
| **Eileenora** | 344:20 | 84:8,11 | **entries** |
| 42:22 | 374:17,24 | 86:20 87:7, | 129:15,19,23 |
| **either** | 379:17,18 | 12 88:6,8 | 378:19 |
| 12:25 13:25 | **emailed** | 96:14 141:12 | **entry** |
| 93:14 196:6 | 374:6 | 146:11 172:8 | 375:15 |
| 199:5 265:9, | **emails** | 203:3 204:2 | 378:18 |
| 15 297:14 | 142:24 | 355:18 | **ER** |
| 317:16,20,24 | **embarrassed** | **ended** | 369:21 |
| 360:17 | 94:14 | 28:4 57:3 | **era** |
| 380:11 | **embarrassing** | 159:20 | 309:17 |
| **electric** | 94:15,20 | 317:8,11,14 | **erased** |
| 132:4 | **emergency** | **ends** | 378:20 |
| **eligible** | 241:5,8,11 | 317:3 | **escorted** |
| 91:13 92:9 | **emojis** | **endurance** | 304:5,19 |
| 104:6 | 320:17 | 127:3 | 305:8,11 |
| **else's** | 336:23,24 | **enduring** | **essay** |
| 196:19,22 | **emotion** | 103:5,18 | 30:8 |
| **email** | 175:24 | **engage** | **essays** |
| 89:23 90:3, | **emotional** | 187:24 | 31:2 61:6,7, |
| 7,11,12,23 | 123:16,19,21 | **engaged** | 11 |
| 100:4 134:24 | 158:7,12 | 190:10 | **essentially** |
| 135:25 | 290:20 | 193:11 | 17:20 |
| 136:10 | 354:16 373:8 | **engineering** | **established** |
| 137:22 | **emotionally** | 65:3 70:22 | 139:9 |
| 142:3,4,7, | 176:8 339:21 | **English** | **Esther** |
| 14,15,25 | 366:10 | 29:24 30:18 | 245:18 |
| 143:2,5,20, | **emotions** | 60:22 61:3,4 | **et** |
| 24 144:10 | 134:2 147:17 | **enjoyed** | 189:15 |
| 145:2,5,10, | 149:20 150:4 | 60:22 | 346:12 |
| 20 146:21 | 151:9 290:15 | **enroll** | **evacuate** |
| 147:5 | 307:8 313:18 | 92:10,17 | 54:23 |
| 148:18,21 | 326:25 | 104:6 | **evaluated** |
| 149:15 | 360:13 373:9 | **enrolled** | 183:9 |
| 150:10,16,24 | **employed** | 91:13 93:18 | **evening** |
| 151:22,25 | 16:5,6 29:17 | 94:5,8 149:2 | 161:2 |
| 152:3,5 | **employment** | 311:5 312:8, | **event** |
| 153:20 | 16:7,9 18:15 | 11,14 | 146:20 161:2 |
| 154:4,8,12, | 19:13,17,25 | **ensure** | 267:3,7,8 |
| 15,24 155:7, | 20:3 | 342:24 | 268:8 |
| 21 156:7,8 | **encourage** | **entering** | **events** |
| 157:17 | 166:2,4 | 265:11,24 | 263:9 270:15 |
| 158:5,10 | **encouraged** | **entire** | 289:25 |
| 166:24 | 237:10,13 | 81:12,14 | **eventually** |
| 238:9,25 | **end** | 159:15 | 47:22 109:23 |
| 239:19 245:2 | 16:16,18 | 175:12 382:3 | 129:6 147:25 |
| 246:5 257:2 | | | |

348:4 349:5
**everybody**
 121:25 333:5
**everyday**
 348:20
**everyone**
 34:25 57:5
 121:22 160:7
 251:9 252:8,
 14 320:14
 329:14,23
 331:8
 332:12,20
 333:3,13
 344:24
**ex**
 304:4,17
 305:7 308:13
**exact**
 8:6,19 9:25
 15:7 17:9
 20:21 24:11
 30:4 33:15
 43:7 48:22
 50:21 55:2
 56:21 59:23
 60:2,5 64:5
 65:12 69:15
 71:16 74:15,
 24 76:8
 81:15 82:2,
 10,12 84:15
 90:19,24
 91:17 92:19
 93:5 95:4,14
 100:3 102:23
 106:25 112:7
 124:3
 128:19,23
 129:9 154:7
 161:21
 163:14
 164:16,24
 165:22,24
 170:19 171:4
 172:5 174:2,
 16 177:15
 178:4 183:6,

14 188:17,22
 189:5,6
 191:15,22
 199:16
 206:15
 211:10,12
 230:16 231:8
 242:23 262:2
 324:11
 334:11,14
 358:2,12
 360:10
 362:10
 364:24 365:4
 369:9
**exactly**
 8:17 10:22
 23:20 25:2,7
 35:24 36:7,
 16 37:14
 46:4,11,12,
 25 48:4
 53:12 55:13
 56:8 57:21
 58:9 61:11
 62:8 64:13
 67:13 68:9,
 16 77:18
 79:25 87:4,8
 90:6 91:5
 100:13 104:4
 107:8 118:23
 119:4,13
 123:14
 125:23
 131:12,21
 137:4 153:5
 158:25 163:8
 171:22
 177:15
 189:12,24
 202:15
 238:21
 250:18 286:7
 298:24
 312:10,24
 317:13
 324:12 325:8
 328:23

343:10
 355:14
 357:19 376:6
**exam**
 165:21,24
**examination**
 166:7,9,11,
 20
**examined**
 6:4
**exchange**
 115:23
 149:15 154:8
 252:2 281:4
**exchanged**
 179:14
 252:25
 271:10
**excited**
 188:19
**excludes**
 96:20
**Excluding**
 338:24
**excuse**
 64:9 88:23
 156:19 157:5
 165:19 185:9
 252:24
 288:11
 297:14
 299:11
 338:19
 360:15
**excuses**
 359:6
**exhibit**
 37:22,23
 38:9 48:10,
 12 69:21,23
 89:4,6,8,10,
 11 99:10,13
 101:23
 112:20,23
 128:24,25
 129:3 134:7,
 9,15 138:9,

11,15
 139:18,20
 140:24
 141:3,22
 194:6,8,10,
 11 199:13,21
 200:4,6
 216:6,8,11
 217:22 218:6
 234:20 235:5
 240:14
 241:25
 243:15,17
 244:13
 247:5,7,23
 259:13,15,22
 260:17
 270:7,9
 274:15,17,19
 277:4,25
 286:14,16
 301:17,19
 309:5,7
 322:2,4,6
 327:16,18
 329:24
 356:24
 357:9,11
 375:3,5,7
 378:25
**exhibits**
 98:17,25
 99:2 139:18
**exist**
 188:5
**existed**
 143:2
**exists**
 254:7
**exit**
 138:22 139:3
 244:9
**exited**
 357:2
**expected**
 96:13 374:7
 382:9

Case No. 1:23-cv-01149-NYW-KAS   Document 65-21   filed 03/04/24   USDC Colorado   pg 409 of 460

experience
121:20
123:10,25
144:23 160:4
196:2,3,17
307:9,13
362:6
experienced
124:4 151:10
233:24
experiences
363:9
experiencing
67:15,19
150:18
151:11
expires
196:6
explain
156:13,24
157:18
158:4,8
263:24
explained
182:11 251:4
323:20,23
324:18
338:4,6
352:12,13
354:8
explaining
156:15
express
14:6 234:2
238:25
expressed
120:25
expressing
64:16
extended
249:13
extent
181:12 190:4
300:14
302:22
extra
141:5

extremely
149:22
155:24
313:19
eye
302:13 303:2
eyes
138:20,24
139:22
140:25
176:15
217:21
243:20 357:6
382:4

## F

F-I-J-I
329:20
F-O-L-I-G-N-O
22:23
face
149:19 150:9
204:2
Facetime
188:24
315:21,22,23
Facetiming
371:20
facilities
36:13
facility
128:13,17,20
fact
66:9,25
67:2,4
116:22
185:12
223:24
250:10
257:24 278:6
332:18
346:6,17,18,
21,24 349:8,
9,22,24
350:14
351:12,16

352:4 354:15
factor
67:7
factors
65:19,20,25
66:7,18,22
factually
352:11,14
failing
87:23
failure
323:16
370:9,18
fair
96:8 115:14,
19 145:6,8
156:11
fall
70:20 79:15,
17,24 84:21,
25 85:2
88:17,19,22
91:8,14
92:10,18
95:9 160:11
fallen
225:13
falling
117:5 119:17
false
352:4,8
familiar
248:9 304:25
family
28:24 65:23
66:10
245:10,12
249:15
250:6,18
366:2 369:25
371:5,21
372:3,8
far
144:6 153:11
156:4 234:22
355:8

fashion
17:24
faster
203:21
father
12:21
father's
173:2
fault
377:4
favorite
14:10 60:20
fear
147:25
fearful
272:8 273:23
fears
354:16
February
178:11
359:13
360:20,25
376:25
federal
316:21
feel
36:10 125:20
134:4 145:23
146:22 148:4
170:9 176:2,
4,13 181:12
183:15 205:4
213:6 226:8,
19,20 231:13
232:5 239:13
260:6 284:21
286:9 297:23
307:9
314:16,25
341:14 359:4
363:12
366:11
feeling
13:14 14:2
64:3 125:22
150:5 206:6
208:16

Holly Shuster  Attorneys Eyes Only
March 11, 2024

| | | | |
|---|---|---|---|
| 231:19 | **female** | 312:7 354:20 | 7 114:2,7,8 |
| 237:24 | 132:17,22 | 364:10 | 126:8 128:25 |
| 313:18 | 133:18,24 | 381:10,15 | 129:3,11,14 |
| 359:25 | 167:9 243:7 | **fine** | 131:9 145:22 |
| 361:17,23 | **festival** | 63:16 118:24 | 146:12 |
| 364:16 373:8 | 262:16,20 | 237:19 | 147:15 |
| **feelings** | 263:2 | 361:17,23 | 149:21 |
| 13:6,8,13 | **fight** | 369:23 | 175:18,21,22 |
| 213:13 299:6 | 220:12 | **finish** | 176:23 178:4 |
| 326:25 | **figure** | 127:11 | 192:19,22 |
| **feels** | 244:4 247:13 | 175:17 282:5 | 201:25 |
| 204:19 | 268:25 | 290:6 | 202:16 |
| 361:21 | 306:11 | 350:16,18 | 203:12 |
| **feet** | **Fiji** | 353:13 | 214:13,15,20 |
| 117:5 119:17 | 329:20 330:6 | 376:11 | 215:16 217:7 |
| **fellowship** | 332:16,25 | **finished** | 221:21 |
| 29:20,25 | 344:4 | 130:21 131:3 | 222:3,11 |
| **felt** | **file** | 291:2 350:12 | 224:15,22 |
| 60:12 94:14, | 269:16 | 356:8 370:21 | 248:7 262:12 |
| 21 120:25 | 375:16 | **Finn** | 264:10 |
| 123:23 125:8 | **filed** | 161:16 | 276:10,22 |
| 149:21 | 4:16 321:22 | 167:23 | 278:13 |
| 152:14 | **fill** | 168:7,9 | 286:19 |
| 154:20 | 369:17 | 169:6,8 | 287:7,8,9, |
| 155:24 | **filmed** | 180:5,6,8, | 10,11,16 |
| 156:14 | 193:15 | 11,12,15,18 | 292:20 295:9 |
| 159:24 | **filming** | **firm** | 307:14 |
| 207:14 | 193:9 | 18:4,10 | 318:2,7,12 |
| 220:18 | **final** | **first** | 319:25 320:4 |
| 231:16,22 | 355:17 | 6:3,20 20:13 | 328:5 338:21 |
| 232:12 237:3 | **finally** | 35:8 37:18 | 362:2,8 |
| 239:16 | 145:24 | 38:18 49:3 | 365:8,14 |
| 242:13 | 146:22 | 53:10,12 | 379:11,20 |
| 243:5,6 | 153:14 | 54:23,25 | **fitting** |
| 253:7,25 | 157:19 | 55:9 56:17, | 31:12 |
| 254:13 258:3 | 203:24 | 22 60:21,23 | **five** |
| 290:4,8,9 | 354:15 | 61:13 62:6,7 | 8:7,8 20:25 |
| 293:2,25 | 377:3,6 | 63:5,9 65:7, | 26:24 163:19 |
| 297:17 | **financially** | 9,16 67:16 | 369:10 |
| 298:3,13 | 5:9 | 68:11 69:14, | 372:16 |
| 306:10 | **find** | 16 71:7 | **five-** |
| 307:14 | 87:9 94:20 | 72:16 74:8 | 297:20 |
| 313:24 | 213:24 | 75:10 78:7, | **flew** |
| 350:3,4 | 234:25 | 10 81:22 | 302:10 |
| 351:24 | 251:22 | 82:3 86:20 | **flight** |
| 352:12 | 253:6,11,24 | 89:14,23 | 370:22 |
| 361:22 | 254:5 272:16 | 90:6 98:2,4 | **flights** |
| | | 99:22 113:2, | 370:23 |

| | | | |
|---|---|---|---|
| **flip** | **forced** | 111:7,22 | 265:12 |
| 278:5 | 176:9 221:2 | 115:16 | 266:8,17 |
| **floor** | 345:23 | 117:14 | 267:11 |
| 35:6,9 36:25 | 348:18 | 118:12,17 | 270:23 |
| 37:2 162:14, | 349:17 354:3 | 120:6,23 | 273:15 274:3 |
| 15,16 212:25 | **forcing** | 121:6,23 | 280:22 |
| 213:8,17,19 | 207:5,7 | 122:4 123:13 | 281:17 |
| 236:21 | 220:19 | 124:25 | 282:18 |
| 263:17 | 287:25 | 134:22 | 284:3,25 |
| **Florida** | **forensic** | 136:18 | 285:8 |
| 22:25 | 166:7,9,10 | 137:2,14 | 293:13,23 |
| **focus** | **forever** | 144:3,17 | 294:24 296:9 |
| 27:25 125:5 | 196:11 | 146:16 | 298:8,21 |
| 149:23 153:9 | 208:20 | 150:12,22 | 299:3,15 |
| **focused** | **forgive** | 151:4,15 | 308:6 311:12 |
| 18:23 27:22 | 268:10,12,14 | 155:3,19 | 315:6 317:18 |
| 61:5 158:6 | **forgot** | 156:21 164:4 | 321:17 322:9 |
| 223:23 | 360:3 | 172:23 | 325:22 |
| **focusing** | **form** | 175:11 | 326:13 329:6 |
| 18:21,24 | 11:24 13:11, | 177:19 | 335:3 337:4, |
| 124:6,22 | 22 14:3,7 | 182:14 | 18 338:15,16 |
| **Foligno** | 16:23 19:8, | 183:11 | 339:17 |
| 22:21 | 15 23:15 | 185:6,14 | 340:2,9 |
| **follow** | 27:14 41:22 | 188:11 | 341:7,13,19 |
| 100:18 101:7 | 49:22 50:5 | 189:16 | 342:10 |
| 383:14 | 51:3,20,25 | 190:4,11 | 343:7,8 |
| **follow-** | 52:13,18 | 191:13 | 344:13 345:6 |
| 371:4 | 53:2,5,9,24 | 192:3,11 | 346:3,8 |
| **follow-up** | 54:13 56:18 | 193:6 200:19 | 347:3,16 |
| 145:12 | 58:17 60:16 | 209:3,14 | 351:13 |
| 240:19 292:5 | 68:2,15,17 | 210:7 212:2 | 352:5,22 |
| 356:15 | 69:2,10 | 219:12,24 | 354:7 356:3 |
| **followed** | 72:21 73:5 | 222:7 223:19 | 363:19 364:2 |
| 279:9 | 74:13 76:11, | 224:17 229:9 | 365:11 |
| **following** | 18,21,23 | 232:7,14 | 367:15 |
| 142:4 | 77:2 81:8,23 | 235:20 | 372:13,18 |
| 145:10,19 | 82:16 83:5 | 240:14 | 374:12 |
| 198:13 245:2 | 85:22,24 | 242:17 243:3 | 377:12 |
| 262:25 | 86:3 87:9,10 | 244:17 | **formal** |
| **follows** | 88:13,14 | 246:18 | 199:15 |
| 6:5 | 91:15 92:4 | 247:25 | **format** |
| **food** | 93:3 94:6,18 | 252:20 | 143:20 |
| 42:15 169:25 | 95:10,22 | 254:25 | **formed** |
| 237:17 | 100:11 | 255:17,23 | 123:8 |
| **force** | 102:21 | 256:20 | **forming** |
| 220:15,16 | 103:8,16,23 | 258:25 259:5 | 340:5 |
| 352:15 | 104:10,15 | 260:24 | **forms** |
| | 107:10 | 263:19 | 369:25 |
| | | 264:21 | |

Case No. 1:23-cv-01149-NMWV-KAS Document 162-5 filed 08/04/24 USDC Colorado pg 412 of 460

370:25
**forth**
249:15
250:5,11,15,
20
**forward**
141:5
169:19,20
**forwarded**
134:25
**forwarding**
335:25
**found**
185:3
233:13,21,23
234:21
312:13
323:14,17
368:20
374:10,14
**foundation**
26:21 40:11
50:6 52:14
56:19 76:21
81:24 83:6
87:3 90:4
91:15 102:21
103:8,16,23
104:10,15
111:7 121:6,
15,23 122:23
136:16
137:14
142:11
150:12
164:3,4,5
182:14
183:11
185:14
192:4,11
194:25 195:7
201:21
242:17 243:3
265:13 266:9
294:24
337:5,18
338:16
347:22,23

364:3 365:12
379:13
**four**
20:25 29:4
44:21,23
85:7 102:16
253:16
260:23
297:20
369:10
**four-years**
29:6,7
**fours**
290:23
**fourth**
287:13
**frankly**
134:4 157:4
373:8
**frat**
320:22
332:19 334:4
339:14
**fraternities**
324:3 325:17
**fraternity**
105:19,24
106:3,4,9,
11,15 133:2
159:12,13,23
161:5,11,13
162:13
167:14 249:9
257:7,13,17
313:13 326:3
334:12
**freaked**
302:15
368:5,9
**French**
75:16 85:4,9
86:2
**frequencies**
131:7
**frequented**
41:21

**frequenting**
42:5
**frequently**
131:5,10,13
170:11,13
187:7
250:19,23
350:4,5
351:25
**freshman**
33:3 40:9,13
54:22,25
56:17,22
58:16 59:19
61:13,20,22
62:11 66:16
67:16 68:11,
18 69:14,16
71:7 79:20
80:16,19
81:12,14
82:15 83:20
84:5,6,9,11,
20 104:25
105:16 126:7
171:9,17
173:15,22
179:16 180:9
214:25 215:2
224:14,22
266:15,23
362:25
**freshmen**
30:9,14,23,
25 34:19
**Friday**
14:22 139:8
360:2
**friend**
22:10 24:20
26:4 62:5,9,
10 106:19,
20,21 109:6
112:11 187:4
207:13 230:2
231:2 253:8
254:2,12
263:25

313:12
314:14 324:2
325:15
328:19
**friend's**
108:3 152:23
153:3 255:7,
14
**friends**
22:6,8 23:14
26:2,18
33:16 61:15,
19 62:12,14,
16,21,23
92:21,24
93:6 115:4
116:3,9,17,
22 117:13,
15,17,21
120:22
121:2,4,9,13
122:2,3,8,
19,21 123:3
153:6 159:18
160:2,25
167:23
170:14
228:19
229:8,11,14,
16,18,23
230:22 255:4
262:17,21
263:3 308:25
310:21
311:8,16,22
314:5 318:8
319:5,9,16
329:16
330:5,22
331:7 332:13
344:25
345:11
**front**
98:15 132:2
149:23
185:20
186:5,10
190:22 191:3

Holly Shuster   Attorneys Eyes Only
March 11, 2024

234:17 281:3
284:20
286:13
298:23
341:16
342:14
379:17

**froze**
160:9 225:9

**fuck**
183:23 188:7
202:25
205:20

**fucking**
116:4,17,19
117:18,22
118:6 120:22
121:3,5,9,
14,22 122:3,
8 208:22,25
209:8,12,17
210:15,24
211:8,23
213:3,9
251:8

**full**
6:8,10 48:8
100:16
278:13
374:23

**Full-**
**baudeneau**
22:12

**full-time**
21:6 96:25

**fully**
47:18 152:8
170:8

**function**
261:7,9

**funeral**
371:15,16,
22,23

**funk**
377:4

**fuzzy**
242:11

---

**G**

---

**G-E-N-N-A**
29:13

**G-O-L-D-I-N**
44:8

**G-R-O-V-E**
105:15

**games**
162:24

**garage**
297:12

**Garrison**
4:21

**gathering**
249:9

**gave**
14:8 58:12
80:5 100:9
142:23
165:23 324:4
348:4 349:5
375:20

**Gender**
71:19 75:6,
14

**general**
107:7 124:20
137:20 190:2

**generally**
13:14 27:18
64:7,9,15,16
77:11 271:12
285:6

**Genevieve**
29:9

**genitals**
287:21,25
288:24
289:13,24

**Genna**
29:12,14,15

**genuine**
373:5

**genuinely**
64:8 82:22

358:25

**gesturing**
98:22

**getting**
29:23 30:17
81:4 83:8
203:21
205:16 210:6
226:23
308:11 377:3
378:6

**gift**
58:10,13

**girl**
34:8 62:18
317:4,12

**girlfriend**
174:13 177:9
178:5 226:11
228:8 229:3,
15,20,24

**girlfriends**
170:14

**girls**
62:15 211:18
212:5

**gist**
271:12

**give**
10:14 13:2
58:10 60:7
62:13 76:14
80:3 82:18
91:9 132:6
158:10
166:6,8
170:18 174:2
181:10
183:15
189:25
190:2,7
226:21 260:6
275:18
283:18
290:3,13,19
326:14
358:12

**given**
57:9 76:3
95:13
108:16,18
110:23
114:20
120:14 264:7
345:23
360:12

**giving**
225:16 350:8

**glared**
202:18

**Global**
87:17,23

**God**
117:9 119:23
207:24

**goes**
120:10
318:3,14

**going**
7:6 37:22
38:15,16
42:11 43:10
48:10 63:12
103:11
113:19
126:2,21
127:3 138:21
141:4 146:2,
24 147:7,24
148:5
152:17,23
153:24
154:17
156:14
157:14,18
158:4 160:15
166:15,19
167:6 170:2
178:9 188:10
199:25
203:18
208:4,7
216:10,13
217:24

225:12
236:13 241:3
246:4
263:16,18
266:4
268:10,12
272:9,23
273:2 274:14
278:22
279:12,21,24
280:8,14,16,
20,25 281:13
282:13,17,23
283:5 284:2,
12 285:7,12
287:13
290:12
296:20 298:8
303:7 307:16
308:13,18,25
310:4 313:23
321:18 323:4
329:21
353:14
356:13,23
359:5
360:12,17
366:9
380:16,19
381:10,14
382:2 383:10

**Goldin**
44:7

**good**
5:13,18 26:2
29:5 65:9,14
66:15 97:3,
8,19,21
149:19
169:10
204:19
205:3,4
207:9 258:16
302:13

**Google**
336:10

**government**
85:4,11

**GPA**
79:19 81:18,
20 83:19
86:22 88:6
97:12,19,20
101:21,25

**grab**
152:24

**grade**
71:11 72:2
96:16,17
97:3 182:25
183:3 342:5

**grades**
65:7,9,12
66:15,25
67:5 69:13,
15 74:8
75:20 78:18
79:24 80:4,
6,8,11 81:5
83:23 84:4
85:6 87:21
102:7

**grading**
72:7

**grads**
78:20

**graduate**
22:3,17
25:14 59:17

**graduated**
22:5 25:15
27:2

**graduation**
27:7

**grammar**
313:11

**grand-**
249:12

**grandmother**
245:14
249:6,22

**grandmother's**
250:7

**Grant**
324:8,9

**granted**
74:17

**grateful**
186:24

**great**
244:11 294:2
373:15

**groping**
227:10

**grounds**
69:8 76:6,9,
10,13 77:24
78:3 85:13,
25 102:19
103:6

**group**
62:19 309:11
315:23
328:14 329:9

**group.com.
apple**
275:10

**Groupme**
235:24 236:6
241:16,17,18

**Grove**
105:15
106:24
107:5,6,9,21
109:14,17,22
110:14,24
111:4,11,18,
24 119:25
121:19,21,25
123:5,11,17
124:10
125:10
127:25
129:5,7
132:16,21
133:3,23
138:6,8
148:9,12,13,
16 150:3,9,
18 151:3,8,
11 155:14
294:13,18
317:8

**Grove's**
108:6 109:8,
11

**guarantee**
270:11

**guess**
41:4 57:10
76:13 115:9
148:24
177:20 178:7
190:5 329:5

**guessing**
246:18

**guided**
33:13

**guilt**
213:12
348:20
349:19
351:16
364:16

**guilty**
154:20
226:20
313:19

**guitar**
19:3

**guys**
63:25 169:24
209:25 210:6

**Gwenn**
14:24 366:22
379:10

**gym**
210:3

---

**H**

**Hahahahaha**
316:18

**half**
40:2 41:4
130:9 170:4
303:25
314:22

**halfway**
207:11

Holly Shuster   Attorneys Eyes Only
March 11, 2024

**hall**
34:5,7 35:7
36:2,5 39:22
40:2,14,24
41:9 42:18,
23,25 43:8,
13,23,25
44:10,12
109:2 227:17
288:21 292:9
**Hampton**
20:18
**Hamptons**
20:16 233:5,
8,10
**hand**
38:15 205:17
239:2
**handle**
200:12
**hands**
203:20
347:11
**handwriting**
375:24,25
377:15
378:3,4,9,10
379:6,7
380:4,9,12
**hang**
138:25
170:10
**hanging**
173:14,16
**happen**
96:10 227:15
258:24
292:10
305:13
306:24 307:6
**happened**
42:14 56:4
60:19 107:19
109:20 112:5
125:16
149:21
153:15 154:6
159:14

164:15
165:17
225:10
227:16,21
231:9 289:10
296:4 303:24
312:19 315:2
318:4,15
327:2 349:12
350:4 351:25
354:5 362:2,
5,7
**happening**
65:24 153:16
209:19 228:3
262:14 294:3
296:14,15
**happy**
7:13 114:11
210:16,25
212:17 377:6
**harass**
251:6
**harassing**
83:7 352:23
353:5
**harassment**
323:12
337:11
**hard**
156:13
157:20 210:8
278:22
285:10
360:13
369:15
375:20
**harm**
123:16,19,21
**harmed**
342:6
**harming**
237:22 238:8
**hate**
115:4 157:7
213:6
**hazy**

361:24
**head**
6:22 47:24
173:8,12
183:22 206:5
**heading**
70:21 277:5
**headquarters**
5:2 17:12
215:22
**health**
103:12
152:19
164:24,25
165:10,18
237:4,7
242:6
**healthy**
242:10
**hear**
72:24 140:10
228:14 230:4
**heard**
229:3,14,19,
23 230:2,3,
6,15,17,19,
21,23 231:3,
5
**hearing**
322:14
337:17,22
**heart**
207:14 213:7
**held**
4:19 19:25
20:4 140:2
275:13
**hell**
339:22
**Hello**
135:4 208:20
**help**
66:6,21
69:18 81:4
135:11
145:15
156:9,13

157:12
238:14,23
239:6,19
272:16 278:9
282:9 366:12
**helps**
15:8
**Heros**
75:14
**hide**
237:22
238:11
266:14
**hiding**
238:20
**high**
21:14,15,16,
23 22:4,7,8
23:14 24:21
25:8,9,10,12
26:2,15
27:12,21,25
28:14,24
29:4 30:10
31:5,6,8,15
33:7,17
58:19,22
61:14 130:4
211:13,16
212:7
362:13,14
365:15
**highly**
138:19,23
139:21 141:2
216:11,14
217:20
243:20
246:25
247:11 357:5
382:3 383:6
**history**
194:18,19,24
198:20 199:7
**hit**
316:6,15
**hobbies**
18:21,23

Holly Shuster   Attorneys Eyes Only
March 11, 2024

| | | | |
|---|---|---|---|
| **hold** | 85:1 86:1 | 176:1 177:1 | 267:1 268:1 |
| 192:6 196:12 | 87:1 88:1 | 178:1 179:1 | 269:1 270:1 |
| **holding** | 89:1 90:1 | 180:1 181:1 | 271:1 272:1 |
| 191:25 192:8 | 91:1 92:1 | 182:1 183:1 | 273:1 274:1 |
| **holiday** | 93:1 94:1 | 184:1 185:1 | 275:1 276:1 |
| 24:3 | 95:1 96:1 | 186:1 187:1 | 277:1 278:1 |
| **Holly** | 97:1 98:1 | 188:1 189:1 | 279:1 280:1 |
| 4:1,12,14 | 99:1 100:1, | 190:1 191:1 | 281:1 282:1 |
| 5:1,20 6:1, | 17 101:1 | 192:1 193:1 | 283:1 284:1 |
| 10 7:1 8:1 | 102:1 103:1 | 194:1 195:1 | 285:1 286:1 |
| 9:1 10:1 | 104:1 105:1 | 196:1 197:1 | 287:1 288:1 |
| 11:1 12:1 | 106:1 107:1 | 198:1 199:1 | 289:1 290:1 |
| 13:1 14:1 | 108:1 109:1 | 200:1 201:1 | 291:1 292:1 |
| 15:1 16:1 | 110:1 111:1 | 202:1 203:1 | 293:1 294:1 |
| 17:1 18:1 | 112:1 113:1, | 204:1 205:1 | 295:1 296:1 |
| 19:1 20:1 | 5,9 114:1 | 206:1 207:1 | 297:1 298:1 |
| 21:1 22:1 | 115:1 116:1 | 208:1 209:1 | 299:1 300:1 |
| 23:1 24:1 | 117:1 118:1 | 210:1 211:1 | 301:1 302:1 |
| 25:1 26:1 | 119:1 120:1 | 212:1 213:1 | 303:1 304:1 |
| 27:1 28:1 | 121:1 122:1 | 214:1 215:1 | 305:1 306:1 |
| 29:1 30:1 | 123:1 124:1 | 216:1 217:1 | 307:1 308:1 |
| 31:1 32:1 | 125:1 126:1, | 218:1 219:1 | 309:1 310:1 |
| 33:1 34:1 | 20 127:1 | 220:1 221:1 | 311:1 312:1 |
| 35:1 36:1 | 128:1 129:1 | 222:1 223:1 | 313:1 314:1 |
| 37:1 38:1 | 130:1 131:1 | 224:1 225:1 | 315:1 316:1, |
| 39:1 40:1 | 132:1 133:1 | 226:1 227:1 | 5,14 317:1 |
| 41:1 42:1 | 134:1 135:1, | 228:1 229:1 | 318:1 319:1 |
| 43:1 44:1 | 13,24 136:1 | 230:1 231:1 | 320:1,9,11, |
| 45:1 46:1 | 137:1 138:1 | 232:1 233:1 | 18 321:1 |
| 47:1 48:1,25 | 139:1 140:1 | 234:1 235:1, | 322:1,9 |
| 49:1 50:1 | 141:1 142:1, | 25 236:1,18 | 323:1,23 |
| 51:1 52:1 | 5 143:1 | 237:1 238:1 | 324:1,2,5 |
| 53:1 54:1 | 144:1,10 | 239:1 240:1 | 325:1,16 |
| 55:1 56:1 | 145:1,10 | 241:1,3 | 326:1 327:1 |
| 57:1 58:1 | 146:1 147:1 | 242:1,8,13, | 328:1 329:1 |
| 59:1 60:1 | 148:1 149:1 | 15 243:1 | 330:1 331:1 |
| 61:1 62:1 | 150:1 151:1 | 244:1 245:1, | 332:1 333:1 |
| 63:1 64:1 | 152:1 153:1 | 10 246:1 | 334:1 335:1 |
| 65:1 66:1 | 154:1 155:1 | 247:1 248:1, | 336:1,13 |
| 67:1 68:1 | 156:1 157:1 | 8 249:1 | 337:1 338:1 |
| 69:1 70:1 | 158:1 159:1 | 250:1 251:1, | 339:1 340:1 |
| 71:1 72:1 | 160:1 161:1 | 4 252:1 | 341:1 342:1 |
| 73:1 74:1 | 162:1 163:1 | 253:1 254:1 | 343:1,19 |
| 75:1 76:1 | 164:1 165:1 | 255:1 256:1 | 344:1 345:1 |
| 77:1 78:1 | 166:1 167:1 | 257:1 258:1 | 346:1 347:1 |
| 79:1 80:1 | 168:1 169:1 | 259:1 260:1 | 348:1 349:1 |
| 81:1 82:1 | 170:1 171:1 | 261:1 262:1 | 350:1 351:1 |
| 83:1 84:1 | 172:1 173:1 | 263:1 264:1 | 352:1 353:1 |
| | 174:1 175:1 | 265:1 266:1 | 354:1 355:1 |

Holly Shuster  Attorneys Eyes Only
March 11, 2024

356:1 357:1 358:1 359:1 360:1 361:1 362:1 363:1 364:1 365:1 366:1 367:1 368:1 369:1, 22 370:1 371:1 372:1 373:1 374:1, 5 375:1 376:1 377:1 378:1 379:1 380:1 381:1 382:1 383:1, 25 384:1,5

**Holly's**
242:8

**hollyshu**
201:11,17

**hollyshu27**
200:11
201:15

**home**
24:2 57:5,8, 16 130:25
145:23
146:4,7,10, 11,15,18,21
152:7,9
156:4 160:2
166:20 167:3
168:18,20
206:22
266:14
302:10
309:2,24,25
310:6,14,21
312:3,15
370:22
373:16,21

**honest**
60:8 153:7
168:3

**honestly**
69:11 104:11
146:17
150:15

154:21
173:25
182:19,20
195:8 215:6, 7 231:13
316:25
318:17
327:13 335:5
343:3 363:2
380:10

**hoped**
160:11

**horny**
188:19

**horrifying**
147:17

**hospice**
249:24

**hospital**
164:19,20
165:18
359:23
360:24
367:22

**hot**
203:24

**Hotel**
55:11

**hotline**
237:11
238:18

**hour**
8:22 63:13, 16 126:21,23
378:8

**hourly**
20:21

**hours**
8:20,21
20:23 21:3,5
87:6 96:17
97:12,22
196:6

**house**
38:24 39:7
43:14 46:19
47:18 92:7,

9,12,14
159:23
162:13
180:18
192:18
227:16,18, 19,20,21,25
228:4
229:18,21
274:9 288:21

**housing**
241:5,9,11

**Houston**
5:4

**Howard-tilton**
41:24

**HS**
113:21
143:15
197:20 330:2

**hshuster@
tulane.edu**
90:9

**Hshuster@
tulane.edu.**
144:11

**huge**
220:12

**hugs**
14:9

**Hult**
5:18,19
11:24 13:11, 22 14:3,7
16:23 19:8, 15 23:15
26:21 27:14
38:6 40:10
41:22 49:22
50:5 51:3, 20,25 52:13, 18 53:2,6, 11,24 54:13, 17 56:18
58:17 60:16
63:12 68:2
69:2,10
72:21 73:5,9

74:13 76:11, 21 77:2
81:8,23
82:16 83:5
86:3 87:3
88:13 90:4
91:15 92:4
93:3 94:6,18
95:10,22
98:16,24
100:11
102:21
103:8,16,23
104:10,15
107:10
111:7,22
112:16
115:16,22
117:14
118:17
120:6,23
121:6,15,23
122:4,23
123:13
124:24
126:9,13,18, 23 127:2,9
134:11,22
136:16
137:2,14
138:14,16
139:11,14
140:16,20
141:9 142:11
150:12,22
151:4,15
155:3,19
156:21
160:13,15
164:2 165:11
169:12
172:22
175:11,15
177:19
181:11
182:14,18
183:11
185:6,14
188:2,10,20

Holly Shuster   Attorneys Eyes Only
March 11, 2024

189:2,16
190:4,11
191:13
192:3,11
194:25 195:7
199:15,23
200:19
201:21
209:3,14
210:7 212:2,
19 216:13,20
217:2,11,24
218:3
219:12,17,24
222:7 223:19
224:17 229:9
232:7,14
233:15
235:8,13
236:12
242:17
243:3,19,23
244:11
246:18
247:3,9
252:20
254:25
255:17,23,25
256:15,20
258:25
259:5,11,19
260:24
263:18
264:21
265:12
266:8,17
267:11,17,24
273:15
274:3,7
276:25
280:22
281:17,24
282:4,18
283:8 284:2,
25 285:8
293:13,23
294:24 296:9
298:21
299:3,15

301:9 308:6
311:12 315:6
317:18
321:17
325:22
326:13
330:16 335:3
337:4,18
338:15
339:17
340:2,9
341:7,13,19
342:10 343:7
344:13
345:6,17
346:3,8
347:3,16,22
348:13,17
350:7,11,15,
24 351:13
352:5,22,25
353:3 354:7
356:3,8,25
363:19 364:2
365:11
367:13,15
369:11
372:13
374:12
377:12
379:13
380:15,19,22
381:3,8,12,
19,23 382:19
383:3,12,18,
21
**human**
  338:11
**hundred**
  82:8 280:6
**hundreds**
  279:10,11,
  18,19 280:6,
  10 281:11
  282:11,21
  283:3
**hurt**
  272:9

279:13,21,24
280:8,14,17,
21,25 281:13
282:13,17,24
283:5 284:12
285:7,13
**Hyatt**
  55:10
**hypotheticall
y**
  316:5,7,14

---

**I**

---

**idea**
  8:18 59:25
  104:14,19
  106:6 122:19
  163:6 183:7
  225:4 277:23
  319:13
  327:11
  364:5,8
  368:7
**Identificatio
n**
  38:10 48:13
  69:24 89:7
  99:14 112:24
  134:10
  138:12 194:9
  199:22 216:9
  235:6 243:18
  247:8 259:16
  270:10
  274:18
  286:17
  301:20 309:8
  322:5 327:19
  357:10 375:6
  379:2
**identified**
  265:18
  284:9,13
**identify**
  5:11
**illness**
  34:22 249:14

**illnesses**
  31:14
**imagine**
  92:22
**immediately**
  147:18
**implication**
  227:12 354:2
**impression**
  340:22
**inaccurate**
  76:15 91:9
  174:3 182:2
  352:11
  354:11
**inappropriate**
  240:25
  242:15 284:5
**inbox**
  245:3,4
**incident**
  109:15,17
  127:25
  129:5,7
  134:16,18
  145:16
  166:3,5
  169:4 235:22
  248:8 273:18
  274:12
**include**
  339:4
**included**
  198:23
**including**
  29:2 62:15
  249:5
**incoming**
  30:9,13,23,
  24
**incomplete**
  71:18 87:24
**indicate**
  38:17 40:8
  49:20 331:18
**indicating**
  38:19 39:4,

Holly Shuster  Attorneys Eyes Only
March 11, 2024

15 40:3,18
41:5,17
99:20
**indication**
264:8
**indirectly**
300:18
**individual**
249:8
**individuals**
62:22,24
296:16
**infection**
370:24
**inflicted**
219:23 220:2
**influence**
313:21
**influencers**
18:2
**informal**
341:5,8
**information**
94:11
121:17,18
123:7 158:11
273:21
283:19
313:22
322:13
335:11 357:6
**informed**
379:10
**Infusion**
71:21 74:11
**initials**
143:16
194:14
**injuries**
219:9,23
220:2
**insert**
172:22
**insisted**
148:2
**inspected**
165:23

**Instagram**
297:10,15
**instance**
107:23
254:22 255:4
**instances**
61:17 107:20
266:24
**instructed**
181:15
290:22
**intensive**
310:4,13
**intention**
239:13
**interact**
18:5
**interacted**
18:7,11
135:19
**interaction**
271:18
**interactions**
295:16 296:7
302:21
**intercourse**
108:11
191:2,10
289:22
**interested**
5:10 317:15,
20,23
**Intermediate**
85:3,9
**intern**
18:9
**internally**
94:22
**International**
85:3,8 86:13
**internship**
16:10,14
17:16,19
18:6,13,14
79:5,6
**internships**
75:18 78:25

149:3
**interpose**
7:23
**interpreted**
325:10
**interrogated**
308:2
**interrogating**
306:10,18
307:5
**interrogatori
es**
49:4
**interrogatory**
146:9
**interrupt**
282:6
**interrupting**
350:17
**intervene**
156:9
**interview**
270:23
**intimate**
257:22
**intimidation**
323:12
**Introduction**
75:17 78:21
87:17,18,19,
22 102:10
**introductory**
61:4 71:13
72:3
**invite**
266:6
**invited**
264:6
**inviting**
266:11
**involuntary**
342:2
**involve**
274:13
**involved**
66:12 77:4,
7,10,12,14,

20 144:9
159:18
192:24
300:14,18
302:22 306:3
313:16
314:15
**involves**
328:15
**Island**
20:7 227:18
233:8
**isolate**
124:17
**isolated**
155:24
**issue**
256:2
**issued**
70:9
**issues**
126:12
211:18
**Italian**
85:4,12

---

J

**J-A-E**
62:16
**Jacob**
4:13 5:16
25:16,19,24
40:8 57:19,
24 103:3,15
140:3,7,11,
17 141:19
151:21
158:13
171:3,5
173:15
174:12
175:10,20,23
176:7,24
177:5,25
178:2,14
179:6,13

Holly Shuster  Attorneys Eyes Only
March 11, 2024

180:20,23
181:22
183:17 184:7
186:18,21,24
189:8,11
191:15
192:24
193:16
197:10
198:10,15,
17,25 200:10
201:12,15,19
202:6 203:3,
8 204:5
206:25
207:16
208:21 213:7
214:22 215:5
220:2 221:8,
11,14,22
225:15 226:5
229:23
230:19,23
231:3,5,12
232:4,13
233:4 250:25
251:5,14
252:7,23
253:9,15
255:8,15
256:24 257:4
258:13,19
262:14,20
264:5 271:22
273:13
279:6,20
280:7,24
282:16
283:25
284:11 285:6
294:4,21
295:5,13,16,
22,25 296:6,
17,23 298:19
299:8 300:12
308:17 309:3
314:13,24
321:13
328:15

339:11
340:14,20,23
345:11
346:15,21
347:11,15,
19,21 349:16
352:15
353:23
354:24,25
355:25
376:17
377:2,17
378:6,15
**Jacob's**
179:16,21
180:9,16
227:19
**jacoblevy6**
197:5,25
**Jae**
62:15
**jail**
317:3,8,11,
14,16,21,24
**January**
136:14,19
137:8 138:2
172:25
178:7,11
258:10
274:25
276:12
303:20
304:12,15
379:25
**jargon**
304:25 305:5
**jazz**
28:8
**Jessica**
5:5
**JL**
41:3 205:23,
25 206:2,8
207:10,21
208:3,19
217:22

**JL1**
40:19
**job**
17:18,20
19:22 21:6,8
225:16
290:4,13
358:13
**Jobs**
75:18 78:25
**jog**
312:12
**join**
125:10
332:19
**joined**
44:11 125:17
147:16
148:14,24
**joke**
316:8
**Jonathan**
174:22,23,
24,25
254:16,23
255:22
256:11,14,18
301:21,22
302:9
303:15,21
307:2 308:4
**Jordan**
47:7 51:7
93:10 161:4
162:20
163:21
**Josephine**
34:4,7 35:7
36:2 38:24
**journal**
129:15,18
130:22
131:3,11,18,
22,24,25
132:3 232:2,
6,8,10
375:9,24
378:16

**journals**
129:22,25
130:3,12,13,
19 131:6,13,
14,16 376:2,
9,10
**judge**
139:2 381:2
**judge's**
140:18
**Julia**
26:5,8,9,11,
19
**Julia's**
26:6
**July**
178:12
**jumping**
254:19
**June**
20:8 27:3,4
178:12
206:14,21,23
311:10 374:4
**junior**
33:7 159:10

---

**K**

---

**K.A.**
170:17,22
**Kappa**
161:6,9,14
167:14,24
170:11
**Kat**
22:10,13,14
23:7,19
25:16,18
26:19
**Kat's**
22:11
**Katie**
62:15
**Keenan**
44:3,20

Case No. 1:23-cv-01149-NYW-KAS   Document 162-5   filed 08/23/24   USDC Colorado   pg 421
of 460

**Keenan's**
  44:6,7
**keep**
  23:6,8,9
  115:24
  132:16
  290:11
  302:12 303:2
  350:17
  353:15
**Keith**
  316:6,14
**kept**
  225:12
  376:3,4
**keyboard**
  268:22
**kicked**
  94:16 267:15
  340:15,23
  341:17
  345:12
  355:21,25
  374:11
**kidding**
  316:8,21
**kill**
  202:19,25
  251:11,15
  308:14,19
**killing**
  236:9
**Kimberly**
  5:19
**kind**
  84:7 169:25
  187:16 205:2
  244:5 264:15
  302:15
  332:24
  339:13
  361:14,15,24
  382:16 383:7
**kinds**
  193:19
**kiss**
  203:12 206:3

**kissing**
  203:13
**knew**
  92:17 94:25
  105:21
  154:19 159:2
  161:10,16
  164:7
  176:14,21
  236:12 238:2
  241:15,18,20
  253:5,23
  254:4 293:25
  313:19 316:6
  333:5
**knit**
  19:3
**know**
  7:11 10:16,
  23 21:10,12
  22:16 23:12,
  13 25:5,8,9
  30:6 33:16
  36:17,20,22
  40:21 41:6,
  10 47:3
  50:20 55:6
  56:20 57:15
  60:2 61:21
  62:25 69:15
  73:12 74:3,
  10,18,20
  80:21 81:17,
  21 82:7,9,
  13,25 88:18
  91:3 94:23
  95:14
  104:16,22
  106:7,18
  109:7,9,10,
  12 111:2,9
  116:16
  117:17
  119:13
  121:8,19,24
  122:2,7
  123:2,5,6
  127:9

  128:18,21
  129:9,17
  131:20
  134:6,23
  135:10
  140:13
  141:17
  142:12 144:8
  156:23
  157:13,14
  158:23,25
  160:10
  161:8,14,15,
  21 162:3,8,
  19,20 164:8,
  15 165:24
  167:11
  171:10,21
  172:6,11,17,
  19 173:6,9,
  10,13,23
  174:9,10
  176:21
  177:8,14,22
  182:21
  183:4,6
  184:25
  186:20
  187:6,12,15,
  18 189:22
  190:7 195:10
  201:22,24
  202:14
  206:13
  211:12
  212:22
  215:19,23
  218:11,16,
  18,19,21
  219:3,5,7
  221:3 223:6,
  15,16,17
  224:8,18
  226:7 227:13
  228:16
  229:5,6
  230:11,20
  231:7,8,24
  232:3,16

  233:2,6
  234:6,16,25
  236:11
  237:21 238:7
  239:6 240:17
  241:17
  242:22
  243:4,22
  244:8,22
  245:4
  246:15,19,
  20,22 248:23
  249:25
  250:3,13
  251:20
  252:10
  255:3,5
  256:22 261:6
  262:2 263:6
  265:19 267:4
  275:6
  276:13,16,18
  277:20,23
  290:5
  299:16,17
  300:17
  301:5,7,21,
  22 304:2
  305:10,12
  311:17
  313:6,10,11
  314:9,14
  317:2,9
  318:11,16,18
  319:11,18
  320:3,8
  321:5,6,7,
  19,22 324:9,
  16,24 326:16
  329:14,23
  330:25
  331:9,21,24
  332:12
  335:18 337:7
  341:4 343:5
  344:24
  347:24
  349:14
  353:3,8

Holly Shuster  Attorneys Eyes Only
March 11, 2024

356:11
357:3,13,14,
25 358:20
360:19
362:10 363:2
365:3 369:25
373:25
374:2,25
376:22
378:18,19
379:3,5,7
380:5,10,11,
21 381:18
382:8,19

**knowing**
91:12 95:7
143:23

**knowledge**
50:9,11
59:18 70:13
71:22,24
78:8 91:21
95:13 99:23
100:8
105:18,20,25
106:13
171:7,16,19
172:13
173:20 174:6
186:11 188:4
193:9 196:7
197:14
199:10 200:8
203:9 204:6,
20,24 205:5
211:14
218:14,24
219:19 221:5
224:11,20
229:4 230:5
233:25
236:8,17,20
240:6,11
241:23
249:21
252:17 254:6
263:4 265:5,
7 268:6

269:6,11
271:15
272:12
274:23
278:8,10
283:21,23
284:8 291:12
293:15 294:7
295:24 297:6
302:5 311:2,
21 315:10,
12,21 319:8
321:10
331:15 336:7
343:2 349:14
354:23
365:21 369:3
378:13
379:22 380:6

**known**
158:24
170:10

**Kyle**
134:17
135:16,17
136:5,8,11,
14,23 137:4,
12,16 142:2,
8,17,19
145:7,9
150:20
154:12 158:8
248:3,15
249:19,22
251:23
257:6,19
258:13,15,
16,19 294:17

---

**L**

**label**
338:22
**labelled**
327:25
**lack**
162:6

**Lane**
20:6
**language**
212:9 289:5
332:24
**lapsed**
293:18
**laptop**
152:24
**larger-than-**
35:12
**late**
33:24 35:3
157:23
**Latin**
71:20 74:11
**Laura**
5:14
**Lavin-bernick**
42:12
**law**
12:23,24
**lawsuit**
142:21 313:4
**lawyer**
331:20
**lawyer's**
194:23
**lawyers**
7:20,23
302:3
**lazy**
157:15
**leading**
249:16
250:7,15
**learned**
255:8,15
381:6,13
**learning**
19:3 57:12
**leave**
18:12 55:5
164:3 169:2
188:8 303:22
304:11 305:3
341:2,10,11

342:5,8
356:6 380:17
**leaving**
168:23,25
237:14
**left**
52:4 56:2
70:5,21
160:5 169:3
213:3,10,18
234:10 255:8
262:15 264:3
265:4 272:4
279:10
282:20 283:2
297:10
302:10 366:7
**legal**
5:2,6 304:25
305:4
**length**
56:21
**lessons**
28:2
**letter**
11:11 78:20
87:21 95:20,
24 100:16
102:7 264:9
374:6
**level**
30:6 159:22
**Levy**
4:13 5:16
25:17,19,24
40:8,13,22,
23 41:7
44:2,20
57:19,24
103:3,15,19
105:7,9,11
109:5 110:4
119:20
138:22 139:3
140:3 150:6,
19,21
151:12,22
158:13

Holly Shuster  Attorneys Eyes Only
March 11, 2024

171:3,5
174:8 175:10
197:10
198:10,15,
16,17,25
201:12,15
203:3,8
215:13,14
218:14
219:23
222:9,23
227:3
231:17,19
232:5,13
233:22 244:9
251:2 252:2,
8,24 253:15
256:24
271:22
279:6,20
280:7,11,24
282:16
283:25
284:11 285:7
287:19,24
288:24
289:12,17
290:3,15
293:8,15
294:4,22
295:5,13,16,
22 296:2,6,
17,24 298:19
299:8 300:12
304:21
305:10
308:18
313:12
317:25
326:21
328:16
337:23
339:12
347:15,19,21
352:15
353:23
354:21,25
355:7,15,25
356:5,10

357:2
Levy's
49:3 150:24
219:10
321:13
Liberal
102:3
Liberty
45:10,17,23
62:2,3 93:11
173:6 230:3,
4,14,18
231:4 264:2
291:5
309:11,22
314:5 320:6,
17 327:5,7
328:10
334:21
336:5,13,23
338:23
342:24
343:22
344:10
Liberty's
45:11 265:8
Library
41:24
Library/group
275:9
lick
203:15 206:2
licking
203:13
lie
360:15
lied
308:4
311:22,24
life
131:8 207:25
273:24
308:15,20
339:22
likes
380:12

liking
36:23
limit
159:19
196:14
line
253:18
264:10
278:24
279:3,4
342:21
lines
89:22 90:8
152:18
253:16
262:12
332:15
376:15
link
328:24 329:4
list
12:2,4 17:22
278:14,15
listed
12:8 155:7
202:2 262:3
322:20
listen
325:7 335:4,
9 338:11
373:2
listened
308:12
listens
237:12
lists
17:25
literally
117:5 119:17
202:19,24
264:12
litigation
232:20
little
63:13 83:7
94:14,21
97:13 109:17

112:18
113:20 116:7
176:23
181:24
203:17 208:3
213:14
242:11
284:15
315:15,16
316:2 329:5
361:18
368:4,19
369:15 380:4
live
21:23 35:6
36:14 37:17
39:19 40:8
43:15,24
45:9,13,16
46:13 47:5,
11,14 91:20
231:11,16,19
232:4,12
245:19
265:14,16,25
313:25
lived
16:2,3 21:25
35:8 38:18
39:2,9,10,21
40:4,13,22,
23,25 41:7,
8,11 43:12,
14,16,21,22
44:2,19
45:6,7,10,14
46:14 47:7,
8,25 50:14
51:6 92:14
94:24 109:2
180:23
229:18
239:24
245:20
265:20
liver
367:11,20,23
368:8,9,11

Holly Shuster  Attorneys Eyes Only
March 11, 2024

369:5 370:9,
18
**lives**
  29:15 30:15
  83:14
**living**
  19:10 34:2,
  4,6,8 92:11,
  21 144:15,
  18,21 180:18
  206:21
  236:15,25
  239:2,18
  245:25 311:4
  339:22
**LLP**
  4:21
**LMAO**
  318:24
**locate**
  129:21,23
**located**
  4:22 5:3
  17:8 20:6,17
  46:19 128:21
  329:23
**location**
  128:23
  200:23
  227:22
**lock**
  267:9
**locked**
  264:4 265:4,
  8
**LOL**
  114:11
**long**
  7:11 8:15
  16:2 20:7
  32:21 36:2,7
  45:13 48:2
  55:12 56:6,
  16 59:3
  67:10 68:4
  106:23 107:4
  113:16

123:25
158:24,25
177:24 178:2
192:7 227:18
233:7 286:5
304:6 334:9
**longer**
  12:22 55:19
  111:16 130:2
  218:25
**look**
  19:22 35:11
  38:11 49:8
  50:23 66:21
  72:5 101:22
  130:6 131:23
  146:8 174:4
  183:2 199:13
  207:10
  216:21 217:6
  235:14
  240:13
  243:15
  251:21 257:3
  259:10 270:7
  271:18 302:6
  306:6 322:2
  327:16,25
  328:17 330:2
  335:16
  338:18
  348:15 357:4
  359:9 375:14
  377:11,15
**look-out**
  369:24
**looked**
  51:2 70:18
  74:2 129:18
  130:8 136:23
  137:5 209:20
  212:6 219:3
  234:7 299:23
  358:15
  374:20
**looking**
  69:17 71:10
  113:6 218:6

247:24
269:2,24
270:3 307:15
348:10
366:11 368:6
382:11
**looks**
  87:22 88:4
  113:17
  134:20
  136:17
  214:19
  276:19
  277:16
  328:14,17
  329:12
  334:23
  357:22
  359:12
  380:12
**losing**
  159:20 324:9
  361:20
**lost**
  108:4 161:25
  162:12,18
  163:10
  359:21
**lot**
  17:23 18:21,
  25 19:2
  36:24 67:20
  94:13 109:19
  117:4 119:16
  134:2,3
  150:4 156:14
  157:6 176:16
  181:22 182:4
  289:24
  290:15 303:7
  307:8,16
  313:17
  359:25
  360:13 363:8
  370:3 371:19
  373:10,20
**lots**
  188:25

**Louise**
  34:4,7 35:7
  36:2 38:24
**Louisiana**
  223:5 340:18
  345:15
**love**
  64:11 183:20
  184:11 187:8
  207:15,16
  213:13
  316:21,22
  377:25
**loved**
  64:17 114:10
  186:21
  316:12,13
**lovely**
  208:20
**loves**
  378:2
**loving**
  226:14
  289:20
**Lowe**
  14:24 366:22
  379:10
**lower**
  116:5
**Lowerline**
  46:20 47:6,
  17 50:15
  51:7 52:25
  91:7,12,23,
  25 92:2,7,9,
  16 93:15
  94:24 95:7
**Luke**
  109:6
**lunch**
  169:15,22
  170:2,3
**lying**
  263:17 264:6
  338:13

Case No. 1:23-cv-01149-NWK-KAS Document 162-5 filed 08/04/23 USDC Colorado pg 425 of 460

---

**M**

---

**mad**
116:9
**made**
73:8 96:13
125:19
176:13
192:10 193:4
213:21
250:12
339:22
**magistrate**
139:2
**main**
66:17
155:15,22
**maintained**
29:5
**major**
31:14,19
**majority**
180:19
**majors**
75:18 78:24
149:3
**make**
6:17 20:19
116:21
117:2,7
118:10,19,21
119:3,9
127:22 141:6
147:20 157:9
167:7 190:13
191:16,18,
20,23,24
192:13
194:12
226:6,19,20
239:4,10
240:7 245:8
260:8 320:9,
12 337:21
348:5 349:6
355:12 359:6

363:5,23
366:11 367:2
375:11,17,21
**makes**
67:25 317:17
**making**
97:4 190:9
191:12
192:24
209:18 238:4
358:21
373:15
**malice**
314:20
**man**
290:8 317:3
**manage**
15:8
**management**
245:6
**manager**
135:7,17
245:9 273:7
300:17
357:16 358:9
**manager's**
137:20
**Manhattan**
21:22
**manifestation**
**s**
377:25
**map**
38:13 39:12
43:9 46:21
128:24 129:2
**March**
4:4 63:18,21
127:17,21
169:14,17
178:11
235:21
247:19,22
322:16 323:8
337:11,17
384:2

**mark**
37:22,23
48:10 69:21
89:4 134:7
247:5
**marked**
38:9 48:12
69:23 89:6
98:18,25
99:3,11,13
112:23 134:9
138:11,13,19
139:21 194:8
199:17,21,23
216:8,11
235:2,5,6
243:17,19,
23,24 246:25
247:7,10
259:15 270:9
274:15,17
286:16
301:19 309:7
322:4 327:18
356:24 357:9
375:5 378:25
**marking**
244:2 357:3
**marks**
218:22
**marriage**
202:9,12
**married**
210:2,6
**marry**
187:11 206:9
**master**
28:9
**Master's**
29:24 30:17
**masturbate**
290:18
**masturbating**
222:24
223:24 224:6
228:2
**match**

330:10
**mate**
183:21
184:11 187:5
**material**
141:2
**materials**
132:8 139:6
**matter**
4:13
**Max**
161:17
**maximum**
269:16
**Mcalister**
42:6,8
**Mcmahon**
140:8,11
141:20
**Mcwilliams**
42:23
**mean**
16:17 29:22
46:25 47:20
57:10 107:22
114:6,17
120:9 123:15
126:18
130:7,15
161:24,25
179:24
198:4,5
199:4 202:21
228:5 233:8,
20 242:12
246:17,21
254:6 280:23
283:11 292:2
294:10
296:14
317:13
319:11
321:11
328:23 332:2
337:3,24
340:3 342:13
343:10,12
347:5,8

Case No. 1:23-cv-01149-NYW-KAS   Document 162-5   filed 03/04/24   USDC Colorado   pg 426
of 460

350:5 353:12
358:12
363:8,11
371:18
378:17 383:4
**meaning**
71:16 74:6
**means**
50:3 74:3
118:15
143:11
182:21
183:5,8
196:14 202:9
246:16
301:6,8
352:21
353:9,11,18,
21 375:13
**meant**
73:23 195:16
202:15
253:7,25
329:19 354:9
**mechanism**
366:15
**media**
75:16 87:18,
23 102:14
200:17,21,23
201:17,19
206:12,13,19
215:4,24
216:4
**medical**
68:15,17,25
69:6,7 77:22
85:22,24
128:6,9,10
152:19
369:17
**medically**
68:12
**medications**
14:25 15:9
**meet**
8:3,10,15
9:4 14:15,17

25:16,19,24
61:23 97:9
169:21 171:3
241:20
248:20 272:5
273:5
296:18,25
299:11
300:22,25
321:23
322:23 323:9
359:2 360:4
364:14 373:5
**meeting**
10:8 81:15,
16 147:15
148:25
149:7,13,16
248:15 261:2
263:16,21
264:14
270:18,24
271:2 299:21
300:20
301:5,6,7,
12,15,16
302:23,25
303:14
307:25 308:5
358:20 359:5
360:2
364:17,22,24
365:23
**meetings**
303:7 366:4
373:23
**member**
105:23
373:25
**Memorial**
41:24
**memories**
181:23
184:21 222:9
304:21
**memorized**
342:20

**memory**
10:4,6 66:6
162:6
182:13,16
183:5,7,10,
19 184:9
188:13
222:15
223:14
225:21 236:2
256:4 258:17
291:24
299:2,5,9
303:13
304:23
305:14,15
306:17,19,21
308:3 312:12
354:24
361:19
**men**
159:23
**Menninger**
5:13,14 6:6
38:4 53:4,8,
15 63:15
86:6 98:23
104:17
112:20 122:5
126:16 127:6
139:10
140:3,7,11,
17 141:13,17
169:10
181:14 208:9
216:19,24
217:4,9,18
218:2 235:11
236:14
243:21
244:10
246:24
247:4,15
256:5,10
259:17 274:5
277:3 282:2
285:17
350:9,13

351:2 352:24
353:2
356:12,22
380:16,21,24
381:5,9,16
382:15,22
383:4,14
**mental**
103:12
152:19
155:13
237:4,7
242:6
**mentally**
226:16 228:9
349:20
351:17
366:10
**mention**
103:3 150:24
151:24
273:13
**mentioned**
210:18 257:3
259:4 349:25
**mentor**
80:22
**mess**
237:15
**message**
89:18,20
115:25
135:15,21,25
136:8,20
137:18 142:2
188:9 196:4,
13 220:24
235:25 236:6
244:20
272:7,10,20
296:24
297:3,8,9,
14,15,16
298:15,23
299:10,14
302:9 303:21
314:19
316:9,13

Holly Shuster   Attorneys Eyes Only
March 11, 2024

321:3 323:24
324:4,5
325:3,17,21
326:2,10,17
327:3 330:20
333:13
334:9,12,15
336:4,6,7
338:19
341:18
342:23
343:13,15,25
344:4,16,19,
22,23 345:3,
4 355:19
369:22
374:16,21
**messaged**
324:3 325:17
**messages**
10:7,11,12,
15,17 11:15
113:15,18
174:5,7
189:6 193:21
194:5 200:9
233:12
241:16,18,19
281:21
283:19,24
294:14 302:2
309:9
315:18,20
323:20
324:18,22
328:22
329:22
331:3,5,14,
19 332:4
333:9,16,23
335:2,22
337:2,8
338:6 357:21
**met**
8:4,12 9:6,9
14:19,21
61:24 62:3
169:7,9

171:5,10,12,
15 176:24
177:4,9,12
214:22,23
240:19 242:5
248:3,5,10,
13,18 260:22
271:5,6
300:5,8,11
323:10
**meta**
194:18
**metadata**
375:10,12
**Miami**
24:23 25:6
**Michael**
4:24
**micro**
17:25
**microphones**
4:8
**mid**
148:23 149:2
**middle**
33:24 44:16
45:22 171:9
246:6 278:23
308:10
328:25
**midnight**
263:11
**Mike**
379:24 380:6
**Mill**
233:11
**mind**
9:18 19:5,20
26:16 31:13
53:18
111:19,20
112:2 153:8
155:2 175:22
221:24
295:10
330:18

**mine**
24:20 223:23
265:9 313:12
**minimum**
96:15 97:2,
18,20
**minus**
75:23 78:25
**minute**
83:9 138:16
160:13 350:7
**minutes**
126:22
160:17 286:8
356:14
361:22
**misconstrued**
239:14
279:25
**misinterprete
d**
324:14
**misreported**
250:2
**missed**
157:21
**misspoke**
250:2
**misstate**
122:6,9
**misstates**
73:6 115:16
120:6,23
122:4 212:20
280:22 283:9
352:6
**mistake**
73:8 148:20
250:3
**mistaken**
73:13
149:10,13,14
**misunderstood**
195:12 295:9
324:13
**modern**
28:7 36:12

**mom**
169:21
309:22
**moment**
10:20 19:20
43:11 51:4
62:20 65:13
66:23 184:17
219:2 244:24
273:22 323:2
354:20
**moments**
227:14
**Monday**
9:7
**money**
81:21 82:2,
14 102:13
**mono**
34:23 35:4
67:2,5,9
**mononucleosis**
34:15 67:17
68:3
**month**
15:14 47:25
48:3,8 55:6,
7 93:23,25
95:7 107:3
113:16
146:7,19
172:6,10
174:2 177:15
230:11
292:15 358:2
**months**
18:18 19:7,
10,14,17
67:11 177:21
178:13,15,
17,19,21
179:2 258:2,
7,11 314:10,
11 325:25
326:11
334:19
339:23
343:24

Case No. 1:23-cv-01149-NYW-KAS Document 162-5 filed 03/04/24 USDC Colorado pg 428 of 460

months...i
  178:22
Montreal
  245:20
mood
  226:8 237:19
Morel
  6:10 275:6,8
morning
  5:13,18
  165:16
  302:11
  329:14
Morris
  45:12 62:2,3
  230:3 231:4
  291:5 336:23
Morris'
  173:6
mother
  12:22 33:9
  63:23 249:13
  261:21,22
mother's
  172:21,24
motion
  259:18
motivation
  153:10 156:2
mouth
  203:17,24
  206:6
move
  34:24 36:9
  91:12,19
  92:8,16,20
  95:6 98:16
  258:25
  259:11 347:4
  350:24 351:2
moved
  34:25 35:2
  36:6 47:19
  91:7 92:2,7
  376:18
moving
  47:21

multiple
  8:21 226:4
  288:7 292:24
  293:4,6
  348:19
  349:18
  352:16,18
  354:4 363:4
music
  262:16,20
  263:2

_____

N
_____

nail
  218:22
nails
  218:25 219:3
  220:17
naive
  176:23
naked
  290:16,18
name
  4:24 5:14,19
  6:8,9,10,11
  9:15 17:2,4,
  6 22:11,20
  26:6 29:8,9
  30:4 34:10,
  11 38:17
  43:18,19
  44:4,5,6,7
  45:11 48:22
  58:23,25
  59:2,7,9
  60:24 61:2
  62:20 70:6
  105:12,13,
  14,15 128:19
  133:10,14
  135:23 138:6
  150:25
  151:22,24
  158:18,19,20
  164:25
  174:20 181:2
  185:4,18,24

197:24
200:14
202:4,6
222:17,20
230:19
235:24
236:10
243:10,11
244:23
245:16,17,18
257:12,15,21
282:15
314:14
322:9,11
337:21
343:18
375:16
named
  26:5 34:8
  109:6 180:5
names
  43:4 62:13,
  25 63:3
  112:25
  113:3,4,5,9
  161:16,17
  183:17
  184:4,7,10,
  19,22 185:13
  186:4,6,8,12
  207:12
  228:15
narrative
  275:4 292:3
natural
  354:2
nature
  220:11 358:6
need
  7:16 101:22
  112:17
  126:22,24
  138:17,21,22
  160:13
  181:12
  241:5,8
  247:12
  281:24 282:4

336:18
346:23
356:13
382:16,25
needed
  96:2,9
  97:19,23
  98:7,9
  156:10
  239:16
  241:11
  273:21
  364:14,16
needs
  127:13
  139:14 244:9
  282:2 350:15
nerves
  378:6
never
  6:15 115:7
  160:4 171:24
  176:14
  184:23,25
  204:23
  207:14
  219:19
  229:17
  231:21
  237:12
  252:12
  294:4,20
  317:4,11,23,
  25 322:7
  342:5 344:21
  376:13
Newcomb
  42:18,25
Newcomb-
tulane
  96:12
newer
  36:14
nice
  184:12,14
  185:13,19,25
  186:4 203:19

Holly Shuster   Attorneys Eyes Only
March 11, 2024

| | | | |
|---|---|---|---|
| **night** | 16 269:17 | **numbering** | 73:5,9 81:23 |
| 108:2 159:19 | 274:25 | 38:2 | 83:5 86:3 |
| 161:20 | 277:22 336:9 | **numbers** | 118:11 |
| 162:25 | 347:9 | 101:12 | 151:15 |
| 163:2,7 | **notes/note** | 113:20 | 172:23 |
| 165:14 | 275:10 | 194:15 | 175:11,15 |
| 180:16 | **notice** | 278:16 | 177:19 |
| 202:22 | 89:12,15,17 | **numerical** | 181:11 |
| 263:10 | 90:15 99:18, | 328:3 | 188:20 189:2 |
| 302:15 | 21 | **numerous** | 192:3 212:2, |
| 355:10 | **noticed** | 248:11 249:5 | 19 218:4 |
| 359:22 | 224:4 | 287:18 | 219:12,17,24 |
| 366:13 | **notification** | 288:11,12,19 | 224:17 |
| **nights** | 196:17 | 289:10 | 255:17 |
| 179:18 | **notified** | 291:15,17 | 256:20 259:5 |
| **nighttime** | 196:20,23,24 | **nurse** | 260:24 |
| 225:5 | **notion** | 165:6,9 | 264:21 |
| **no-contact** | 226:6 290:10 | 370:8 | 265:12 |
| 280:12 | 346:5 | | 266:8,17 |
| 297:24 | **nourished** | | 267:11 |
| **nods** | 170:8 | ———————— | 283:8,9 |
| 6:22 | **November** | | 301:9 308:6 |
| **noncredit** | 15:17 173:24 | **O** | 321:17 |
| 96:20 | 177:3 | | 326:13 335:3 |
| **Nonetheless** | 201:16,20 | **oath** | 340:2 342:10 |
| 332:17 | 202:2 248:2 | 50:3 51:18 | 343:7 344:13 |
| **nonresponsive** | 249:3 250:15 | 54:12 181:25 | 345:6 346:3, |
| 350:9 | 255:6 256:19 | 335:20 | 8 347:3,16, |
| **normal** | 287:19 | 338:14 | 23 351:13 |
| 31:11 35:13 | 288:12,19 | **object** | 352:5,22 |
| 143:20 | 293:19 | 188:10 | 354:7 356:3 |
| **north** | 302:8,19 | 263:18 284:2 | 363:19 364:2 |
| 5:3 21:21,22 | 303:3,4,15 | 380:20 383:5 | 365:11 |
| 47:2 59:16 | 357:22 | **objecting** | 367:13 |
| **Notary** | **number** | 383:16 | 372:13 |
| 6:4 384:10 | 8:6,19 9:25 | **objection** | 374:12 |
| **note** | 38:4,20 | 11:24 13:11, | 377:12 |
| 4:8 97:11 | 39:5,16 | 22 14:3,7 | 379:13 |
| 262:2 | 82:10,12 | 16:23 19:8, | **objections** |
| 276:11,21 | 89:4 95:20 | 15 23:15 | 7:23 49:2 |
| 277:5,14,15, | 110:2 112:21 | 26:21 27:14 | 182:18 |
| 17 278:2,6 | 163:14 | 40:10 41:22 | 267:17,24 |
| 326:5 | 170:19 174:7 | 49:22 50:5 | 380:23 |
| **NOTED** | 197:2 199:14 | 51:3,20,25 | **obtain** |
| 384:4 | 236:20 | 52:13,18 | 75:20 85:6 |
| **notes** | 344:20 369:9 | 53:2,24 | **obtained** |
| 261:7,9,10, | **numbered** | 54:13,17 | 71:12 74:25 |
| | 101:2,4,11 | 56:18 58:17 | 75:22 |
| | | 60:16 68:2 | |
| | | 69:2 72:21 | |

Case No. 1:23-cv-01149-NMW-KAS Document 162-5 filed 08/04/24 USDC Colorado pg 430 of 460

**obtaining**
  326:20
**obvious**
  333:3
**obviously**
  375:19
  381:20
**occasion**
  8:23,24  21:4
  135:20
  288:5,16,23
  289:2,6,11
  291:3,13,17,
  22 292:4,6,
  8,9 368:24
**occasions**
  9:2 225:20
  287:18
  288:8,9,12,
  19 289:11
  291:15 293:5
  363:4
**occurred**
  108:21
  109:11 161:2
  265:11
**ocean**
  62:17
**Oceane**
  62:17
**October**
  173:2,24
  178:8,12
  202:16 203:3
  230:10
  243:12
  244:18
  245:13,21,23
  246:3,9
  278:3 281:15
  283:16
  287:19
  288:13,20
  293:18,19
**off-**
  92:11
**off-campus**
  46:19 128:16

180:18
**offer**
  14:5 145:15
**offering**
  136:2
**office**
  137:20,21
  140:12 245:6
**officer**
  270:25
  271:10
  364:10
**officers**
  271:3,5,14,
  21 272:14
  273:12 301:2
**offices**
  4:20
**Ohio**
  24:23 25:6
**okay**
  6:18,24 7:4,
  5,9,14,15,
  19,24,25
  36:20 38:15,
  25 39:6,25
  40:17 41:25
  42:7,17
  43:9,20,24
  45:5 48:21,
  24 49:13
  53:15 56:6
  60:20 62:13
  64:9 65:14
  66:9 69:17
  70:20 72:16
  73:21 74:18
  75:9 78:5,21
  79:23 82:11
  84:7 88:5
  98:23 99:24
  100:15
  101:5,13,19
  102:19
  104:24
  112:16,20
  114:2 119:6
  121:4 126:13

132:10 135:3
136:7 139:10
140:20 141:7
143:11,12,
13,17,18,22
144:9 147:13
148:23
155:23 160:3
169:12 180:2
185:17
194:12
195:18
196:15,25
197:9,13,16
198:24
199:13
203:10 208:9
211:22
213:16
214:4,12
222:12,20
229:22
230:13,22
231:9 234:23
235:13,19
236:23
238:7,17
239:3,21
240:4
244:11,15
245:7 246:12
247:3,5
250:4 252:3
253:22 255:6
260:9 262:11
267:9 270:7
271:4 272:18
274:14,21
276:13,19
278:22 279:5
281:7,10
283:18
285:17
286:13
287:16 289:8
291:25
292:6,7
299:20
300:22

301:17
305:19 313:8
315:24
316:4,5,14
317:17
321:11
323:11
324:15
327:16
330:3,14
331:23 332:9
333:19
334:20
335:23
342:22
343:14,16
346:14
348:17
350:13,21
352:3 354:14
355:18
356:23
358:6,15
359:9,12
360:7 361:23
367:10 370:6
371:3,25
372:21 374:4
375:2,18,23
376:14
378:5,22
379:9,23
380:13
381:19
383:18
**older**
  29:6,7
  171:18,20
  371:9,14
**oldest**
  131:18
**on-line**
  21:9 23:4
**once**
  33:4 139:19
  178:22,23
  355:3,14
  382:15

Holly Shuster  Attorneys Eyes Only
March 11, 2024

| | | | |
|---|---|---|---|
| one | 277:4,10 | opinions | originate |
| 6:20 7:2 | 280:19 | 123:9 | 323:21,25 |
| 8:22,23,24 | 282:15 | opportunity | 324:19,23,25 |
| 12:12 14:23 | 284:11 | 258:12,18 | 325:5 338:7 |
| 15:14 18:7 | 287:7,8 | 269:20 | Orleans |
| 20:7 26:18 | 291:3 | opposite | 58:14 92:12 |
| 38:21 44:16 | 292:20,21 | 178:18,20 | 168:17 |
| 45:23 46:14 | 303:10 | 179:3,5 | 308:14,19 |
| 48:6 53:18 | 323:13,16 | option | 309:3 311:4, |
| 59:5 62:18 | 328:2,5 | 290:9 | 11 312:22 |
| 63:16 72:2, | 331:6 332:7 | oral | outcome |
| 18 73:17,19 | 336:12 352:9 | 191:4,5,7 | 5:10 |
| 78:6 89:12 | 359:18 | 290:13,19 | outgoing |
| 93:7 96:2,22 | 366:13 | order | 28:18 |
| 97:19 101:2, | 367:24 | 9:17 37:25 | outside |
| 11 106:7 | 373:14 | 38:3 83:14 | 12:16,18 |
| 108:2,20 | 376:12 | 98:6 135:12 | 27:23,24 |
| 125:10 | 378:22 381:6 | 216:18,22 | 279:10 |
| 128:14 | one-year | 235:10,12 | over- |
| 137:22 | 340:6,11 | 280:12 | designation |
| 140:18 | ones | 297:24 | 383:17 |
| 143:18,20 | 12:4 101:14 | 314:23 | overtime |
| 147:16 | 143:15 | 326:21 328:3 | 353:15 |
| 148:13 149:2 | 167:23 | 340:17 | |
| 164:2,18 | 183:21 | 342:14,23 | |
| 165:2 190:14 | 198:25 201:4 | 343:6 | P |
| 192:6,16 | 214:13 | 345:14,22 | |
| 197:5 198:14 | 242:25 | 366:8 383:15 | p.m. |
| 201:23 | 254:10 | ordered | 89:19,24 |
| 202:21,23 | 280:15 | 341:2,9 | 127:17,21 |
| 203:6 209:20 | 373:13 | 342:5,8 | 160:19,22 |
| 210:2,13 | 375:20 | 356:6 | 169:14,17 |
| 221:4,6 | 380:25 | organize | 208:12,15 |
| 225:22 | open | 17:25 | 217:14,17 |
| 227:9,11 | 213:4,11,18 | Orien | 247:18,22 |
| 228:13,24 | 234:10 | 75:15 | 260:12,15 |
| 229:13 | 264:2,4 | orientation | 275:21,24 |
| 230:13 | 380:17 | 34:21 | 285:19,22 |
| 233:16 242:4 | opened | original | 323:8 |
| 243:19 | 89:23 90:2,6 | 136:20 | 356:18,21 |
| 246:25 247:9 | 237:23 | 143:24 | 371:17 372:2 |
| 248:23 249:2 | 374:21 | 148:20 | 384:2,4 |
| 251:18,23 | opinion | 314:18 | packaged |
| 252:3,11 | 339:16,25 | 344:18 | 196:8 |
| 254:9,15,23 | 340:5,8 | originally | packet |
| 258:23 | 342:7,9,13 | 55:15 145:14 | 199:12 |
| 259:3,17 | 346:2,5,7,13 | 313:14 | 214:10 |
| 269:12,24 | | | 234:22 331:4 |
| 270:2 272:22 | | | |

|  |  |  |  |
|---|---|---|---|
| 348:9 | 369:20 | 18,20,21,24 | 107:13 |
| **page** | 370:20 | 281:8,10 | 148:20 |
| 49:8,9,10 | 371:3,25 | 287:23 | 149:11 |
| 50:13 54:5,9 | 376:14 | 288:5,8,17 | 159:24 |
| 72:6 74:3 | 377:8,10,24 | 289:3,9 | 210:21 214:6 |
| 89:14 99:22 | 378:5 | 338:25 339:3 | 223:14 |
| 100:15 101:6 | 379:12,17, | 344:18 | 224:24 |
| 113:2,7 | 20,23 | **paranoid** | 233:10 250:4 |
| 114:3 120:4 | **pages** | 363:10 | 267:20 290:7 |
| 135:5 136:24 | 50:12 194:15 | **paraphrasing** | 292:14 |
| 143:8 197:4, | 199:16 | 264:11 | 310:25 |
| 17,19 204:14 | 200:24 379:6 | **parent** | 315:19,20 |
| 205:22 | **paid** | 12:12,13 | 338:3 348:22 |
| 206:13 | 19:25 20:3 | 13:16,25 | 366:17,20 |
| 207:19 | 81:22 82:3, | **parents** | 370:7 |
| 208:2,6,19, | 14 83:3 | 12:10,19,25 | **participate** |
| 23 209:5 | 91:19,22,24 | 13:4,9,13,18 | 27:20 |
| 210:13 | 95:6 | 19:11,21 | **participated** |
| 214:6,9,16 | **pain** | 21:25 31:18, | 193:8 341:4 |
| 244:19 246:6 | 234:3 289:24 | 20,21 79:23 | **participating** |
| 263:9 | **painful** | 80:2,3,6,8, | 5:16 |
| 272:16,17 | 204:23 | 11 82:5,23, | **particular** |
| 276:22 | 233:14,23,24 | 25 83:3,13 | 19:19 28:20 |
| 277:4,24 | **pandemic** | 90:17,20 | 150:23 |
| 278:5 286:19 | 28:21 63:11 | 91:11,24 | 161:20 163:2 |
| 287:10 | 65:23 | 94:25 95:6 | 199:12 |
| 296:21 302:6 | **paper** | 129:4,6 | 210:21 257:2 |
| 304:3 306:6 | 89:2 326:8 | 152:7 166:21 | 369:19 |
| 308:10 | 346:20,23 | 172:20 | **parties** |
| 309:14 | 347:2,9 | 307:18 309:2 | 4:7 170:17, |
| 315:25 | 349:11 | 310:5,12,15 | 20 243:25 |
| 316:4,11 | **papers** | 312:2,13,21 | **partner** |
| 318:19 | 185:20 | **parents'** | 147:23 |
| 319:22 | **paperwork** | 172:17,19 | **parts** |
| 320:16 | 369:18 | 380:11 | 154:15 |
| 329:2,11,12, | 370:20 | **Park** | 189:14 213:7 |
| 25 330:9,20 | **paragraph** | 15:24 | **party** |
| 331:16 332:6 | 96:23 | **parking** | 5:8 144:9 |
| 333:10 334:9 | 100:16,23 | 272:5,20,23 | 170:22 |
| 335:6,24 | 116:15 | 273:3 | 257:7,9 |
| 336:17 | 134:19 | 296:18,25 | **passed** |
| 343:15 | 145:22 147:8 | 297:5,11,12 | 34:17 67:11, |
| 344:11 | 151:3 217:7 | 298:19 | 13 110:22 |
| 348:12,14,15 | 250:24 | 299:12 | 161:22,23,25 |
| 354:14 | 253:4,13,14 | 318:24 | 163:25 |
| 359:10 | 255:11 | **part** | 272:18 |
| 364:18 | 256:23 257:5 | 54:19 77:16, | 361:25 |
| 367:14 | 278:13,17, | 19 106:5 |  |
| 368:20 |  |  |  |

passing
  81:18,20
past
  108:5 157:20
  196:14 237:8
  242:7 253:4,
  18,22 262:15
  354:15 362:6
  363:8 370:2
  376:18
pasted
  277:17
patch
  376:18
path
  275:5
pathetic
  213:11
Paul
  4:20
pause
  7:22
pay
  82:5,23
  83:14,16
  91:11
PDFS
  372:18
Pearson
  134:17
  135:16,17,20
  136:5,8,11,
  14,23 137:5,
  12,16 142:2,
  8,17,19
  150:20
  154:13,18
  155:17
  156:9,12
  158:3 248:3,
  16 249:20,22
  251:23 252:4
  256:24
  257:19
  258:15,16,19
  294:18
pediatrician

362:18
pen
  38:16
pencil
  205:18
pending
  7:12 17:22
  276:2 381:3
penetrated
  165:7,13
penetrative
  289:22
penis
  165:8
people
  27:18 62:12
  94:11,15
  110:2,3
  134:5 161:10
  162:21 181:2
  344:5
  363:13,24
perfectly
  265:24
perform
  28:10,11
  157:8
performance
  88:12
performed
  165:21
period
  39:22 40:24
  57:4,22
  58:3,5
  113:16
permanently
  276:17
person
  18:10 24:6,
  7,17 57:20
  68:25 69:5
  116:8 120:4
  121:17
  137:22 148:3
  150:10
  153:23

158:17
168:10,11
169:6,8
173:18,19
186:19
196:16
218:11
248:3,6,14,
21 300:9,10,
21 339:14,22
363:15 364:6
personal
  156:25
  326:23
personally
  142:18,22
  167:17
  347:13
pertaining
  335:12
pertains
  343:11
Peterson
  258:13
Philosophy
  75:17 78:21
phone
  23:10 24:17,
  18 168:10
  186:16
  193:15
  251:18,19,22
  261:16
  268:17,20
  269:3
  283:13,15,19
  284:11 302:3
  344:20
  359:22
  369:23
photo
  196:22
  218:9,12,15
  219:4
photograph
  11:11,12
  218:19

photographs
  11:6,7,9
  170:21,24
  189:8,10,18
photos
  132:10,13
  189:23 198:7
phrase
  319:11
  320:2,4
phrased
  53:12 355:6
physical
  226:6 301:16
physically
  111:25
  248:18
  300:20
pick
  4:9
picture
  206:20
pictures
  188:25
  206:16,17
piece
  88:25 326:7
  346:19,23
  347:2 349:10
Pilates
  19:2
pink
  37:15
Pixie
  371:14
place
  4:6 10:20
  16:25 34:11
  39:2,9,10
  41:13,18
  43:21,22
  45:6,7 62:20
  124:12 134:3
  145:24
  146:22
  149:19
  157:19

Holly Shuster  Attorneys Eyes Only
March 11, 2024

162:11 186:8
187:20
202:4,7
207:4,8
225:23
229:22
241:4,8
242:10
244:23
263:10
280:13
288:10,17,20

**placements**
17:22

**places**
33:15

**plainly**
304:24

**plaintiff**
4:13,16
48:25

**Plaintiff's**
38:9 48:12
69:23 89:6
99:13 112:23
134:9 138:11
194:8 199:21
216:8 235:5
243:17 247:7
259:15 270:9
274:17
286:16
301:19 309:7
322:4 327:18
357:9 375:5
378:25

**planned**
187:10,13

**planning**
166:22,25

**plans**
371:5

**play**
162:24

**please**
4:8 5:11,24
6:7,9,21 7:3
73:15 100:17

101:7 135:10
188:6,7
208:22
209:2,9,17
233:16 239:5
288:4 350:18
351:4,19
383:21

**pledging**
313:13

**plenty**
377:5

**point**
17:13 54:24
55:3,17
61:24 62:4
92:6 93:23
96:8,16,17
97:3 138:2
140:4 150:5
153:8 167:6
171:8 173:21
188:7 192:6
199:24 207:9
211:20
214:24
237:16
238:16
249:24
273:11
309:21
310:19
312:13
318:21
358:10
360:13
361:19
366:22

**points**
154:10 373:7

**police**
110:7,9
128:2,5
270:13,17,
19,22,25
271:5,10,14,
21 273:12
274:9 299:22

300:5,11,25
301:12
302:21
303:10,14,22
304:12,15
305:4,16
306:8,15
307:3,4,18,
20,21,25
308:5
363:20,22
364:10

**Policies**
97:8

**portion**
38:14 98:19
134:13
138:20

**portions**
99:5 382:6

**Positano**
276:24
277:9,18,21

**position**
18:8

**positive**
55:20

**positives**
56:2

**possess**
131:15,16

**possibility**
307:22
360:18

**possible**
57:23 72:25
95:5,15
111:6 135:7
153:11
154:14 156:5
182:3
306:23,25
307:10 308:9
335:15,16
360:11

**possibly**
157:17 229:6

297:8 324:13
367:25

**potential**
369:5

**potentially**
210:6 367:11

**practicing**
12:21,22
19:2

**precautions**
363:3,5

**preparation**
8:2,10 9:12
10:9 11:23
190:15

**prepare**
14:16,18
194:2

**prepared**
114:21
120:14
169:18,20

**preparing**
270:14

**present**
9:8 159:24
228:17,19
257:8

**presented**
379:3,4

**presently**
252:10

**preserve**
259:20

**pressure**
314:6,7
315:13

**pressured**
231:16,19
232:5,12
315:14,15

**pretend**
94:4 225:13

**pretended**
94:8

**pretty**
170:5 314:18

Holly Shuster   Attorneys Eyes Only
March 11, 2024

332:16,25
361:17,23
**prevent**
132:21
133:23
**preview**
208:3
**previous**
120:4 139:16
189:4 343:14
**previously**
6:14 180:7
324:3
325:16,21
338:8 342:19
**prior**
20:3 211:25
314:11
325:25
334:19
**prison**
316:21
**prisoner**
205:12
**private**
4:10 327:4
**privileged**
181:17
**probably**
85:18 116:19
117:4 118:5
119:16 271:9
277:16
382:21
**probation**
84:8,11,14,
16,20 86:16,
19 87:12
99:19 100:6,
19 101:9,14,
18
**problem**
226:17
330:19
380:13
**problems**
152:19

232:24 233:3
236:24
367:11,20,23
369:5 380:18
**procedure**
139:8 383:16
**proceed**
147:6 351:14
**process**
47:21 74:24
77:4,8,15,21
85:19 88:11
102:24
231:15
245:14
249:23
326:20 371:6
**processed**
315:4
**produced**
143:3,6,12,
15 195:5
252:18 302:3
309:9 327:21
331:20 381:7
**producing**
195:16
382:10
**product**
261:8
**production**
49:4 132:7
194:23 330:7
**Productivity**
276:11,21
277:5,15,25
**professionals**
347:8
**professor**
80:22
**professor's**
60:24,25
**program**
29:25 70:22
71:3 102:2
**progress**
96:13 97:5

373:15
**progressed**
86:25
**prompted**
153:21
**promptly**
382:8
**pronouncing**
275:7
**pronunciation**
97:6
**proof**
336:19
**protect**
363:13
**protection**
9:17 314:24
326:21
**protective**
216:17,21
383:15
**protein**
170:6
**provided**
50:4 158:11
358:14
**provision**
216:23
**Psych**
71:14
**psychological**
182:12,16
**psychology**
71:14 72:3
75:6 182:22
**PTSD**
310:3,11,16,
23 311:20
**Public**
6:4 384:10
**pull**
142:16,18
**pulled**
142:23
**pulling**
251:22

**Purdue**
22:14
**purple**
37:15
**purpose**
133:21
239:19
326:16,24
**purposes**
200:2 357:2
**pursue**
298:8
**Push**
318:23
**pushed**
202:18
297:22
**pushing**
290:11
**pussy**
116:7
205:18,23
**put**
38:20 39:5,
16 40:2,19
41:3,4 68:14
84:7,10
98:14 146:10
147:23 158:5
241:3,12
280:12
286:13
295:17
296:22
316:6,15
317:24 328:2
345:23
380:25
**putting**
116:24 119:7
151:13,18
241:21
314:6,7
317:16,20

Holly Shuster    Attorneys Eyes Only
March 11, 2024

**Q**

question
 7:17 53:13,
 17 72:23,24
 73:10 83:11
 92:15 107:8
 126:10
 132:24 139:7
 183:16
 195:13 259:6
 263:19 276:2
 280:5,18
 282:3,6
 284:3,6,14
 295:9,11
 330:18
 331:22 333:8
 337:14
 350:14,22,23
 351:5,9,11
 353:7,8
questioning
 127:12
 138:21
questions
 6:21 7:3,12,
 22 127:23
 140:23 292:5
 353:15
 356:15
 380:14,15
 381:20
quick
 383:7
quickly
 313:18
quite
 10:13 27:17
 62:12,14
 65:15 161:10
 182:20
 202:21 211:6
 221:12
 271:24 312:6
 329:18
 331:17 335:5

340:4 354:9
359:4

**R**

R-E-V-A
 59:11
R-E-Z-A
 58:24 59:12
R-O-B-I-N
 158:21
RA
 153:16,24
 236:7
 241:16,19
 242:5,21,23,
 24 243:7
RA's
 236:10
Race
 75:14
range
 113:11,13
rape
 120:5 294:9,
 12,20 295:4,
 15,21,25
 296:7 355:22
 356:2,10
raped
 114:16
 115:13
 116:17
 117:13,18,22
 120:9,22
 121:3,5,9,
 14,22 122:3,
 8 147:9
 148:17
 346:16,21
 347:15,19,21
rapes
 347:10
rapist
 319:23 320:6
rate
 20:22

rationale
 323:19
raw
 368:3,14
razors
 237:23
 238:11,20
re-enroll
 96:6 98:9,13
re-read
 275:25
reach
 80:15 110:10
 132:25
 167:13
 239:17
 241:15,19
reached
 80:19,22,24
 110:12
 136:22
 137:4,12,16
 145:6,14
 237:16
reaching
 135:4 243:13
react
 369:12
reaction
 112:8
read
 51:5 53:21
 73:2 74:5
 100:21
 115:22
 116:10
 117:10,16,
 19,20 118:3,
 7,8 138:17
 144:25 148:6
 149:24,25
 201:25
 203:10 211:6
 233:15,17
 260:7,17
 263:7 275:17
 276:3 284:16
 305:7 351:6

374:23
375:20
378:17 380:4
readily
 94:10
reading
 88:25 115:24
 150:16
 188:11 213:5
 253:13
 260:3,5
 276:7
readmission
 99:21
 100:10,13
readmitted
 95:16 99:21,
 25 100:3
reads
 88:16 89:14
 114:3
ready
 134:4 147:14
 257:11,15,22
 258:3 307:14
 359:4 370:21
 373:9
reality
 154:17
realized
 141:3
reapplied
 98:12
reapply
 95:16 96:3
 98:7,13
reason
 7:14 19:19
 60:6 144:5
 148:4 152:9
 155:22
 166:17 167:5
 242:24
 258:21,23
 259:3,7
 320:22

Case No. 1:23-cv-01149-NYW-KAS  Document 162-5  filed 08/04/24  USDC Colorado  pg 437
of 460

| | | | |
|---|---|---|---|
| **reasoning** | **received** | **recollection** | 208:10,12,15 |
| 59:24 60:3,5 | 90:23 100:4 | 69:18 85:16 | 217:14,17 |
| **reasons** | 142:4 145:9 | 108:25 | 233:17 |
| 60:9 66:15 | 194:19,24 | 111:24 | 244:5,6,8 |
| 89:16 92:19 | 195:23 | 125:12,18 | 247:16,18,22 |
| 102:23 | 197:10 | 128:3 129:13 | 259:20 |
| 155:6,8 | 198:10,12,20 | 132:12 | 260:9,12,15 |
| 312:6 340:4 | 199:7,9 | 133:4,8,12, | 275:13,16, |
| 359:2 373:5 | 244:21 | 19 135:15 | 21,24 276:3 |
| **reassignment** | 296:17 | 137:25 | 284:16 |
| 144:22 | 314:23 | 141:25 142:6 | 285:19,22 |
| **recall** | **receiving** | 144:20 | 323:2,4,5,8 |
| 12:5 42:5 | 90:14,16 | 151:23 155:5 | 351:6 |
| 43:10 46:2 | 197:11 | 159:4,11 | 356:18,21 |
| 51:6 57:11 | **recently** | 165:20 | 380:25 |
| 61:16 67:23, | 68:19 145:23 | 171:13 172:8 | 381:25 384:2 |
| 25 74:24 | 146:21 | 174:15 | **recorded** |
| 80:14 81:15 | 271:18 | 177:11 | 53:22 73:3 |
| 83:18,21,25 | 326:11 | 179:4,8,17 | 233:18 276:4 |
| 85:21 88:24 | **recitals** | 180:25 | 284:17 351:7 |
| 89:3 90:14, | 28:11 | 181:5,9,19 | **recording** |
| 16,24 110:3, | **recognize** | 182:5 186:23 | 4:5 383:24 |
| 5 130:13,15 | 38:12,13 | 192:13,21 | **records** |
| 136:22 137:3 | 48:14,16 | 193:13 199:6 | 10:21,24 |
| 154:7 168:7 | 69:25 70:2 | 203:5 209:11 | 11:2,3 12:6 |
| 169:3 | 89:8,9 | 238:19 | 244:3 347:7 |
| 187:19,23 | 99:15,16 | 248:21 | 349:14 |
| 188:8,18 | 112:25 | 262:23 272:7 | **recovering** |
| 189:21 190:9 | 113:3,22,24 | 275:14 | 360:3 |
| 191:11,14 | 134:15,16 | 288:18 | **recovery** |
| 192:24 | 138:15 | 294:15,19 | 100:20 |
| 209:18 | 141:22 | 297:9 300:7 | 101:16 |
| 225:15 | 143:19 | 355:4 361:2 | **red** |
| 250:14 263:8 | 163:24 | 362:23 | 131:24 |
| 265:3 | 194:10,11 | 377:18,22 | **redacted** |
| 267:14,16,18 | 195:19,22 | **recollections** | 235:24 |
| 268:2 270:18 | 200:4 218:9, | 186:2 | **refer** |
| 271:13 | 10 235:17 | **record** | 119:10 319:6 |
| 284:23 285:3 | 244:13 | 4:3,7 6:9 | 342:22 |
| 308:24 | 259:21,23,25 | 53:21 63:18, | **reference** |
| 309:11 | 260:2,4 | 21 73:2 | 119:24 |
| 358:17 | 261:13,15, | 127:15,17,21 | 151:21 |
| **receive** | 17,19 274:19 | 139:24 | 210:17 |
| 135:12 | 286:18 322:6 | 140:2,22 | **referenced** |
| 136:7,10 | 375:7 | 141:8,10,14, | 323:21,24 |
| 379:16,18 | **recollect** | 16 160:16, | **references** |
| 382:16 | 179:23 | 19,22 | 263:9 |
| | | 169:14,17 | |

Case No. 1:23-cv-01149-NYW-KAS   Document 162-5   filed 08/04/24   USDC Colorado   pg 438
of 460

referencing
  138:5,8
  297:11
referred
  17:21 73:25
  183:20
  212:11,13
  289:3
referring
  81:11 96:5
  100:14
  103:13
  118:18,21,24
  119:5,12,14,
  19 148:8,11
  150:9,16
  151:7 153:6
  202:11,13
  209:22
  211:3,5
  212:16,22
  255:19 277:7
  288:5,7
  305:6 313:7
  319:12,19
  321:3 333:4
  344:3 374:3
  381:13
refers
  71:22,25
  72:10,12,15
  162:5 182:21
  246:22
reflect
  315:2
reflected
  200:18 236:3
  270:23
reflection
  154:25
reflects
  194:23
refresh
  66:6 69:18
  209:10 236:2
refused
  220:9 289:21

refusing
  117:6
regard
  120:3 135:4
regarding
  13:9
regret
  332:24
regular
  193:20
regularly
  251:6 365:5,
  6
rejoin
  139:4
related
  5:8 145:13
  244:3
relates
  276:23
Relations
  16:13 85:3,8
  86:13
relationship
  29:5 58:14
  65:25 66:11,
  13 79:13,16
  103:19
  105:8,10
  106:24 107:2
  109:14
  118:16,25
  175:9,13,19
  176:18 178:5
  179:7 181:21
  221:17,20
  278:19
  293:17,25
  296:2,12
  340:6,12
  346:15,22
  355:16 358:7
  366:7 376:9,
  10
relevance
  264:15

relevant
  132:8
relief
  286:20
remain
  382:7
Remarkable
  132:4 375:9
  376:6 377:16
remember
  11:4,13,16,
  20 12:8
  14:13 17:6,9
  20:21,23
  23:2,16,24,
  25 24:4
  26:25 32:6,
  7,16,18,20,
  23 33:11,14,
  25 35:12,14,
  24 36:7,16,
  19 37:2,8,14
  42:10 43:4,
  7,17,19 44:5
  45:3 46:4,6,
  12 48:19
  50:25 51:2
  53:11 54:2
  55:7 56:11
  57:14,18,19,
  21,25 58:12
  59:2,6,8,23
  60:9,12,25
  61:10 63:2,
  10 64:5,13
  65:5,12
  66:19,22
  67:3,21
  68:4,6,8,16
  69:4,12,13
  75:8 76:8,
  10,12 77:6,
  9,11,23,24
  78:2 79:9,25
  80:5,9,18,24
  81:3,9 84:3,
  15,17,19
  85:23 86:17

90:5 91:17
93:4,5,12,14
94:2 95:3
100:18 101:7
102:22
106:21
108:5,14,23
109:25
111:5,8
112:7,10
124:16,18
125:8,15,23,
25 126:3
128:8,23
131:12
136:6,9,12
144:24
146:6,18
154:9 160:6
162:12,22
163:3,5
164:16
168:14
172:4,9
174:15
175:7,19
177:23
183:25
184:3,4,6
185:10
188:15,16,
21,23 189:4,
18 190:12,
23,25
191:17,19,
22,24 193:3,
22 197:11
204:7,8,10,
12,13 206:15
215:6,8,10,
11 220:22
222:13
223:2,7,9,
11,20,22
224:8,25
225:17,19,
23,24 226:3
227:24
228:3,5,7,11

Holly Shuster  Attorneys Eyes Only
March 11, 2024

232:3,17
234:11,12
236:11,22
241:14
243:10,11,13
248:15,17,25
250:17 252:6
254:19,21
258:6 266:4,
10,13,19,20
267:2,6,8
268:9,15,18
270:2,4,21,
24 271:2,8,9
276:7,15
278:12
285:11,12,13
289:12
291:4,13,16,
17,19,20,21
292:3,6,8,
11,12,15,16
299:8,24
300:20,24
301:3,5,12,
15 302:20,
23,24 303:5,
12,17 304:2,
13,14,17
305:17
307:24 309:4
311:15
312:9,24
313:5 317:9
320:5 324:11
326:6,9,22
327:10,13
335:15,17
336:9 355:7,
13 356:11
359:8 360:9,
21,23 361:4,
6 363:21
364:13,18,
21,23
365:14,24
367:5,7,9,
16,18 368:15
369:5,16

370:16,17
372:20
373:2,11
378:21
379:21
**remembered**
54:4
**remembering**
60:14,18
**remind**
71:2 214:21
**reminding**
300:2
**reminds**
71:5
**reminiscing**
371:21
**remote**
17:17 57:12
**remotely**
17:15
**removed**
335:13
**removing**
160:9
**Renaissance**
85:5,12
**rent**
91:19,22,24
**repeat**
53:20 63:6
284:14
337:13 351:4
**repeatedly**
114:18
120:12
176:11
234:15
290:24
**repeating**
53:18 281:23
295:10
330:18
**rephrase**
295:12
**replicated**
134:21,25

**report**
128:4 133:13
166:3,5
240:19
242:2,21
250:12
271:21
272:11
300:16 356:7
**reported**
127:25
146:15
240:23 241:7
251:23 256:7
363:16
**reporter**
5:5,24 6:24
53:20,22
73:3 139:23
141:7,11
233:18 276:4
284:17
322:25 351:7
382:11,13
383:19
**reporting**
144:2 235:20
236:23
240:14
244:17
247:25
363:21
**reports**
250:25
300:17
**represent**
231:14
**represented**
18:4
**represents**
200:7
**reproduced**
247:11
**request**
208:7 241:4,
13,22
323:22,25
324:19 338:7

**requested**
76:16 153:17
**requests**
49:4
**reread**
145:4
**residence**
15:22,23
39:11,23,24
45:8 46:5
227:18
230:6,8
246:10
288:22
289:15
**Residences**
46:3
**resident**
235:23,25
**residents**
379:11
**residing**
47:17
**resolution**
242:2 322:9,
12,16 341:5,
9
**resorted**
226:22
**resources**
166:6,8
358:14
**respond**
251:11,16
**responded**
116:12
**responses**
49:3 164:16
198:22
353:13
**responsibilit
y**
363:13
**responsible**
323:14,17
**rest**
34:19 45:14

Holly Shuster  Attorneys Eyes Only
March 11, 2024

87:25 88:3
211:6 338:22
339:2 348:8
351:20
352:13
378:11

**restate**
7:4

**restraining**
314:23
340:16
345:13,22
366:8

**restroom**
127:14
285:24,25

**result**
88:11
123:11,17
125:21 128:7
363:4

**retaliation**
298:8

**returned**
52:11,24
100:7

**Reva**
59:3,10

**review**
9:11,24
10:7,10,12,
21 11:6,14
48:17 68:21
132:7
179:10,12
190:14
193:25 194:4
270:12
275:16 382:5

**reviewed**
9:14,16,17,
20 10:2,13,
15,23,25
11:7,10,17,
21,25 12:6
48:19 49:21,
25 70:15
260:19

274:21
342:18 343:5

**reviewing**
234:20

**revise**
104:20

**revised**
102:2

**Reza**
58:24 59:4,
12,14,15

**right**
6:7,20 7:8,
18 8:9 9:18
11:4,13,16
12:3,9,11
14:14 17:2,
7,10 19:5
23:17 26:17
31:13 32:3,
17,24 34:11,
15 35:14,25
36:11 39:19
42:2,22,23,
24 43:5,8
50:9,16,25
51:16 54:3,
6,10,21
58:2,9
61:11,18
63:22 64:24
65:4 66:2,4,
19 67:3,21,
23,24 70:5,8
72:5 74:4,8
77:6,19
78:18,22
79:3,4,21
80:10 84:18
86:13,22
88:21 90:9
94:17 95:19
96:3 100:7,
21,24 101:2,
11,16 102:5,
8,11,17
104:13
108:22

112:9,15
114:4,7,12
116:13
118:3,16
120:17 121:5
122:14
128:22 132:5
133:5,9
137:11
141:13,21
144:16
145:20
146:2,5,16
147:3,6
148:9,14
149:8,14,24,
25 150:14,15
151:2,20
152:10,15,19
153:12,18,23
154:19
155:18
157:10
160:23
161:17
171:5,11
173:20
174:14
178:18 179:7
182:23
183:13 184:6
185:8 186:4,
9 187:21
197:3 201:2,
3,5 204:23
205:4,8,12,
20 206:9,22
207:2,9,17,
25 208:5,16
210:6,12
211:14
212:18
213:3,4,10
214:4,8,11,
14 217:4
218:25 219:2
221:10,24
224:20 226:9
228:12 232:6

233:8 236:13
237:5,12,24
238:8,14,23
239:8,24
240:5,10,13,
17,21 241:9,
16,22 242:15
244:18
247:15,17,
23,24 251:2,
17 252:16
254:8
257:13,20,23
258:10,20,24
259:9 260:16
263:17,23
265:21
267:10,15
269:22
272:11,15,
21,24 273:3,
11,14 275:7,
25 276:6,10
279:6 281:8
283:13
284:21
287:7,14
290:25
294:18
299:14
301:24
303:9,11
305:24
306:23
309:19
310:20
311:11,18
316:12,19,23
317:22
318:5,10
319:23
320:14,20
321:16
323:14,22
324:8 325:14
328:7 329:9,
20 330:9
331:2,6,11
332:13

Holly Shuster  Attorneys Eyes Only
March 11, 2024

| | | | |
|---|---|---|---|
| 333:23 | 317:11 | 22 256:6,11, | 25:16,18 |
| 334:4,13,22 | **role** | 14,18 263:17 | 26:19 |
| 335:2,5,23, | 106:8,10 | 264:5,6,12, | **Ruby's** |
| 25 336:5,11, | **romantic** | 23 265:2 | 22:20 |
| 20,23 | 105:10 | 266:2,4,7, | **ruined** |
| 337:12,17, | 293:17 | 11,21 | 308:14,20 |
| 21,25 338:9, | **roof** | 267:10,22,23 | **rule** |
| 14,23 339:5, | 167:16 | 268:3,5,11, | 140:18 |
| 23 340:18 | **roofied** | 13 273:8 | 259:18 |
| 341:22 | 359:22 | 279:8 281:19 | **rules** |
| 342:19 | 360:9,10,20, | 291:6 | 6:17,21 |
| 344:12 | 21,24 361:3, | **rooming** | **rumor** |
| 345:2,5 | 5,9,10,13 | 55:23 | 116:23 |
| 348:14,15 | 362:4,9,22 | **roommate** | **run** |
| 353:24 | 363:4,6,22, | 36:3 126:7 | 269:14 |
| 356:12 | 24 364:5 | 144:23 | **rundown** |
| 357:24 | **roofy** | 152:13 | 262:13 |
| 358:22 | 363:14,24 | 153:22 154:6 | **rush** |
| 359:21 | **roofying** | 155:9,14 | 59:20 60:6, |
| 366:25 | 363:15,17 | 180:2,4,5 | 11 68:24 |
| 367:3,9 | **room** | 228:17 | 69:5,8 |
| 369:20 | 12:14,15,18 | 236:24 237:3 | **rushing** |
| 370:23,25 | 35:10,13,15, | 240:24 242:5 | 149:22 |
| 371:16 | 16,19,20,21 | 263:25 | 376:20 |
| 372:12 | 36:24 37:4, | 266:22 | |
| 373:18 | 6,9,11 44:9, | **roommate's** | |
| 374:11,18,22 | 17,18,19,25 | 152:18 242:6 | **S** |
| 375:2 376:24 | 45:3,23,24 | **rooms** | |
| 377:6 379:9 | 46:2,5,9 | 36:4,9 | **S-E-R-T-R-A-** |
| **right-hand** | 55:14,15 | 44:13,15 | **L-I-N-E** |
| 113:21 143:9 | 56:3 108:3,6 | 45:19,21 | 15:4 |
| 194:13 | 109:4,8,11 | 228:22 | **S-H-U-S-T-E-R** |
| 303:19 | 140:19 | 265:15 | 6:12 |
| 327:21 | 152:22 | **rough** | **safe** |
| **ring** | 153:17 | 262:15 | 145:24 |
| 202:5,7,9,12 | 162:23 | 305:19 | 146:22 |
| 303:5 | 179:16,18,22 | 371:11 | 159:25 237:9 |
| **Rivkind** | 180:9,16 | 376:18 | 239:4,5,10, |
| 4:21 | 192:15,17 | **roughly** | 11,24 240:8 |
| **road** | 224:9 | 42:20 | 242:10 |
| 100:20 | 228:20,24 | **rub** | 297:23 |
| 101:15 | 230:6,7 | 203:21,23 | **sales** |
| **Robertson** | 236:15,18,20 | **rubbing** | 20:9 |
| 358:7,8 | 237:15 | 205:18 | **sandwich** |
| **Robin** | 239:5,10,23 | **Ruby** | 170:5 |
| 158:20 | 240:3,8,20, | 22:10,19,24, | **sat** |
| 160:24 | 25 241:3,12, | 25 23:7 | 290:21 |
| 162:20 | 21 255:8,14, | 24:9,10 | 306:15 307:3 |

Holly Shuster  Attorneys Eyes Only
March 11, 2024

313:25
**satisfactory**
96:13 97:4
**satisfactory/**
**unsatisfactor**
**y**
96:21
**satisfy**
86:15 101:14
**Saturday**
263:10
**save**
196:13,15,
18,19,22,24
308:22
**saved**
194:19,24
195:20,25
196:20
198:20 199:7
215:5,24
216:3 336:19
372:18
**saves**
196:14
**saving**
83:13
**saying**
59:11 101:7
166:25 182:5
184:21
188:8,15,16,
18,22,23
189:4 204:2
228:8 253:5,
23 263:11
270:21
272:4,8
283:7 303:11
307:22
308:13,18
319:17 331:8
335:15
346:10 350:2
351:23
353:23
**says**
38:24 48:24

50:13 70:9,
21 75:15
89:22 90:8
100:17
113:12 114:9
115:10,25
117:3 120:8,
18 122:11
135:23 142:4
144:15,17
147:8 186:13
194:18 197:5
200:11,23
207:19
209:24 213:6
235:20 241:6
242:4,16,20
244:25 245:7
248:8 249:12
250:9 251:3,
4 252:8
253:10
264:9,10
275:3 276:11
278:2 280:20
286:19
305:23
312:16 319:4
322:8,13
323:19,23
324:6 325:15
328:16
329:10
330:4,21
331:2 332:16
336:21
340:14
369:22
370:20 371:2
373:14 374:5
375:23
379:24
**scare**
176:6
**scared**
116:8 147:18
152:21 157:4
175:23

176:3,5,17,
19 298:7
304:7 313:15
314:21 362:3
**Scarsdale**
21:15,16,17,
18 25:10,12
362:16,18,19
**scheduling**
38:3
**school**
21:14,15,16,
24 22:4,7,8
23:3,5,14
24:21 25:8,
9,11,13
26:3,15
27:13,21,23,
24,25 28:15,
24 29:4
30:6,10
31:5,7,9,15
33:7,17
34:20 58:19,
22 61:14
74:17 92:13
102:3 124:7,
14,23 125:5
130:4 145:25
146:23
152:24 153:8
156:2,5
157:7 159:8
207:23
211:13,16
212:7 250:21
321:12,15
332:18
337:16
340:17
341:10,12
345:14
362:13,14
365:15
**science**
65:3 70:22,
23

**scope**
216:17
**scratch**
220:3,16
**scratches**
219:14,19
**scratching**
220:23
**scream**
153:22
**screaming**
237:20
**screenshot**
328:18 329:4
**screenshots**
261:25
**second**
20:13 39:2
49:9 61:13
74:3 75:10,
13,21 78:11
86:21 88:6
97:16 100:15
126:7 134:19
137:9
162:15,16
164:2 197:4
201:23
224:13,15
237:20
250:21,24
255:10 263:9
272:17
277:24
287:12
323:16
326:14 328:2
**section**
127:12
278:15
**sections**
376:23
**see**
30:12,19
39:12 40:15
41:13 42:19,
24 49:6,7,

Holly Shuster  Attorneys Eyes Only
March 11, 2024

13,15 50:17
51:9 52:19
55:22 57:24
70:10,11,24,
25 71:9
72:4,7,8
78:23 79:22
84:23 86:14,
23 88:15,21
89:25 90:10
101:3,12
113:20
116:2,8,18
118:2 134:19
136:3,4
139:17
140:10
143:7,10
144:4,12,13
145:16,18
147:11,12,19
152:25 153:2
167:5 179:21
180:8,12,15
188:13
194:15,16,
19,21 195:6,
18 197:2,6,
8,17,21
201:3
205:21,25
206:7,10
208:2,6,23
210:3,4
213:25 214:2
217:7 219:9,
13 231:10
246:24
247:14
249:10,11,
17,18 250:18
251:12,13
253:19,21
255:9 257:9,
10,14 258:21
262:18,19
263:13,14
274:24
275:11,15

276:24
278:3,4,18,
20,21 279:3,
4,14,15
286:20,21
287:9,15
302:16,17
304:9,10
305:13,20,22
306:13,14
308:15,16
309:15
310:7,8
316:9,10,16,
17 317:5,6
318:6,22,25
320:15,23,24
321:3 322:8,
11,14,15,18,
22 323:11,18
324:20,21
327:6,12,20,
22 328:6,8,
11,12 329:3,
17,18,22
330:3,6,23,
24 332:22,23
333:12,16,18
334:3,7,10
343:20 344:9
348:12
354:18,19
355:23,24
357:11,12
359:18
368:22,23
370:4,5,12,
13 371:6
374:5,8,9,17
375:18
376:17,20,21
377:7
379:11,14,25
383:3
seeing
57:19 71:4
185:10 249:7
263:8 310:18
342:17 358:3

366:16,19,22
373:20
seek
128:6
self-harm
154:9 242:9
self-harming
238:3
semester
22:18 46:15,
16 54:23
55:2,4,9
56:17,23
57:3 60:21,
23 61:13
65:8,10,16
67:16 68:11
69:14,16
71:7 72:17
74:8 75:10,
13,21 78:7,
10,11 85:18
86:9,21
88:9,16
89:12 93:7,
19 96:15,25
103:2 126:8
137:9 147:10
148:17,19,
22,23 149:2,
4 157:9
177:4 178:4
215:17
224:14,15,25
248:12 249:5
342:4 374:15
send
136:13
188:25
189:7,11
193:10 196:3
198:6 201:19
207:6
208:21,24
209:7,13,16
234:13 236:6
261:22
315:5,8,9,

11,13
320:10,12,13
328:20
370:21,24
sending
204:7,8
261:20
314:16
senior
22:9
sense
317:17
375:11,17,21
sensitive
4:9
sentence
150:7 217:8
248:7
255:10,19
281:23
339:20
340:14
346:11,14
347:25
348:25
349:17
352:3,9,14
sentences
101:11 253:3
285:4
separate
13:21,24
separated
55:16
separately
140:25
September
47:15,16
50:14 51:8,
13 52:4,10,
23 93:16
94:25
113:13,14,23
114:15
115:15,21
173:4,24
178:12 203:6
204:5 214:7,

8,14,16,17,
19,22 309:19
310:17
311:18
312:15
328:15
329:13
334:21
336:14
341:23
**serious**
371:19
**seriously**
166:12
**Sertraline**
15:2
**served**
304:6,20
305:9,11
**serves**
354:24
**service**
371:17,22,24
372:3,9
**set**
22:17 49:3
59:17 135:7,
8
**setback**
364:15
**settings**
196:5,9
**seven**
28:4 278:16
**several**
60:19 225:20
273:9
**severe**
310:3,16,23
311:19
**sex**
191:4,5,8
207:8 226:5,
6,18,21
227:4,13
228:11
233:13,23

234:15 274:8
289:18,22
290:2,6,19
348:2,6,19
349:4,7,18
352:16 354:3
**sexual**
108:8,11
111:3 133:18
135:6 136:24
137:13,24
138:3 187:24
189:7,10,23
190:10,25
191:10
192:25
193:11 203:7
204:15
209:19
220:11 221:2
227:10 258:3
273:19
274:2,13
286:23
287:6,17
289:22
293:22
294:8,16,21
295:4,14,21,
25 296:6
320:21
347:10
**sexually**
109:22
110:15,16,24
111:19
123:11,17
132:16,21
133:23
158:14
167:8,15,24
221:8,11,15,
22 222:4,5,
9,15,18,21
226:16 228:9
229:12 249:8
256:25
257:4,8,19,

24 258:14,19
271:23
273:14
287:20,24
289:12
292:24
293:16 294:5
346:16,21
347:14,18,21
378:15
**Sexy**
188:23
**shakes**
6:22
**share**
44:17 201:2
257:22
307:14 321:6
**shared**
44:18 83:19
113:23,25
334:23
336:15
**Sharp**
40:13 109:2
227:17
232:22,23,24
288:20 292:9
**shitless**
304:7
**shortening**
29:10
**shortly**
147:16
262:21
**shots**
163:4
**shoulder**
269:25 270:3
**show**
185:21 186:5
189:15 194:6
210:3 216:6,
10,24 218:4
235:2 252:4
274:14
333:15

356:23
**showed**
55:20 304:4
305:7 311:10
328:21
**showing**
304:18
**shown**
209:5 216:16
**shows**
14:11 99:24
375:11
**Shreya**
44:2,18
**Shreya's**
44:4
**Shuster**
4:1,12,15
5:1,20 6:1,
11,13 7:1
8:1 9:1 10:1
11:1 12:1
13:1 14:1
15:1,16 16:1
17:1 18:1
19:1 20:1
21:1 22:1
23:1 24:1
25:1 26:1
27:1 28:1
29:1,9 30:1
31:1 32:1
33:1 34:1
35:1 36:1
37:1 38:1,11
39:1 40:1
41:1 42:1
43:1 44:1
45:1 46:1
47:1 48:1,14
49:1 50:1
51:1 52:1
53:1,16 54:1
55:1 56:1
57:1 58:1
59:1 60:1
61:1 62:1
63:1,22 64:1

Holly Shuster  Attorneys Eyes Only
March 11, 2024

| | | | |
|---|---|---|---|
| 65:1 66:1 | 159:1 160:1 | 252:1 253:1 | 344:1 345:1 |
| 67:1 68:1 | 161:1 162:1 | 254:1 255:1 | 346:1 347:1 |
| 69:1 70:1 | 163:1 164:1 | 256:1,16 | 348:1 349:1 |
| 71:1 72:1 | 165:1 166:1 | 257:1 258:1 | 350:1,18 |
| 73:1 74:1 | 167:1 168:1 | 259:1 260:1, | 351:1,10 |
| 75:1 76:1 | 169:1,18 | 2 261:1 | 352:1 353:1, |
| 77:1 78:1 | 170:1 171:1 | 262:1 263:1 | 6 354:1 |
| 79:1 80:1 | 172:1 173:1 | 264:1 265:1 | 355:1 356:1 |
| 81:1 82:1 | 174:1 175:1 | 266:1 267:1 | 357:1,11 |
| 83:1 84:1 | 176:1 177:1 | 268:1 269:1 | 358:1 359:1 |
| 85:1 86:1 | 178:1 179:1 | 270:1 271:1 | 360:1 361:1 |
| 87:1 88:1 | 180:1 181:1 | 272:1 273:1 | 362:1 363:1 |
| 89:1 90:1 | 182:1 183:1 | 274:1 275:1 | 364:1 365:1 |
| 91:1 92:1 | 184:1 185:1 | 276:1 277:1 | 366:1 367:1 |
| 93:1 94:1 | 186:1 187:1 | 278:1 279:1 | 368:1 369:1 |
| 95:1 96:1 | 188:1 189:1 | 280:1 281:1 | 370:1 371:1 |
| 97:1 98:1 | 190:1 191:1 | 282:1 283:1 | 372:1 373:1 |
| 99:1 100:1 | 192:1 193:1 | 284:1 285:1, | 374:1 375:1 |
| 101:1 102:1 | 194:1 195:1 | 24 286:1 | 376:1 377:1 |
| 103:1 104:1 | 196:1 197:1 | 287:1 288:1 | 378:1 379:1, |
| 105:1 106:1 | 198:1 199:1 | 289:1 290:1 | 25 380:1,7 |
| 107:1 108:1 | 200:1 201:1 | 291:1 292:1 | 381:1 382:1 |
| 109:1 110:1 | 202:1 203:1 | 293:1 294:1 | 383:1,25 |
| 111:1 112:1 | 204:1 205:1 | 295:1 296:1 | 384:1,5 |
| 113:1,5,9 | 206:1 207:1 | 297:1 298:1 | **Shuster's** |
| 114:1 115:1 | 208:1 209:1 | 299:1 300:1 | 49:2 |
| 116:1 117:1 | 210:1 211:1 | 301:1 302:1 | **shyer** |
| 118:1 119:1 | 212:1 213:1 | 303:1 304:1 | 27:19 |
| 120:1 121:1 | 214:1 215:1 | 305:1 306:1 | **sic** |
| 122:1 123:1 | 216:1,16 | 307:1 308:1 | 258:13 |
| 124:1 125:1 | 217:1 218:1, | 309:1 310:1 | **sick** |
| 126:1 127:1 | 7 219:1 | 311:1 312:1 | 34:13 114:4 |
| 128:1 129:1 | 220:1 221:1 | 313:1 314:1 | 359:24 370:2 |
| 130:1 131:1 | 222:1 223:1 | 315:1 316:1 | **sickness** |
| 132:1 133:1 | 224:1 225:1 | 317:1 318:1 | 67:9 |
| 134:1 135:1, | 226:1 227:1 | 319:1 320:1 | **side** |
| 13 136:1 | 228:1 229:1 | 321:1 322:1, | 27:19 99:9 |
| 137:1 138:1 | 230:1 231:1 | 10 323:1 | 237:14 |
| 139:1 140:1 | 232:1 233:1 | 324:1 325:1 | **side's** |
| 141:1,21 | 234:1,21 | 326:1 327:1 | 210:11 |
| 142:1 143:1 | 235:1 236:1 | 328:1 329:1 | **sided** |
| 144:1,10 | 237:1 238:1 | 330:1 331:1 | 49:10 |
| 145:1 146:1 | 239:1 240:1 | 332:1 333:1 | **sides** |
| 147:1 148:1 | 241:1 242:1 | 334:1 335:1 | 328:6 |
| 149:1 150:1 | 243:1 244:1 | 336:1,13 | **signature** |
| 151:1 152:1 | 245:1,11 | 337:1 338:1 | 49:17,19,25 |
| 153:1 154:1 | 246:1 247:1 | 339:1 340:1 | 51:23 52:3 |
| 155:1 156:1 | 248:1 249:1 | 341:1 342:1 | |
| 157:1 158:1 | 250:1 251:1 | 343:1,19 | |

Holly Shuster  Attorneys Eyes Only
March 11, 2024

| | | | |
|---|---|---|---|
| **signed** | 133:5,9,13 | 96:4 195:15 | **social** |
| 54:5,9,11,14 | 145:2 146:16 | 198:18 | 106:14 133:3 |
| **significant** | 150:15 164:7 | 239:14 295:8 | 257:12,16 |
| 222:13,16 | 171:5,11 | **slow** | **Societies** |
| **similar** | 174:14 | 203:18 | 87:20 |
| 184:10 | 183:13 185:7 | **slowly** | **Society** |
| **similarly** | 186:9 187:21 | 205:15 206:5 | 71:19 75:7 |
| 355:9 | 202:14 212:8 | **slut** | **sole** |
| **single** | 224:20 | 184:15 | 137:22 |
| 35:16 57:8 | 239:25 | **small** | 239:18 338:3 |
| 179:14 | 284:20 | 147:21 | **solely** |
| 184:18 | 335:19 | 371:16 | 239:19 |
| 185:3,4 | 351:21 | 375:15,20 | **someone's** |
| 220:24 | 352:10 | **smaller** | 256:6 |
| 227:11 | 371:23 | 130:10 | **sophomore** |
| 229:11 | 376:24 | **Snap** | 45:15 61:25 |
| 251:25 | **situation** | 197:10,12,18 | 62:4 86:25 |
| 252:23 | 112:14 123:4 | 198:7,11,13 | 215:17 |
| 280:2,24 | 156:13,24 | 215:3 234:7, | 289:16 |
| 281:4 284:11 | 157:13 237:2 | 11 | 358:11 |
| 342:4,21 | 239:2,18 | **Snapchat** | **sorority** |
| 346:19,23 | 302:13 303:2 | 193:17,18,20 | 59:20 60:6, |
| 349:10 | **situations** | 194:5,24 | 11 68:24 |
| **sinking** | 363:12 | 195:4,20 | 69:6,9 |
| 203:16,24 | **size** | 196:2,4,8 | **sort** |
| 206:5 | 269:16 | 198:3,19,21 | 41:25 57:12 |
| **sister** | **skip** | 199:8 200:9, | 214:5 225:11 |
| 22:2 29:2,3 | 96:22 97:13 | 12,13 | 318:8 367:12 |
| **sister's** | 152:17 | 201:11,20 | **sought** |
| 173:3,4 | **skirt** | 203:3 | 18:15 19:13, |
| **sit** | 205:17 | 215:15,21 | 16 128:8 |
| 147:22 156:3 | **Slay** | 220:25 | **soul** |
| 166:10 | 316:22 | **Snapchats** | 183:21 |
| 187:23 | **sleep** | 194:2 | 184:11 187:5 |
| 284:24 285:2 | 181:3 256:13 | 195:11,14, | **soulmate** |
| 290:17 306:7 | 266:21 | 20,23 | 207:13 |
| **sites** | **sleeping** | **Snaps** | **sound** |
| 368:7 | 152:22 153:4 | 195:24 | 357:24 |
| **sitting** | 154:22 | 197:17,18 | **sour** |
| 12:3,9 14:13 | 155:10,15 | 198:10 | 361:14 |
| 17:2 23:17 | 255:7,15 | 234:13,17 | **south** |
| 32:16,24 | **slept** | **so...and** | 47:2 |
| 51:16 57:25 | 181:6 255:21 | 303:7 | **space** |
| 58:9 77:18 | 256:17 | **sober** | 114:6 237:9 |
| 80:9 84:18 | **sliding** | 114:18 | 239:5,11,24 |
| 88:21 104:13 | 205:17 | 120:12 | 240:8 269:14 |
| 108:22 112:9 | **slightly** | | 319:10,14 |
| 128:22 | | | |

Holly Shuster    Attorneys Eyes Only
March 11, 2024

328:25

**speak**
13:17 24:16
63:23,24
81:2 109:16
169:23
258:3,19
286:5 304:24
335:5

**speaking**
23:24,25
24:4 107:5
168:9,11
195:15
271:13
273:23
342:16
373:23

**special**
186:19

**specific**
10:15 61:16
63:10 77:5
78:2 79:9
81:15 83:22,
24 86:18
109:25
112:14
136:18 185:9
186:8 187:20
189:18 204:9
221:23
223:16
254:21 255:3
258:22 263:6
271:25
273:18
274:12
285:4,11
288:14
289:11
291:16
292:11
302:23
304:23
305:17 309:4
354:13
373:11 382:6

**specifically**
11:21 12:3
65:5 77:9
81:4 129:24
137:17
162:22
185:10
243:14
254:14
286:19
301:15 303:6
361:5 367:18
369:19

**spell**
6:8 15:3
22:22

**spelled**
6:11 62:16,
17

**spend**
61:14

**spending**
159:17
173:18,19

**spent**
61:17 179:2,
18

**spin**
151:13,18

**spirits**
14:9

**splash**
265:18

**spoke**
13:18 23:18
24:9,10,25
81:3,10
103:4,17
286:4,8

**spoken**
26:11

**sponsored**
18:3

**spot**
262:15

**spring**
46:17 47:8

77:8,25 78:3
79:14,17,24
87:15 88:8,
15 101:19,
20,22,24
102:3,5,8,20
103:7,22
155:2 159:6,
7 168:19,21
292:18

**SRSS**
244:6 245:2,
4

**stab**
318:20

**stability**
354:16

**stalk**
111:18,25

**stalked**
85:17 86:9

**stalking**
103:20
318:4,9,15
354:17
355:22 366:8

**stamped**
141:4 217:22

**standards**
96:15 97:10,
11

**standing**
80:2 97:3,8,
19,21

**stared**
240:24

**stares**
242:14

**start**
33:20 34:18
149:18
173:14
175:16 178:6
203:17
205:15,17,19
227:20
237:20

310:4,13
350:19
357:22 365:2

**started**
28:4 33:2,21
34:3,5,13,20
58:15 65:24
66:11 79:17
105:7 116:23
124:13 130:5
152:22
174:9,10
175:4 290:13
299:19
313:18
335:10,14,21
339:11
353:22 367:8
368:6 378:21

**starting**
83:6 114:3
253:16

**starts**
276:22
379:24

**state**
6:8 21:20
103:11
110:23 150:7
155:2,13
158:7,12
223:4 257:16
290:20
340:18
345:15
354:15

**stated**
51:12 54:7
349:9

**statement**
314:8,9
321:4 324:2
325:2,3,16,
24 326:18
327:8
334:15,16,18
336:16,18
339:2,8,9

Holly Shuster  Attorneys Eyes Only
March 11, 2024

343:23
344:15,19
345:8,9
346:6,17,18,
20 347:4
349:8,22,24
350:14
351:12,15,20
352:4,8
**States**
4:16
**status**
88:16 104:3,
5,12,23
**statuses**
32:8
**stay**
33:10 35:25
56:24 101:15
125:24
179:15
196:10
241:4,8
312:22
355:5,16
**stayed**
33:11 57:2
181:4 256:6
304:6
**staying**
180:24
**STD**
143:9
**steps**
100:18 101:8
135:11
**stickers**
200:24 201:2
**Stony**
20:6
**stop**
43:13 97:15
126:2 133:17
220:14
228:12
290:22 348:5
349:6 366:14

**stopped**
56:2 147:24
**store**
20:5 275:10
**story**
297:21
**straddling**
222:23 224:5
**straight**
318:20
**Street**
46:20 47:6
50:15 91:23,
25 92:3,16
**stress**
15:8 124:19,
21
**stressed**
13:15 14:2
213:21
**stressors**
31:4,6,8,11
63:4,8,11
248:11 249:5
**strike**
79:12 258:25
259:11 347:4
350:24 351:2
**strong**
213:13
**strongest**
175:24
**structure**
267:21,23
268:2 272:6,
20,24 273:3
296:18,25
297:5,12
298:20
299:12
318:24
**struggled**
212:5
**struggles**
237:4 373:24
**struggling**
237:7 380:3

**student**
33:14 57:8
157:15
164:23 165:9
205:14 245:2
248:9 265:19
312:22
322:19 342:6
**students**
96:12,24
97:9,11
**Studies**
87:18
**study**
156:3
**stuff**
47:22 94:13
306:3 320:21
**stupid**
176:14 228:7
229:2,15,20,
24
**subject**
43:6,8 88:10
89:16 313:4
321:12
337:10,16
**subjective**
298:10
**submitted**
76:20,23
136:18
235:21
247:25
**Subscribed**
384:8
**subsequent**
103:20
124:12
**subsequently**
247:11
**succeed**
28:18
**suck**
203:21
**sucking**
203:23

205:19
**sucks**
332:16
**suffered**
103:13
181:22
**suffering**
310:11
**sufficient**
286:10,11
**suggest**
365:22
**suggested**
226:15
**suicidal**
152:14
237:24
**suicide**
242:9
**suite**
5:4 35:10,15
44:11,13,15,
22,24 45:4,
18,19 228:21
231:12,17
264:24
291:6,8,9
**Sullivan**
322:20,23
323:9,10
324:8,10,12,
17 325:6,7
338:5,9,13
**summer**
20:8,11,12,
20 25:20
91:4 178:17,
19 179:2
207:18
**Sunday**
9:7 253:5,
18,23
**super**
75:14 262:14
**supplemental**
49:2,14,16

**supplying**
  94:10
**support**
  5:2,7 135:5,
  13 136:2,24
  137:6,13,17,
  23 138:3
  145:7,11,14
  248:10
  358:14 366:2
**supporting**
  19:6,12
**supposed**
  296:20
**supposedly**
  197:22
  313:12
**sure**
  6:17,19 7:20
  8:6,17,19
  9:25 10:14,
  22 15:7
  23:20 24:11
  25:2,7 30:4
  37:16 38:22
  39:4 40:3
  41:8 46:11,
  25 47:4
  48:4,9,22
  50:21 54:19
  55:2,13 56:8
  57:7 58:8
  62:8 67:13
  71:16 73:22,
  24 74:14
  75:4,8,11
  77:18 81:25
  82:17,22
  86:19 87:5,
  8,14 90:19
  91:2,5,10
  92:19 97:7,
  17 98:22
  100:2 104:4,
  8,12,18
  106:4,25
  107:4,8,22
  112:13

118:23,24
119:4 124:3
126:5,17,19
127:22
128:19
130:11
131:20
132:18,23
135:2 136:21
137:16 138:7
140:21 141:6
142:13
146:13 149:9
153:5 161:21
163:8,14
164:15,24
165:21
167:8,10
168:4 169:4
170:12,18,23
171:2,4,11,
22 173:25
177:16 178:3
179:24
180:17
181:25
182:20
183:13
193:2,3,4,7,
15,22 194:12
195:9 197:15
199:2,4,5
202:3,11
203:12
207:23
209:21,23
211:4,15
216:15,22
230:16 235:9
238:2 239:4,
10 240:7
246:8 248:14
253:2,7,25
254:14,18
260:8,25
261:3 275:17
286:7 289:10
294:6,10,11
300:13

308:21,23
316:3 324:13
328:4,7
329:25
331:24
332:5,16
336:10
337:21
341:20
343:3,4,9
344:7 348:13
357:19
359:11
363:6,23
364:11 365:7
367:2 368:2,
21 369:9
375:12
378:23
**surroundings**
  224:2
**suspense**
  236:9
**swear**
  5:25 117:9
  119:23
**swings**
  237:19
**swirl**
  203:16
**swirling**
  206:4
**switch**
  36:4
**sworn**
  6:4 146:9
  384:8
**symbol**
  71:16
**sympathy**
  14:5
**symptom**
  68:5
**symptoms**
  67:11,15
  68:9 123:10,
  15,22 124:2,

5,8,12 125:3
368:6 369:14
**system**
  38:2 72:7
  142:16

---

**T**

**tablet**
  132:4 376:5
**Taft**
  5:6
**take**
  4:6 6:24
  7:10,13,17
  18:22 38:11
  51:4 75:12
  83:9 84:24
  87:16 127:3,
  4,8,14
  132:20
  133:11,22
  135:12
  138:16
  210:2,19
  216:21
  217:5,10,12
  218:15,17
  227:6 247:2
  285:16
  288:10,17
  346:25
  355:24
  363:3,5
**taken**
  4:12 78:7
  182:22 214:7
  218:20
  219:6,8
**taking**
  28:2 203:25
**talk**
  13:4,8 63:25
  64:21 68:24
  75:9 81:6
  104:24
  111:15 134:5
  145:25

Holly Shuster  Attorneys Eyes Only
March 11, 2024

146:23
147:14,19
164:9 169:24
175:7 187:16
202:17,20
212:24
257:18,23
258:13
286:10
303:22
304:11 305:3
306:2 359:4
360:16
369:23
381:21,24
**talked**
13:6,12,14
64:2 69:5
73:21 115:5
169:6,8,25
202:24
229:7,10
242:8 258:5
299:20
308:11
**talking**
7:7 103:10
112:15
150:11 151:2
152:18
160:23 180:6
207:12 211:7
216:23
235:23 257:6
273:12 279:5
294:13,17
300:3 304:14
305:15
315:17
320:25 344:7
345:5 368:25
369:21
**talks**
242:9
**tame**
369:4
**tap**
196:12

**taste**
361:14
**tasteless**
332:25
**teach**
30:2
**teacher**
148:2
156:10,15,18
205:14
**teachers**
125:7
210:14,23
211:3,4
212:17,23
**teaches**
30:5
**teaching**
29:21 30:3,
13,16,20,24
**technology**
358:23
**teenage**
211:18 212:5
**telephone**
301:2
**Television**
87:19 102:11
**tell**
24:12 38:6
42:20 64:4,7
71:11 79:23
90:17,21
92:24 93:8,
9,11,13
106:19
107:19
109:21,24
121:2 125:16
129:4,6,8
133:10
150:20
153:24 164:6
165:6
166:14,19
167:6,14,22
168:22,24

175:9,14,18
181:8,18
186:18,21,24
187:3,7,10,
13 198:14
202:15
220:20
226:10
229:19
230:14
231:6,18
246:20 262:5
264:20
272:19
273:25 274:8
278:11 288:4
289:5 291:10
296:16,23
298:14,24
299:20
301:4,11
302:18 304:8
307:17,20
311:8 313:8
319:4,5,15,
16 329:14,
15,23 330:4,
21 331:7,8
332:11,12,
13,19 333:3,
13 335:19
344:24,25
345:10,11
361:12
367:10
369:15 375:8
**telling**
143:14 148:5
157:3 254:20
266:20
269:4,7,9,12
285:12
289:20
296:17
302:25
308:24
309:23
318:8,13
320:5 331:7

338:9 364:13
367:17,19
368:8
**tells**
280:24
**temporary**
18:14
**ten**
28:3 126:22
163:15,17
178:13,15
382:13
**terminology**
165:22
**terms**
100:19,24
101:9,13
**terrible**
153:23 368:7
**test**
127:3 188:12
**testified**
6:5 256:4
**testimony**
292:23
350:16
**testing**
182:13,16
**tests**
183:14
370:11,14
**Texas**
5:4
**text**
10:7,11,12,
15,17 114:2,
7,9,14
118:14
120:18,24
122:10,12,16
134:20,24
135:25 136:7
139:5
148:10,11
168:10
174:5,7
179:14

Holly Shuster  Attorneys Eyes Only
March 11, 2024

184:18
185:2,3,9,10
188:9 193:20
197:5,10,12
198:13
200:23
201:5,25
202:2,16
203:10 204:9
209:4,22
210:22 211:5
212:24
214:3,16,20
220:24
233:12 234:5
251:6,14,25
252:4,5,7,23
253:9 254:3,
7 261:19,20
280:3,20,24
281:4,20
282:15
283:24 285:7
294:13
296:17,24
297:3,14
299:14
302:2,9
303:21
306:14
309:4,9
310:25 313:8
314:3,19
315:18,20
316:9,12
319:20
320:7,9,12
321:3 327:12
328:9,18,22
329:4,13,22
330:20
331:3,5,8,
13,14 332:4
333:9,12,16,
22 334:9,11,
14 335:2,21
336:3 337:2,
8 338:19
340:19

342:17,23
343:21,25
344:8,10,22,
23 348:9
353:22
355:19
357:21
359:13,15,16
369:22 370:6
374:2,16,21
379:19
texted
112:13,14
179:6 204:4
251:10
252:14
253:4,18,22
273:6
texting
23:10 112:10
359:20
texts
113:22,24
119:6
179:10,13
185:12,17,
21,23 186:3,
7,11,14
187:22 188:4
197:18,21
198:2,15,16
201:4,14
203:2 204:15
207:6 210:11
251:21
252:13
262:10
279:11,19
280:7,11
281:2,12
282:12,22
283:4,6
284:10,19,24
285:5 313:3
321:6,8,14
327:14
330:10 334:3
337:15 338:2

thank
5:23 135:13
187:3 204:2
207:24
235:13
244:11
245:10 246:7
258:16
260:10,18
272:18 360:6
375:22
thanking
166:24
Thanksgiving
57:6,16
177:6 266:15
therapist
14:17,22
309:25
310:14,18,21
347:13,17
366:16
therapists
14:16,20
therapy
11:2 12:6
347:7 349:13
367:8
thighs
203:13
thing
77:5 101:6
119:12 153:8
154:19
175:18,21,22
260:3,5,8
263:8 317:2
318:4,15
319:3 336:12
352:9
things
26:24 28:17,
19 60:15,18
158:5 176:9,
12 184:12
186:13 189:5
205:11
207:17

213:14 251:7
276:23
277:21
278:14,16
314:12
335:14 357:4
358:21
366:11,12
378:12
381:6,8,12
think
27:18 28:3
30:12 31:10
36:11 37:24
52:23 63:13
65:18 66:2,
4,21 67:4,6
110:14,16,20
114:16,22
115:18
116:5,17,19
117:18,22
118:5 120:8,
16 121:9,13,
21 122:3,8,
22 130:18
132:5 139:11
140:14 142:3
145:8 149:10
154:11,14
155:20
156:18
157:2,5
158:9 161:17
164:14
166:16
183:22
184:17 185:8
188:4,13
189:24
198:24
210:14,24
211:5,18,23
217:2 222:15
224:21
232:19 238:3
239:15,25
242:24
243:24,25

Holly Shuster   Attorneys Eyes Only
March 11, 2024

244:6,7,9,10
246:13
247:12
255:21,25
256:15,16
264:14
285:15 294:7
297:4 304:24
307:2 308:8
310:11
315:15
328:10 330:8
332:6 348:11
349:25
358:24
360:10,11,17
362:19
363:14
376:19 380:8
382:16,20,24

**thinking**
358:22

**thinks**
251:9 252:8,
15

**third**
100:16
197:19
287:13
338:25

**thises**
119:11

**thought**
32:21 94:16
107:13
108:15
114:17
120:10,11
121:5
122:19,21
166:12
228:22
256:12
272:16
312:25
330:12
340:13 344:3
368:9 370:18

372:22
374:24

**thousand**
82:8

**threat**
271:25 272:3
297:13,18,19
298:4,5

**threaten**
280:14

**threatening**
154:9
279:11,23
280:7 281:12
282:12,22
283:4 298:12

**threatens**
279:20

**three**
8:25 39:16
50:13 53:7,
14 146:14
178:21,22
179:2 253:16
260:23 355:2
382:20,23
383:8

**three-day**
382:17

**three-
quarters**
253:17

**threw**
212:25 213:8
376:13

**throat**
203:25 206:5
368:3,13

**throbbing**
206:6

**throw**
130:22
213:22

**throwing**
234:9 263:12
370:7

**thrown**
213:16,19

**thrust**
203:19

**Thursday**
359:22

**tied**
205:11

**Tiktok**
328:13,19,20
329:5

**till**
56:24 141:11

**time**
14:19,21
15:12 23:18,
23,25 24:4,
8,10,24
25:22 32:21
33:18 34:16,
18,20 36:4,7
39:22 40:24
47:12 49:24
53:10,12,19
54:24 56:15,
21 57:4,18,
22 58:2,4
59:24 60:10,
13 61:14,17
63:14 65:16
67:10 68:4
76:9 80:11
82:19 85:17
87:2 90:22
105:21
106:17
107:11,14,
15,17
108:20,23
110:6 111:16
114:25
123:23 124:4
125:9 126:14
138:2 140:4
141:14 146:3
147:4 149:12
150:19
151:12 152:7

154:15
155:11,12
159:9,17
161:15
162:17,22
166:23 168:8
169:11
170:19
173:18,19
176:20 178:4
180:19
188:24
189:20
196:14
202:4,6
211:20
212:10
215:12 219:4
220:18
221:21
222:3,11,13,
17,20 224:9
225:5,22,24
226:2 227:5,
9,24 229:12,
19 230:13,16
231:22 234:2
236:16 237:2
238:2 240:3
241:24
245:25
254:15
258:22 259:4
263:5 271:4,
6 273:11
276:15
286:10
292:16
293:2,7,10,
21 296:3,5,
11 297:7,17,
25 298:7
300:4,8,19
301:14 303:8
304:22
305:16
307:7,14
309:21 312:8
314:25 315:3

Case No. 1:23-cv-01149-NWK-SS Document 61-5-21 filed 08/04/24 USDC Colorado pg 453 of 460

| | | | |
|---|---|---|---|
| 318:7,12 | 369:7,10,14 | 115:3,5,15 | 223:24 228:2 |
| 319:25 320:4 | 373:4 | 117:12 | 272:5 273:3 |
| 326:11 327:4 | **timing** | 120:12,21 | 297:11,20 |
| 334:24 339:8 | 382:9 | 121:19,21,25 | 299:12 |
| 340:21,25 | **tip** | 129:10 147:9 | 318:24 |
| 341:18 | 203:15 | 152:13 | 329:12 |
| 342:16 | **tipsy** | 153:16 | 343:18 |
| 343:11 350:3 | 361:18 | 154:18 | **topic** |
| 351:23 | **title** | 155:17 | 126:14 |
| 355:13,17 | 276:23 277:5 | 164:14 165:9 | 127:7,10 |
| 357:17,18,20 | **to-do** | 168:2 176:10 | 354:13 |
| 358:3,5 | 377:8 | 192:5 202:6, | **topics** |
| 360:4,14 | **today** | 24 220:25 | 193:19 |
| 361:3,15,21 | 10:4,6,9 | 229:16 | **torture** |
| 362:2,5,8,21 | 12:11,12 | 230:14,17,23 | 204:18 205:3 |
| 364:4 365:8 | 14:25 15:10 | 231:2,4,7,21 | **totally** |
| 366:10 | 62:22,23 | 234:8 | 140:6 302:13 |
| 367:24 | 127:4 133:13 | 249:19,22 | 324:9 |
| 373:22 374:3 | 151:14 | 252:5 256:24 | **touch** |
| 378:20 384:4 | 187:23 | 272:14 | 23:6,8,9 |
| **times** | 190:15 194:3 | 273:7,20 | 287:25 |
| 8:5 53:7,14 | 202:14 212:8 | 274:11 | **touched** |
| 95:11 131:8 | 272:22 | 290:3,16,24 | 288:24 |
| 163:11,12,13 | 284:24 285:3 | 294:4 299:11 | 290:23 |
| 180:10 181:6 | 291:18 | 303:14,25 | **touching** |
| 220:13 | 304:6,7,20 | 307:2,19,20 | 160:8 205:16 |
| 226:4,10,22 | 305:9 306:8 | 309:21 | 287:20 |
| 227:2,11,25 | 307:3 351:21 | 310:2,15,20 | 289:13 |
| 240:25 | 352:10 | 311:15 | **tough** |
| 242:15 | 369:24 | 312:3,10 | 65:15 189:19 |
| 248:24 249:2 | 371:17,23 | 314:13 | 342:16 |
| 260:23 273:9 | 381:7,14 | 324:7,10 | 366:10 |
| 274:4 | **today's** | 325:6,7,8,11 | **tour** |
| 292:21,24 | 8:2,11 9:13 | 338:8 339:4 | 33:13 |
| 293:4,6,15 | 11:23 13:2, | 345:10 362:4 | **town** |
| 300:11 | 5,9 14:16,18 | 372:10 | 23:2 |
| 301:4,11 | 270:15 | **tomorrow** | **track** |
| 311:7,16 | 375:23 | 370:10 | 247:14 |
| 346:17,22 | 383:24 | **tone** | **tracking** |
| 347:15 | **toilet** | 284:4 | 89:23 |
| 348:19 | 263:12 | **tongue** | **tragedy** |
| 349:18 | **told** | 203:16 206:4 | 245:10,12 |
| 352:16,18 | 7:20 64:6,8 | **top** | **trainee** |
| 354:4,9 | 80:2 90:20 | 99:22 101:6 | 17:21 |
| 355:2 | 91:18 93:6, | 160:8 173:8, | **transcript** |
| 358:24,25 | 10 95:4,14 | 12 183:22 | 69:18 70:4 |
| 359:3 360:9 | 110:2,3 | 208:19 | 71:5 78:12, |
| 361:8,11 | 114:19 | 222:24 | |
| 365:4,5 | | | |

Holly Shuster  Attorneys Eyes Only
March 11, 2024

14,15 98:19
99:6 102:4
138:23 183:2
199:19 200:2
299:23
300:15
357:3,7
381:17,22,24
382:3,10
383:6,10,20
**transcripts**
284:20
**transfer**
340:20
**transferred**
340:15
345:12
**trash**
130:24
237:17
**trauma**
103:5,13
150:17,18
151:10,11
181:22 347:9
366:6
**travel**
250:10,20
**traveled**
145:23
146:21
**traveling**
249:14
250:5,14
**travlinmad.**
**com/blog/**
**things-to-do-**
**in-**
277:8
**treat**
107:6,9,15,
17 117:4
119:16
**treated**
107:13,21
**treatment**
310:4,13

**trouble**
60:14,18
72:22 124:6,
22 126:6
352:20
358:16
**true**
50:8,10
154:5,12,25
186:5 271:20
310:9,24
311:2 325:18
359:7 360:7,
11,14
372:12,15,
19,25
373:16,19
**truth**
182:6
**truthful**
307:11,12
**truthfully**
151:19 182:3
**try**
50:23 69:8
112:3 116:21
117:6,8
118:10,20
119:22
133:16
205:10 226:5
272:9 313:23
363:23
**trying**
14:5 18:22
60:7 115:8,
11,20 117:5
119:2,18
152:6 158:7
182:2 188:12
213:11,24
238:13,23,25
244:4 280:2
306:11
326:24
363:14
369:16 371:4
377:4

**Tuesday**
9:7
**Tulane**
32:5,9,11
33:2,5,17,
20,21 34:3,
5,14,16 57:5
58:15 59:20
60:21 61:20,
22,25 62:4,
6,7 63:5,9
64:22 65:16
70:4 76:20,
24 77:13,16
81:18,20,22
82:3,15 88:7
89:13 90:12
91:14 92:10,
17 93:2,7,
20,21 94:9,
16 95:17
96:10,17,19,
25 97:13
98:2,7
104:3,5,13,
25 105:5,11,
17 110:11,13
128:11,14
129:12,14
131:10
133:10,14,
16,20 135:18
136:23
137:6,9
142:15
143:2,8,12,
19 144:2
147:3 161:6
164:23
168:16 171:9
173:22
192:20
214:25 215:2
223:8,10,12
224:23
237:11
241:21
243:13
244:16

250:16,20
257:7
270:13,17,
19,22 289:16
299:21
301:12 311:5
312:23
321:16,24
337:12
340:16,24
341:3,5,17,
24 345:13
355:21
356:2,6,10
357:17
358:9,11
365:20
374:11,15
**Tulane's**
38:14 135:5
137:6 171:14
**TUPD**
271:2,7
302:12,19,25
**turkey**
170:4
**turn**
99:8 105:2
113:19
142:20
157:21 177:2
196:10
205:22 214:5
234:18
290:17
303:18
305:18 306:5
309:14
315:24
327:24
331:16
333:10 334:2
343:17
**turnaround**
382:14,17
383:8
**turned**
177:5 225:11

Holly Shuster  Attorneys Eyes Only
March 11, 2024

232:19
254:10
**tutor**
80:13,21
**TV**
14:10
**two**
9:19,21 16:3
35:21 37:6,7
39:5 40:2
41:3,4 44:15
45:21 50:13
56:9 72:17,
18 73:16,18
75:22 78:17,
19 85:14
98:2,4,17,24
102:7 119:6,
11 146:14
177:21
178:25
193:11 196:4
228:22,25
237:20 242:7
271:2 274:4
281:5 302:6
356:14
361:22 370:2
378:8
**type**
28:6 44:9
109:14
200:21 336:6
**typed**
201:11 202:8
336:4
**types**
11:9 196:5
200:17,20
**typing**
189:5 268:21
269:21
382:12

---

**U**

**U's**

73:23,24
**U.S.**
4:25 5:6
**Uh-huh**
49:12 111:21
182:24 292:2
327:9 333:11
359:11 371:8
377:9
**ultimate**
353:4
**ultimately**
166:13
**un-**
156:14
**unable**
372:19
**unassisted**
281:15
**uncomfortable**
125:20,22
239:17
242:13
**unconscious**
108:9,19
110:21
161:24
162:4,7,9,10
**undergraduate**
96:19
**understand**
7:2 53:16
55:25 96:9
107:8 195:24
238:21 271:8
279:24
280:18
283:11 296:3
307:21
351:9,11
354:12
356:25
**understanding**
72:23 295:19
352:20 356:5
**understands**
140:17

**understood**
7:7 28:22
122:20
140:20
257:18
298:15 325:9
340:25 341:2
**unhappy**
234:8
**United**
4:16
**universities**
31:25
**University**
22:15 26:10
29:21 30:21
32:5 59:16
89:13 93:7
94:9 96:20
144:2 161:7
244:16
**unkind**
186:12,13
**unlocked**
264:3
**unofficial**
72:12 86:6,
11 88:4
102:17
**unpredictable**
237:19
**unsatisfactories**
72:18
**unsatisfactory**
72:10,19
73:17,18
75:23,24
85:10 86:2,4
**unstable**
339:21
**untrue**
310:10
**up-**
99:8

**updating**
236:25
**upper**
70:5,8,21
159:22
**upset**
290:14
**upside**
98:15
**upstairs**
162:14
**urgent**
128:12,16,20
361:3,6
362:3,15
368:10
**user**
197:24
200:13
**users/holly**
275:6
**UW**
71:20 72:11,
12 74:23,25
78:11

---

**V**

**vaccinated**
152:8
**vagina**
290:23
**vaginal**
165:21,23
**valid**
148:4
**various**
347:7
**vengeance**
314:20
**verbally**
176:7
**verification**
49:13,15
54:5
**version**
29:11 375:15

Case No. 1:23-cv-01149-NYW-KAS   Document 162-5   filed 08/04/24   USDC Colorado   pg 456 of 460

| | | | |
|---|---|---|---|
| **versus**<br>  4:14 193:20<br>  328:3<br>**vibrators**<br>  205:7<br>**victim**<br>  135:5,12<br>  136:24<br>  137:6,12,17,<br>  23 138:3<br>  145:11 248:9<br>**video**<br>  4:5 190:17,<br>  19 191:12,<br>  16,18,20,23<br>  192:9,14,23<br>  193:14<br>  206:20<br>  209:18,21<br>  270:13,16<br>  271:18<br>  383:22<br>**video-**<br>**recorded**<br>  4:11<br>**videographer**<br>  4:2,25 5:23<br>  63:17,20<br>  127:16,20<br>  140:5,9<br>  141:15,19<br>  160:18,21<br>  169:13,16<br>  208:11,14<br>  217:13,16<br>  247:17,21<br>  260:11,14<br>  275:20,23<br>  285:18,21<br>  323:3,7<br>  356:17,20<br>  383:23<br>**videos**<br>  190:9,13,15<br>  193:5,8,11<br>  208:25<br>  209:11 | **vids**<br>  208:21<br>  209:8,16<br>**view**<br>  179:19,20<br>**viewed**<br>  179:25<br>**vigilant**<br>  141:5<br>**violated**<br>  123:24<br>**virtual**<br>  135:8<br>**visible**<br>  46:21 114:7,<br>  9 376:15<br>**visit**<br>  33:2,5,12<br>  56:10,12<br>**visited**<br>  33:4,6<br>  178:22,23<br>**visiting**<br>  377:19,20<br>**Vitrano**<br>  244:21,22<br>**voice**<br>  28:2,12<br>**voicemail**<br>  11:14 272:4<br>  280:2<br>  297:10,15<br>  299:10,14<br>**voicemails**<br>  279:11,19<br>  280:6,11<br>  281:12<br>  282:12,21<br>  283:3,6,24<br>  284:10,20<br>  285:5<br>  308:12,17,22<br><br>――――――――<br><br>――――――――<br>**W**<br><br>**W-E**<br>  246:16 | **W-H-I-T-E**<br>  26:7<br>**wait**<br>  141:11 295:7<br>  303:24 350:7<br>**waited**<br>  279:9<br>**waiting**<br>  12:16 117:7<br>  119:21<br>  127:11<br>**waive**<br>  217:20<br>**waiving**<br>  216:14<br>**wake**<br>  253:20<br>  303:23<br>**waking**<br>  108:5 160:7<br>  225:15<br>  227:24,25<br>  361:25<br>**walk**<br>  253:21<br>**walked**<br>  263:24<br>**walls**<br>  297:21<br>**wanna**<br>  116:20<br>  118:20<br>  203:17 206:2<br>**want**<br>  6:16 51:4<br>  60:11 76:13,<br>  14 91:9<br>  118:10<br>  127:22<br>  134:4,7<br>  140:22 146:8<br>  157:9,14<br>  174:2<br>  176:10,11<br>  181:24<br>  189:12<br>  203:12,14,19 | **205:7,10,14**<br>  207:10<br>  220:20<br>  226:18<br>  227:13 232:4<br>  234:19 238:5<br>  239:4,9<br>  240:7 260:8<br>  264:8<br>  275:16,17<br>  289:18<br>  290:24 302:6<br>  303:23<br>  305:25 306:3<br>  309:14,24<br>  310:5,13<br>  313:2,16<br>  314:14,15<br>  317:2 325:25<br>  329:24<br>  335:16,17<br>  337:20<br>  342:13<br>  343:17<br>  345:21 348:6<br>  349:7 350:21<br>  355:10<br>  366:14 367:2<br>  370:10<br>  375:2,19<br>  381:25<br>  383:19<br>**wanted**<br>  36:13 92:22<br>  114:19<br>  120:13<br>  153:10 156:3<br>  158:3 160:2<br>  210:15,25<br>  212:17<br>  239:23<br>  269:21 312:3<br>  313:14 352:2<br>  355:11<br>  366:14<br>**wanting**<br>  92:20 225:17 |

Holly Shuster   Attorneys Eyes Only
March 11, 2024

warn
  133:3 313:23
warning
  338:21,24
  344:17
wastes
  378:8
watch
  270:16
watching
  14:10
Water
  233:11
way
  15:7 37:18
  56:24 94:20
  107:7 108:17
  114:17
  120:11
  179:20 198:6
  203:14 205:3
  206:3 207:15
  212:6 218:10
  233:7
  243:24,25
  244:19
  253:17 262:5
  265:24
  298:13
  318:3,14
  331:21
  352:12 379:4
  382:7
ways
  279:12,21,23
  280:8,14,16,
  20,25 281:13
  282:13,16,23
  283:4 284:12
  321:6
weather
  225:3,4
Weatherhead
  39:21,25
  40:23 41:9
  43:12,23,25
  44:10,12
  227:17

231:12,20
232:5,13
246:14,17
288:21
web
  135:5 136:24
  368:7
website
  137:7 277:6
Wednesday
  305:21
week
  11:18,22
  20:24 21:2
  34:21 35:2
  48:5,7,18,20
  68:22 70:16,
  19 147:20
  157:20 174:5
  177:18
  178:23,24
  179:10
  249:13
  260:20
  262:25
  274:22
  342:19 360:4
  382:21
weekend
  146:14
  262:16,25
  359:17,20,24
  372:17
weekends
  250:17
weeks
  56:9 178:25
  237:5,8
  240:15 242:7
  249:16
  250:7,12,15
  262:15
  309:25
  310:22 370:2
weight
  212:6
Weiss
  4:20

went
  21:15 25:12
  31:10 33:13,
  15 41:18,19,
  23 42:6,12,
  18 55:10
  57:5,8 94:3
  140:22
  146:7,10,11,
  14,18 164:23
  168:18,20
  180:15
  202:19
  211:17,20
  215:13,24
  250:18 263:2
  264:2,3,5
  302:12,18
  313:17 319:9
  332:7 338:19
  347:11
  349:25
  360:23
  361:3,6
  362:3,15,17
  364:23
  368:10
west
  47:2
Westchester
  21:19 362:20
wet
  203:17,19,24
Wharton
  4:21
whatsoever
  7:14
whispering
  4:9
white
  26:7 131:25
  360:15
whore
  184:15 251:9
  252:9,15
Williams
  5:22 37:24
  118:11

126:20
138:25
139:13 217:6
255:24
256:3,8
330:15 332:2
381:21
383:22
Williamsburg
  29:16
Willow
  39:11,23,24
  45:7 46:3,5
  227:17
  230:6,8
  246:10 273:4
  288:22
  289:15
win
  28:14
windows
  37:7 228:25
wine
  266:14
winter
  16:15,18
withdraw
  68:10,13
  74:16 75:3,
  5,25 76:4
  103:10
withdrawal
  68:15,17,25
  69:6,8
  71:23,25
  72:13,19
  73:18 75:24
  76:7,9,17,23
  77:4,8,15,
  21,22,25
  78:3 85:10,
  11,12,15,19,
  22,24 86:2,
  5,7,11 88:4
  102:17,20,24
  103:6,25
  369:17 371:6

Holly Shuster  Attorneys Eyes Only
March 11, 2024

withdrawals
  74:17 75:22
  85:14
withdrawing
  103:21
withdrawn
  72:15 73:19
  76:4
withdrawns
  72:18
withdrew
  52:7,11,24
  74:10
witness
  5:21,25 6:3
  11:25 13:12,
  23 14:4,8
  16:25 19:9,
  16 23:16
  26:23 27:16
  40:12 41:23
  49:24 50:7
  51:21 52:3,
  15,19 53:25
  54:14,18
  56:20 58:18
  60:17 68:3
  69:4,11
  73:7,12
  74:14 76:12,
  22 77:3
  81:9,25
  82:17 83:12
  86:8 87:4
  88:14 90:5
  91:16 92:5
  93:4 94:7,19
  95:12,23
  100:12
  102:22
  103:9,17,24
  104:11,20
  107:11
  111:8,23
  112:18
  115:18
  117:15
  118:13,18

120:7,24
121:16,24
122:25
123:14 125:2
126:11,24
127:13
134:23
136:17
137:3,15
142:13
150:23
151:6,17
155:4,20
156:22
160:14 164:6
165:12
172:24
175:12,16
177:20
182:15,19
183:12
185:7,15
188:3,21
189:3,17
190:6,12
191:14
192:5,12
195:3,8
200:20
201:22
209:4,15
210:8 212:4,
21 218:5
219:13,18,25
222:8 223:20
224:19
229:10
232:8,16
233:20
234:20
242:19 243:4
246:21
252:22
255:2,18
256:12,22
260:25
263:21
264:22
265:14

266:10,18
267:13,18
273:17 277:7
282:7,20
283:10
284:4,7
285:2,9
293:14,24
294:25
296:11
298:22
299:4,16
301:10 308:8
311:14 315:7
317:19
321:19
325:23
326:15
330:17 335:4
337:6,20
339:18
340:3,11
341:8,14,20
342:12 343:9
344:14
345:7,18
346:4,10
347:5,14,17,
18,20,24
348:16,18
349:11
350:19
351:15 352:7
354:8 356:4
364:4 365:13
367:14
369:13
372:14
374:13
377:14
379:14
witnessed
  349:15
WND
  209:25
woke
  108:13 109:4
  222:23 224:5

225:6 227:9
woman
  18:8
women
  313:20,23
won
  28:16
wonderful
  377:2
wondering
  135:6
  157:11,16
  245:8 247:10
word
  36:11 63:7
  97:6 149:14
  176:3,5
  211:19
  213:23 214:2
  265:22 271:9
  282:25
  294:12,20
  295:24 296:6
  301:6,7
  352:19,20
  353:9
words
  6:22 26:19
  64:5 102:5
  114:24,25
  117:23,24,25
  122:13,15,17
  135:3 147:2
  165:25
  188:17,22
  191:22
  198:4,5
  201:10
  240:4,5
  242:12,23,25
  270:22
  281:14
  284:23 285:4
  287:10
  294:8,16
  295:3,14,20
  296:13
  298:11,18,24

Holly Shuster   Attorneys Eyes Only
March 11, 2024

| | | | |
|---|---|---|---|
| 299:7 | 242:25 | **wrote** | |
| **work** | 269:5,7,10, | 68:17 85:23 | **Y** |
| 18:2 96:18 | 12,20 276:9 | 114:14 115:2 | |
| 116:21 | 278:9,11 | 116:16 | **yeah** |
| 117:2,7 | 326:4,7 | 117:21 | 112:19 |
| 118:10,15, | 377:10 | 121:8,12 | 160:14 |
| 19,21 119:3, | 378:11,14 | 122:15 | 175:14 |
| 9 124:7,14, | **writing** | 131:7,13 | 180:10 |
| 23 125:5 | 18:25 30:8 | 135:15 | 189:20 |
| 147:24 | 31:2 61:5 | 146:3,20 | 204:25 |
| 152:24 156:2 | 75:19 76:17, | 147:4 149:6, | 211:11 |
| 196:2 326:24 | 19 85:21 | 11 152:10,11 | 218:13 244:7 |
| 355:12 378:7 | 87:19 131:3 | 153:13,19 | 255:25 |
| **worked** | 269:8,10,13 | 154:2,3,24 | **year** |
| 17:4,21,22, | 270:5 275:15 | 155:21 | 22:3,9,16 |
| 24 20:5,7, | 276:8 279:22 | 156:6,7 | 23:21 24:12, |
| 24,25 | 295:18 | 158:2 184:25 | 13 25:3,5 |
| **working** | 377:16 | 210:14 | 26:12 28:21 |
| 17:15 21:10, | **writings** | 232:17 | 37:18 40:9, |
| 13 94:13 | 375:9 | 238:7,9,10 | 13 45:15 |
| 133:25 | **written** | 240:10,12 | 54:22,25 |
| 157:20 | 51:9 52:16, | 259:24 | 56:17,22 |
| 290:14 307:8 | 20 71:4 | 261:18 | 59:5,17 |
| **world** | 96:11 146:25 | 262:25 264:9 | 60:24 61:13, |
| 207:13 333:6 | 154:12 182:8 | 268:17 269:5 | 20,22,25 |
| **worried** | 232:18 241:2 | 276:14 | 62:4,6,7,11 |
| 31:12 156:17 | 268:19 | 277:11,12 | 63:5,9 66:16 |
| 182:7,10 | 314:10 324:2 | 278:7 | 67:16 68:11, |
| 310:12 366:5 | 325:16,20 | 279:16,17 | 18 69:14,16 |
| **worry** | 339:7,8,10 | 281:7,11,14, | 71:7 75:10 |
| 302:14 | 376:5,22 | 16,18,22 | 79:20 80:17, |
| 317:7,10,13, | **wrong** | 282:8 302:9, | 19 81:12,14, |
| 14 | 53:4,8 | 11 304:3 | 22 82:4,15 |
| **worthless** | 59:11,13 | 316:5 319:22 | 83:20,23 |
| 176:13 | 114:23 | 324:17 | 84:4,5,6,9, |
| 184:16 | 120:16,21 | 325:3,24 | 11,20 86:21 |
| **write** | 176:15 | 326:6,11,17, | 88:7 104:25 |
| 61:7,9 | 226:16,17 | 18,19 327:4 | 126:7,8 |
| 121:11 | 228:9,10 | 332:11 | 129:11,14 |
| 122:18 | 243:9 276:20 | 334:17,18 | 131:9 146:12 |
| 129:15 | 289:21 294:2 | 338:5 339:2, | 159:3,5,8 |
| 131:5,10 | 306:12 | 6,10 340:18 | 171:9,15,20 |
| 135:3 149:5 | 309:17 | 343:24 | 172:9,11 |
| 154:23 | 338:12 | 345:3,11,16, | 173:15,22 |
| 184:23 | 348:12 | 19,20 348:7 | 178:7 180:9 |
| 231:23,25 | 349:20 | 359:12,14,16 | 192:19,22 |
| 232:9,11,23 | 351:18 | 377:17,23 | 214:25 |
| 233:3 234:4 | 372:24 | 380:5 | 215:2,17 |

Holly Shuster  Attorneys Eyes Only
March 11, 2024

221:18
224:14,15,
22,23
250:21,22
266:15,23
292:12,16
314:22
339:12
353:24 354:5
358:11
362:25
**years**
16:4 20:14
28:3,5 29:4
60:19 98:2,4
131:17
289:16 303:6
370:17 373:3
**yelled**
226:25
**yelling**
226:23
230:23
231:3,5
**yellow**
379:6,24
**yesterday**
371:10 377:3
**yoga**
18:25
**York**
4:23 8:13,14
15:24 21:17,
18,19,21
47:23 52:5,
12,25 130:25
206:22,24
249:15
250:6,11,16,
18,21
266:16,23
370:22
377:19,21
379:11,15
**your-**
170:21

---

**Z**

---

**Ziegler**
47:7 50:15
51:7 161:4
162:20
**Zoom**
5:17 139:4,
13 140:4
248:13,18
300:23
359:14 372:6