# EXHIBIT 28

Conversation:
CHAT_01224_2023/05

Participants:
Holly Shuster <(914) 267-6375>; Jordan <+16156861787>; Clare <+13105035516>

Date Range:
2023-05-03 04:04:45 - 2023-05-31 18:32:41

Number of Messages:
394

CONFIDENTIAL                                             HS_0003742



CONFIDENTIAL HS_0003743

CONFIDENTIAL HS_0003744

Jordan <+16156861787>   2023-05-11 21:24:36
U need princess treatment for the rest of your life

Jordan <+16156861787>   2023-05-11 21:24:45
It's the least u deserve

Holly Shuster <(914) 267-6375>   2023-05-11 21:25:47
Loved "U need princess treatment for the rest of your life"

CONFIDENTIAL                                                                                                           HS_0003745