# EXHIBIT 32

Conversation:
CHAT_00997_2021/09

Participants:
Holly Shuster <(914) 267-6375>; devin ankeney <+19142825046>

Date Range:
2021-09-19 02:16:04 - 2021-09-29 18:12:23

Number of Messages:
105

HS_0003804

Holly Shuster <(914) 267-6375>                                    2021-09-19 02:56:20

I have gotten to see him!! I went to TCU w him to stay w one of his best friends for the weekend during the hurricane then Tulane was like lol u guys need to gtfo so we all flew home but then one of my bestfriends Keenan was like I'm living in my parents Tribeca appt during the break and they're gonna be in California u and Jacob should come stay w me so I was like fuck yea so Jacob flew to NY and we went and stayed in the city for a few nights which was THE BEST had soooo much fun then Jacob and Keenan came back to the Hamptons w me bc my parents were going to cape cod so we were home alone which was fun (got really drunk and almost had a threesome I don't even wanna get into it thank god it didn't happen) then they both flew back to California my parents came home and I've been here ever since

devin ankeney <+19142825046>                    2021-09-19 06:30:45

but that sounds fantastic, having jacob over to the city and another school friend

devin ankeney <+19142825046>2021-09-19 06:30:49

that's insane

devin ankeney <+19142825046>                    2021-09-19 06:31:23

i still can't believe ur actually moving to the city - at this point it doesn't feel real but i'm so excited for u to finally be officially a city girl

devin ankeney <+19142825046>2021-09-19 06:31:39

YES OMG at long last

CONFIDENTIAL                                      HS_0003806

Holly Shuster <(914) 267-6375>2021-09-29 07:01:39

Lots of shit just went down

devin ankeney <+19142825046>2021-09-29 13:24:53

yes u can

devin ankeney <+19142825046>2021-09-29 13:25:01

bad stuff??

Holly Shuster <(914) 267-6375>2021-09-29 15:34:07

Ish

Holly Shuster <(914) 267-6375>2021-09-29 15:34:11

Ugh

Holly Shuster <(914) 267-6375>                    2021-09-29 15:34:45

Basically Jacob and I just had like a whole long convo when I was super drunk about how we're eventually going to break up during this semester

Holly Shuster <(914) 267-6375>2021-09-29 15:34:49

And like we will I know

CONFIDENTIAL

HS_0003807

Holly Shuster <(914) 267-6375>2021-09-29 15:34:52

It's just sad

Holly Shuster <(914) 267-6375>          2021-09-29 15:35:04

Ive have this gut feeling it's going to happen

Holly Shuster <(914) 267-6375>          2021-09-29 15:35:27

It's just hard bc he's the first boy I've ever actually loved and cared about and it's gonna be really hard to lose him

Holly Shuster <(914) 267-6375>2021-09-29 15:35:30

It's all just ugh

devin ankeney <+19142825046>2021-09-29 18:02:44

oh gosh holly im really sorry

devin ankeney <+19142825046>2021-09-29 18:02:48

that must've been just awful

devin ankeney <+19142825046>2021-09-29 18:02:54

especially when drunk

devin ankeney <+19142825046>          2021-09-29 18:03:03

why do you feel like it's going to happen this semester?

Holly Shuster <(914) 267-6375>          2021-09-29 18:03:55

He's rushing and we started dating so early into school that neither of us really experienced being single, but it was ok bc it was Covid so nothing was happening anyway

Holly Shuster <(914) 267-6375>          2021-09-29 18:04:11

It's right person wrong time that's how we both feel

Holly Shuster <(914) 267-6375>          2021-09-29 18:04:20

And when we do break up it will be mutual

Holly Shuster <(914) 267-6375>2021-09-29 18:04:29

We've decided that

Holly Shuster <(914) 267-6375>2021-09-29 18:04:31

But I know it's coming

HS_0003808

Holly Shuster <(914) 267-6375>    2021-09-29 18:04:54

And we just kinda decided we're gonna make the most out of the time we have left and when it does come I will be ok

Holly Shuster <(914) 267-6375>    2021-09-29 18:05:51

It's not like I can't go out there and hook up w the 10 hottest guys here, it's just that I don't want to, like I have my person and I don't want to be with anyone else

Holly Shuster <(914) 267-6375>2021-09-29 18:05:55

So it's just gonna be hard for me

Holly Shuster <(914) 267-6375>2021-09-29 18:05:58

And for him

Holly Shuster <(914) 267-6375>    2021-09-29 18:06:05

But I will be ok and I will get through it

Holly Shuster <(914) 267-6375>2021-09-29 18:06:13

I also just need my Devin

Holly Shuster <(914) 267-6375>    2021-09-29 18:06:29

You're like the only person who ever seems to actually understand how I feel

devin ankeney <+19142825046>    2021-09-29 18:08:26

i'm just glad to be reading this because it's clear you both really care about each other

devin ankeney <+19142825046>    2021-09-29 18:08:37

and while right person wrong time can hurt a lot

devin ankeney <+19142825046>    2021-09-29 18:08:52

you can take some solace in knowing what you have is genuine love

devin ankeney <+19142825046>    2021-09-29 18:09:09

which is pretty remarkable if you ask me, and something i can't imagine you'll ever let yourself forget

CONFIDENTIAL

devin ankeney <+19142825046>                                        2021-09-29 18:09:26

i think this is the most important thing you can do

devin ankeney <+19142825046>                                        2021-09-29 18:10:00

i think that's a very smart way to think about it and i hope that you both continue to feel good while making the most of what you have

devin ankeney <+19142825046>                                        2021-09-29 18:10:48

this makes a lot of sense, having that person really is just a whole other thing entirely and it's gonna end up taking time to get used to not having him

devin ankeney <+19142825046>                                        2021-09-29 18:11:07

but in time you remember how to not have him as your person and you can look back at what you did have

devin ankeney <+19142825046> 2021-09-29 18:11:53

i am here for you, always

devin ankeney <+19142825046>                                        2021-09-29 18:12:23

i'm really glad to know that i can validate your feelings, and hope you know that i really am always here

CONFIDENTIAL                                                                    HS_0003810

Conversation:
CHAT_00997_2020/10

Participants:
Holly Shuster <(914) 267-6375>; devin ankeney <+19142825046>

Date Range:
2020-10-01 15:29:26 - 2020-10-29 23:42:16

Number of Messages:
107

HS_0003991

Holly Shuster <(914) 267-6375>                    2020-10-04 21:39:44

Oooo I also have a new crush idk if I told u yet

CONFIDENTIAL                                        HS_0003992

Holly Shuster <(914) 267-6375>2020-10-04 22:38:53
His name is Jacob

CONFIDENTIAL

HS_0003993

Conversation:
CHAT_00997_2020/09

Participants:
Holly Shuster <(914) 267-6375>; devin ankeney <+19142825046>

Date Range:
2020-09-02 23:53:55 - 2020-09-30 02:35:42

Number of Messages:
1793

CONFIDENTIAL                                                                      HS_0003994

Holly Shuster <(914) 267-6375>2020-09-04 08:15:12

AH

Holly Shuster <(914) 267-6375>                2020-09-04 08:15:31

Devin I need to tell someone abt this but I can't tell anyone here bc it will start drama so I need to tell u

devin ankeney <+19142825046>2020-09-04 12:11:32

Oh, what's happened?

devin ankeney <+19142825046>2020-09-04 12:16:33

Oh, what's happened?

Holly Shuster <(914) 267-6375>2020-09-04 12:23:37

Omg omg

Holly Shuster <(914) 267-6375>2020-09-04 12:23:40

So levy

Holly Shuster <(914) 267-6375>        2020-09-04 12:23:57

Pretty boy who nali and I are friends w

Holly Shuster <(914) 267-6375>2020-09-04 12:24:05

Was snap texting me at like 2 am

Holly Shuster <(914) 267-6375>                2020-09-04 12:24:36

And we just talking being a little flirty but like we're both just flirty people so I was like this is all normal

Holly Shuster <(914) 267-6375>                2020-09-04 12:24:53

Also he's suchhhh a fuckboy like he's got every girl here riding his dick and he knows it

Holly Shuster <(914) 267-6375>                2020-09-04 12:25:26

And then he was like come up to my room and prove it bc we were talking abt fighting haha

Holly Shuster <(914) 267-6375>        2020-09-04 12:25:34

And I couldn't tell if he was joking or not

HS_0003995

Holly Shuster <(914) 267-6375>                                    2020-09-04 12:25:41

And then I was like nah haha come to mine

Holly Shuster <(914) 267-6375>                                    2020-09-04 12:25:57

And then he was like no I have a suite all to myself u should come up here

Holly Shuster <(914) 267-6375>2020-09-04 12:26:30

And I was like huh

Holly Shuster <(914) 267-6375>                                    2020-09-04 12:27:33

And then he was like are u with nali rn and I was like no and he was like good bc she told me that ur off limits and I really want u

Holly Shuster <(914) 267-6375>2020-09-04 12:27:37

And I was like HUH

Holly Shuster <(914) 267-6375>                                    2020-09-04 12:27:49

I had NEVER EVER gotten those vibes from it EVER

Holly Shuster <(914) 267-6375>2020-09-04 12:28:06

*him

Holly Shuster <(914) 267-6375>                                    2020-09-04 12:29:00

And I was like I'm in an exclusive thing w Cody and he was like but u guys are just casual that means ur still single and I was like haha no and he was like don't worry no one ever has to know just come hang out w my for a while and I was like haha NO

Holly Shuster <(914) 267-6375>                                    2020-09-04 12:29:40

And I always feel bad rejecting people so I was like I'll be honest the only reason I'm saying no is bc I'm in a thing w Cody if not I totally would

Holly Shuster <(914) 267-6375>                                    2020-09-04 12:30:01

(Which is true he's beautiful and I would)

Holly Shuster <(914) 267-6375>                                    2020-09-04 12:30:30

But then he was like I'm gonna get u one day holly and I was like huh and he was like ur a challenge but I'm gonna get u

CONFIDENTIAL                                                                    HS_0003996

Holly Shuster <(914) 267-6375>                          2020-09-04 12:30:40

And I was like ok gn levy and it ended there

Holly Shuster <(914) 267-6375>2020-09-04 12:30:43

But

Holly Shuster <(914) 267-6375>2020-09-04 12:30:49

Drama!!

Holly Shuster <(914) 267-6375>                          2020-09-04 12:31:02

Bc nali is like in love w him as well even tho she won't admit it

Holly Shuster <(914) 267-6375>                          2020-09-04 12:31:43

Can't tell anyone else bc then it will be a thing and I'm scared to tell
Cody bc him and levy just like started becoming friends and I don't
want him to hate him

Holly Shuster <(914) 267-6375>2020-09-04 12:31:46

So

Holly Shuster <(914) 267-6375>2020-09-04 12:31:49

It was a weird night

devin ankeney <+19142825046>2020-09-04 12:33:14

Ok first of all wow

devin ankeney <+19142825046>         2020-09-04 12:33:21

Just like a general and sweeping wow

devin ankeney <+19142825046>2020-09-04 12:33:27

But here's the thing

devin ankeney <+19142825046>2020-09-04 12:33:31

If it were me in ur position

devin ankeney <+19142825046>2020-09-04 12:33:38

And a really beautiful guy said

devin ankeney <+19142825046>                          2020-09-04 12:33:48

But then he was like I'm gonna get u one day holly and I was like huh

CONFIDENTIAL                                                    HS_0003997

and he was like ur a challenge but I'm gonna get u

devin ankeney <+19142825046> 2020-09-04 12:33:49

That

devin ankeney <+19142825046>        2020-09-04 12:34:00

I'd probably be like mmk u must be right

devin ankeney <+19142825046>  2020-09-04 12:34:26

So props to u for not j be like k yes

devin ankeney <+19142825046>        2020-09-04 12:34:38

Cuz that would've worked SO well on me

devin ankeney <+19142825046>                2020-09-04 12:34:55

But um, yea just a general wow I guess, that's definitely a thing

devin ankeney <+19142825046>                2020-09-04 12:35:23

I hope he doesn't do that too much more often cuz that can pretty quickly become a problem

devin ankeney <+19142825046>                2020-09-04 12:37:16

But yea that's sole interesting drama, and totally understandable why u can't tel ppl there, so I'm here for anything else that happens with that, or j generally talking abt it

devin ankeney <+19142825046>                2020-09-04 16:11:56

https://open.spotify.com/track/43yDQri78IZBuPQdzkX0RJ?
si=Te_SvqFZS-y7T9EdzH2RyAAttachment Title: 9B615A62-023F-4A8F-
8C01-4948E8C5E258.pluginPayloadAttachmentAttachment Title:
80FE7F7A-D5B6-4ACC-93BA-
D73AD250980C.pluginPayloadAttachment

Attachment: 9B615A62-023F-4A8F-8C01-4948E8C5E258.pluginPayloadAttachment -
CB0105237_Attach.pluginPayloadAttachment
Attachment: 80FE7F7A-D5B6-4ACC-93BA-D73AD250980C.pluginPayloadAttachment - CB0105238_Attach

Holly Shuster <(914) 267-6375>                2020-09-04 16:12:29

Emphasized "I hope he doesn't do that too much more often cuz that

Conversation:
CHAT_00997_2021/12

Participants:
Holly Shuster <(914) 267-6375>; devin ankeney <+19142825046>

Date Range:
2021-12-01 23:31:58 - 2021-12-22 04:55:18

Number of Messages:
233

Highly Confidential-Attorneys' Eyes Only

HS_0004118

Holly Shuster <(914) 267-6375>                              2021-12-07 04:40:02

Hey OK so I have this very weird situation with a senior so basically we ████████ in early November and I basically thought it was going to be like a ██████████ like I did not think he like cared about me or anything like I thought we were very much ██████████ ██████████ and then in the morning he took me out for breakfast and like drove me home and I was like OK he's just a really nice guy and before I got out of the car when I was at my dorm I was like hey we're friends right and he rolled his eyes and ██████████ and said "sure friends"

Holly Shuster <(914) 267-6375>                              2021-12-07 04:41:48

And he had gotten my number from one of my friends and he texted me I was like oh come hang out at my house so I went and we like literally like watched like TV and talked for like four hours and we're very much just like enjoying each other's company and then obviously ████████████████████████ ██████████ like when I was with Jacob I thought I literally did not have a sex drive because I hated it so much ████████████

Highly Confidential-Attorneys' Eyes Only                              HS_0004119

devin ankeney <+19142825046>                    2021-12-07 04:44:14

ok that kinda sounds fantastic?? Like... I did NOT think that getting into *anything* for a while after Jacob would end well but like this dynamic, keeping it casual but, more importantly, friendly, might be the perfect possible thing rn

devin ankeney <+19142825046>                    2021-12-07 04:44:42

not only is that just super cute, clearly you're feeling good about it and doing like fun stuff ███████

devin ankeney <+19142825046>                    2021-12-07 04:44:55

Are u wanting smt more out of it or are u happy for now with what its at?

Holly Shuster <(914) 267-6375>                    2021-12-07 04:45:21

And then he mentions to me that he's going to be in New York over Thanksgiving break and asks if I would take him out and show him around Like he literally asked me to take him to the met which is like so sexy anyways so I did and we basically went on like a date but it wasn't a date but it was kind of date I don't know and since we've been back I go to his house literally so often and like all his like friends and roommates know who I am and he's in me and my friends favorite frat on campus and they had this big date party last Friday and he took me as his date which is perfect because all my friends were going anyway and he's like a very popular senior in his frat so we didn't even see that much of each other but he was literally so sweet to me and was like meeting all my friends and was and is very public with like affection like he doesn't hide it from his friends or anyone

devin ankeney <+19142825046>                    2021-12-07 04:45:23

but anyway, I am very happy for u cuz that sounds aDORable and really good for u unless im totally reading that wrong

Holly Shuster <(914) 267-6375>                    2021-12-07 04:45:28

Emphasized "not only is that just super cute, clearly you're feeling good about it and doing like fun stuff ███████"

Highly Confidential-Attorneys' Eyes Only

devin ankeney <+19142825046>  2021-12-07 04:45:54

Omg the met holly yes

devin ankeney <+19142825046>  2021-12-07 04:46:01

This sounds fantastic

Holly Shuster <(914) 267-6375>    2021-12-07 04:46:01

Emphasized "Omg the met holly yes"

Holly Shuster <(914) 267-6375>    2021-12-07 04:46:04

Loved "but anyway, I am very happy for u cuz that sounds aDORable and really good for u unless im totally reading that wrong"

Holly Shuster <(914) 267-6375>    2021-12-07 04:46:06

I'm definitely not wanting something more out of it because literally we're going to go he's a senior and obviously I don't wanna get into a relationship for a long time since all that shit happened with Jacob

devin ankeney <+19142825046>    2021-12-07 04:46:24

Ok if it were me I would say the same thing

Holly Shuster <(914) 267-6375>    2021-12-07 04:46:28

I am enjoying an a lot and he's literally like admitted to me that he has a big crush on me and he likes me a lot and I like him a lot too but it's just never going to go further than this which is honestly perfect for me right now

devin ankeney <+19142825046>  2021-12-07 04:46:41

that sounds lovely

devin ankeney <+19142825046>    2021-12-07 04:46:52

Like 10000% I think this is great for u

devin ankeney <+19142825046>  2021-12-07 04:47:00

And I am so happy u found this

Holly Shuster <(914) 267-6375>  2021-12-07 04:47:11

It's kind of fucking hilarious

Highly Confidential-Attorneys' Eyes Only

Holly Shuster <(914) 267-6375> 2021-12-07 04:56:54

Emphasized "Its also kinda hot"

Holly Shuster <(914) 267-6375> 2021-12-07 04:56:56

I KNOW

Holly Shuster <(914) 267-6375> 2021-12-07 04:56:57

IT IS

Holly Shuster <(914) 267-6375> 2021-12-07 04:57:01

AHHHH

Holly Shuster <(914) 267-6375>        2021-12-07 04:57:08

I'm very much enjoying my situation

devin ankeney <+19142825046> 2021-12-07 04:58:14

That is fantastic holly

devin ankeney <+19142825046>                 2021-12-07 04:58:32

That truly is wonderful and I am so so happy u found this, especially considering what u had to deal with with Jacob

Holly Shuster <(914) 267-6375> 2021-12-07 05:03:37

It's so fun

Holly Shuster <(914) 267-6375> 2021-12-07 05:03:43

Boys are OK sometimes

Holly Shuster <(914) 267-6375> 2021-12-07 05:03:51

But only like 3

devin ankeney <+19142825046> 2021-12-07 05:06:05

No literally

devin ankeney <+19142825046>        2021-12-07 05:06:15

Im glad u have found an ok one lol

Holly Shuster <(914) 267-6375> 2021-12-07 05:55:17

Me tooo

Highly Confidential-Attorneys' Eyes Only

Conversation:
CHAT_00997_2020/09

Participants:
Holly Shuster <(914) 267-6375>; devin ankeney <+19142825046>

Date Range:
2020-09-02 23:53:55 - 2020-09-30 02:35:42

Number of Messages:
1793

HS_0004343

Holly Shuster <(914) 267-6375> 2020-09-04 08:15:12

AH

Holly Shuster <(914) 267-6375>                    2020-09-04 08:15:31

Devin I need to tell someone abt this but I can't tell anyone here bc it will start drama so I need to tell u

devin ankeney <+19142825046> 2020-09-04 12:11:32

Oh, what's happened?

devin ankeney <+19142825046> 2020-09-04 12:16:33

Oh, what's happened?

Holly Shuster <(914) 267-6375> 2020-09-04 12:23:37

Omg omg

Holly Shuster <(914) 267-6375> 2020-09-04 12:23:40

So levy

Holly Shuster <(914) 267-6375>                    2020-09-04 12:23:57

Pretty boy who nali and I are friends w

Holly Shuster <(914) 267-6375> 2020-09-04 12:24:05

Was snap texting me at like 2 am

Holly Shuster <(914) 267-6375>                    2020-09-04 12:24:36

And we just talking being a little flirty but like we're both just flirty people so I was like this is all normal

Holly Shuster <(914) 267-6375>                    2020-09-04 12:24:53

Also he's suchhhh a fuckboy like he's got every girl here riding his dick and he knows it

Holly Shuster <(914) 267-6375>                    2020-09-04 12:25:26

And then he was like come up to my room and prove it bc we were talking abt fighting haha

Holly Shuster <(914) 267-6375>                    2020-09-04 12:25:34

And I couldn't tell if he was joking or not

CONFIDENTIAL                                                                                    HS_0004344

Holly Shuster <(914) 267-6375>                              2020-09-04 12:25:41

And then I was like nah haha come to mine

Holly Shuster <(914) 267-6375>                              2020-09-04 12:25:57

And then he was like no I have a suite all to myself u should come up here

Holly Shuster <(914) 267-6375>2020-09-04 12:26:30

And I was like huh

Holly Shuster <(914) 267-6375>                              2020-09-04 12:27:33

And then he was like are u with nali rn and I was like no and he was like good bc she told me that ur off limits and I really want u

Holly Shuster <(914) 267-6375>2020-09-04 12:27:37

And I was like HUH

Holly Shuster <(914) 267-6375>                              2020-09-04 12:27:49

I had NEVER EVER gotten those vibes from it EVER

Holly Shuster <(914) 267-6375>2020-09-04 12:28:06

*him

Holly Shuster <(914) 267-6375>                              2020-09-04 12:29:00

And I was like I'm in an exclusive thing w Cody and he was like but u guys are just casual that means ur still single and I was like haha no and he was like don't worry no one ever has to know just come hang out w my for a while and I was like haha NO

Holly Shuster <(914) 267-6375>                              2020-09-04 12:29:40

And I always feel bad rejecting people so I was like I'll be honest the only reason I'm saying no is bc I'm in a thing w Cody if not I totally would

Holly Shuster <(914) 267-6375>                              2020-09-04 12:30:01

(Which is true he's beautiful and I would)

Holly Shuster <(914) 267-6375>                              2020-09-04 12:30:30

But then he was like I'm gonna get u one day holly and I was like huh and he was like ur a challenge but I'm gonna get u

CONFIDENTIAL

Holly Shuster <(914) 267-6375>                    2020-09-04 12:30:40

And I was like ok gn levy and it ended there

Holly Shuster <(914) 267-6375>2020-09-04 12:30:43

But

Holly Shuster <(914) 267-6375>2020-09-04 12:30:49

Drama!!

Holly Shuster <(914) 267-6375>                    2020-09-04 12:31:02

Bc nali is like in love w him as well even tho she won't admit it

Holly Shuster <(914) 267-6375>                    2020-09-04 12:31:43

Can't tell anyone else bc then it will be a thing and I'm scared to tell Cody bc him and levy just like started becoming friends and I don't want him to hate him

Holly Shuster <(914) 267-6375>2020-09-04 12:31:46

So

Holly Shuster <(914) 267-6375>2020-09-04 12:31:49

It was a weird night

devin ankeney <+19142825046>2020-09-04 12:33:14

Ok first of all wow

devin ankeney <+19142825046>        2020-09-04 12:33:21

Just like a general and sweeping wow

devin ankeney <+19142825046>2020-09-04 12:33:27

But here's the thing

devin ankeney <+19142825046>2020-09-04 12:33:31

If it were me in ur position

devin ankeney <+19142825046>2020-09-04 12:33:38

And a really beautiful guy said

devin ankeney <+19142825046>                    2020-09-04 12:33:48

But then he was like I'm gonna get u one day holly and I was like huh

CONFIDENTIAL                                                                        HS_0004346

and he was like ur a challenge but I'm gonna get u

devin ankeney <+19142825046> 2020-09-04 12:33:49

That

devin ankeney <+19142825046>          2020-09-04 12:34:00

I'd probably be like mmk u must be right

devin ankeney <+19142825046>  2020-09-04 12:34:26

So props to u for not j be like k yes

devin ankeney <+19142825046>          2020-09-04 12:34:38

Cuz that would've worked SO well on me

devin ankeney <+19142825046>                              2020-09-04 12:34:55

But um, yea just a general wow I guess, that's definitely a thing

devin ankeney <+19142825046>                              2020-09-04 12:35:23

I hope he doesn't do that too much more often cuz that can pretty quickly become a problem

devin ankeney <+19142825046>                              2020-09-04 12:37:16

But yea that's sole interesting drama, and totally understandable why u can't tel ppl there, so I'm here for anything else that happens with that, or j generally talking abt it

devin ankeney <+19142825046>                              2020-09-04 16:11:56

https://open.spotify.com/track/43yDQri78IZBuPQdzkX0RJ?
si=Te_SvqFZS-y7T9EdzH2RyAAttachment Title: 9B615A62-023F-4A8F-
8C01-4948E8C5E258.pluginPayloadAttachmentAttachment Title:
80FE7F7A-D5B6-4ACC-93BA-
D73AD250980C.pluginPayloadAttachment

Attachment: 9B615A62-023F-4A8F-8C01-4948E8C5E258.pluginPayloadAttachment –
CB0105237_Attach.pluginPayloadAttachment
Attachment: 80FE7F7A-D5B6-4ACC-93BA-D73AD250980C.pluginPayloadAttachment – CB0105238_Attach

Holly Shuster <(914) 267-6375>                              2020-09-04 16:12:29

Emphasized "I hope he doesn't do that too much more often cuz that

CONFIDENTIAL                                                                 HS_0004347

Holly Shuster <(914) 267-6375> 2020-09-10 15:24:21

I'm having doubts about Cody lol

Holly Shuster <(914) 267-6375>          2020-09-10 15:24:45

He said smt last night that really dorst dit right w me

Holly Shuster <(914) 267-6375>          2020-09-10 15:25:17

I will ft u at some point today if that's ok

devin ankeney <+19142825046> 2020-09-10 16:24:47

Oh god I hope it wasn't so bad

Holly Shuster <(914) 267-6375> 2020-09-10 16:24:54

Uh

devin ankeney <+19142825046> 2020-09-10 16:24:56

I'll have to ft later tho

Holly Shuster <(914) 267-6375> 2020-09-10 16:25:01

Liked "I'll have to ft later tho "

devin ankeney <+19142825046>          2020-09-10 16:25:12

I'm out of my house today so like tn

Holly Shuster <(914) 267-6375>          2020-09-10 16:25:15

It was just not what I expected from him

Holly Shuster <(914) 267-6375> 2020-09-10 16:25:20

I just didn't like it

devin ankeney <+19142825046> 2020-09-10 16:25:20

I see

devin ankeney <+19142825046> 2020-09-10 16:25:24

I'm sorry

Holly Shuster <(914) 267-6375> 2020-09-10 16:26:09

It's ok

HS_0004348

Holly Shuster <(914) 267-6375>    2020-09-10 16:29:13

We were talking last night and I was quite drunk but I remember that he basically said that he's scared I was gonna cheat on him but like not consciously he was like I think ur gonna be blacked out at a party and then some guy is gonna take advantage of u and ur not gonna be able to stop it

devin ankeney <+19142825046> 2020-09-10 16:30:03

Oh I see

Holly Shuster <(914) 267-6375>    2020-09-10 16:30:13

And I was like well that wouldn't really be cheating and he was like yea but it would still bother me and I feel like it's inevitable

devin ankeney <+19142825046>    2020-09-10 16:30:17

Idk how to react to that that's not what I was expecting

Holly Shuster <(914) 267-6375>    2020-09-10 16:30:36

And obviously that scared the shit out of me bc it's different heading a guy say that

devin ankeney <+19142825046> 2020-09-10 16:30:53

Yea

devin ankeney <+19142825046> 2020-09-10 16:30:59

I'm really sorry

Holly Shuster <(914) 267-6375>    2020-09-10 16:32:04

And then I started getting all emotional bc u know trauma and then he was like calm down it's ok I'll make sure it doesn't happen to u

Holly Shuster <(914) 267-6375>    2020-09-10 16:32:28

But like his whole attitude I just didn't like it

devin ankeney <+19142825046> 2020-09-10 16:32:58

I'm really really sorry

Holly Shuster <(914) 267-6375> 2020-09-10 16:33:06

Am I being crazy

HS_0004349

devin ankeney <+19142825046>2020-09-10 16:33:10

U are not

Holly Shuster <(914) 267-6375>2020-09-10 16:33:57

Idk

Holly Shuster <(914) 267-6375>2020-09-10 16:34:11

Idk just gave me bad vibes

devin ankeney <+19142825046>2020-09-10 16:34:19

I very much understand

Holly Shuster <(914) 267-6375>                    2020-09-10 16:34:53

And like I was obviously very upset and it seems like he kinda thought I was overreacting

Holly Shuster <(914) 267-6375>                    2020-09-10 16:37:02

And then he was like comparing being scared of a girl falsely accusing him of sexual assault to actually being sexually assaulted

Holly Shuster <(914) 267-6375>                    2020-09-10 16:37:35

And he was like yea that's my biggest fear bc even if it's wrong everyone will believe her and then it will ruin my life

Holly Shuster <(914) 267-6375>                    2020-09-10 16:38:08

And when I was drunk I was like yea but thinking abt it now like nah that doesn't sit right w me

devin ankeney <+19142825046>2020-09-10 16:45:29

Yea that isn't good

devin ankeney <+19142825046>2020-09-10 16:45:35

That's rly bad actually

devin ankeney <+19142825046>2020-09-10 16:45:43

I'm sorry

devin ankeney <+19142825046>                    2020-09-10 16:46:00

I'm like driving around and doin Stuff I'm sorry my responses are few

CONFIDENTIAL                    HS_0004350

and far between

devin ankeney <+19142825046>2020-09-10 16:46:05
But that isn't good

devin ankeney <+19142825046>2020-09-10 16:46:09
And ur not being crazy

Holly Shuster <(914) 267-6375>                                      2020-09-10 16:46:16
Liked "I'm like driving around and doin Stuff I'm sorry my responses are few and far between"

Holly Shuster <(914) 267-6375>2020-09-10 16:46:22
Ur totally good

Holly Shuster <(914) 267-6375>2020-09-10 16:46:25
Yea

Holly Shuster <(914) 267-6375>2020-09-10 16:46:47
Idk I'm just like not enjoying that

devin ankeney <+19142825046>2020-09-10 16:46:59
There's no reason U should

devin ankeney <+19142825046>2020-09-10 16:47:27
I'm sorry

Holly Shuster <(914) 267-6375>2020-09-10 16:48:17
It's ok

Holly Shuster <(914) 267-6375>                                      2020-09-10 16:48:43
I mean like surprise surprise the boy I've known for like two weeks isn't perfect

Holly Shuster <(914) 267-6375>2020-09-10 16:48:48
But like

Holly Shuster <(914) 267-6375>2020-09-10 16:49:01
That's such a suss thing to say

CONFIDENTIAL                                      HS_0004351

devin ankeney <+19142825046>2020-09-10 16:49:05
I mean sure but that's pretty bad

devin ankeney <+19142825046>    2020-09-10 16:49:10
That's worse than one should expect

Holly Shuster <(914) 267-6375>2020-09-10 16:50:06
It's pretty bad

Holly Shuster <(914) 267-6375>2020-09-10 16:50:25
Ughhhh

devin ankeney <+19142825046>2020-09-10 16:50:27
Yea

Holly Shuster <(914) 267-6375>    2020-09-10 16:50:49
Maybe I distance myself from Texas boy a bit

Holly Shuster <(914) 267-6375>2020-09-10 16:50:55
The thing is I do really like him

Holly Shuster <(914) 267-6375>2020-09-10 16:51:00
And I'll talk to him abt it

devin ankeney <+19142825046>2020-09-10 16:51:28
Ok that's a good idea I think

Holly Shuster <(914) 267-6375>    2020-09-10 16:51:47
But also why am I putting this much pressure on myself to try and fix this boy who I'm just supposed to be having fun a rn

Holly Shuster <(914) 267-6375>2020-09-10 16:51:49
Ughhh

devin ankeney <+19142825046>2020-09-10 16:52:02
That's a good point

devin ankeney <+19142825046>    2020-09-10 16:52:12
This isn't advice im good with im sorry

CONFIDENTIAL                                                                 HS_0004352

Holly Shuster <(914) 267-6375> 2020-09-10 16:53:39

Haha ur fine dw

Holly Shuster <(914) 267-6375>            2020-09-10 16:54:15

He also is just like kinda shit at making plans w me

Holly Shuster <(914) 267-6375>            2020-09-10 16:55:30

I keep being told not to waste the best years of my life on some average frat boy who doesn't text me back

Holly Shuster <(914) 267-6375>     2020-09-10 16:55:36

Which is kinda exactly what I'm doing

Holly Shuster <(914) 267-6375> 2020-09-10 16:55:40

I just like this one

Holly Shuster <(914) 267-6375> 2020-09-10 16:56:36

Ughhhhh this is rough

Holly Shuster <(914) 267-6375> 2020-09-10 16:56:47

I hate being a relationship person

devin ankeney <+19142825046> 2020-09-10 17:08:55

I'm sorry

devin ankeney <+19142825046> 2020-09-10 17:09:00

If it gets too difficult don't do it

devin ankeney <+19142825046>            2020-09-10 17:09:14

It's not worth it when it's only been a couple weeks and it's the beginning of college

Holly Shuster <(914) 267-6375> 2020-09-10 17:19:38

I knowww

Holly Shuster <(914) 267-6375> 2020-09-10 17:20:05

Sooo dumb

Holly Shuster <(914) 267-6375> 2020-09-10 17:21:33

Ugh

CONFIDENTIAL

HS_0004353

Holly Shuster <(914) 267-6375> 2020-09-17 19:30:45

Lmk when u get there!!

Holly Shuster <(914) 267-6375> 2020-09-17 19:30:49

And like what's it's like!!

devin ankeney <+19142825046> 2020-09-17 19:30:57

Yes yes I will!

Holly Shuster <(914) 267-6375> 2020-09-17 19:30:59

Oof also I have much to tell u

Holly Shuster <(914) 267-6375> 2020-09-17 19:31:01

New crush

devin ankeney <+19142825046> 2020-09-17 19:31:07

Oh?

devin ankeney <+19142825046> 2020-09-17 19:31:10

That's interesting

devin ankeney <+19142825046> 2020-09-17 19:31:15

I def wanna hear abt that

Holly Shuster <(914) 267-6375>                2020-09-17 19:32:04

Black shorts

Attached URL: https://p57-content.icloud.com/M083CC24F37941481A97D6FAB36D5CD677123A1B58ADE27B4754621F583AA98B7.C01USN00Attachment Title: IMG_0262.PNG

Attachment: IMG_0262.PNG – CB0106460_Attach.PNG

Holly Shuster <(914) 267-6375>                2020-09-17 19:32:17

If ur thinking we that looks like a fuckboy man whore

Holly Shuster <(914) 267-6375> 2020-09-17 19:32:19

Then yes

CONFIDENTIAL                                                          HS_0004354

Holly Shuster <(914) 267-6375>2020-09-17 19:32:20
Correct

devin ankeney <+19142825046>2020-09-17 19:32:27
I see I see

devin ankeney <+19142825046>2020-09-17 19:32:39
It is blurry but I do understand

Holly Shuster <(914) 267-6375>                    2020-09-17 19:33:32
Oh but this fuckboy man whore just spent an hour talking to me outside my dorm abt how he wants a relationship w me

devin ankeney <+19142825046>2020-09-17 19:33:52
Yea that'll do it lmao

Holly Shuster <(914) 267-6375>                    2020-09-17 19:34:00
And he is the most straight up person in the world like he tells it like it is

Holly Shuster <(914) 267-6375>        2020-09-17 19:34:05
Like he doesn't lie bc he doesn't have to

Holly Shuster <(914) 267-6375>        2020-09-17 19:34:15
Every girl here would die to get w him

Holly Shuster <(914) 267-6375>2020-09-17 19:34:32
So

Holly Shuster <(914) 267-6375>2020-09-17 19:34:33
Rip me

devin ankeney <+19142825046>2020-09-17 19:34:35
This is kinda a big development

devin ankeney <+19142825046>2020-09-17 19:34:38
We like this one

Holly Shuster <(914) 267-6375>2020-09-17 19:35:01
Oh yea

CONFIDENTIAL                                   HS_0004355

Holly Shuster <(914) 267-6375>  2020-09-17 19:35:03

U know what

Holly Shuster <(914) 267-6375>  2020-09-17 19:35:06

I have discovered

Holly Shuster <(914) 267-6375>  2020-09-17 19:35:54

Making boys like you is easier than I thought

devin ankeney <+19142825046>  2020-09-17 19:36:05

That is accurate

Holly Shuster <(914) 267-6375>  2020-09-17 19:36:09

Haha

Holly Shuster <(914) 267-6375>  2020-09-17 19:36:45

His roommate told me that I've broken the ultimate fuckboy

devin ankeney <+19142825046>  2020-09-17 19:36:52

Wow

Holly Shuster <(914) 267-6375>  2020-09-17 19:36:58

Oh also I cannot get w him

Holly Shuster <(914) 267-6375>  2020-09-17 19:37:00

Bc of Cody

devin ankeney <+19142825046>  2020-09-17 19:37:03

I figured

Holly Shuster <(914) 267-6375>  2020-09-17 19:37:07

Also idrk how I feel other than a small crush

Holly Shuster <(914) 267-6375>  2020-09-17 19:37:16

So I'm gonna hang out w him more

Holly Shuster <(914) 267-6375>  2020-09-17 19:37:26

Innocently in groups

Holly Shuster <(914) 267-6375>  2020-09-17 19:37:31

But yea

CONFIDENTIAL

Holly Shuster <(914) 267-6375>2020-09-21 21:16:42

I'm starting to get sick of ███████

devin ankeney <+19142825046>2020-09-21 21:16:48

Loved "So I'm happy lol "

Holly Shuster <(914) 267-6375>                    2020-09-21 21:17:39

So basically I don't think ████████████████████████
███████████████████████████████████████████████
████████████████████████████████████ so like
I was prepared to get back together w him bc I don't think he really
did anything wrong

Holly Shuster <(914) 267-6375>                    2020-09-21 21:18:44

But then he accused me of cheating on him and told all his friends
and now all his friends hate me but I talked to him and told him I
actually did not cheat on him bc I would absolutely never do that and
he did believe me and so we're like trying to be together again I
guess

Holly Shuster <(914) 267-6375>                    2020-09-21 21:19:37

But then he really wants to see me but his friends are like no don't
even tho I DIDNT FUCKING CHEAT ON HIM even tho they all think I
did even tho now he knows I didn't and he's like being a little pussy
and won't just see me in person bc he's scared his friends will get

mad at him

devin ankeney <+19142825046> 2020-09-21 21:20:22

Could I call u rn

Holly Shuster <(914) 267-6375>                    2020-09-21 21:20:25

And I'm like u know what all my friends ▮▮▮▮▮▮▮▮▮ but I'm still willing to see u even tho they probably think I'm really fucking dumb bc I don't care anymore I just wanna try to make this work but u can't get over the fact that ur friends might disagree w you over a rumor u started??

Holly Shuster <(914) 267-6375> 2020-09-21 21:20:32

Bullshit

Holly Shuster <(914) 267-6375>                    2020-09-21 21:20:59

I'm putting in as much effort as I can, I'm willing to like do whatever to make this work and he isn't

Holly Shuster <(914) 267-6375> 2020-09-21 21:21:06

Even tho he says he is

Holly Shuster <(914) 267-6375>                    2020-09-21 21:21:47

And I have this other beautiful boy who probably will treat me a lot better than him literally falling at my feet trying to date me and refusing him just to try and make this work

Holly Shuster <(914) 267-6375>                    2020-09-21 21:22:00

I'm not waiting around for him, if he doesn't try then I'm gone I swg

devin ankeney <+19142825046>                    2020-09-21 21:23:00

Ok so I think u have the thought process, for the most part, that I would have so I'm going to keep my 2 cents short and simple

devin ankeney <+19142825046>                    2020-09-21 21:23:44

I think this is way too much stress, way too much effort, and way too much drama and problems for near-any relationship, let alone a college one that's not gone on for very long and is in ur first semester

Holly Shuster <(914) 267-6375> 2020-09-21 21:23:49

Agreed

CONFIDENTIAL                    HS_0004358

Holly Shuster <(914) 267-6375> 2020-09-21 21:23:53

I just like him so much

Holly Shuster <(914) 267-6375> 2020-09-21 21:23:56

And he makes me so happy

devin ankeney <+19142825046>    2020-09-21 21:24:00

And I'm worried that you're going to put too much of yourself into it and get hurt

Holly Shuster <(914) 267-6375>    2020-09-21 21:24:04

Emphasized "And I'm worried that you're going to put too much of yourself into it and get hurt"

Holly Shuster <(914) 267-6375> 2020-09-21 21:24:07

I agree

Holly Shuster <(914) 267-6375>    2020-09-21 21:24:14

I'm putting myself in a situation to get hurt

Holly Shuster <(914) 267-6375>    2020-09-21 21:24:28

And unless he can prove to me pretty fucking quick that he can make this work I'm done

devin ankeney <+19142825046>    2020-09-21 21:24:31

I'm sure he does make u happy and im sorry that my advice is to get out of it but even if he does make u happy, everything surrounding being with him doesn't

Holly Shuster <(914) 267-6375> 2020-09-21 21:24:40

I agree with you

Holly Shuster <(914) 267-6375> 2020-09-21 21:24:42

You're right

devin ankeney <+19142825046>    2020-09-21 21:24:48

I mean it's gotta be a 180 real damn quick

Holly Shuster <(914) 267-6375> 2020-09-21 21:25:20

Seriously

HS_0004359

devin ankeney <+19142825046>                    2020-09-21 21:25:26

I still would say it's a no from me but if u want to try then I trust your call over mine, but I would then just say it's gotta be like right fucking now

devin ankeney <+19142825046>                    2020-09-21 21:25:58

Cuz I'm hearing more stories of pain than happiness and that's not good

Holly Shuster <(914) 267-6375>  2020-09-21 21:26:09

No I agree with you

Holly Shuster <(914) 267-6375>                    2020-09-21 21:26:12

Emphasized "Cuz I'm hearing more stories of pain than happiness and that's not good"

devin ankeney <+19142825046>   2020-09-21 21:26:43

Ok then I think u have it thought out well

Holly Shuster <(914) 267-6375>                    2020-09-21 21:26:57

I'm gonna try one final push, if it doesn't work then I'm gonna move on

devin ankeney <+19142825046>  2020-09-21 21:27:03

Ok

devin ankeney <+19142825046>  2020-09-21 21:27:10

I trust that

devin ankeney <+19142825046>  2020-09-21 21:27:21

And I think that's a good call

devin ankeney <+19142825046>                    2020-09-21 21:27:51

I'm really sorry that it's been like this bc it should not ever have to be this way

devin ankeney <+19142825046>                    2020-09-21 21:28:54

If he does some other stupid shit then lmk I'm getting my plane ticket

and a baseball bat and his ass will be beaten

**Holly Shuster <(914) 267-6375>**                    2020-09-21 21:29:40
Loved "If he does some other stupid shit then lmk I'm getting my plane ticket and a baseball bat and his ass will be beaten"

**Holly Shuster <(914) 267-6375>** 2020-09-21 21:29:42
Hehe thank you

**devin ankeney <+19142825046>** 2020-09-21 21:30:24
But dw abt this rn, u got a test

**devin ankeney <+19142825046>** 2020-09-21 21:30:28
That ur gonna mf ace

**devin ankeney <+19142825046>** 2020-09-21 21:30:32
It's gonna be great

**Holly Shuster <(914) 267-6375>** 2020-09-21 22:01:39
Yes!!

**Holly Shuster <(914) 267-6375>**                    2020-09-21 22:02:30
I sent him a super long text and I asked if we could take in person too and I basically told him everything I felt and that I'm willing to make it work if he is too but if he's not then I'm done bc I'm not putting myself thru all this for nothing

**devin ankeney <+19142825046>** 2020-09-21 22:13:31
I think that's really good

**devin ankeney <+19142825046>**                    2020-09-21 22:13:39
Lmk what he says if ur comfortable telling me

**Holly Shuster <(914) 267-6375>** 2020-09-22 01:53:33
Sure

**Holly Shuster <(914) 267-6375>** 2020-09-22 01:53:33
I'm going to talk to him rn

CONFIDENTIAL                                                        HS_0004361

Holly Shuster <(914) 267-6375>2020-09-22 02:02:14
I'll lyk how it goes

devin ankeney <+19142825046>2020-09-22 02:17:07
Ok good luck

Holly Shuster <(914) 267-6375>2020-09-22 03:22:05
It went well actually

Holly Shuster <(914) 267-6375>2020-09-22 03:22:10
Maybe I'm being dumb

Holly Shuster <(914) 267-6375>2020-09-22 03:22:16
But I still wanna be with him

Holly Shuster <(914) 267-6375>2020-09-22 03:22:23
He makes me so happy

devin ankeney <+19142825046>                    2020-09-22 03:24:11
Again, I trust your judgement over my own, my advice still would be I think it should end, but I am not the one in the relationship or feeling the happiness so ur the best judge of what to do

devin ankeney <+19142825046>                    2020-09-22 03:24:42
I'm glad it went well and I'm glad he makes u happy

Holly Shuster <(914) 267-6375>2020-09-23 07:01:07
Ok

Holly Shuster <(914) 267-6375>2020-09-23 07:01:09
I think I'm done

Holly Shuster <(914) 267-6375>2020-09-23 07:01:30
I'm ready to move on

Holly Shuster <(914) 267-6375>2020-09-23 07:01:52
I'll try to be friends with him

Holly Shuster <(914) 267-6375>                    2020-09-23 07:02:04
But I cannot be with him anymore there is just too much drama and it's making me too upset

CONFIDENTIAL                                                    HS_0004362

Holly Shuster <(914) 267-6375>2020-09-23 07:02:07

So I'm done

Holly Shuster <(914) 267-6375>2020-09-23 07:02:12

Thought u would want an update

devin ankeney <+19142825046>          2020-09-23 12:31:45

I'm proud of u for being able to know when that's what u wanted

devin ankeney <+19142825046>          2020-09-23 12:31:59

I'm really sorry it has to come to this but I do believe it's gonna be for the best

devin ankeney <+19142825046>2020-09-23 12:32:06

Thank u for lmk

Holly Shuster <(914) 267-6375>2020-09-23 17:50:05

Ofc!!

Holly Shuster <(914) 267-6375>          2020-09-23 17:50:24

It's sad because he makes me really happy but maybe now just isn't the right time for us

Holly Shuster <(914) 267-6375>          2020-09-23 17:50:43

And I know it's putting him through a lot too so I think I need to just let go

Holly Shuster <(914) 267-6375>          2020-09-23 17:51:04

And be single for a little more than just like a week this time lol

devin ankeney <+19142825046>          2020-09-23 18:08:34

I think you made a good decision and I'm quite proud of uand happy for u

Holly Shuster <(914) 267-6375>2020-09-24 05:37:22

Thank you!!

Holly Shuster <(914) 267-6375>2020-09-24 05:37:24

We are friends

CONFIDENTIAL                                                          HS_0004363

Holly Shuster <(914) 267-6375> 2020-09-24 05:37:29

It is nice

devin ankeney <+19142825046> 2020-09-24 12:37:40

Yay that's really good

Holly Shuster <(914) 267-6375> 2020-09-24 15:37:25

Yea

Holly Shuster <(914) 267-6375>                    2020-09-24 15:38:32

But then I asked to get lunch today platonically and he was like no I'm not ready for that yet

Holly Shuster <(914) 267-6375>                    2020-09-24 15:38:42

But then he says he wants to get back together in the future

Holly Shuster <(914) 267-6375>                    2020-09-24 15:39:00

So like is he gonna avoid me until he wants to get back together or are we gonna like actually be friends

Holly Shuster <(914) 267-6375> 2020-09-24 15:39:13

I'm confused

Holly Shuster <(914) 267-6375> 2020-09-24 15:40:04

But I am single now!!

Holly Shuster <(914) 267-6375>                    2020-09-24 15:40:40

Even though I literally have no interest in hooking up w random guys lol

Holly Shuster <(914) 267-6375>                    2020-09-24 15:40:57

The only two cute ones I know are now my ex and the one person I'm really not allowed to hu with

Holly Shuster <(914) 267-6375> 2020-09-24 15:41:08

Upper class men time I guess??

devin ankeney <+19142825046>                    2020-09-24 17:01:43

I am definitely confused by the wanting to get back together part

CONFIDENTIAL                                    HS_0004364

Holly Shuster <(914) 267-6375>                    2020-09-28 00:33:30

Omg Cody came up to me like we were best friends the other day

Holly Shuster <(914) 267-6375>2020-09-28 00:33:38

I walked away real quick

devin ankeney <+19142825046>2020-09-28 00:33:46

Oy what did he say

Holly Shuster <(914) 267-6375>2020-09-28 00:33:49

Was not having it

Holly Shuster <(914) 267-6375>                    2020-09-28 00:34:00

He was like we're u in sharp last night?? Why didn't u visit me??

**Holly Shuster <(914) 267-6375>**                                2020-09-28 00:34:20

And then he like gave me some of his food and was like talking to me normally

**Holly Shuster <(914) 267-6375>** 2020-09-28 00:34:24

Like fuck offfff

**devin ankeney <+19142825046>** 2020-09-28 00:34:29

Yea that's weird

**Holly Shuster <(914) 267-6375>**                                2020-09-28 00:34:35

Anyway I'm hooking up w the guy he probably hates most

**Holly Shuster <(914) 267-6375>** 2020-09-28 00:34:37

He doesn't know that

**Holly Shuster <(914) 267-6375>** 2020-09-28 00:34:42

But it's nice for m e

**devin ankeney <+19142825046>** 2020-09-28 00:34:43

Hehehe nice

**devin ankeney <+19142825046>** 2020-09-28 00:34:47

That's what matters

HS_0004366

Conversation:
CHAT_00997_2020/12

Participants:
Holly Shuster <(914) 267-6375>; devin ankeney <+19142825046>

Date Range:
2020-12-06 21:35:07 - 2020-12-31 15:57:01

Number of Messages:
54

HS_0004379

devin ankeney <+19142825046>                              2020-12-25 05:39:38

Lmao I think ur boyfy was j stalking my insta, liked and unliked my prom post, also merry Christmas and we should do smt really soon!!

devin ankeney <+19142825046>                              2020-12-25 05:44:39

Lmao I think ur boyfy was j stalking my insta, liked and unliked my prom post, also merry Christmas and we should do smt really soon!!

devin ankeney <+19142825046>2020-12-28 00:35:41

Holly! We must hang out soon

devin ankeney <+19142825046>2020-12-28 00:36:03

Holly! We must hang out soon

Holly Shuster <(914) 267-6375>2020-12-28 21:46:24

Omg yes we should!!

Holly Shuster <(914) 267-6375>                            2020-12-28 21:46:31

Laughed at "Lmao I think ur boyfy was j stalking my insta, liked and unliked my prom post, also merry Christmas and we should do smt really soon!!"

                                              HS_0004380