**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:23-cv-01149-NYW-KAS

JACOB LEVY,

      Plaintiff and Counterclaim Defendant,

v.

HOLLY SHUSTER,

      Defendant and Counterclaim Plaintiff.

---

**STIPULATION OF DISMISSAL**

---

IT IS STIPULATED AND AGREED, by and between the undersigned parties that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that the above-captioned case be dismissed with prejudice, with each party to bear his or her own attorneys' fees and costs.

Dated:  August 19, 2024.

Respectfully submitted,
*s/Laura A. Menninger*
Laura A. Menninger
Jacob McMahon
HADDON, MORGAN AND FOREMAN, P.C.
945 N. Pennsylvania Street
Denver, CO 80203
Phone: 303.831.7364
Fax: 303.832.2628
Email: lmenninger@hmflaw.com
jmcmahon@hmflaw.com

*Counsel for Mr. Levy*

_s/Kimberly M. Hult_____
Kimberly M. Hult
Daniel D. Williams
Matthew A. Simonsen
HUTCHINSON BLACK AND COOK, LLC
921 Walnut Street, Suite 200
Boulder, CO 80302
Telephone: (303) 442-6514
Facsimile: (303) 442-6493
Kimberly.Hult@hbcboulder.com
Dan.Williams@hbcboulder.com
Matt.Simonsen@hbcboulder.com

*Counsel for Ms. Shuster*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2024, I electronically filed the foregoing

*STIPULATION OF DISMISSAL* with the clerk of court using the CM/ECF system, which will

send notification of such filing to all parties of record.

*s/ Holly Rogers*_____